# United States District Court

_____DISTRICT OF __DELAWARE_____

Bridgestone Sports Co., Ltd.
and Bridgestone Golf, Inc.,

                                                     **SUMMONS IN A CIVIL ACTION**

        Plaintiffs,

v.

Acushnet Company,

                                               CASE NUMBER: _____

        Defendant.

    TO:   Acushnet Company
            c/o United States Corporation Company
            2711 Centerville Road
            Suite 400
            Wilmington, DE  19808


**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

        Jack B. Blumenfeld, Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899-1347


an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


      PETER T. DALLEO                                            3-7-05

_____        _____
CLERK                                                               DATE

_____
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE | March 7, 2005 |
| NAME OF SERVER (PRINT)  Thomas Lyle | TITLE | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant by delivering copies thereof to defendant's registered agent, United States Corporation Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/7/05              Thomas Lyle
              Date                Signature of Server

    Blue Marble, 800 King Street, Wilmington, DE 19801
    *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure