# Exhibit L
# (Part 1 of 2)

# United States Patent [19]
## Lynch et al.

[11] Patent Number: 4,936,587
[45] Date of Patent: Jun. 26, 1990

[54] **GOLF BALL**

[75] Inventors: Francis deS. Lynch, Mattapoisett; John W. Jepson, Marion; Robert A. Brown, Mattapoisett, all of Mass.

[73] Assignee: Acushnet Company, New Bedford, Mass.

[21] Appl. No.: 213,056

[22] Filed: Dec. 4, 1980

### Related U.S. Application Data

[63] Continuation of Ser. No. 91,087, Nov. 5, 1979, abandoned, which is a continuation of Ser. No. 920,396, Jun. 29, 1978, abandoned, which is a continuation of Ser. No. 816,882, Jul. 18, 1977, abandoned, which is a continuation of Ser. No. 716,100, Aug. 20, 1976, abandoned, which is a continuation of Ser. No. 363,353, May 24, 1973, abandoned, which is a continuation-in-part of Ser. No. 236,318, Mar. 20, 1972, abandoned.

[51] Int. Cl.$^5$ ............................................ A63B 37/14
[52] U.S. Cl. ................................... 273/232; 273/218
[58] Field of Search .................................... 273/232

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 27,441 | 7/1897 | Dunn | D21/205 |
| D. 29,949 | 1/1899 | Barnes | D21/205 |
| D. 30,378 | 3/1899 | Foulis | D21/205 |
| D. 34,557 | 5/1901 | Cooper | D21/205 |
| D. 41,327 | 4/1911 | Pearce | D21/205 |
| D. 41,698 | 8/1911 | Royce | D21/205 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 201159 | 3/1955 | Australia | 273/232 |
| 1005479 | 2/1977 | Canada | 273/232 |
| 12884 | 11/1914 | United Kingdom | 273/232 |
| 377354 | 7/1932 | United Kingdom | 273/232 |
| 757183 | 9/1956 | United Kingdom | 273/232 |
| 106134 | 12/1961 | United Kingdom | 273/232 |

#### OTHER PUBLICATIONS

"Voit 1967 Retail Athletic Catalog No. 367", 1967, page unknown; description relates to The Icosahedron.
"The Curious History of the Golf Ball, Mankinds Most Fascinating Sphere", by John Stuart Martin, Horizon Press, N.Y. 1968, pp. 127 to 130.
USGA, "The Rules of Golf," 1970, pp. 12–13.
"Gold-Exercise of One's Brains", p. 208 (Japan).
"A Guide to Golf Ball Engineering", pp. 772–773 (Japan).
"An Evening Newspaper of the Mainichi" (Japan).
"Iwanami's Dictionary of Mathematics", Feb. 20, 1971, pp. 581–582.
"Manual of Mechanical Engineering", Sep. 15, 1970, pp. 2–18.
"Encyclopedia of Science", Oct. 20, 1971, p. 168.

*Primary Examiner*—George J. Marlo
*Attorney, Agent, or Firm*—Lucas & Just

[57] **ABSTRACT**

Dimples on a golf ball are interrelated by dimple number, dimple diameter and dimple depth and are arranged on the surface of the golf ball in a manner which enables the golf ball to travel further. At least about 80% of the distances between the closest points of the edges of adjacent dimples are less than about 0.065 inches and at least about 55% of the distances between the closest points of the edges of adjacent dimples are greater than about 0.001 inches.

Dimple number, dimple diameter and dimple depth are also interrelated in a specific manner according to the formula:

$$S = \left[\frac{831.5(d-x) - 55.56(D-y)}{a}\right]^2 + \left[\frac{83.15(D-y) + 555.6(d-x)}{b}\right]^2$$

wherein:
d = average depth of all dimples in inches
D = average diameter of all dimples in inches
S = computed unknown (1.0 or less for present invention)
x, y, a and b are dependent on the number of dimples.

**37 Claims, 12 Drawing Sheets**



315 DIMPLES (FORMULA 1)

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

4,936,587

Page 2

U.S. PATENT DOCUMENTS

| Patent No. | Date | Name | Class |
|---|---|---|---|
| D. 41,817 | 10/1911 | Pearce | D21/205 |
| D. 42,164 | 2/1912 | Breakspear | D21/205 |
| D. 43,673 | 3/1913 | Johnston | D21/205 |
| D. 44,109 | 5/1913 | Penney | D21/205 |
| D. 44,175 | 6/1913 | Martin et al. | D21/205 |
| D. 44,176 | 6/1913 | Martin et al. | D21/205 |
| D. 44,177 | 6/1913 | Martin et al. | D21/205 |
| D. 44,227 | 6/1913 | Wood | D21/205 |
| D. 44,408 | 7/1913 | Martin et al. | D21/205 |
| D. 46,778 | 12/1914 | Pearce | D21/205 |
| D. 46,783 | 12/1914 | Worthington | D21/205 |
| D. 47,159 | 3/1915 | Kempshall | D21/205 |
| D. 49,905 | 11/1916 | Martin | D21/204 |
| D. 50,512 | 3/1917 | Johnston | D21/205 |
| D. 50,553 | 4/1917 | Cochrane | D21/204 |
| D. 50,883 | 6/1917 | Cochran | D21/204 |
| D. 51,722 | 2/1918 | Eddy | D21/204 |
| D. 52,500 | 9/1918 | Vaice | D21/205 |
| D. 52,706 | 11/1918 | Robertson | D21/205 |
| D. 52,712 | 11/1918 | Turner | D21/205 |
| D. 55,330 | 5/1920 | Robertson | D21/204 |
| D. 59,366 | 10/1921 | Martin | D21/204 |
| D. 60,979 | 5/1922 | Cigol | D21/204 |
| D. 72,692 | 7/1927 | Beldam | D21/204 |
| D. 72,693 | 7/1927 | Beldam | D21/204 |
| D. 73,046 | 7/1927 | Penfold | D21/204 |
| D. 74,213 | 1/1928 | Cigol | D21/204 |
| D. 75,198 | 5/1928 | Young | D21/205 |
| D. 75,422 | 6/1928 | Gioggia | D21/205 |
| D. 78,311 | 4/1929 | Perry | D21/205 |
| D. 79,223 | 8/1929 | Binnie | D21/205 |
| D. 79,224 | 8/1929 | Binnie | D21/205 |
| D. 79,458 | 9/1929 | Des Rosiers | D21/205 |
| D. 80,740 | 3/1930 | Perry | D21/205 |
| D. 91,919 | 4/1934 | Burbank | D21/205 |
| D. 94,403 | 1/1935 | Burbank | D21/205 |
| D. 100,206 | 6/1936 | Davis | D21/205 |
| D. 102,940 | 1/1937 | Cavignac | D21/205 |
| D. 107,066 | 11/1937 | Cavignac | D21/205 |
| D. 108,065 | 1/1938 | Cavignac | D21/205 |
| D. 176,470 | 12/1955 | Martin | D21/205 |
| D. 228,394 | 9/1973 | Martin | 273/232 |
| 697,417 | 4/1902 | Kempshall | 273/218 |
| 705,766 | 7/1902 | Kempshall | 273/220 |
| 710,753 | 10/1902 | Cavanagh | 273/230 |
| 716,945 | 12/1902 | Selzer | 273/230 |
| 878,254 | 2/1908 | Taylor | 273/232 |
| 922,773 | 5/1909 | Kempshall | 273/232 |
| 1,182,604 | 5/1916 | Wadsworth | 273/232 |
| 1,182,605 | 5/1916 | Wadsworth | 273/214 |
| 1,265,036 | 5/1918 | Bendelow | 273/232 |
| 1,286,834 | 12/1918 | Taylor | 273/232 |
| 1,418,220 | 5/1922 | White | 273/232 |
| 1,517,514 | 12/1924 | Hunt | 273/232 |
| 1,656,408 | 1/1928 | Young | 273/232 |
| 1,666,699 | 12/1927 | Hagen | 273/232 |
| 1,681,167 | 8/1928 | Beldam | 273/232 |
| 1,716,435 | 6/1929 | Fotheringham | 273/232 |
| 1,855,448 | 4/1932 | Hazeltine | 273/232 |
| 1,862,708 | 6/1932 | Rosenberg | 273/213 |
| 2,002,726 | 5/1935 | Young | 273/232 |
| 2,106,704 | 2/1938 | Davis | 273/232 |
| 2,135,210 | 11/1938 | Farrar | 273/232 |
| 2,728,576 | 12/1955 | Martin et al. | 273/232 |
| 4,090,716 | 5/1978 | Martin et al. | 273/232 |

U.S. Patent    Jun. 26, 1990    Sheet 1 of 13    4,936,587

FIG. 1



FIG. 2





FIG. 3

FIG. 4

FIG. 5



FIG. 6



FIG. 7



FIG. 8

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 19.



182 DIMPLES (FORMULA 1)

## FIG. 20.



252 DIMPLES (FORMULA 1)

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

FIG. 21.



FIG. 22.



332 DIMPLES (FORMULA 1)