# Exhibit N
# (Part 1 of 2)

US006729976B2

(12) **United States Patent**
Bissonnette et al.

(10) Patent No.: **US 6,729,976 B2**
(45) Date of Patent: **May 4, 2004**

(54) **GOLF BALL WITH IMPROVED FLIGHT PERFORMANCE**

(75) Inventors: **Laurent C. Bissonnette**, Portsmouth, RI (US); **Jeffrey L. Dalton**, North Dartmouth, MA (US); **Steven Aoyama**, Marion, MA (US)

(73) Assignee: **Acushnet Company**, Fairhaven, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 19 days.

(21) Appl. No.: **10/096,852**

(22) Filed: **Mar. 14, 2002**

(65) **Prior Publication Data**

US 2003/0045378 A1 Mar. 6, 2003

**Related U.S. Application Data**

(60) Continuation-in-part of application No. 09/989,191, filed on Nov. 21, 2001, and a continuation-in-part of application No. 09/404,164, filed on Sep. 27, 1999, now Pat. No. 6,358,161, which is a division of application No. 08/922,633, filed on Sep. 3, 1997, now Pat. No. 5,957,786.

(51) Int. Cl.$^7$ ............................................. A63B 37/14
(52) U.S. Cl. ....................................................... 473/383
(58) Field of Search ................................... 473/378–384

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,560,168 A | * 12/1985 | Aoyama | 473/379 |
| 4,681,323 A | * 7/1987 | Alaki et al. | 473/384 |
| 4,729,861 A | 3/1988 | Lynch et al. | 264/219 |
| 4,915,390 A | 4/1990 | Gobush et al. | 273/232 |
| 4,925,193 A | 5/1990 | Melvin et al. | 273/232 |
| 4,991,852 A | 2/1991 | Pattison | 273/232 |
| 5,018,741 A | 5/1991 | Stiefel et al. | 273/232 |
| D318,507 S | 7/1991 | Gobush et al. | D21/205 |
| D318,508 S | 7/1991 | Gobush et al. | D21/205 |
| D320,828 S | 10/1991 | Gobush et al. | D21/205 |

(List continued on next page.)

OTHER PUBLICATIONS

US 2001/0009310 A1, Jul. 26, 2001, Hebert et al.,.

*Primary Examiner*—Raeann Gorden
(74) *Attorney, Agent, or Firm*—Swidler Berlin Shereff Friedman, LLP

(57) **ABSTRACT**

A golf ball with aerodynamic coefficient magnitude and aerodynamic force angle, resulting in improved flight performance, such as increased carry and flight consistency regardless of ball orientation. In particular, the present invention is directed to a golf ball having increased flight distance as defined by a set of aerodynamic requirements, at particular spin ratios and Reynolds Numbers. The invention is also directed toward golf balls with dimple diameters of greater than 6.5 percent of the ball diameter and dimples with a profile defined by a catenary curve.

**47 Claims, 17 Drawing Sheets**



$D_A < D_B \leq D_C \leq D_D \leq D_E$
80% $D_A$, $D_B$, $D_C$, $D_D$, $D_E$ > 0.11"
DIMP. AREA > 80%

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

US 6,729,976 B2
Page 2

#### U.S. PATENT DOCUMENTS

| Patent No. | Date | Inventor | Class |
|---|---|---|---|
| D320,829 S | 10/1991 | Gobush et al. | D21/205 |
| D321,231 S | 10/1991 | Gobush et al. | D21/205 |
| 5,060,954 A | 10/1991 | Gobush | 473/378 |
| 5,092,604 A | 3/1992 | Oka | 473/384 |
| D327,519 S | 6/1992 | Gobush et al. | D21/205 |
| D336,755 S | 6/1993 | Pelletier | D21/205 |
| D340,488 S | 10/1993 | Aoyama | D21/205 |
| 5,249,804 A | 10/1993 | Sanchez | 273/232 |
| 5,273,287 A | 12/1993 | Molitor et al. | 473/384 |
| D349,141 S | 7/1994 | Pelletier et al. | D21/205 |
| D359,993 S | 7/1995 | Pelletier et al. | D21/205 |
| D364,904 S | 12/1995 | Pelletier et al. | D21/205 |
| 5,562,552 A | 10/1996 | Thurman | 473/379 |
| 5,575,477 A | 11/1996 | Hwang | 473/379 |
| 5,586,951 A | 12/1996 | Sugiura | 473/379 |
| 5,682,230 A | 10/1997 | Anfinsen et al. | 356/28 |
| 5,688,191 A | 11/1997 | Cavallaro et al. | 473/373 |
| 5,702,312 A | 12/1997 | Horiuchi et al. | 473/377 |
| 5,713,801 A | 2/1998 | Aoyama | 473/354 |
| 5,803,831 A | 9/1998 | Sullivan et al. | 473/374 |
| 5,885,172 A | 3/1999 | Hebert et al. | 473/354 |
| 5,919,100 A | 7/1999 | Boehm et al. | 473/354 |
| 5,935,023 A | 8/1999 | Maehara et al. | 473/384 |
| 5,957,786 A | 9/1999 | Aoyama | 473/379 |
| 5,957,787 A | 9/1999 | Hwang | 473/379 |
| 5,965,669 A | 10/1999 | Cavallaro et al. | 525/221 |
| 5,981,654 A | 11/1999 | Rajagopalan | 525/66 |
| 5,981,658 A | 11/1999 | Rajagopalan et al. | 525/72 |
| 6,149,535 A | 11/2000 | Bissonnette et al. | 473/354 |
| 6,186,002 B1 | 2/2001 | Lieberman et al. | 73/432.1 |
| 6,213,898 B1 | 4/2001 | Ogg | 473/383 |
| 6,285,445 B1 | 9/2001 | Winfield et al. | 356/28 |
| 6,290,615 B1 | 9/2001 | Ogg | 473/378 |
| 6,331,150 B1 | 12/2001 | Ogg | 473/383 |
| 6,338,684 B1 | 1/2002 | Winfield et al. | 473/378 |
| 6,511,389 B2 * | 1/2003 | Ogg | 473/383 |
| 2002/0123390 A1 | 9/2002 | Byrne et al. | 473/280 |
| 2002/0123395 A1 | 9/2002 | Murphy et al. | 473/378 |

* cited by examiner



**FIG. 1**



**FIG. 2**



*FIG. 3*



**FIG. 4**



**FIG. 5**
*PRIOR ART*



**FIG. 6**
*PRIOR ART*

$D_A < D_B \leq D_C \leq D_D \leq D_E$
80% $D_A$, $D_B$, $D_C$, $D_D$, $D_E$ > 0.11"
DIMP. AREA > 80%



**FIG. 7**

U.S. Patent    May 4, 2004    Sheet 7 of 17    US 6,729,976 B2



**FIG. 8**



FIG. 9



**FIG. 10**



**FIG. 11**



**FIG. 12**



**FIG. 13**

**U.S. Patent**  May 4, 2004  Sheet 13 of 17  US 6,729,976 B2



**FIG. 14**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 15