IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | Civil Action No. <br><br> DEMAND FOR JURY TRIAL |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Bridgestone Sports Co., Ltd. states that it is a wholly-owned subsidiary of Bridgestone Corporation and Plaintiff Bridgestone Golf, Inc. states that it is a wholly-owned subsidiary of Bridgestone Sports Co., Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  Attorneys for Bridgestone Sports Co., Ltd.
  and Bridgestone Golf, Inc.

OF COUNSEL:

Robert M. Masters
John T. Callahan
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060

March 7, 2005

454145