05-132 Continued Bridgestone Sports Co Ltd et al vs Acushnet Company

| | | |
|---|---|---|
| 5,803,834 | 9/8/98 | Bridgestone Sports Co Ltd |
| 5,813,924 | 9/29/98 | Bridgestone Sports Co Ltd |
| 6,634,961 B2 | 10/21/03 | Bridgestone Sports Co Ltd |
| 6,679,791 | 1/20/04 | Bridgestone Sports Co Ltd |
| 6,780,125 B1 | 8/24/04 | Bridgestone Sports Co Ltd |
| 4,729,861 | 3/8/88 | Acushnet Company |
| 4,936,587 | 6/26/90 | Acushnet Company |
| 5,080,367 | 1/14/92 | Acushnet Company |
| 6,729,976 | 5/4/04 | Acushnet Company |