IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 05-132-JJF |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the date by which defendant Acushnet Company must answer, move or otherwise respond to plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc.'s Complaint shall be extended to April 27, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

By: /s/ Maryellen Noreika
   Jack B. Blumenfeld (#1014)
   Maryellen Noreika (#3208)
   Leslie A. Polizoti (#4299)
   1201 N. Market Street
   Wilmington, DE  19801
   Telephone (302) 658-9200
   jblumenfeld@mnat.com
   mnoreika@mnat.com
   lpolizoti@mnat.com

Attorneys for Plaintiffs

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE  19801
   Telephone (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

Attorneys for Defendant

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

675691/28946