IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO LTD,<br>BRIDGESTONE GOLF INC., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-132 JJF |
| ACUSHNET COMPANY, | : | |
| Defendant. | : | |

### ORDER SETTING RULE 16(b) TELECONFERENCE

WHEREAS, the Court requested the parties submit a Proposed Rule 16 Scheduling Order by May 23, 2005 (D.I. 8);

WHEREAS, on May 23, 2005, counsel called to request a scheduling conference by phone be set;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Scheduling Teleconference pursuant to Fed. R. Civ. P. 16(b) will be held on **Wednesday, June 8, 2005, at 11:30 a.m.** Counsel for Plaintiff shall initiate the call.

2. Parties shall submit their proposed scheduling orders no later than **June 3, 2005** for the purpose of preparing for the conference.

3. The parties shall direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

May 24, 2005
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE