# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 05-132 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bridgestone's First Set of Interrogatories (Interrogatory Nos. 1-24) and Bridgestone's First Set of Requests for Production of Documents and Things (Request Nos. 1-100) were caused to be served on June 7, 2005 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Jack B. Blumenfeld
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19801
        (302) 658-9200
         *Attorneys for Bridgestone Sports Co., Ltd.*
         *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060


June 7, 2005