# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., <br> And BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 05-132 (JJF) <br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, hereby certifies that copies of the following documents were caused to be served on June 10, 2005 on the attorneys of record at the following addresses as indicated:

1. Defendant's First Set of Interrogatories to Plaintiff; and

2. Defendant's First Set of Requests for the Production of Documents and Things to Plaintiff.

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347


**VIA FEDERAL EXPRESS**

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: _____ |
| | Richard L. Horwitz (#2246) |
| Alan M. Grimaldi | David E. Moore (#3983) |
| Joseph P. Lavelle | Hercules Plaza, 6th Floor |
| Matthew J. Moore | 1313 North Market Street |
| Vivian S. Kuo | P. O. Box 951 |
| HOWREY LLP | Wilmington, DE  19899-0951 |
| 1299 Pennsylvania Avenue, N.W. | (302) 984-6000 |
| Washington, DC  20004 | rhorwitz@potteranderson.com |
| Telephone (202) 783-0800 | dmoore@potteranderson.com |
| | |
| Dated:  June 13, 2005 | *Attorneys for Defendant Acushnet Company* |

686152 / 28946

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 13, 2005, the attached document was served via hand delivery and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on June 13, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

/s/ 
_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012