# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JACK B. BLUMENFELD
302 575 7291
302 425 3012 FAX
jblumenfeld@mnat.com

June 21, 2005

<u>By E-Filing</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

       RE:    <u>Bridgestone Sports Co., Ltd., et al. v. Acushnet Company</u>
              <u>C.A. No. 05-132 (JJF)</u>

Dear Judge Farnan:

      I am enclosing a Scheduling Order including the dates discussed during the June 8 telephone conference, which has been agreed upon by the parties. In paragraph 9, we have included March and April 2007 for the pretrial conference and trial, and request that Your Honor set dates during those months that are available on your schedule.

                                Respectfully,

                                /s/ *Jack B. Blumenfeld (#1014)*

                                Jack B. Blumenfeld

JBB/bls
Enclosure

cc:    Peter T. Dalleo, Clerk (By Hand)
        Richard L. Horwitz, Esquire (By Hand)
        Alan M. Grimaldi, Esquire (By Fax)
        Robert M. Masters, Esquire (By Fax)