IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>                 Plaintiffs,<br>   v.<br><br>ACUSHNET COMPANY,<br><br>                 Defendant. | C.A. No.  05-132 (JJF) |

## NOTICE OF SERVICE

I hereby certify that copies of Bridgestone's Initial Disclosures were caused to be served on June 20, 2005 upon the following by facsimile and federal express:

| | |
|---|---|
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Wilmington, DE  19801 | Alan M. Grimaldi<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 |

                                 MORRIS, NICHOLS, ARSHT & TUNNELL

                                 /s/ Leslie A. Polizoti
                                 _____
                                 Jack B. Blumenfeld (#1014)
                                 Maryellen Noreika (#3208)
                                 Leslie A. Polizoti (#4299)
                                 1201 N. Market Street
                                 P.O. Box 1347
                                 Wilmington, DE 19801
                                 (302) 658-9200
                                   *Attorneys for Bridgestone Sports Co., Ltd.*
                                   *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 293-7060

June 21, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Jack B. Blumenfeld, Richard L. Horwitz, and David E. Moore.

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com