IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | C. A. No. 05-132 (JJF)<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, hereby certifies that copies of the (1) Acushnet's Objections and Responses to Bridgestone's First Set of Interrogatories Directed to Acushnet (Nos. 1-24); and (2) Acushnet's Objections and Responses to Bridgestone's First Set of Requests for Production of Documents and Things Directed to Acushnet (Nos. 1-100) were caused to be served on July 7, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

### VIA FEDERAL EXPRESS

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: _____ |
| | Richard L. Horwitz (#2246) |
| Alan M. Grimaldi | David E. Moore (#3983) |
| Joseph P. Lavelle | Hercules Plaza, 6th Floor |
| Matthew J. Moore | 1313 North Market Street |
| Vivian S. Kuo | P. O. Box 951 |
| HOWREY LLP | Wilmington, DE 19899-0951 |
| 1299 Pennsylvania Avenue, N.W. | (302) 984-6000 |
| Washington, DC 20004 | rhorwitz@potteranderson.com |
| Telephone (202) 783-0800 | dmoore@potteranderson.com |
| Dated: July 7, 2005 | *Attorneys for Defendant Acushnet Company* |

689608

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 7, 2005, the attached document was served via hand delivery and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on July 7, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012