IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | C. A. No.  05-132 (JJF) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bridgestone's Second Set Of Interrogatories (Interrogatory Nos. 25-39) and Bridgestone's Second Set Of Requests For Production Documents And Things (Request Nos. 101-155) were caused to be served on July 29, 2005 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY HAND**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Jack B. Blumenfeld*
                    Jack B. Blumenfeld (#1014)
                    Maryellen Noreika (#3208)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19801
                    (302) 658-9200
                     *Attorneys for Bridgestone Sports Co., Ltd.*
                     *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Steven M. Gruskin
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060


July 29, 2005

CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Richard L. Horwitz.

I further certify on July 29, 2005, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY FACSIMILE**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

     /s/ *Jack B. Blumenfeld*
     Jack B. Blumenfeld (#1014)
     Maryellen Noreika (#3208)
     1201 N. Market Street
     P.O. Box 1347
     Wilmington, DE  19899
     (302) 658-9200
     jblumenfeld@mnat.com