## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No.  05-132 (JJF) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Response to Defendant's Second Set Of Requests for the Production of Documents and Things Directed To Bridgestone (Nos. 44-86) were caused to be served on September 1, 2005 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY HAND**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/  Jack B. Blumenfeld*
                                    Jack B. Blumenfeld (#1014)
                                    Maryellen Noreika (#3208)
                                    Leslie A. Polizoti (#4299)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE 19801
                                    (302) 658-9200
                                      *Attorneys for Bridgestone Sports Co., Ltd.*
                                      *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Steven M. Gruskin
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 293-7060


September 1, 2005

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard L. Horwitz.

I further certify on September 1, 2005, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FAX**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

 /s/  *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com