# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

September 7, 2005

<u>By E-Filing</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    RE: Bridgestone Sports Co., Ltd., *et al.* v. Acushnet Company
       C.A. No. 05-132 (JJF)

Dear Judge Farnan:

   As I advised Ms. Krett this morning, the parties believe that it would be more productive to defer the discovery conference set for this Friday, September 9, for a couple weeks, to permit the parties to discuss the discovery issues further before bringing them to the Court. Accordingly, we request that the Court reschedule the September 9 conference for a date convenient to the Court as soon as possible after September 19, other than September 23, 29-30 and October 3-4.

                Respectfully,


                /s/ *Jack B. Blumenfeld (#1014)*

                Jack B. Blumenfeld

JBB/bls

  cc: Peter T. Dalleo, Clerk (By Hand)
     Richard L. Horwitz, Esquire (By Hand)
     Alan M. Grimaldi, Esquire (By Fax)
     Robert M. Masters, Esquire (By Fax)