IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD., :
et al.,                       :
                              :
        Plaintiffs,           :
                              :
    v.                        :   Civil Action No. 05-132-JJF
                              :
ACUSHNET COMPANY,             :
                              :
        Defendant.            :

## O R D E R

WHEREAS, counsel agreed to a brief postponement of the September 9, 2005 discovery conference (D.I. 30);

NOW THEREFORE, IT IS HEREBY ORDERED that a Discovery Conference will be held on **Wednesday, October 5, 2005 at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

September 8, 2005                   /s/ Joseph J. Farnan
    DATE                         UNITED STATES DISTRICT JUDGE