IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-132-JJF ) ) ) ) ) |

**STIPULATION TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that defendant Acushnet Company's Answer and Counterclaim (D.I. 7) may be amended as set forth in the Amended Answer and Counterclaim attached hereto as Exhibit A.

IT IS HEREBY FURTHER STIPULATED, subject to the approval of the Court, that the Amended Answer and Counterclaim will be deemed filed and served as of the date the Court enters this Stipulation and Order, and plaintiffs' reply to the counterclaim shall be due ten business days from that date.

MORRIS, NICHOLS, ARSHT & TUNNELL          POTTER ANDERSON & CORROON LLP

By: /s/ Jack B. Blumenfeld                             By: /s/ Richard L. Horwitz
    Jack B. Blumenfeld (#1014)                              Richard L. Horwitz (#2246)
    Maryellen Noreika (#3208)                              David E. Moore (#3983)
    Leslie A. Polizoti (#4299)                                Hercules Plaza, 6th Floor
    1201 N. Market Street                                       1313 N. Market Street
    Wilmington, DE 19801                                      Wilmington, DE 19801
    Telephone (302) 658-9200                                Telephone (302) 984-6000
    jblumenfeld@mnat.com                                  rhorwitz@potteranderson.com
    mnoreika@mnat.com                                       dmoore@potteranderson.com
    **lpolizoti@mnat.com**

                                                                             Attorneys for Defendant

Attorneys for Plaintiffs

        SO ORDERED this _____ day of _____, 2005.

                                                                 _____
                                                                  United States District Court Judge

698971/28946