IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the parties have requested the scheduling of a second discovery dispute hearing;

IT IS HEREBY ORDERED that:

1) A discovery dispute hearing will be held on **Thursday, December 1, 2005 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware;

2) The parties shall file memoranda setting forth the disputes no later than **5:00 p.m. on Tuesday, November 29, 2005**.

October 7, 2005
DATE

UNITED STATES DISTRICT JUDGE