# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

October 28, 2005

<u>By Electronic Filing</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      RE:    Bridgestone Sports Co., Ltd., *et al.* v. Acushnet Company
              C.A. No. 05-132 (JJF)

Dear Judge Farnan:

      Attached is a form of Order that has been agreed upon by the parties, setting forth the rulings at the October 5, 2005 discovery hearing. If it is acceptable to the Court, we request that it be entered.

                              Respectfully,

                              */s/ Jack B. Blumenfeld (#1014)*

                              Jack B. Blumenfeld

JBB/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
       Richard L. Horwitz, Esquire (By Hand)
       Alan M. Grimaldi, Esquire (By Fax)
       Robert M. Masters, Esquire (By Fax)