# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

November 30, 2005

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

      RE:   *Bridgestone Sports Co., Ltd., et al. v. Acushnet Company*
            C.A. No. 05-132 (JJF)

Dear Judge Farnan:

      As counsel for the parties jointly advised Ms. Krett this morning, the parties would like to defer the discovery conference set for this Thursday, December 1, in order to allow them additional time to discuss and try to work out discovery issues before bringing them to the Court.  Accordingly, the parties request that the Court reschedule the December 1 conference for a date convenient to the Court, as soon as possible after January 1, 2006, and preferably on January 5 or 6.

                                 Respectfully,

                                 */s/ Leslie A. Polizoti (#4299)*

                                 Leslie A. Polizoti

cc:    Peter T. Dalleo, Clerk (By Hand)
        David E. Moore (By Hand)