**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ACUSHNET COMPANY, | )   C. A. No. 05-132 (JJF) ) |
| Defendant. | ) ) |
| ACUSHNET COMPANY, | ) ) |
| Counterclaim Plaintiff, | ) ) |
| v. | ) ) |
| BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC., | ) ) ) |
| Counterclaim Defendant. | ) |

**DEFENDANT ACUSHNET COMPANY'S MOTION FOR REPRESENTATIVE
CLAIMS AND TO REQUIRE DETAILED INFRINGEMENT CONTENTIONS**

Defendant and Counterclaim Plaintiff Acushnet Company ("Acushnet"), respectfully moves this Court for an Order requiring Plaintiff and Counterclaim Defendant Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. (collectively "Bridgestone") to provide detailed infringement contentions with respect to their representative claims.

The grounds for the Motion are set forth in the accompanying Opening Brief in Support.  A proposed Order is attached hereto as Exhibit A.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| Alan M. Grimaldi<br>Joseph P. Lavelle<br>Matthew J. Moore<br>Vivian S. Kuo<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C.  20004<br>Telephone: (202) 783-0800<br><br>Dated:  December 2, 2005 | By: */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Acushnet Company* |

709804

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 2, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on December 2, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

                                                                                      */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com