# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ACUSHNET COMPANY, | ) ) |
| Defendant. | ) ) |
| ACUSHNET COMPANY, | ) |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) |
| BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC., | ) ) ) |
| Counterclaim Defendant. | ) |

C. A. No. 05-132 (JJF)

## **ORDER**

Having considered Acushnet Company's Motion For Representative Claims and to Require Detailed Infringement Contentions,

IT IS HEREBY ORDERED this ____ day of _____, 2005, that the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE