IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD, and<br>BRIDGESTONE GOLF, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| ACUSHNET COMPANY, | )<br>) | C. A. No. 05-132 (JJF) |
| Defendant. | )<br>) | |
| ACUSHNET COMPANY, | )<br>) | |
| Counterclaim Plaintiff, | )<br>) | |
| v. | )<br>) | |
| BRIDGESTONE SPORTS CO., LTD, and<br>BRIDGESTONE GOLF, INC., | )<br>)<br>) | |
| Counterclaim Defendant. | ) | |

## RULE 7.1.1 STATEMENT

Counsel for Defendant and Counterclaim Plaintiff Acushnet Company ("Acushnet"), conferred with counsel for Plaintiff and Counterclaim Defendant Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. (collectively "Bridgestone") prior to filing Acushnet's Motion for Representative Claims and to Require Detailed Infringement Contentions and Acushnet's Motion to Bifurcate Liability from Damages and Willfulness. As of the time of filing of the Motions, counsel for Bridgestone had not consented to the requested relief.

| | |
|---|---|
| OF COUNSEL:<br><br>Alan M. Grimaldi<br>Joseph P. Lavelle<br>Matthew J. Moore<br>Vivian S. Kuo<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 783-0800<br><br>Dated: December 2, 2005 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ *David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Telephone: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Acushnet Company* |

709861

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 2, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on December 2, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com