IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, | : |
| Defendant. | : |

### O R D E R

WHEREAS, counsel agreed to a postponement of the December 1, 2005 discovery conference (D.I. 43);

NOW THEREFORE, IT IS HEREBY ORDERED that a Discovery Conference will be held on **Friday, January 13, 2006 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

December 5, 2005
DATE

UNITED STATES DISTRICT JUDGE