# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 05-132 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bridgestone's Third Set of Interrogatories (Interrogatory Nos. 40-42) were caused to be served on December 9, 2005 upon the following in the manner indicated:

**BY HAND**

David E. Moore`
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FAX**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Jack B. Blumenfeld*
                    Jack B. Blumenfeld (#1014)
                    Maryellen Noreika (#3208)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19801
                    (302) 658-9200
                     *Attorneys for Bridgestone Sports Co., Ltd.*
                     *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Steven M. Gruskin
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
(202) 293-7060


December 9, 2005