**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., </br></br>　　　　　Plaintiffs, </br></br>　　v. </br></br>ACUSHNET COMPANY, </br></br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, </br></br>　　　　　Counterclaim Plaintiff, </br></br>　　v. </br></br>BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. </br></br>　　　　　Counterclaim Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, hereby certifies that copies of the

(1) Defendant's Second Set of Interrogatories Directed to Plaintiff (Nos. 25-38); and (2)

Acushnet's First Set of Requests For Admission (Nos. 1-22) were caused to be served on

December 13, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

2

**VIA FEDERAL EXPRESS**

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  */s/ David E. Moore*

Alan M. Grimaldi                      Richard L. Horwitz (#2246)
Joseph P. Lavelle                     David E. Moore (#3983)
Matthew J. Moore                    Hercules Plaza, 6th Floor
Vivian S. Kuo                          1313 North Market Street
HOWREY LLP                         P. O. Box 951
1299 Pennsylvania Avenue, N.W.    Wilmington, DE  19899-0951
Washington, DC  20004            (302) 984-6000
Telephone (202) 783-0800         rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com

Dated:  December 13, 2005

*Attorneys for Defendant Acushnet Company*

711173

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 13, 2005, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on December 13, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012