**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 27, 2005

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124, Lockbox 27
Wilmington, DE 19801

      Re:    **Bridgestone Sports Co., LTD, and Bridgestone Golf, Inc.
v. Acushnet Company, CA No. 05-132 (JJF)**

Dear Judge Farnan:

      Briefing is now complete on Acushnet's Motion for Identification of Representative Claims and to Require Detailed Infringement Contentions, and Acushnet's Motion to Bifurcate Liability From Damages and Willfulness. Therefore, pursuant to L.R. 7.1.4., Acushnet seeks oral argument on those motions, and suggests that they could be heard during the hearing in this case already scheduled for January 13, 2006.

      Respectfully,

      */s/ Richard L. Horwitz*

      Richard L. Horwitz

712768
cc:    Robert M. Masters, Esquire
        Jack B. Blumenfeld, Esquire
        Alan M. Grimaldi, Esquire