# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ACUSHNET COMPANY, | ) )   C. A. No. 05-132 (JJF) |
| Defendant. | ) ) ) |
| ACUSHNET COMPANY, | )   **DEMAND FOR JURY TRIAL** |
| Counterclaim Plaintiff, | ) ) ) |
| v. | ) ) |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) |
| Counterclaim Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, hereby certifies that copies of Acushnet's Objections and Responses to Bridgestone's Third Set of Interrogatories Directed to Acushnet (Nos. 40-42) were caused to be served on January 9, 2006, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

**VIA ELECTRONIC MAIL**

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By:  /s/ David E. Moore |
| Alan M. Grimaldi | Richard L. Horwitz (#2246) |
| Joseph P. Lavelle | David E. Moore (#3983) |
| Matthew J. Moore | Hercules Plaza, 6th Floor |
| Vivian S. Kuo | 1313 North Market Street |
| HOWREY LLP | P. O. Box 951 |
| 1299 Pennsylvania Avenue, N.W. | Wilmington, DE  19899-0951 |
| Washington, DC  20004 | (302) 984-6000 |
| Telephone (202) 783-0800 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated:  January 9, 2006 |  |
| 714194 | *Attorneys for Defendant Acushnet Company* |

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 9, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on January 9, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

　　　　　　　　　　　　　　　　　　　　 */s/ David E. Moore*
　　　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-0951
　　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com