IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) | |
| ACUSHNET COMPANY, | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Counterclaim Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Alan M. Grimaldi, Matthew J. Moore and Brian S. Seal of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004, to represent defendant/counterclaim plaintiff Acushnet Company in this matter.

                              POTTER ANDERSON & CORROON LLP

                        By:   */s/ David E. Moore*
                             Richard L. Horwitz (#2246)
                             David E. Moore (#3983)
                             Hercules Plaza 6th Floor
                             1313 N. Market Street
                             P.O. Box 951
                             Wilmington, DE  19899
                             Tel:  (302) 984-6000
                             rhorwitz@potteranderson.com
Dated:  January 12, 2006           dmoore@potteranderson.com

702678                                   *Attorneys for Defendant/Counterclaim*
                                     *Plaintiff  Acushnet Company*


## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____                   _____
                                      United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 12, 2006     Signed:     /s/ *Alan M. Grimaldi*
                                        Alan M. Grimaldi
                                        HOWREY LLP
                                        1299 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20004
                                        Telephone: (202) 783-0800

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 12, 2006    Signed:    /s/ *Matthew J. Moore*
Matthew J. Moore
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐  has been paid to the Clerk of the Court

☑  will be submitted to the Clerk's Office upon the filing of this motion

Date:   January 12, 2006        Signed:      */s/ Brian S. Seal*
                                            Brian S. Seal
                                            HOWREY LLP
                                            1299 Pennsylvania Ave., N.W.
                                            Washington, D.C.  20004
                                            Telephone: (202) 783-0800

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 12, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on January 12, 2006, I have Emailed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012