IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD. :
and BRIDGESTONE GOLF, INC., :
                               :
     Plaintiffs,      :
                               :
  v.                         :  Civil Action No. 05-132-JJF
                               :
ACUSHNET COMPANY,       :
                               :
     Defendant.       :

### ORDER

WHEREAS, the Court conducted a discovery conference on January 13, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant Acushnet Company's Motion To Bifurcate Liability From Damages And Willfulness is **DENIED**.

2. Defendant Acushnet Company's Motion For Representative Claims And To Require Detailed Infringement Contentions (D.I. 47) is **DENIED**.

3. Plaintiff's Motion To Strike Acushnet's Reply Brief Regarding Its Motion For Representative Claims And To Require Detailed Infringement Contentions is **GRANTED**.

4. All other decisions made on the record are hereby ordered.

January 18, 2006

                                              UNITED STATES DISTRICT JUDGE