**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 05-132 (JJF) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Plaintiffs' Responses to Defendant's Second Set of Interrogatories and Plaintiffs' Responses to Defendant's First Set of Requests for Admission (Nos. 1-22) were caused to be served on January 17, 2006 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY HAND**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

                                            MORRIS, NICHOLS, ARSHT & TUNNELL

                                            /s/  Jack B. Blumenfeld
                                            Jack B. Blumenfeld (#1014)
                                            Maryellen Noreika (#3208)
                                            Leslie A. Polizoti (#4299)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE 19801
                                            (302) 658-9200
                                              *Attorneys for Bridgestone Sports Co., Ltd.*
                                              *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Steven M. Gruskin
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 293-7060

January 19, 2006

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Richard L. Horwitz.

I further certify on January 19, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY FACSIMILE**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com