# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD.,<br>and BRIDGESTONE GOLF, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| ACUSHNET COMPANY, | )    C. A. No. 05-132 (JJF)<br>) |
| Defendant. | )<br>) |
| ACUSHNET COMPANY, | )    **DEMAND FOR JURY TRIAL**<br>) |
| Counterclaim Plaintiff, | )<br>) |
| v. | )<br>) |
| BRIDGESTONE SPORTS CO., LTD.<br>and BRIDGESTONE GOLD, INC. | )<br>)<br>) |
| Counterclaim Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company hereby certifies that copies of Defendant's Third Set of Interrogatories Directed to Plaintiffs (Nos. 39-40) were caused to be served on January 20, 2006, on the attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

2

**VIA ELECTRONIC MAIL**

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| Alan M. Grimaldi | By:  */s/ David E. Moore* |
| Joseph P. Lavelle | Richard L. Horwitz (#2246) |
| Matthew J. Moore | David E. Moore (#3983) |
| Vivian S. Kuo | Hercules Plaza, 6th Floor |
| HOWREY LLP | 1313 North Market Street |
| 1299 Pennsylvania Avenue, N.W. | P. O. Box 951 |
| Washington, DC  20004 | Wilmington, DE  19899-0951 |
| Telephone (202) 783-0800 | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Dated:  January 20, 2006 | dmoore@potteranderson.com |
| | |
| | *Attorneys for Defendant* |
| | *Acushnet Company* |

716347

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 20, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on January 20, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

　　　　　　　　　　　　　　　　　　　　 */s/ David E. Moore*
　　　　　　　　　　　　　　　　　　　　Richard L. Horwitz
　　　　　　　　　　　　　　　　　　　　David E. Moore
　　　　　　　　　　　　　　　　　　　　Potter Anderson & Corroon LLP
　　　　　　　　　　　　　　　　　　　　Hercules Plaza – Sixth Floor
　　　　　　　　　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 951
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0951
　　　　　　　　　　　　　　　　　　　　(302) 984-6000
　　　　　　　　　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　　　　　　　　　dmoore@potteranderson.com