IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) | |
| ACUSHNET COMPANY, | ) ) | PUBLIC VERSION |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) | |
| Counterclaim Defendant. | ) | |

**ACUSHNET'S OPPOSITION TO BRIDGESTONE'S MOTION TO
STRIKE ACUSHNET'S REPLY BRIEF REGARDING ITS MOTION
FOR REPRESENTATIVE CLAIMS AND TO REQUIRE
DETAILED INFRINGEMENT CONTENTIONS**

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Matthew J. Moore
Vivian S. Kuo
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone (202) 783-0800

Dated: January 11, 2006
Public Version Dated: January 30, 2006

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

Acushnet has acted in accordance with the Mutual Nondisclosure
Agreement ("NDA"). 

(Bridgestone Ex. 1 at ¶ 3 (emphasis added).)

While Bridgestone initially produced the document at-issue during settlement

discussions, Bridgestone later, outside the context of settlement discussions, produced the

document, without any claim of privilege and work product, in response to Acushnet's

document requests. (*See* BSP089131-BSP089152 (Ex. B hereto).) As a result, Acushnet

is free to use this document, including use in its Reply Brief in support of its motion for

representative claims, because it was "obtained independent[] of Settlement

Discussions." (Bridgestone Ex. 1 at ¶ 3.)

Bridgestone's arguments are irrelevant as they focus on the reason that the

document was "prepared." (Bridgestone's Mot. To Str. At 3.)  Thus,

Bridgestone's Motion should be denied.

---

[1] A paragraph that Bridgestone ignores in its motion despite the fact Acushnet explained
its position to Bridgestone in a January 3, 2006 letter. (Ltr. From Alan M. Grimaldi to
Robert M. Masters on Jan. 3, 2006 (Ex. A hereto).)

In any event, Bridgestone's motion complains only about one paragraph in Acushnet's Reply Brief. Acushnet's motion for representative claims and proper infringement contentions provides ample additional bases to support granting that motion.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Matthew J. Moore
Vivian S. Kuo
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 783-0800

Dated: January 11, 2006
Public Version Dated: January 30, 2006
717344/28946

BY:   /s/ David E. Moore
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 North Market Street
      P. O. Box 951
      Wilmington, DE  19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

Attorneys for Defendant/Counterclaim Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 30, 2006, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the document

is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on January 30, 2006, I have Federal Expressed the documents to the

following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012