# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C. A. No. 05-132 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Third Supplemental Responses to Defendant's First Set of Interrogatories were caused to be served on January 30, 2006 upon the following in the manner indicated:

### BY FEDERAL EXPRESS

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY HAND

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

                                          MORRIS, NICHOLS, ARSHT & TUNNELL

                                          */s/ Jack B. Blumenfeld*
                                          Jack B. Blumenfeld (#1014)
                                          Maryellen Noreika (#3208)
                                          Leslie A. Polizoti (#4299)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19801
                                          (302) 658-9200
                                            *Attorneys for Bridgestone Sports Co., Ltd.*
                                            *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
John T. Callahan
Steven M. Gruskin
Raja Saliba
SUGHRUE MION, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C.  20037
(202) 293-7060

January 31, 2006