IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) | **DEMAND FOR JURY TRIAL** |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) | |
| Counterclaim Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company hereby certifies that copies of Acushnet's First Supplement to Objections and Responses to Bridgestone's Second Set of Interrogatories Directed to Acushnet (Nos. 25-39); and Acushnet's Supplemental Responses to Bridgestone's First Set of Interrogatories Directed to Acushnet (Nos. 1-24) were caused to be served on February 8, 2006, on the attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Alan M. Grimaldi<br>Joseph P. Lavelle<br>Matthew J. Moore<br>Vivian S. Kuo<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Telephone (202) 783-0800<br><br>Dated:  February 9, 2006<br>719074 | By:  /s/ David E. Moore<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Hercules Plaza, 6th Floor<br>     1313 North Market Street<br>     P. O. Box 951<br>     Wilmington, DE  19899-0951<br>     (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Acushnet Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 9, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on February 9, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com