IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C.A. No. 05-132 (JJF) |

### NOTICE OF SUGHRUE MION'S WITHDRAWAL OF COUNSEL OF RECORD

PLEASE TAKE NOTICE that John T. Callahan, Steven M. Gruskin, Raja N. Saliba, and the law firm of Sughrue Mion, PLLC ("Sughrue") hereby withdraw as counsel of record for Plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. ("Bridgestone"). Bridgestone will continue to be represented by Jack B. Blumenfeld and the law firm of Morris, Nichols, Arsht & Tunnell LLP, and by Robert M. Masters, formerly of Sughrue, and now of Paul, Hastings, Janofsky, & Walker LLP, 875 15th Street, N.W., Washington DC 20005.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Leslie A. Polizoti*
        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19801
        (302) 658-9200
         *Attorneys for Plaintiffs*

February 16, 2006

## CERTIFICATE OF SERVICE

I certify that on February 16, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard L. Horwitz.

I further certify on February 16, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200