IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 05-132 (JJF) |
| v. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR RECONSIDERATION (D.I. 84)**

WHEREAS, plaintiffs filed a motion for reconsideration of a discovery issue on January 30, 2006 (D.I. 84); and

WHEREAS, defendant has agreed to supplement its prior discovery with respect to the Pro V1 (star) and to provide the documents and information requested by that motion;

NOW, THEREFORE, plaintiffs hereby withdraw their motion for reconsideration.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
*Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

February 16, 2006

## CERTIFICATE OF SERVICE

I certify that on February 16, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard L. Horwitz.

I further certify on February 16, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1401)
jblumenfeld@mnat.com