IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ACUSHNET COMPANY,<br><br>    Defendant. | C. A. No.  05-132 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Responses to Defendant's Third Set of Interrogatories were caused to be served on February 21, 2006 upon the following in the manner indicated:

### BY FACSIMILE AND FIRST CLASS MAIL

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Alan M. Grimaldi, Esquire
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Bridgestone Sports Co., Ltd.*
  *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

February 22, 2006

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Richard L. Horwitz.

I further certify on February 22, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY HAND**

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FACSIMILE**

Alan M. Grimaldi, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com