

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

**www.potteranderson.com**

February 24, 2006

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124, Lockbox 27
Wilmington, DE  19801

  Re: Bridgestone Sports Co., LTD, and Bridgestone Golf, Inc.
    <u>v. Acushnet Company, CA No. 05-132 (JJF)</u>

Dear Judge Farnan:

  In order to accommodate the review of a substantial volume of recently-produced documents and other discovery matters before the February 28 deadline for final contentions, the parties in the above-referenced action have agreed, subject to the Court's approval, to extend the deadlines set forth in the Court's Rule 16 Scheduling Order (D.I. 18) by two months.  The proposed changes are set forth in the following chart and accompanying stipulation.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Acushnet's production of financial data | March 1, 2006 (per the Court's Order of January 13, 2006) | April 3, 2006 |
| Supplementation of responses to contention interrogatories | February 28, 2006 | April 28, 2006 |
| Close of fact discovery | August 8, 2006 (per the Court's Order of November 2, 2005) | October 10, 2006 |
| Opening expert reports | September 21, 2006 | November 21, 2006 |
| Rebuttal expert reports | October 20, 2006 | December 20, 2006 |
| Close of expert discovery | December 5, 2006 | February 5, 2007 |
| Notice for deposition of expert witness | October 27, 2006 | December 27, 2006 |
| Case dispositive motions | January 19, 2007 | March 19, 2007 |

The Honorable Joseph J. Farnan, Jr.
February 24, 2006
Page 2

| Markman hearing | July 24, 2006 | September 25, 2006 |
| --- | --- | --- |
| Parties to agree on disputed claim terms | May 5, 2006 | July 5, 2006 |
| Joint claim construction statement | May 19, 2006 | July 19, 2006 |
| Markman opening briefs | June 19, 2006 | August 21, 2006 |
| Markman answering briefs | July 10, 2006 | September 11, 2006 |
| Pretrial conference | March 8, 2007 | May 8, 2007 |
| Trial | April 18, 2007 | June 18, 2007 |

As indicated in the chart, the parties have proposed new dates for all remaining deadlines, including conferences and trial, subject, of course, to the Court's calendar and approval.

Counsel are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

721281

cc:     Robert M. Masters, Esquire
        Jack B. Blumenfeld, Esquire
        Brian S. Seal, Esquire