IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C. A. No. 05-132 (JJF)<br>) |
| ACUSHNET COMPANY, | )<br>) |
| Defendant. | )<br>) |
| ACUSHNET COMPANY, | )<br>) |
| Counterclaim Plaintiff, | )<br>) |
| v. | )<br>) |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | )<br>)<br>) |
| Counterclaim Defendant. | ) |

**STIPULATED REVISED RULE 16 SCHEDULING ORDER**

Whereas, Bridgestone has recently produced over 95,000 pages of documents in response to the Court's January 13, 2006 Order, the majority of which are in Japanese, and additional time is required to translate and review those documents before the deadline for final contentions;

Whereas, Acushnet will be producing additional documents and information relating to its products in response to Bridgestone's Motion for Reconsideration (D.I. 84) and is required to produce damage-related documents by March 1, 2006 in response to the Court's January 13, 2006 Order, and additional time is required to review those documents before the deadline for final contentions; and

Whereas, the parties, through their respective counsel, have met and conferred and have stipulated that, due to the recent production by Bridgestone and the impending

production by Acushnet, all case deadlines should be extended as set forth below, subject to the approval of the Court:

1. **Discovery.**

    (a) Acushnet's production of financial data in response to Bridgestone's January 11, 2006 letter brief shall be completed by April 3, 2006.

    (b) Each party may supplement its responses to contention interrogatories by April 28, 2006;

    (c) All fact discovery, including depositions, shall be completed by October 10, 2006;

    (d) Opening expert reports under Rule 26(a)(2) that relate to issues on which a party has the burden of proof are due on November 21, 2006. Rebuttal expert reports under Rule 26(a)(2) that relate to issues on which a party does not have the burden of proof are due on December 20, 2006. Expert discovery will close on February 5, 2007.

    (e) Any party desiring to depose an expert witness shall provide notice no later December 27, 2006, and complete said deposition no later than February 5, 2007, unless otherwise agreed in writing by the parties or ordered by the Court.

2. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before March 19, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

3. **Markman.** A Markman hearing will be held on September 25, 2006. Briefing on the claim construction issues shall be completed at least ten (10)

business days prior to the hearing and according to the following schedule. The Court will set the limitation on the number of claim terms to be submitted for construction.

        (a)      Parties agree on disputed claim terms by July 5, 2006.

        (b)      Parties file a joint claim construction statement by July 19, 2006. The statement shall include the construction of those claim terms on which the parties agree and each party's proposed construction for each disputed claim term, together with an identification of all the intrinsic evidence known to the party on which it intends to rely.

        (c)      Markman opening briefs due by August 21, 2006.

        (d)      Markman answering briefs due by September 11, 2006.

      4.      **Pretrial Conference and Trial.** The final Pretrial Conference will be held on May 8, 2007 at 11:00 a.m. A jury trial will be held commencing on June 18, 2007 at 9:30 a.m. in Courtroom 4B of the United States Courthouse in Wilmington, Delaware.

      5.      Each party shall elect whether it intends to rely on advice of counsel and shall produce the opinions upon which it relies and any other documents falling within the scope of the waiver by August 1, 2006.

      6.      All other deadlines remain unchanged from the June 29, 2005 Rule 16 Scheduling Order.

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLF, INC., By its attorneys, | ACUSHNET COMPANY By its attorneys, |

 /s/ Leslie A. Polizoti                              
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200

*Attorneys for Bridgestone Sports Co., Ltd.
  and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
PAUL, HASTINGS, JANOFSKY &
WALKER, LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

 /s/ Richard L. Horwitz                              
POTTER ANDERSON & CORROON LLP

Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000

*Attorneys for Acushnet Company*

OF COUNSEL:

Alan Grimaldi
Matthew J. Moore
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004
(202) 783-0800

       SO ORDERED this ____ day of _____, 2006.

                                    _____
                                      Hon. Joseph J. Farnan, Jr.

721296