IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>*Defendant.* | C. A. No. 05-132 (JJF) |

### BRIDGESTONE'S THIRD NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. ("Bridgestone") will take the deposition upon oral examination of Defendant Acushnet Company ("Acushnet") beginning at 9:00 a.m. on March 30, 2006, and continuing from day to day thereafter until completed, at the offices of Paul, Hastings, Janofsky & Walker, LLP, 875 15th Street, NW, Washington, DC 20005, or at such other time and place as may be agreed upon by counsel. The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

In accordance with Rule 30(b)(6), Acushnet shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf concerning the matters set forth in Attachment A hereto.

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                *Jack B. Blumenfeld (#1014)*

                _____

                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                Leslie A. Polizoti (#4299)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19801
                (302) 658-9200
                *Attorneys for Bridgestone Sports Co., Ltd. and*
                *Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Eric E. Bensen
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1700

March 15, 2006