IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-132 (JJF) |
| v. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I certify that copies of Plaintiffs' Supplemental Responses to Defendant's First Set of Requests for Admission (Nos. 21-22) were caused to be served on March 27, 2006 upon the following in the manner indicated:

### BY HAND

David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY FACSIMILE

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19801
        (302) 658-9200
         *Attorneys for Bridgestone Sports Co., Ltd.*
         *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

March 27, 2006

CERTIFICATE OF SERVICE

I certify that on March 27, 2006, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to David E. Moore.

I further certify on March 27, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY HAND**

David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY FACSIMILE**

Alan M. Grimaldi, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
lpolizoti@mnat.com