IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ACUSHNET COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>) C.A. No. 05-132 (JJF)<br>)<br>) DEMAND FOR JURY TRIAL<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that copies of Plaintiffs' Fourth Supplemental Responses To Defendant's First Set Of Interrogatories (Nos. 10 and 23) were caused to be served on March 30, 2006 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY FACSIMILE & FEDERAL EXPRESS

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Bridgestone Sports Co., Ltd.
  and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Terrance J. Wikberg
Paul, Hastings, Janofsky & Walker LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

March 30, 2006
504375

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2006, I electronically filed the foregoing Notice Of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Richard L. Horwitz.

I further certify that on March 30, 2006, I caused copies of the foregoing document to be served upon counsel of record in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FACSIMILE & FEDERAL EXPRESS**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com