IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ACUSHNET COMPANY, | ) ) |
| Defendant. | ) |

C.A. No. 05-132 (JJF)

## NOTICE OF SERVICE

I certify that copies of Plaintiffs' Sixth Supplemental Responses To Defendant's First Set Of Interrogatories were caused to be served on May 9, 2006 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

Brian S. Seal
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Bridgestone Sports Co., Ltd.*
  *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Terrance J. Wikberg
Paul, Hastings, Janofsky & Walker LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

May 9, 2006
504375

**CERTIFICATE OF SERVICE**

       I certify that on May 9, 2006, I electronically filed the foregoing Notice Of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Richard L. Horwitz.

       /s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com