IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ACUSHNET COMPANY,<br><br>        Defendant. | C.A. No. 05-132 (JJF) |

## NOTICE OF DEPOSITION OF MICHAEL JORDAN

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. will take the deposition upon oral examination of Michael Jordan before a notary public or other person authorized to administer oaths beginning on June 30, 2006 at 9:00 a.m., and continuing from day to day until completed, at the Westin Poinsett Greenville, 120 Main Street, Greenville, SC, 29334, or at such other time and place as may be agreed upon by counsel. The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

You are invited to attend and cross-examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Leslie A. Polizoti*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
  *Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
875 15th St., N.W.
Washington, DC  20005
(202) 551-1700

June 15, 2006

## CERTIFICATE OF SERVICE

I certify that on June 15, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard L. Horwitz.

I further certify on June 15, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

/s/ *Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200