IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-132 (JJF) |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) ) | |
| Defendant. | ) | |

## BRIDGESTONE'S RESPONSE TO ACUSHNET'S RULE 37 MOTION TO COMPEL DISCOVERY FROM BRIDGESTONE TO ACUSHNET INTERROGATORY NO. 21

Acushnet has moved to compel Bridgestone to supplement its response to Interrogatory No. 21. Bridgestone believes its response to Interrogatory No. 21 is sufficiently detailed, particularly given that the Court has yet to construe the claims of the Acushnet patent. Nevertheless, Bridgestone has agreed to supplement its response to Interrogatory No. 21 to provide further details as to each term in each asserted claim together with the "page and line number of any portion of the prosecution history relied upon" to support Bridgestone's non-infringement position.

Accordingly, Acushnet's motion to compel with respect to interrogatory no. 21 is moot.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
  *Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
   JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

June 23, 2006

526208

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on June 23, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horowitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th floor
> 1313 N. Market Street
> Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Alan M. Grimaldi, Esquire
> Howrey LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC  20004

>  /s/ Maryellen Noreika (#3208)
> Maryellen Noreika (#3208)
> mnoreika@mnat.com