# EXHIBIT 1

Case 1:05-cv-00132-JJF    Document 120-2    Filed 06/23/2006    Page 1 of 10

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., AND BRIDGESTONE GOLF, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-132(JJF) |

### DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Acushnet Company ("Acushnet") hereby requests that plaintiff Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. (collectively "Bridgestone") answer the following interrogatories in the time required by law at the offices of Howrey LLP, 1299 Pennsylvania Avenue, NW, Washington DC 20004.

### DEFINITIONS

The following definitions apply to these requests:

1. The term "Bridgestone" or "you" or "your" shall mean Bridgestone Sports Co., Ltd., Bridgestone Golf, Inc., and any parent, subsidiary, partner (including general and limited partners), member and/or affiliated entities, past or present, of Bridgestone, and any person or entity, past or present, acting on behalf of Bridgestone, including each of its present and former officers, executives, general partners, limited partners, directors, employees, attorneys, agents and/or representatives.

2. The term "Acushnet" as used herein each shall refer to the named defendant, Acushnet Company and its present and/or former officers, directors, employees, agents, attorneys, and/or representatives.

3.  "Complaint" means Bridgestone's Complaint For Patent Infringement in the above captioned action.

4.  "Bridgestone Patents" means the patents that Bridgestone alleges Acushnet is infringing in its Complaint, namely:

> U.S. Patent No. 5,252,652 ("the '652 patent");
> 
> U.S. Patent No. 5,553,852 ("the '852 patent");
> 
> U.S. Patent No. 5,695,413 ("the '413 patent");
> 
> U.S. Patent No. 5,743,817 ("the '817 patent");
> 
> U.S. Patent No. 5,782,707 ("the '707 patent");
> 
> U.S. Patent No. 5,803,834 ("the '834 patent");
> 
> U.S. Patent No. 5,813,924 ("the '924 patent");
> 
> U.S. Patent No. 6,634,961 ("the '961 patent");
> 
> U.S. Patent No. 6,679,791 ("the '791 patent"); and
> 
> U.S. Patent No. 6,780,125 ("the '125 patent").

5.  "Bridgestone Related Patents" means patents or patent applications related to any of the Bridgestone Patents, including all parents, continuations, continuations-in-parts, divisions, reissues, reexaminations, and foreign counterparts.

6.  "Acushnet Patents" means patents that Acushnet has asserted that Bridgestone is infringing in its Answer and Counterclaim, namely:

> U.S. Patent No. 4,729,861 ("the '861 patent");
> 
> U.S. Patent No. 4,936,587 ("the '587 patent");
> 
> U.S. Patent No. 5,080,367 ("the '367 patent");
> 
> U.S. Patent No. 6,729,976 ("the '976 patent"); and
> 
> U.S. Patent No. 6,818,705 ("the '705 patent").

7.  "Acushnet Related Patents" means patents or patent applications related to any of the Acushnet Patents, including all parents, continuations, continuations-in-parts, divisions, reissues, reexaminations, and foreign counterparts.

8. "Accused Products" means the products, services, actions, or activities of Acushnet that Bridgestone contends infringe, directly or indirectly, any of the claims of Bridgestone's Patents, including but not limited to the Titleist Pro V1®, Pro V1x™, NXT® Tour, NXT®, and DT SoLo, and the Pinnacle® Exception™ golf balls.

9. "Documents" shall be defined as synonymous in meaning and equal in scope to the use of that term in Fed. R. Civ. P. 34(a) and applicable case law, and shall include "things," electronic mail, drawings and information in computer-readable format, invention disclosure documents, sketches, drawings, schematics, memoranda, drafts, reports, correspondence, records of tests, records of meetings, comments, edits, marginalia, notebook entries, and notes of any kind, and any other "writings" and "recordings" as defined in Fed. R. Evid. 1001.

10. "Thing" shall be defined as synonymous in meaning and equal in scope to the use of that term in Fed. R. Civ. P. 34(a), and includes any tangible object, other than a document.

11. "Communications" or "Communicated" means all conveyances of information between any person or entity by or through any mode or medium including the spoken word, written or electronic correspondence, face-to-face meetings, and/or conveying information through third persons.

12. "Referring or relating to" means making reference to, pertaining to, mentioning, discussing, representing, embodying, illustrating, describing, reflecting, supporting, negating, rebutting, contradicting, evidencing, and/or constituting.

13. "Person" means: (a) any natural person or individual; or (b) any entity, whether business, legal, governmental, or other, regardless of whether or not for profit, including any corporation, partnership, sole proprietorship, organization, club, committee, joint venture, foreign corporation or foreign entity, or any associate, general partner, limited partner, employee, subsidiary, parent, or other affiliate of any such entity.

14. "Prior Litigation" refers to any lawsuit, interference, arbitration, mediation, opposition proceeding, or any other dispute or adversarial proceeding involving either

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Alan M. Grimaldi<br>Joseph P. Lavelle<br>Matthew J. Moore<br>Vivian S. Kuo<br>HOWREY LLP<br><br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone (202) 783-0800<br><br>Dated: June 10, 2005<br><br>686174 | BY: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant* |

13

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 10, 2005, a true and correct copy of the within document was caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC  20037

David E. Moore

680013

# EXHIBIT 2

Bates Range Report
BSP Production

| BEGIN BATES RANGE | END BATES RANGE | PHYSICAL LOCATION | CUSTODIAN/KEEPER |
|---|---|---|---|
| BSP000001 | BSP001968 | Omori, IP Department | Ichinose, Jun |
| BSP001969 | BSP003335 | Kojima Patent Office | Kojima, Takashi |
| BSP003250 | BSP003271 | Chichibu common (central) cabinet | Egashira, Yoshinori |
| BSP003336 | BSP003410 | Omori, IP Department | Ichinose, Jun |
| BSP003411 | BSP003438 | Kojima Patent Office | Kojima, Takashi |
| BSP003439 | BSP004007 | Chichibu common (central) cabinet | Egashira, Yoshinori |
| BSP004008 | BSP008964 | Omori, Database | Minegishi, Kazuhide |
| BSP008965 | BSP009964 | Bridgestone Golf, Inc. | Murphy, Dan |
| BSP009965 | BSP012950 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP012951 | BSP012958 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP012959 | BSP013390 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP013391 | BSP014063 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP014064 | BSP017176 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP017177 | BSP024921 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP024922 | BSP026206 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP026207 | BSP029076 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP029077 | BSP031990 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP031991 | BSP034052 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP034053 | BSP035050 | Chichibu, central cabinet | Miyagawa, Naoyuki |
| BSP035051 | BSP035800.381 | Chichibu, R&D | Maehara, Kazuto |
| BSP035801 | BSP036206 | Seki Manufacturing Dept | Takahashi, Kazuyuki |
| BSP036207 | BSP036214 | Omori, IP Department | Ichinose, Jun |
| BSP036215 | BSP036229 | Chichibu | Tomita, Seisuke |
| BSP036230 | BSP039747 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP039748 | BSP040069 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP040070 | BSP041751 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP041752 | BSP044571 | Bridgestone Golf, Inc. | Defoor, John |
| BSP044572 | BSP045490 | Chichibu R&D and Chichibu, development dept. | Shimosaka, Hirotaka |
| BSP045491 | BSP045507 | Chichibu R&D | Shimosaka, Hirotaka |
| BSP045508 | BSP045544 | Chichibu R&D and Chichibu, development dept. | Shimosaka, Hirotaka |
| BSP045545 | BSP045595 | Chichibu R&D | Shimosaka, Hirotaka |
| BSP045596 | BSP045677 | Chichibu manufacturing department | Kakiuchi, Shinichi |
| BSP045793 | BSP045793 | Chichibu, development dept. | Takesue, Rinya |
| BSP045837 | BSP046240 | Chichibu manufacturing department | Kakiuchi, Shinichi |
| BSP046241 | BSP049033 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP049034 | BSP049164 | Bridgestone Golf, Inc. | Murphy, Dan |
| BSP049165 | BSP050202 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP050203 | BSP050298 | Omori, Manufacturing management division | Yokoyama, Tohru |
| BSP050299 | BSP050312 | Bridgestone Golf, Inc. | Tayama, Shunsuke |
| BSP050313 | BSP050345 | Omori, Golf ball sales & planning division | Matsumoto, Masakazu |
| BSP050346 | BSP050433 | Omori, Golf ball sales & planning division | Moteki, Yasuhiko |
| BSP050434 | BSP050483 | Omori, IP Department | Ichinose, Jun |
| BSP050484 | BSP050489 | Chichibu | Egashira, Yoshinori |
| BSP050490 | BSP050495 | Sughrue Prosecution Files | Rosenberg, Jody |
| BSP050496 | BSP050536 | Omori, Administrative Department | Watanabe, Toshitaka |
| BSP050537 | BSP050553 | Bridgestone Golf, Inc. | Murphy, Dan |
| BSP050554 | BSP052160 | Seki manufacturing dept | Takahashi, Kazuyuki |
| BSP052161 | BSP052833 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP052834 | BSP054675 | Sughrue Prosecution Files | Rosenberg, Jody |
| BSP054676 | BSP058351 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP058358 | BSP058792 | Omori, IP Department and Marketing Division | Ichinose, Jun & Takaoka, Tetsuya |
| BSP058793 | BSP058908 | Omori, IP Department | Ichinose, Jun |
| BSP058983 | BSP059030 | Chichibu | Tomita, Seisuke |
| BSP059031 | BSP059062 | Chichibu Manufacturing Department | Kakiuchi, Shinichi |
| BSP059063 | BSP059549 | Chichibu R&D | Maehara, Kazuto |
| BSP059550 | BSP059785 | Chichibu R&D and Chichibu, development dept. | Shimosaka, Hirotaka |

Bates Range Report
BSP Production

| BEGIN BATES RANGE | END BATES RANGE | PHYSICAL LOCATION | CUSTODIAN/KEEPER |
|---|---|---|---|
| BSP059786 | BSP059902 | Chichibu, development dept. | Maehara, Kazuto |
| BSP059903 | BSP059954 | Chichibu R&D | Shimosaka, Hirotaka |
| BSP059955 | BSP060068 | Chichibu, development dept. | Higuchi, Hiroshi and Watanabe, Hideo |
| BSP060069 | BSP060092 | Chichibu | Shindo, Jun |
| BSP060093 | BSP063212 | Bridgestone Golf, Inc. | Defoor, John |
| BSP063213 | BSP066198 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP066199 | BSP066910 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP066911 | BSP078319 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP078320 | BSP079412 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP079413 | BSP081124 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP081125 | BSP082032 | Bridgestone Golf, Inc. | Moxie, Mike; Ohno, Takahisa and Satomi, Takato |
| BSP082033 | BSP083173 | Chichibu, central cabinet | Miyagawa, Naoyuki |
| BSP083174 | BSP084572 | Seki manufacturing dept | Takahashi, Kazuyuki |
| BSP084573 | BSP084592 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP084593 | BSP084926 | Bridgestone Golf, Inc. | Murphy, Dan |
| BSP084927 | BSP085218 | Omori, IP Department | Ichinose, Jun |
| BSP085219 | BSP085609 | Seki manufacturing dept | Takahashi, Kazuyuki |
| BSP085610 | BSP085735 | Chichibu common (central) cabinet | Egashira, Yoshinori |
| BSP085736 | BSP085939 | Seki manufacturing dept | Takahashi, Kazuyuki |
| BSP085940 | BSP087985 | Omori, IP Department | Ichinose, Jun |
| BSP087986 | BSP088007 | Omori, Golf ball sales & planninng department | Moteki, Yasuhiko |
| BSP088009 | BSP088106 | Chichibu, central cabinet | Egashira, Yoshinori |
| BSP088107 | BSP088842 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP088887 | BSP088893 | Omori, IP Department | Ichinose, Jun |
| BSP088894 | BSP088916 | Omori, Administrative Department | Tanaka, Shinichi |
| BSP088917 | BSP088930.2 | Omori, IP Department | Kodama, Mihoko |
| BSP088931 | BSP089005 | Omori, Administrative Department | Watanabe, Toshitaka |
| BSP089006 | BSP089012 | Omori, Public relations department | Shimazaki, Hirato |
| BSP089013 | BSP089290 | Omori, IP Department | Ichinose, Jun |
| BSP089291 | BSP089584 | Chichibu R&D | Shimosaka, Hirotaka |
| BSP089585 | BSP089962 | Chichibu R&D and Chichibu, development dept. | Shimosaka, Hirotaka |
| BSP089963 | BSP091746 | Chichibu common (central) cabinet | Egashira, Yoshinori |
| BSP091747 | BSP091769 | Omori, Administrative Department | Tanka, Shinichi |
| BSP091770 | BSP091776 | Omori, IP Department | Ichinose, Jun |
| BSP091777 | BSP091917 | Chichibu | Shimosaka, Hirotaka |
| BSP091918 | BSP093244 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP093245 | BSP094342 | Bridgestone Golf, Inc. | Sowell, Brandon |
| BSP094343 | BSP094583 | Bridgestone Golf, Inc. | DeFoor, John |
| BSP094584 | BSP094600 | Omori, Golf ball sales & planninng department | Moteki, Yasuhiko |
| BSP094601 | BSP098279 | Sughrue Mion Files | Rosenberg, Jody |
| BSP099230 | BSP099839 | Sughrue Mion Files | Rosenberg, Jody |
| BSP099840 | BSP099923 | Omori, IP Department | Kojima, Minoru |
| BSP099924 | BSP100133 | Omori, Golf ball sales and planning department | Moteki, Yasuhiko |
| BSP100134 | BSP100648 | Omori | Matsumoto, Masakazu |
| BSP100649 | BSP100945 | Chichibu | Sasaki, Hiroto |
| BSP100946 | BSP101034 | Chichibu | Kasashima, Atsuki |
| BSP101035 | BSP101046 | Chichibu | Egashira, Yoshinori |
| BSP101047 | BSP101227 | Chichibu | Tomita, Seisuke |
| BSP101228 | BSP101388 | Chichibu | Watanabe, Hideo |
| BSP101389 | BSP106793 | Chichibu | Shimosaka, Hirotaka |
| BSP106794 | BSP106828 | Chichibu | Takesue, Rinya |
| BSP106829 | BSP106890 | Chichibu | Nagasawa, Hiroyuki |
| BSP106891 | BSP106938 | Chichibu | Kasashima, Atsuki |
| BSP106939 | BSP106983 | Chichibu | Takesue, Rinya |
| BSP106984 | BSP107361 | Chichibu | Umezawa, Jyunji |

Bates Range Report
BSP Production

| BEGIN BATES RANGE | END BATES RANGE | PHYSICAL LOCATION | CUSTODIAN/KEEPER |
|---|---|---|---|
| BSP107362 | BSP112471 | Chichibu | Nanba, Atsushi |
| BSP112472 | BSP131259 | Chichibu, R&D | Maehara, Kazuto |
| BSP131260 | BSP141083 | Chichibu, R&D | Kasashima, Atsuki |
| BSP141084 | BSP143181 | Chichibu | Higuchi, Hiroshi |
| BSP143182 | BSP145268 | Chichibu | Kasashima, Atsuki |
| BSP145269 | BSP145524 | Chichibu | Higuchi, Hiroshi |
| BSP145524 | BSP145551 | Chichibu | Kasashima, Atsuki |
| BSP145552 | BSP145564 | Chichibu | Nanba, Atsushi |
| BSP145564 | BSP145772 | Chichibu | Shimosaka, Hirotaka |
| BSP145772 | BSP145793 | Chichibu | Takesue, Rinya |
| BSP145793 | BSP145942 | Chichibu | Umezawa, Jyunji |
| BSP145942 | BSP146117 | Chichibu | Higuchi, Hiroshi |
| BSP146118 | BSP146241 | Chichibu | Kasashima, Atsuki |
| BSP146242 | BSP147908 | Chichibu | Shimosaka, Hirotaka |
| BSP147909 | BSP147978 | Chichibu | Shindo, Jun |
| BSP147979 | BSP148143 | Chichibu | Takesue, Rinya |
| BSP148144 | BSP148508 | Chichibu | Umezawa, Jyunji |
| BSP148509 | BSP148823 | Chichibu | Watanabe, Hideo |
| BSP148824 | BSP148878 | Chichibu | Higuchi, Hiroshi |
| BSP148879 | BSP150425 | Chichibu | Kasashima, Atsuki |
| BSP150426 | BSP150470 | Chichibu | Kimura, Akira |
| BSP150471 | BSP154183 | Chichibu | Sato, Katsunori |
| BSP154184 | BSP154927 | Chichibu | Shimosaka, Hirotaka |
| BSP154928 | BSP154939 | Chichibu | Shindo, Jun |
| BSP154940 | BSP154943 | Chichibu | Takesue, Rinya |
| BSP154944 | BSP155217 | Chichibu | Umezawa, Jyunji |
| BSP155218 | BSP156869 | Chichibu | Higuchi, Hiroshi |
| BSP156870 | BSP157462 | Chichibu | Kasashima, Atsuki |
| BSP157463 | BSP157496 | Chichibu | Nanba, Atsushi |
| BSP157497 | BSP158742 | Chichibu | Shimosaka, Hirotaka |
| BSP158743 | BSP159764 | Chichibu | Umezawa, Jyunji |
| BSP159765 | BSP160211 | Chichibu | Higuchi, Hiroshi |
| BSP160212 | BSP160674 | Chichibu | Kasashima, Atsuki |
| BSP160675 | BSP160752 | Chichibu | Sato, Katsunori |
| BSP160753 | BSP166492 | Chichibu | Shimosaka, Hirotaka |
| BSP166493 | BSP166981 | Chichibu | Shindo, Jun |
| BSP166982 | BSP167277 | Chichibu | Takesue, Rinya |
| BSP167278 | BSP169341 | Chichibu | Umezawa, Jyunji |
| BSP169342 | BSP169933 | Chichibu | Watanabe, Hideo |
| BSP169934 | BSP170144 | Chichibu | Higuchi, Hiroshi |
| BSP170145 | BSP170695 | Chichibu | Kasashima, Atsuki |
| BSP170696 | BSP170806 | Chichibu | Kimura, Akira |
| BSP170807 | BSP171030 | Chichibu | Sato, Katsunori |
| BSP171031 | BSP175973 | Chichibu | Shimosaka, Hirotaka |
| BSP175974 | BSP176467 | Chichibu | Shindo, Jun |
| BSP176468 | BSP177749 | Chichibu | Umezawa, Jyunji |
| BSP177750 | BSP194661 | Chichibu | Maehara, Kazuto |
| BSP194662 | BSP197146 | Chichibu | Hayashi, Junji |
| BSP197147 | BSP201792 | Documents Removed from Privilege Log | |

3