IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C.A. No. 05-132 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Seventh Supplemental Response to Defendant's First Set of Interrogatories were caused to be served on June 28, 2006 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Brian S. Seal
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Maryellen Noreika* |
|  | Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19801<br>(302) 658-9200<br>  *Attorneys for Plaintiffs* |

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
  JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

June 28, 2006