IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., ) <br> and BRIDGESTONE GOLF, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ACUSHNET COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ACUSHNET COMPANY, ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIDGESTONE SPORTS CO., LTD. ) <br> and BRIDGESTONE GOLD, INC. ) <br> ) <br> Counterclaim Defendant. ) | C. A. No. 05-132 (JJF) <br><br> **DEMAND FOR JURY TRIAL** |

### NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company hereby certifies that copies of (1) Acushnet's Third Supplement to Objections and Responses to Bridgestone's Second Set of Interrogatories Directed to Acushnet (Nos. 25-39); and (2) Acushnet's Fifth Supplemental Responses to Bridgestone's First Set of Interrogatories Directed to Acushnet (Nos. 1-24) were caused to be served on July 6, 2006, on the attorneys of record at the following addresses as indicated:

### VIA FEDERAL EXPRESS

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA HAND DELIVERY**

Robert M. Masters
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
rmasters@sughrue.com

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Matthew J. Moore
Vivian S. Kuo
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone (202) 783-0800

Dated: July 7, 2006

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

740001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 7, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on July 7, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Robert M. Masters
John T. Callahan
Raja Saliba
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, NW
Washington, DC 20037
rmasters@sughrue.com
jcallahan@sughrue.com
rsaliba@sughrue.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com