IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C.A. No. 05-132 (JJF) |

**BRIDGESTONE'S TENTH NOTICE OF DEPOSITION
<u>PURSUANT TO RULE 30(b)(6)</u>**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. ("Bridgestone") shall take the deposition upon oral examination under oath of Defendant Acushnet Company ("Acushnet") beginning at 9:00 a.m., on the 1st day of August, 2006, and continuing from day to day until completed, in the offices of Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, NW, Washington, DC 20005, or at such other time and place as may be agreed upon by counsel. The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

In accordance with Rule 30(b)(6), Acushnet shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf concerning the matters set forth in Attachment A hereto.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Maryellen Noreika*

                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      Leslie A. Polizoti (#4299)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                        *Attorneys for Bridgestone Sports Co., Ltd.*
                                        *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC  20005
(202) 551-1700

July 10, 2006
528059

## ATTACHMENT A

Notwithstanding any definition set forth below, each word, term, or phrase used in this Notice of Deposition is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

## DEFINITIONS

As used herein, the following terms are to be interpreted in accordance with the DEFINITIONS set forth in Bridgestone's First Set of Requests For Production of Documents and Things (Request Nos. 1-100) as though fully set forth herein.

## MATTERS ON WHICH EXAMINATION IS REQUESTED

1. Acushnet's research and development of cores, including and without limitation amounts of base rubbers, cross-linking agents, catalysts, organic peroxides, fillers and any other components therein, and the manner, method and criteria in selecting such components and amounts thereof related to each of the accused Acushnet Golf Balls.

2. The chemical compositions, specifications, physical and material characteristics and method of manufacture of cores used in each of the accused Acushnet Golf Balls.

3. Acushnet's manner of testing cores and test results obtained therefrom to determine at least the material, chemical, physical, mechanical and performance properties, including and without limitation rebound properties, velocities, compressions, coefficient of restitution measurements, loss tangents, dynamic stiffnesses, cis- and trans-contents, resilience indexes, viscosities, and molecular weights related to each of the accused Acushnet Golf Balls.

2

        4.        Acushnet's manufacturing guidelines for cores, including and without limitation manuals, schematics, specifications, quality controls and changes thereto related to each of the accused Acushnet Golf Balls.

        5.        The identity, role and contribution of each Acushnet employee or contractor substantially involved in the research, development, testing, and manufacture of cores and core compositions related to each of the accused Acushnet Golf Balls.

2

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on July 10, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horowitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th floor
> 1313 N. Market Street
> Wilmington, DE 19899

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Richard L. Horwitz, Esquire
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE 19801

**BY FACSIMILE**

> Alan M. Grimaldi, Esquire
> Howrey LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004

> /s/ Maryellen Noreika
> Maryellen Noreika (#3208)
> mnoreika@mnat.com