IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO. LTD.,    :
                                :
        Plaintiff,              :
                                :
    v.                          :       Civil Action No. 05-132-JJF
                                :
ACUSHNET COMPANY,               :
                                :
        Defendant.              :

**ORDER**

WHEREAS, the Court conducted a teleconference on July 10, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that:

1.  If the parties cannot resolve their dispute over the improper designation of privileged documents by **July 21, 2006**, Acushnet Company ("Acushnet") shall designate seventy (70) documents it believes are improperly designated and give notice to Bridgestone Sports Co. Ltd. ("Bridgestone"). The designated documents are to be translated into English and submitted to the Court for in-camera review.

2.  If Bridgestone disputes Acushnet's privilege designations on **July 21, 2006**, Bridgestone shall notify the Court of the number of documents it believes are improperly designated, and the Court will provide a number to be submitted for in-camera review.

3.    The parties shall attempt to resolve their disputes over interrogatory responses.  If the parties cannot resolve their disputes, the Court will conduct a hearing on **Thursday, July 27, 2006 at 9:30am**.  Letters addressing the issues are to be filed no later than **Tuesday, July 25 at 4:00pm.**

4.    Submission of the parties' joint claim construction statement is delayed until after the hearing on **July 27, 2006.**

5.    Bridgestone shall submit its definitions for disputed terms no later than **July 12, 2006.**

July _13_ , 2006

UNITED STATES DISTRICT JUDGE