IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Eighth Supplemental Responses to Defendant's First Set Of Interrogatories were caused to be served on July 14, 2006 upon the following in the manner indicated:

### BY EMAIL

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY HAND

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*

        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19801
        (302) 658-9200
        mnoreika@mnat.com
         *Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
   JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

July 14, 2006

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on July 14, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horowitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th floor
>1313 N. Market Street
>Wilmington, DE 19899

and that on July 14, 2006, I caused copies to be served upon the following in the manner indicated:

**BY FACSIMILE**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE 19801
>
>Alan M. Grimaldi, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC 20004

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>Wilmington, DE 19801
>mnoreika@mnat.com
>(302) 658-9200