IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., </br></br>Plaintiffs, </br></br>v. </br></br>ACUSHNET COMPANY, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> C.A. No. 05-132 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Bridgestone's Fifth Set Of Interrogatories (Interrogatory Nos. 52-53) were caused to be served on July 24, 2006 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY FEDERAL EXPRESS (on 7/25/06)**

Brian S. Seal
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/  Leslie A. Polizoti*

                                    Jack B. Blumenfeld (#1014)
                                    Maryellen Noreika (#3208)
                                    Leslie A. Polizoti (#4299)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19801
                                    (302) 658-9200
                                    lpolizoti@mnat.com
                                      *Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
   JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

July 24, 2006
526779

**CERTIFICATE OF SERVICE**

   I, Leslie A. Polizoti, hereby certify that on July 24, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horowitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th floor
>1313 N. Market Street
>Wilmington, DE  19899

and that on July 24, 2006, I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

**BY FEDERAL EXPRESS (on 7/25/06)**

>Alan M. Grimaldi, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004

    /s/ Leslie A. Polizoti
    Leslie A. Polizoti (#4299)
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    Wilmington, DE  19801
    lpolizoti@mnat.com
    (302) 658-9200