IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C. A. No. 05-132 (JJF) <br> ) <br> ) <br> ) |
| ACUSHNET COMPANY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. <br><br> Counterclaim Defendant. | ) <br> )    **DEMAND FOR JURY TRIAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ACUSHNET'S FIFTH NOTICE OF DEPOSITION OF BRIDGESTONE
PURSUANT TO RULE 30(b)(6)**

PLEASE TAKE NOTICE that Defendant/Counterclaim Plaintiff Acushnet Company ("Acushnet") will take the deposition upon oral examination of Plaintiff/Counterclaim Defendant Bridgestone Sports Co., Ltd. and Bridgestone Golf Inc. ("Bridgestone") pursuant to Federal Rule of Civil Procedure 30(b)(6), before an authorized court reporter, commencing at 9:00 A.M. on August 24, 2006 at the offices of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004, or at such other time and place as agreed to by the parties. The deposition will continue from day to day until completed, shall be transcribed, and may be videotaped. You are invited to attend and cross-examine the witness.

In accordance with Rule 30(b)(6), Bridgestone shall designate one or more officers, directors, managing agents, or other persons to testify on its behalf concerning the matters set forth in Attachment A hereto.

        Respectfully submitted,

        POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Brian S. Seal
Andrew R. Sommer
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: July 25, 2006

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P. O. Box 951
    Wilmington, DE 19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

742730

## ATTACHMENT A

Notwithstanding any definition set forth below, each word, term, or phrase used in this Notice of Deposition is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

## DEFINITIONS

The Definitions set forth in Defendant's First Set of Interrogatories to Plaintiff are hereby incorporated by reference.

## MATTERS ON WHICH EXAMINATION IS REQUESTED

With respect to Bridgestone's testing of golf balls or golf ball components (e.g., cores, core layers, covers, cover layers, dimple parameters, etc.) for parameters specified in each patent-in-suit including but not limited to the core coefficient of restitution, core compression, core distortion, ball compression, Shore D hardness of various golf ball components including any cover layers and any core or core layers, resilience index of the polybutadiene material used in the core of the products, JIS-C hardness of various golf ball components including any cover layers and any core or core layers, JIS-C hardness of the core surface, specific gravity, cover thickness, dimple diameter, dimple depth, dimple volume, core composition, core percent polybutadiene by weight, and 300% modulus (the "Design Parameters").

1. The testing protocols utilized for testing each Design Parameter of each patent-in-suit including the nature of the test, the number of samples tested, and the accuracy and precision of each test.

2. Any standards and best practices utilized by Bridgestone or third-party testers when performing any test designed to measure the Design Parameters and any

deviation from any such standards, best practices or testing protocols and the reasons for any such deviation.

3. The manufacturer, model, and age of each machine and piece of equipment used in testing of the Design Parameters.

4. The machine settings and calibration methods used on all of equipment used in testing the Design Parameters.

5. The names of all individuals involved in testing the Design Parameters.

6. The record keeping and document retention policies of all records showing the results of the Design Parameter tests.

7. Any third-party testing of Design Parameters done on behalf of Bridgestone.

8. Any testing of Design Parameters done for purposes of facilitating the technical, management and business decisions of Bridgestone.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on July 25, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF.

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on July 25, 2006, I have Electronically Mailed the documents to the following non-registered participants:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012