# EXHIBIT 1

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

June 28, 2006

Direct Dial 202.383.6904
File 00634.0002

**BY FACSIMILE**

John Girgenti
Paul, Hastings, Janofsky & Walker, LLP
675 15th St., N.W.
Washington, D.C. 20005

Re: **Bridgestone Sports Co., Ltd. et al. v. Acushnet Co. Civil Action No. 05-132 (JJF)**

Dear Mr. Girgenti:

Pursuant to the *Stipulated Protective Order Regarding the Confidentiality of Discovery Material* entered in the above-captioned case, enclosed are the signed written commitment (Attachment A to the Protective Order) and biographical sketch for the following outside consultant who has been retained to assist Acushnet in this case:

Dr. Robert J. Statz

Sincerely,

Brian S. Seal

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US\8361213.v1

Jun 26 06 04:44p    Statz Consulting            610-444-8176           p.2

Case 1:05-cv-00132-JJF   Document 23   Filed 07/20/2005   Page 17 of 18

## ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., And BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-132 (JJF) |

I, _Robert J. Statz_, declare and say that:

1.   I live at _115 Beverly Drive Kennett Sq. PA 19348_. I am employed as _Consultant_ [position] by _Self Employed_ [name and address of employer].

2.   I have been given a copy of the Stipulated Protective Order entered in BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLF, INC. v. ACUSHNET COMPANY, Civil Action No. 05-132-JJF, and I have read the Stipulated Protective Order.

3.   I agree to be bound by the terms of the Stipulated Protective Order, and agree that any CONFIDENTIAL or HIGHLY CONFIDENTIAL material within the meaning of the Stipulated Protective Order will be used only by me only to assist counsel in connection with the above-captioned action, and for no other purpose, as set forth in the Stipulated Protective Order.

4.   I agree that I will not disclose or discuss such CONFIDENTIAL or HIGHLY CONFIDENTIAL material with anyone other than the persons described in Paragraphs 13, 14 and 15 of the Stipulated Protective Order.

5. I understand that any disclosure or use of CONFIDENTIAL or HIGHLY CONFIDENTIAL material in any manner contrary to the provisions of the Stipulated Protective Order will subject me to sanctions for contempt of the Court's Order.

6. I agree to be subject in personam to the jurisdiction of this Court in connection with any proceeding related to the enforcement of the Stipulated Protective Order.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this _22_ day of _June_, 20_06_ at _115 Beverly Drive, Kennett Sq PA 19348_.

_____
Robert J. Statz

ROBERT J. STATZ

Business/Home Address:
115 Beverly Drive
Kennett Square, PA 19348
610-444-3603

Email:
Robertstatz@hotmail.com

Education:

B.S., Chemistry – American University 1963, Washington, D. C.
M.S., Physical and Organic Chemistry, American University 1964
Ph.D., Polymer Chemistry University of Maryland 1968, College Park, MD

Professional Experience:

| | |
|---|---|
| 2002-Present | Retired |
| 1990-2002 | Research Fellow – DuPont Experimental Station |
| | Research on ionomers for golf balls and other applications |
| 1986-1990 | Senior Research Associate – DuPont Experimental Station |
| | Polymeric Plasticizers for PVC |
| 1981-1986 | Research Associate – DuPont Experimental Station |
| | Research on hot melt adhesives, thermoplastic elastomers, asphalt modifiers |
| 1978-1981 | Senior Research Chemist – DuPont Experimental Station |
| | Research on new soft ionomers for impact modification and a replacement for Balata in golf balls |
| 1976-1978 | Research Chemist – DuPont Chestnut Run |
| | Research on PVC modifiers and EVA hot melt adhesives |
| 1974-1976 | Research Chemist – DuPont Experimental Station |
| | Catalyst research to produce monomers for polymers |
| 1971-1974 | Research Chemist – DuPont Sabine River Plant (Orange, TX) |
| | Research on ionomer resins |
| 1968-1971 | Research Chemist – DuPont Experimental Station |
| | Research on engineering polymers, polyacetals |

U. S. Patents (34 Issued)

U. S. Patents of Commercial Interest:

| | |
|---|---|
| 4,283,317 | Wax Free Hot Melt Adhesive Compositions |
| 4,232,174 | Catalysts and Dehydrogenation Process |
| 4,271,039 | Catalyst and Dehydrogenation Process |
| 4,613,533 | Thermoplastic Elastomeric Compositions |
| 4,690,981 | Ionomers Having Improved Low-Temperature Properties |
| 4,387,188 | Molding Resins Based on Blends of Acid Copolymers and Linear Polyolefins |
| 4,742,107 | Noise Reduction and Damping Compositions |
| 5,057,593 | Free Radical Copolymerization of Ethylene and CO With Acetone |
| 5,209,983 | Adhesives for Laminating Vinyl to Various Substrates |
| 5,277,947 | Adhesives for Laminating Vinyl |
| 5,298,571 | High Resilient Ionomers for Golf Ball Covers |

1

### U. S. Patents of Commercial Interest (continued):

| | |
|---|---|
| 5,155,157 | Compositions Useful in the Manufacture of Golf Balls |
| 4,801,649 | Ionomers Having Improved Low Temperature Properties and Blends Thereof With Thermoplastic Resins |
| 5,278,236 | Polymeric Plasticizers for PVC |
| 5,086,113 | Thermoplastic Blends of ABS Containing Ethylene Terpolymers |
| 5,306,750 | Polymer and Asphalt Reaction Process and Polymer-Linked Product |
| 5,567,772 | Ionomers for Golf Ball Composition |
| 5,562,989 | Thermoplastic Primers for Steel |
| 4,985,497 | Thermoplastic Blends Containing Ethylene Terpolymers and Preparation |
| 4,766,174 | Melt Processible Aluminum Ionomers |
| 5,556,900 | Process for Producing A Polyepoxy Polymer-Linked Asphalt |
| 4,926,582 | Low Pour Point Crude Oil Compositions |
| 6,100,340 | Golf Ball Compositions Containing High Crystalline Ionomers |
| 5,631,324 | Golf Ball Covers |
| 5,580,927 | Ionomers With Improved High Temperature Properties |
| RE37,597 | Golf Ball Covers |
| 6,197,884 | Golf Ball Compositions Containing High Crystalline Acid Copolymers and Their Ionomer Derivatives |
| 6,100,340 | Golf Ball Compositions Containing High Crystalline Acid Copolymers and Their Ionomer Derivatives |
| 5,971,869 | Golf Ball Composition |
| 5,889,114 | Thermoplastic Elastomeric Compositions |
| 5,691,418 | Soft Ionomer Compositions and Blends Thereof and Use Thereof As Golf Ball Structural Material |

### Presentations

"Surlyn® Ionomers for Golf Ball Covers," – Proceedings of the Third World Scientific Congress of Golf – 1998 St. Andrews Scotland.

"Surlyn® Ionomers for Golf Covers," Proceedings of the First World Scientific Congress of Golf – 1990 St. Andrews Scotland.

"New Ethylene Copolymers for Asphalt Modification," 1995 Petersen Asphalt Research Conference, Laramie, Wyoming.

"Reactive Ethylene Terpolymers for Asphalt Modification," 1996 Petersen Asphalt Conference.

"Commercial Uses of Ionomers," 1986 ACS Conference, Boston, Massachusetts.

"Photodegradable Ethylene Copolymers," 1990 ACS Conference, Boston, Massachusetts.

"New Plasticizers for PVC," 1990 ACS Conference, Boston, Massachusetts.

"Commercial Uses of Ionomers and Patents," 1986 N.A.T.O. Conference on Ionomers, Villard-De-Lans, France.

"History of the Discovery of Ionomers," 1984 ACS Conference, Miami, Florida.

Consultant for the following:

- Titliest-Footjoy Industries – Fairhaven, MA
- TAMPCO Asphalt Industries – Joplin, MO
- Adell Plastics – Baltimore, MD
- DuPont – Wilmington, DE
- University of California – San Diego, CA
- Penn State, Materials Science Department – State College, PA
- Western Research Institute – Laramie, WY

Awards

DuPont Marketing Excellence Award – 1992 and 1999 – for the discovery of a new Polymeric modifier for asphalt Elvaloy® (see Patent 5,306,750).

I-R 100 Award – 1986 – for the Invention of Alcryn®, a thermoplastic elastomer (see Patent 4,163,533).

Significant Other Accomplishments

Was selected to appear in a Corporate television advertisement, which has appeared on television worldwide for the last three years. In this advertisement, I discussed my inventions that led to new ionomers for golf ball covers and new polymers to modify asphalt. A copy of the advertisement is available.

The polymers described in the patent list have resulted in commercial sales of close to 35 million dollars per year for DuPont.

# EXHIBIT 2

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.6904
File 00634.0002

July 5, 2006

BY FACSIMILE

John J. Girgenti, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

Re: *Bridgestone Sports Co. v. Acushnet Co.*,
C.A. No. 05-132 (JJF) (D. Del.)
**Response to Your Letter of June 29**

Dear John:

We have received your letter of June 29 regarding Acushnet's disclosure of Dr. Robert J. Statz as a consulting witness. In your letter, you requested information about "his activities since his 'retirement' in 2002, specifically in regard to the consulting he has done, both generally and for Acushnet."

The only consulting work Dr. Statz has performed over the past four years that "involved or related to golf balls or the manufacture of golf balls" (Protective Order at ¶ 16) was for Acushnet Co., 333 Bridge Street, Fairhaven, MA 02719. The "general subject matter of that consulting work" (*id.*) consisted of work on ionomers, ionomer blends, polymer blends, and core formulations.

Regards,

*Brian S. Seal*
Brian S. Seal

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

# EXHIBIT 3

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202 782 0800
F 202 383 6610
www.howrey.com

Direct Dial 202 383.6904
File 00634.0002

July 12, 2006

<u>BY FACSIMILE</u>

John J. Girgenti, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

    Re:    *Bridgestone Sports Co. v. Acushnet Co.*,
            C.A. No. 05-132 (JJF) (D. Del.)
            <u>Response to Your Letter of July 5</u>

Dear John:

    Thank you for your letter of July 5 regarding Dr. Statz. I left voice mail messages for you on July 7 and again this afternoon to resolve this matter, but was unable to reach you.

    As you know, the Protective Order requires that we identify

> any company or companies by which [Dr. Statz] was employed during the past four (4) years, and a list of all consulting agreements or arrangements that [Dr. Statz] may have entered into during the past four (4) years that involved or related to golf balls or the manufacture of golf balls. The list should disclose the name and address of each such entity for which consulting work is being, or has been, performed, and the general subject matter of that consulting work.

(Protective Order at ¶ 16).

    In response to your statement that you "are entitled to know 'any company or companies by which [Dr. Statz] was employed during the past four (4) years' (Protective Order at ¶ 16) in his role as a consultant, not just for work involving golf balls," I note that Dr. Statz's biographical sketch – which you received on June 28 – lists all of the companies for whom he has consulted since his retirement in 2002. (*See* biographical sketch at 3 – "Consultant for the Following").

    Also, in response to your request that Acushnet "furnish [you] with information regarding Dr. Statz's consulting agreement with Acushnet, including, but not limited to his dates of consulting with the company, whether intermittent or continuous, and any other areas he has served as a consultant," I note that Dr. Statz's agreement with Acushnet began in 2002 and has been ongoing since. As I informed you on July 5, his agreement with Acushnet is his only

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON DC

**HOWREY** LLP

John J. Girgenti
July 12, 2006
Page 2

consulting agreement relating to golf balls and that the general subject matter of that agreement consists of work on ionomers, ionomer blends, polymer blends and core formulations.

Please feel free to contact me if you have any additional questions.

Regards,

Brian S. Seal