IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 05-132 (JJF) |
| v. ) ) | |
| ACUSHNET COMPANY, ) ) | |
| Defendant. ) | |

NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that the subpoena attached hereto as Exhibit 1 will be served upon the following: LANXESS Corporation, c/o Thomas R. Ogoreuc, Esquire, 111 RIDC Park West Drive, Pittsburgh, PA 15275.

                                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                           */s/ Maryellen Noreika (#3208)*
                                           _____
                                           Jack B. Blumenfeld (#1014)
                                           Maryellen Noreika (#3208)
                                           Leslie A. Polizoti (#4299)
                                           1201 N. Market Street
                                           P.O. Box 1347
                                           Wilmington, DE  19801
                                           (302) 658-9200
                                             *Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
  JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

August 2, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 2, 2006 she electronically filed the foregoing Notice of Subpoena with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horowitz, Esquire
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on August 2, 2006 upon the following in the manner indicated:

### BY HAND

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

### BY FACSIMILE

>Alan M. Grimaldi, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>mnoreika@mnat.com