IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO. LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, | : |
| Defendant. | : |

ORDER

WHEREAS, the parties have resolved the issues discussed in Defendant's Rule 37 Motions;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Acushnet's Rule 37 Motion To Compel Discovery From Bridgestone To Acushnet Interrogatory Nos. 29-38 (D.I. 114) is **DENIED AS MOOT**.

2. Acushnet's Rule 37 Motion To Compel Discovery From Bridgestone To Acushnet Interrogatory No. 21 (D.I. 115) is **DENIED AS MOOT**.

3. Acushnet's Rule 37 Motion To Compel Discovery From Bridgestone To Acushnet Document Request Nos. 4 And 5 And Interrogatory No. 9 (D.I. 116) is **DENIED AS MOOT**.

4. Acushnet's Rule 37 Motion To Compel Discovery From Bridgestone To Acushnet Interrogatory No. 25 (D.I. 117) is **DENIED AS MOOT**.

August 3, 2006

_____
UNITED STATES DISTRICT JUDGE