IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO. LTD.,    :
                                :
          Plaintiff,            :
                                :
     v.                         :    Civil Action No. 05-132-JJF
                                :
ACUSHNET COMPANY,               :
                                :
          Defendant.            :

## ORDER

WHEREAS, the Court conducted a discovery hearing on August 2, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1.   Plaintiff is limited to fourteen (14) representative claims, and Defendant is limited to six (6) claims.  The parties shall disclose their selections by the close of business on **August 4, 2006.**  If the parties agree to a different limit, they may modify this paragraph of this Order.

2.   Once representative claims are selected, Plaintiff shall designate accused products by **August 11, 2006.**

3.   Defendant shall provide Plaintiff with any invalidity defense with respect to the selected claims and the references relied upon by **August 11, 2006.**

4.   Each side shall identify one lawyer by **August 4, 2006** to be responsible for all discovery matters.

5.   By **September 1, 2006** the parties shall resolve all privilege log issues.  If the parties cannot resolve said issues, they

shall submit letters to the Court on **September 6, 2006,** setting forth the relevant disputes.  Further, the parties shall translate and submit the documents selected for in-camera review as expeditiously as possible.

6.    Plaintiff may select up to thirty-five (35) documents for which it seeks further information regarding source and inform Defendant of its selection by **September 1, 2006.**  By **September 15, 2006,** Defendant shall identify the sources of the selected documents.  If the parties cannot resolve issues concerning source, they shall advise the Court by **September 22, 2006.**

7.    All document production shall be completed by **September 1, 2006.**

8.    A date for the Markman hearing, claim construction briefing, and identification of claim terms requiring interpretation will be set on application of either party.  Said application shall be made no later than **September 29, 2006.**

August _3_ , 2006                    _____
                                     UNITED STATES DISTRICT JUDGE