# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

JACK B. BLUMENFELD
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 4, 2006

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   <u>Bridgestone Sports Co., Ltd. et al. v. Acushnet Company, C.A. No. 05-132 (JJF)</u>

Dear Judge Farnan:

At the conference on Wednesday, Your Honor directed the parties to designate lawyers who will be responsible for discovery disputes and compliance with the Court's discovery Orders, and who will appear before the Court with respect to any disputes. The parties have conferred and have designated Robert Masters and Brandon White for Bridgestone, and Alan Grimaldi and Brian Seal for Acushnet. Although Messrs. White and Seal will have day-to-day responsibility for discovery matters, no issues will be raised with the Court without the prior involvement of Messrs. Masters and Grimaldi -- lead counsel for the parties.

Respectfully,

/s/ Jack B. Blumenfeld (#1014)

Jack B. Blumenfeld

JBB/bls

cc:   Peter T. Dalleo, Clerk (By Hand)
      Richard L. Horwitz, Esquire (By Hand)
      Alan M. Grimaldi, Esquire (By Fax)
      Robert M. Masters, Esquire (By Fax)

531568