IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO. LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, | : | |
| Defendant. | : | |

## ORDER

WHEREAS, in a filing with the Court, Acushnet alleges that Bridgestone made statements that were "demonstrably false" (D.I. 147);

WHEREAS, Bridgestone responded to those allegations by letter dated July 31, 2006 (D.I. 149);

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to Rule 11(c)(1)(B), a Show Cause evidentiary hearing will be held on **Tuesday, August 8, 2006 at 2:00pm in Courtroom 4B** on the allegations made by Acushnet, which if established would constitute a violation of Rule 11(b). The parties are allowed one (1) hour each for the presentation of evidence. Although these proceedings have been initiated by the Court, the parties may utilize the "safe harbor" provision allowed by Rule 11 by **August 7, 2006.**

August __3__, 2006

_____
UNITED STATES DISTRICT JUDGE