IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br>  Defendant. <br><br> ACUSHNET COMPANY, <br><br>  Counterclaim Plaintiff, <br><br> v. <br><br> BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC., <br><br>  Counterclaim Defendant. | C. A. No. 05-132 (JJF) <br><br><br> **DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company hereby certifies that copies of Acushnet's Objections and Responses to Bridgestone's Fifth Set of Interrogatories Directed to Acushnet (Nos. 52-53) were caused to be served on August 24, 2006, on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: /s/ David E. Moore |
| Alan M. Grimaldi | Richard L. Horwitz (#2246) |
| Joseph P. Lavelle | David E. Moore (#3983) |
| Brian S. Seal | Hercules Plaza, 6th Floor |
| Andrew R. Sommer | 1313 North Market Street |
| HOWREY LLP | P. O. Box 951 |
| 1299 Pennsylvania Avenue, N.W. | Wilmington, DE 19899-0951 |
| Washington, DC 20004 | (302) 984-6000 |
| Telephone (202) 783-0800 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: August 24, 2006 |  |
| 747555 / 28946 | *Attorneys for Defendant/Counterclaim Plaintiff Acushnet Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 24, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on August 24, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012