IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-132 (JJF) |

## NOTICE OF DEPOSITION OF BILL MORGAN

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. will take the deposition upon oral examination of Bill Morgan before a notary public or other person authorized to administer oaths beginning on September 19, 2006 at 9:00 a.m., and continuing from day to day until completed, in the offices of Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, NW, Washington, DC 20005, or at such other time and place as may be agreed upon by counsel. The deposition will be recorded by stenographic means and may be videotaped, and is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure. You are invited to attend and cross-examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Maryellen Noreika*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
  *Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
  JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

August 29, 2006
534820

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on August 29, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horowitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th floor
>1313 N. Market Street
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Alan M. Grimaldi, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004

>/s/ *Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com