## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) | **DEMAND FOR JURY TRIAL** |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) ) | |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) ) | |
| Counterclaim Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet

Company hereby certifies that copies of Defendant's Fifth Set of Interrogatories Directed

to Plaintiffs (Nos. 54-60) were caused to be served on September 5, 2006, on the

attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Jack B. Blumenfeld
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

**VIA ELECTRONIC MAIL**

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com


                                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:

                                    By:  /s/ David E. Moore
Alan M. Grimaldi                         Richard L. Horwitz (#2246)
Joseph P. Lavelle                        David E. Moore (#3983)
Brian S. Seal                            Hercules Plaza, 6th Floor
Andrew R. Sommer                         1313 North Market Street
HOWREY LLP                               P. O. Box 951
1299 Pennsylvania Avenue, N.W.           Wilmington, DE 19899-0951
Washington, DC 20004                     (302) 984-6000
Telephone (202) 783-0800                 rhorwitz@potteranderson.com
                                         dmoore@potteranderson.com
Dated: September 5, 2006
                                    *Attorneys for Defendant/Counterclaim*
                                    *Plaintiff Acushnet Company*
748826

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on September 5, 2006, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on September 5, 2006, I have Electronically Mailed the documents to

the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012