IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-132 (JJF) |

STIPULATION AND ORDER

WHEREAS, by Order dated August 3, 2006 (D.I. 154), the Court directed the parties to apply for a date for a Markman hearing no later than September 29, 2006;

It is hereby stipulated by the parties, subject to the approval of the Court, that:

(1) A Markman hearing will be held on November 29, 2006, starting at __.m.

(2) Opening briefs on the claim construction issues shall be served and filed on October 30, 2006, and answering briefs shall be served and filed on November 17, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Jack B. Blumenfeld (#1014) | /s/ Richard L. Horwitz (#2246 |
| Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> Leslie A. Polizoti (#4299) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> *Attorneys for Plaintiffs* | Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE  19801 <br> (302) 984-6000 <br> *Attorneys for Defendant* |

So ordered this _____ day of September, 2006

_____
United States District Court Judge