IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 05-132 (JJF) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiffs' Objections and Responses to Defendant's Fourth Set Of Interrogatories Directed to Plaintiffs (Nos. 45-53) were caused to be served on September 11, 2006 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Jack B. Blumenfeld (#1014)*

                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              Leslie A. Polizoti (#4299)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19801
                              (302) 658-9200
                              jblumenfeld@mnat.com
                                 *Attorneys for Bridgestone Sports Co., Ltd. and*
                                 *Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
   JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

September 11, 2006
526779

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on September 11, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th floor
> 1313 N. Market Street
> Wilmington, DE 19899

and that on September 11, 2006, I caused copies to be served upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE 19801
jblumenfeld@mnat.com
(302) 658-9200