IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACUSHNET COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-132 (JJF)<br>)<br>)<br>) |
| ACUSHNET COMPANY,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC.<br><br>Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **DEMAND FOR JURY TRIAL** |

## NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company hereby certifies that true and correct copies of the following documents were caused to be served on September 8, 2006, on the attorneys of record at the following addresses as indicated:

ACUSHNET'S SECOND SET OF REQUESTS FOR ADMISSION (NOS. 23-53)

DEFENDANT'S SIXTH SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS (NOS. 61-66)

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Leslie Polizoti
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Brian S. Seal
Andrew R. Sommer
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone (202) 783-0800

Dated: September 13, 2006
749881 / 28946

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 North Market Street
   P. O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim Plaintiff Acushnet Company*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

     I, Richard L. Horwitz, hereby certify that on September 13, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

     I hereby certify that on September 13, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C.  20005
RobMasters@paulhastings.com

                                                          */s/ Richard L. Horwitz*
                                                          Richard L. Horwitz
                                                          David E. Moore
                                                          Potter Anderson & Corroon LLP
                                                          Hercules Plaza – Sixth Floor
                                                          1313 North Market Street
                                                          P.O. Box 951
                                                          Wilmington, DE  19899-0951
                                                          (302) 984-6000
                                                          rhorwitz@potteranderson.com
                                                          dmoore@potteranderson.com

680012