IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C. A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

STIPULATION AND ORDER

WHEREAS, by Order dated August 3, 2006 (D.I. 154), the Court directed the parties to apply for a date for a Markman hearing no later than September 29, 2006;

It is hereby stipulated by the parties, subject to the approval of the Court, that:

(1)    A Markman hearing will be held on November 29, 2006, starting at _9:30 a.m._

(2)    Opening briefs on the claim construction issues shall be served and filed on October 30, 2006, and answering briefs shall be served and filed on November 17, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP

/s/ Jack B. Blumenfeld (#1014)        /s/ Richard L. Horwitz (#2246

_____        _____
Jack B. Blumenfeld (#1014)        Richard L. Horwitz (#2246)
Maryellen Noreika (#3208)        David E. Moore (#3983)
Leslie A. Polizoti (#4299)        1313 N. Market Street
1201 N. Market Street        P.O. Box 951
P.O. Box 1347        Wilmington, DE 19801
Wilmington, DE 19899        (302) 984-6000
(302) 658-9200        *Attorneys for Defendant*
*Attorneys for Plaintiffs*

So ordered this _12_ day of September, 2006

_____
United States District Court Judge