# EXHIBIT D

**From:** Grimaldi, Alan [GrimaldiA@howrey.com]
**Sent:** Monday, June 19, 2006 6:41 PM
**To:** Masters, Robert M.
**Cc:** Seal, Brian; Sommer, Andrew
**Subject:** Housekeeping items-Bridgestone/Acushnet

Representative claims-we are willing to limit contentions based prior art references -- 3 102 and 5 103 -but we need to insure that you are standing on the filing dates of your patents and will not go behind them- if this is the case we can get you a list in a few days. This is based on good faith response from you e.g. if you think you are going to have 30 representative claims the deal is off- that order of magnitude is too great for this compromise.

Can we meet and confer on Thursday with respect to a joint testing protocol ( Brian Seal will do it- I am out)
On the '125, are you continuing to assert this patent, if so can you provide the two witnesses we noticed a while ago for deposition by the end of the month,. We are gong to start noticing depositions in the next week or so.

Special Master for attorney/client, work product issues- we gave you our updated list- time is ripe for appointment of a Master. I will check with local counsel but I think we should jointly submit letter or pleading to court to speed up this process. If you have any thoughts let me know. Thanks

Alan


Alan M. Grimaldi
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-383-6989
Fax: 202-383-6610
grimaldia@howrey.com

---
This email and any attachments contain information from the law firm of Howrey LLP, which may be cc
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for