IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD.,       )
and BRIDGESTONE GOLF, INC.,         )
                                    )
              Plaintiffs,           )       C.A. No. 05-132 (JJF)
                                    )
       v.                           )
                                    )
ACUSHNET COMPANY,                   )
                                    )
              Defendant.            )

## NOTICE OF DEPOSITION OF JOHN JEPSON

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of

Civil Procedure, plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. will take the

deposition upon oral examination of John Jepson before a notary public or other person

authorized to administer oaths beginning on October 2, 2006 at 9:00 a.m., and continuing from

day to day until completed, in the offices of Paul, Hastings, Janofsky & Walker LLP, 875 15th

Street, NW, Washington, DC 20005, or at such other time and place as may be agreed upon by

counsel.  The deposition will be recorded by stenographic means and may be videotaped, and is

being taken for the purposes of discovery, for use at trial, and for such other purposes as

permitted under the Federal Rules of Civil Procedure.  You are invited to attend and cross-

examine the witness.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  *Attorneys for Bridgestone Sports Co., Ltd.*
  *and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC  20005
(202) 551-1700

September 15, 2006
537380

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed Bridgestone's Notice of Deposition of John Jepson with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to:

> Richard L. Horwitz
> Potter Anderson & Corroon

I further certify on September 15, 2006, copies of the foregoing document were served upon counsel of record in the manner indicated:

### BY HAND

> Richard L. Horwitz
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> Wilmington, DE  19801

### BY FACSIMILE

> Alan M. Grimaldi
> Howrey LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC  20004

*/s/ Leslie A. Polizoti*

Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
lpolizoti@mnat.com