IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) | **DEMAND FOR JURY TRIAL** |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) ) | |
| Counterclaim Defendant. | ) | |

### NOTICE OF SUBPOENA AD TESTIFICANDUM AND DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff Acushnet Company ("Acushnet") has served or will serve the attached subpoena ad testificandum and duces tecum on NIKE, Inc., c/o Mr. James C. Carter, One Bowerman Drive, Beaverton, Oregon 97005.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Alan M. Grimaldi<br>Joseph P. Lavelle<br>Matthew J. Moore<br>Vivian S. Kuo<br>HOWREY LLP<br><br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Telephone (202) 783-0800<br><br>Dated: October 3, 2006<br>753707/28946 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P. O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Acushnet Company* |

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

for the DISTRICT OF Oregon

BRIDGESTONE SPORTS CO., LTD, and
BRIDGESTONE GOLF, INC.,

V.

ACUSHNET COMPANY.

SUBPOENA IN A CIVIL CASE

Case Number:[1] C. A. No. 05-132 (JFF) (D. Del)

TO: NIKE, Inc.
c/o Mr. James C. Carter
One Bowerman Drive
Beaverton, Oregon 97005

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION  T.B.D. | DATE AND TIME  T.B.D. |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See attached Exhibit A

| PLACE   T.B.D. | DATE AND TIME  October 9, 2006 |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  *[signature]*    Attorney for Defendant | DATE  September 21, 2006 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Brian S. Seal (202-383-6904)
Howrey LLP
1299 Pennsylvania Avenue, N.W., Washington D.C. 20004

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

American LegalNet, Inc.
www.USCourtForms.com

SEP.27.2006  11:03AM     PRO-SERVE 3606998163                              NO.929    P.5/5

AO-88 (Rev 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

**DATE:** 09-27-06

**PLACE:** Nike, Inc., Bowerman

**SERVED:**

**SERVED ON (PRINT NAME):** Carolyn Gutsick - Litigation Specialist - Corp Sub

**MANNER OF SERVICE:**

**SERVED BY (PRINT NAME):** Bruce A. Samuelson, Sr.

**TITLE:** V.P.

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  09-27-06
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER: 212 W. 13th St. Ste H
Vanc WA 98660

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

American LegalNet, Inc.
www.USCourtForms.com

## AFFIDAVIT OF SERVICE

State of OREGON                 County of                    United States District Court

Case Number: 05-132 (JFF) (D,DEL)

Plaintiff:
BRIDGESTONE SPORTS CO., LTD, and BRIDGESTONE GOLF, INC.
vs.
Defendant:
ACUSHNET COMPANY

For:
HOWERY LLP
1299 Pennsylvania Ave. Nw
Washington D.C.,   20004

Received by PRO-SERV to be served on NIKE, INC., c/o MR. JAMES C. CARTE , ONE SW BOWERMAN DRIVE, BEAVERTON, OR 97005.

I, Bruce Samuelson, being duly sworn, depose and say that on the 27th day of S( tember, 2006 at 10:27 am, I:

SERVED the within named CORPORATION/ENTITY by delivering a true copy of { e SUBPOENA IN A CIVIL CASE, EXHIBIT A, EXHIBIT B, STIPULATED PROTECTIVE ORDER REGARDII } CONFIDENTIALITY OF DISCOVERY MATERIAL with the date and time of service endorsed thereon by r } to CAROLYN GUTSICK as LITIGATION SPECIALIST of the within named corporation/entity, in compliance v h State Statutes.

Description of Person Served: Age: 32, Sex: F, Race/Skin Color: Cauc., Heigh 5'7", Weight: 160, Hair: Brown, Glasses: N

SEP.27.2006  11:03AM    PRO-SERVE 3606998163                              NO.929    P.3/5

## AFFIDAVIT OF SERVICE for 05-132 (JF ) (D.DEL)

I certify that I am a competent person over the age of 18 and a resident of the State of Washington; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity served is the same entity named in the action.

Subscribed and Sworn to before me on the 27th day of September, 2006 by the affiant who is personally known to me.

_Erica Eichhorst_
NOTARY PUBLIC

Notary Public
State of Washington
ERICA EICHHORST
My Appointment Expires Feb 23, 2010

Bruce Samuelson
3682177

PRO-SERV
212 W 13th Street
Suite H
Vancouver, WA 98660
(360) 699-5651
Our Job Serial Number: 2006003317

Copyright 1992-2005 Database Services, Inc. - Process Server's Toolbox V1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 3, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on October 3, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C.  20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012