IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) | |
| ACUSHNET COMPANY, | ) ) | **DEMAND FOR JURY TRIAL** |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company hereby certifies that true and correct copies of the following documents were caused to be served on October 6, 2006, on the attorneys of record at the following addresses as indicated:

ACUSHNET CO.'S SECOND SUPPLEMENTAL INITIAL
DISCLOSURES PURSUANT TO RULE 26(a)(1), FED. R. CIV. P.

**VIA HAND DELIVERY**

Jack B. Blumenfeld
Maryellen Noreika
Leslie Polizoti
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA ELECTRONIC MAIL**

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
|  | David E. Moore (#3983) |
| Alan M. Grimaldi | Hercules Plaza, 6th Floor |
| Joseph P. Lavelle | 1313 North Market Street |
| Brian S. Seal | P. O. Box 951 |
| HOWREY LLP | Wilmington, DE 19899-0951 |
| 1299 Pennsylvania Avenue, N.W. | (302) 984-6000 |
| Washington, DC 20004 | rhorwitz@potteranderson.com |
| Telephone (202) 783-0800 | dmoore@potteranderson.com |
| Dated: October 6, 2006 | *Attorneys for Defendant/Counterclaim* |
| 754345 / 28946 | *Plaintiff Acushnet Company* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 6, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on October 6, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012