IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

WHEREAS, the Court has scheduled a Markman hearing for November 29, 2006, and has scheduled trial to commence on June 18, 2007;

IT IS hereby stipulated by the parties, subject to the approval of the Court, that:

(1) Opening expert reports under Rule 26(a)(2) that refer to issues on which a party has the burden of proof are due on January 15, 2007. Rebuttal expert reports under Rule 26(a)(2) that relate to issues on which a party does not have the burden of proof are due on February 16, 2007. Expert discovery will close on March 16, 2007.

(2) Any party desiring to depose an expert witness shall provide notice no later than February 23, 2007, and complete said deposition no later than March 16, 2007, unless otherwise agreed in writing by the parties or ordered by the Court.

(3) Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before April 13, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of Court.

(4) The Final Pretrial conference will be held on May 25, 2007 at _____. m.

(5) All other dates, including the trial date, remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Jack B. Blumenfeld (#1014)* _____ Jack B. Blumenfeld (#1014) Maryellen Noreika (#3208) Leslie A. Polizoti (#4299) 1201 N. Market Street P.O. Box 1347 Wilmington, DE 19899 (302) 658-9200 *Attorneys for Plaintiffs* | /s/ *Richard L. Horwitz (#2246)* _____ Richard L. Horwitz (#2246) David E. Moore (#3983) 1313 N. Market Street P.O. Box 951 Wilmington, DE 19801 (302) 984-6000 *Attorneys for Defendant* |

So ordered this _____ day of October, 2006

_____
United States District Court Judge

540921