IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. <br><br> Counterclaim Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **DEMAND FOR JURY TRIAL** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, with the consent and approval of defendant/counterclaim plaintiff Acushnet Company, attorney Andrew R. Sommer, Esq., of Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, hereby withdraws his appearance as counsel for Acushnet Company. All other attorneys involved in the case from Howrey LLP and Potter Anderson & Corroon LLP continue to represent Acushnet Company.

|                                           | POTTER ANDERSON & CORROON LLP                    |
|-------------------------------------------|--------------------------------------------------|
| OF COUNSEL:                               | By:  /s/ David E. Moore                          |
|                                           | Richard L. Horwitz (#2246)                       |
| Alan M. Grimaldi                          | David E. Moore (#3983)                           |
| Joseph P. Lavelle                         | Hercules Plaza, 6th Floor                        |
| Matthew J. Moore                          | 1313 North Market Street                         |
| Vivian S. Kuo                             | P. O. Box 951                                    |
| HOWREY LLP                                | Wilmington, DE 19899-0951                        |
| 1299 Pennsylvania Avenue, N.W.            | Tel: (302) 984-6000                              |
| Washington, DC 20004                      | rhorwitz@potteranderson.com                      |
| Tel: (202) 783-0800                       | dmoore@potteranderson.com                        |

Dated: October 13, 2006          *Attorneys for Defendant Acushnet Company*
755327 / 28946

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on October 13, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

  I hereby certify that on October 13, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

              /s/ David E. Moore
              Richard L. Horwitz
              David E. Moore
              Potter Anderson & Corroon LLP
              Hercules Plaza – Sixth Floor
              1313 North Market Street
              P.O. Box 951
              Wilmington, DE 19899-0951
              (302) 984-6000
              rhorwitz@potteranderson.com
              dmoore@potteranderson.com

680012