IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO LTD,          :
BRIDGESTONE GOLF INC.,              :
                                    :
          Plaintiffs,               :
                                    :
     v.                             : Civil Action No. 05-132 JJF
                                    :
ACUSHNET COMPANY,                   :
                                    :
          Defendant.                :

## O R D E R

Plaintiffs filed a letter dated September 14, 2006 (D.I. 195) concerning Plaintiffs contention that Defendant has not complied with an Order of the Court dated August 3, 2006.

Paragraph 8(a) of the Scheduling Order prohibits letters to the Court; however, Plaintiffs may file an application by motion.

IT IS SO ORDERED.

October 18, 2006
_____          _____
     DATE                     UNITED STATES DISTRICT JUDGE