IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | C.A. No. 05-132 (JJF) <br><br> REDACTED VERSION |

**EXHIBIT C TO
BRIDGESTONE'S MOTION TO COMPEL ACUSHNET TO
COMPLY WITH THE COURT'S AUGUST 3, 2006 ORDER**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Bridgestone Sports Co., Ltd.
  and Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
(202) 551-1700

Original Filed: October 18, 2006
Redacted Version Filed: October 18, 2006

# EXHIBIT C

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

Direct Dial 202.383.6904
File 00634.0002

August 29, 2006

BY COURIER

Robert M. Masters, Esq.
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005

    Re:   *Bridgestone Sports Co. v. Acushnet Co.*,
            C.A. No. 05-132 (JJF) (D. Del.)

Dear Rob:

    As we offered on August 18, 2006, Acushnet is providing the enclosed revised claim chart for claims 1 and 2 of the '961 patent. In addition to the 21 references we withdrew in Mr. Grimaldi's letter of August 11, 2006 to Brandon White, we have further reduced some of the combinations of prior art that Acushnet contends invalidate the asserted claims under 35 U.S.C. § 103(a).

Regards,

*[signature]*
Brian S. Seal

AMSTERDAM  BRUSSELS  CHICAGO  EAST PALO ALTO  HOUSTON  IRVINE  LONDON
LOS ANGELES  NORTHERN VIRGINIA  PARIS  SALT LAKE CITY  SAN FRANCISCO  TAIPEI  WASHINGTON, DC

DM_US\8381582.v1

# REMAINDER OF EXHIBIT C
# REDACTED

Case 1:05-cv-00132-JJF    Document 224    Filed 10/18/2006    Page 4 of 5

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on October 18, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horowitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th floor
>1313 N. Market Street
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

### BY EMAIL

>Alan M. Grimaldi, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com