IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) **DEMAND FOR JURY TRIAL** |

**STIPULATION FOR EXTENSION OF DEADLINE FOR FILING
OPENING CLAIM CONSTRUCTION BRIEFS**

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the deadline for Opening Claim Construction Briefs shall be extended from October 30, 2006 to 5:00 p.m. on Wednesday, November 1, 2006.

The remaining claim construction briefing schedule and the claim construction hearing date shall remain unchanged.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>lpolizoti@mnat.com<br><br>Attorneys for Plaintiffs/Counterclaim Defendants | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Attorneys for Defendant/Counterclaim Plaintiff |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

758434/28946