# EXHIBIT J

Redacted

# EXHIBIT K

E Chase
3-13-97

fee
D.K.                    PATENT APPLICATION

03/04/97

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

5/a

In re the Application of

Hisashi YAMAGISHI et al.

Application No: 08/536,049        Group Art Unit: 3304

Filed: September 29, 1995        Examiner: Marlo, G.

For: GOLF BALL

## AMENDMENT UNDER 37 C.F.R. 1.115

Assistant Commissioner of Patents
Washington, D.C. 20231

Sir:

This Amendment is responsive to the Office Action of September 4, 1996, for which the Examiner has set a three-month period for response. A Petition and Fee Authorization for a three month extension of time is submitted herewith, thus making the response due on March 4, 1997

Please amend the above-identified case as follows:

## IN THE CLAIMS:



1. (Amended) A golf ball comprising a core and a cover wherein said core and said ball has a core hardness and a ball hardness respectively, wherein said core has a distortion of 2.9 to 4.0 mm [core hardness expressed by a distortion of at least 2.2 mm] under a load of 100 kg, the ratio of a core distortion under a load of 100 kg divided by a ball distortion under a load of 100 kg ranges from [said ball has a ball hardness, the core hardness divided by ball hardness ranges from] 1.0 to 1.3, and said cover consists of an ionomer resin as a resin component and has a thickness of 1.3 to 1.8 mm and a Shore D hardness of up to 60.

**APPLICATION NO: 08/536,049**
**AMENDMENT UNDER 37 C.F.R. 1.115**

Please cancel claim 2.

Please add new claim 4.

2 --4. The golf ball of claim 1 wherein said cover has a thickness of 1.6 to 1.8 mm.--

## REMARKS

The Office Action of September 4, 1996, has been received and its contents carefully considered. Reexamination, reconsideration, and allowance are respectfully requested in view of the amendment to the claims and the following remarks.

Claims 1-3 are all the claims pending in the application.

Applicants have amended claim 1 and added new claim 4. Support for the amendments can be found in the Examples. No new matter has been inserted. Entry is requested.

The Examiner has requested a drawing under 37 C.F.R. §1.81. Applicants will furnish the Examiner with a drawing in due course.

The Examiner has rejected claims 1-3 under 35 U.S.C. §112, second paragraph, as being indefinite. With regard to the Examiner's objections over the terms "core hardness" and "cover hardness", there are a number of references to such terms in the specification. On page 2, lines 7-9, Applicants refer to core hardness, cover hardness and ball hardness. <u>Core hardness</u> is defined such that the core undergoes a distortion of at least 2.2 mm under a load of 100 kg (page 2, lines 10-11). In the case of multi-layer core, core hardness refers to the hardness of the

- 2 -

APPLICATION NO: 08/536,049
AMENDMENT UNDER 37 C.F.R. 1.115

multi-layer core as a whole (page 4, lines 6-10). Cover hardness is defined in terms of Shore D hardness. Tables 1-3 provide data for core hardness and cover hardness. Thus, core and cover hardness have different definitions. We have amended claim 1 to clarify the language to reflect this understanding.

The Examiner states that in claim 2, "60°" is not understood for a hardness value. Applicants refer the Examiner to page 4 of the specification, lines 11-16, where Shore D hardness has units of degrees.

Claims 1-3 are rejected under 35 U.S.C. §102(a) and §103 as being obvious over Saito (924), Saito (434), Saito et al, Yabuki et al (608), Yabuki et al (110) and Egashira et al (UK) (hereafter "Saito '924", "Saito '434", "Saito", "Yabuki '608", "Yabuki '110" and "Egashira", respectively).

Applicants respectfully traverse the Examiner's position. The references do not teach or suggest the following claimed features of the present invention: (i) an ionomer resin; (ii) ratio of core/ball distortion under a load of 100 kg; (iii) the combination of the cover thickness and core distortion; and (iv) the improved properties as a consequence, e.g., durability and superior flying distance combined with stop on the green.

Saito '924 discloses a solid golf ball comprising a solid core and a cover:

where the solid core is formed from a composition comprising a polybutadiene containing at least 40% of a cis-1,4-bond and an

- 3 -

APPLICATION NO: 08/536,049
AMENDMENT UNDER 37 C.F.R. 1.115

unsaturated carboxylic acid and/or a metal salt thereof for causing

crosslinking of said polybutadiene and having a deformation of 1.5

to 3.5 mm under a constant load of 100 kg, and the difference in

hardness between the center and the periphery of the solid core is

less than 10%; and

where the cover is formed from a thermoplastic resin

composition comprising 97 to 65% by weight of an ionomer resin and

<u>3 to 35% by weight of a flexible resin selected from the group</u>

<u>consisting of polyester elastomers, polyamide elastomer,</u>

<u>thermoplastic urethane elastomers, propylene-butadiene copolymers,</u>

<u>1,2-polybutadienes, polybutene-1 and styrene-butadiene block</u>

<u>copolymers and mixtures thereof</u> and having a resilience of at least

35%, and having a flexural modulus of 1,500 to 4,500 kg/cm$^2$ and a

thickness of 0.3 to 1.8 mm.

Therefore, the cover of Saito '924 contains as an essential

component the <u>flexible resin</u>.  On the other hand, the cover of the

presently claimed invention consists of an <u>ionomer resin</u> as a resin

component.  A cover consisting of an ionomer resin has superior

durability as compared with a cover composed of a mixture of an

ionomer resin and another resin because of compatibility.

Saito '434 discloses a solid golf ball comprising a solid core

and a cover enclosing the solid core where:

the solid core contains polybutadiene rubber having more than

40% of cis-1,4 bonds and an unsaturated carboxylic acid and/or a

- 4 -

APPLICATION NO: 08/536,049
AMENDMENT UNDER 37 C.F.R. 1.115

metal salt thereof to crosslink the polybutadiene rubber and deforms 1.5 to 3.5 mm under a constant load of 100 kg;

the cover is 0.4 to 2.2 mm thick which consists of a 0.1 to 2 mm thick inner layer and a 0.1 to 1.5 mm thick outerlayer enclosing the inner layer, both made of thermoplastic resins, the inner layer having a stress of 20 to 100 $kg/cm^2$ at 10% elongation (measured according to ASTM 638-86) and having resilience higher than 40% measured by a Dunlop tripsometer (defined in British Standard No. 903) where the outerlayer has a flexural modulus of 2000 to 5000 $kg/cm^2$, (measured according to ASTM D 790) and a resilience higher than 35% measured by a Dunlop tripsometer.

Therefore, Saito '434 also fails to disclose and teach the present cover consisting of an _ionomer resin_ as a resin component.

Yabuki '608 discloses a two piece golf ball comprising a core and a cover:

where the core has a compression deformation of 3.7 to 4.5 mm caused by applying from 10 kg (of an initial load) to 130 kg (of a final load), the core is prepared from a rubber composition comprising 100 parts by weight of a cis-1,4-polybutadiene rubber and 20 to 30% by weight of a Group IIA or IIB metal salt of (meth)acrylic acid; and

where the cover has a stiffness modulus of 3,700 to 4,500 $kg/cm^2$ _and a thickness of 2.2 to 2.9 mm_.

Therefore, Yabuki '608 teaches a cover thickness of 2.2 to 2.9

- 5 -

APPLICATION NO: 08/536,049
AMENDMENT UNDER 37 C.F.R. 1.115

mm which is considerably thicker than the cover thickness of the presently claimed invention (1.3-1.8 mm).  Further, Yabuki '608 fails to teach the ratio of the core distortion/the ball distortion under a load of 100 kg according to the present invention.

Yabuki '110 discloses a two-piece golf ball comprising a core formed from a rubber composition comprising a base rubber, a co-crosslinking agent and an organic peroxide, and a cover covering the core, where the core has the following hardness distribution when measured by a JIS-C hardness meter;

(1)  hardness at a center: 58-73

(2)  hardness at 5-10 mm from the center: 68-78

(3)  hardness at 15 mm from the center: 76-88

(4)  surface hardness: 78-88

where in the hardness distribution, hardness (2) is substantially constant being within the above range, of which tolerance is within $\pm 3$ and the other values satisfy the relation of $(1) < (2) < (3) \leq (4)$, a compression deformation of the core is 2.8-3.5 mm when pressurized by an initial load of 10 kg up to a final load of 130 kg and said cover has a thickness of 1.5-1 9 mm.

Therefore, Yabuki '110 also does not teach the present <u>ratio of core distortion/ball distortion under a load of 100 kg</u>.

Egashira (UK) discloses a golf ball comprising a solid core and a cover enclosing the core where:

the cover is based on a resin component consisting of 30 to 100% by weight of first ionomer resin in the form of

- 6 -

APPLICATION NO: 08/536,049
AMENDMENT UNDER 37 C.F.R. 1.115

ethylene-methacrylic acid-acrylate terpolymer having a flexural modulus of 2,500 to 14,000 psi and a Shore D hardness of 20 to 59, and 70 to 0% by weight of second ionomer resin in the form of ethylene-(meth)acrylic acid copolymer having a flexural modulus of 20,000 to 30,000 psi and a Shore D hardness of 56 to 64, and

the core is made of a rubber composition comprising 100 parts by weight of a base rubber and 0.2 to 1.5 parts by weight of pentachlorothiophenol and/or metal salt thereof.

Egashira also fails to disclose the combination of the cover thickness and the core distortion of the present golf ball. The cover thickness of Egashira is 2.0 mm and the core distortion is 2.51 to 2.71 (see Examples) which do not fall within the presently claimed range.

Furthermore, as the core distortion increases the core becomes softer. The present core distortion of 2.9 to 4.0 mm under a load of 100 kg means that the present core is very soft. Also, the present cover hardness is up to 60 on Shore D and thus is not hard. In general, the combination of a softer core and a softer cover results in a low repulsion, i.e., an inferior flying distance. In the present golf ball, since the cover thickness is 1.3 to 1.8 mm which is thin and the ratio of core distortion/ball distortion is 1.0 to 1.3, a flying distance as well as stop on the green, are good regardless of the combination of a soft core and cover. This feature of the present invention is not disclosed or taught by Egashira, as well as the other references.

- 7 -

APPLICATION NO: 08/536,049
AMENDMENT UNDER 37 C.F.R. 1.115

Accordingly, for the above reasons, the presently claimed invention is neither anticipated nor obvious over the cited references.

In conclusion, the claims in their present form are believed to meet the statutory requirements for the grant of a patent. The Examiner is respectfully requested to allow this application.

Filed concurrently herewith is a Petition (with payment) for an Extension of Time of Three Months. Applicant hereby petitions for any extension of time which may be required to maintain the pendency of this case, and any required fee, except for the Issue Fee, for such extension is to be charged to Deposit Account No. 19-4880.

Respectfully submitted,

Waddell A. Biggart
Reg. No. 24,861

SUGHRUE, MION, ZINN,
  MACPEAK & SEAS
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: 202-293-7060
Date: March 4, 1997

- 8 -

EXHIBIT L





# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
        p.      cm.
      Includes index.
      ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed :
    alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2
    (laminated cover).
      1. English language—Dictionaries.    I. Merriam-Webster, Inc.
    PE1628.M36      1997
    423—dc20                                                  96-42529
                                                                CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

    1920RMcN97

gradually: 1 : proceeding by steps or degrees

# EXHIBIT M





# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.  1. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                      96-42529
                                    CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

    1920RMcN97

A1

> increases: 1: to become progressively greater (as in size, amount, number, or intensity)

\a\ abut  \ᵊ\ kitten, F table  \ǝr\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \o̍\ law  \o̍i\ boy  \th\ thin  \th\ this  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \a, k, ᵊ, œ, ü, ue, œ, ⁀\ see Guide to Pronunciation