# EXHIBIT U

Redacted

EXHIBIT V

Case 1:05-cv-00132-JJF   Document 232-10   Filed 11/02/2006   Page 3 of 19

Redacted

# EXHIBIT W

RECEIVED
CENTRAL FAX CENTER

MAY 2 5 2004

OFFICIAL

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of: S. WU et al.  
Application No.: 10/256,011  
Filed: September 27, 2002  
For: THIN-LAYER-COVERED GOLF BALL WITH IMPROVED VELOCITY

Attorney Docket No: 20002.0263  
Group Art Unit: 1712  
Examiner: D. Buttner

## CERTIFICATE OF TRANSMISSION UNDER 37 CFR 1.8

I hereby certify that the following correspondence for Application No. 10/256,011 is being facsimile transmitted to the United States Patent and Trademark Office at (703) 872-9306 (official fax number) on May 25, 2004.

1. Transmittal (1 page)
2. Fee Transmittal & copy (2 pages – 1 original, 1 copy)
3. Response to Office Action (10 pages)
4. Terminal Disclaimer (2 pages)
4. Change in Attorney Docket Number (1 page)
6. Certificate of Transmission (1 page)

Total Pages Submitted: 17

John P. Mulgrew, Reg. No. 47,809

PTO/SB/21 (06-03)
Approved for use through 07/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TRANSMITTAL FORM (to be used for all correspondence after initial filing) | Application Number | 10/256,011 |
|---|---|---|
| | Filing Date | September 27, 2002 |
| | First Named Inventor | S. WU |
| | Art Unit | 1712 |
| | Examiner Name | D. Buttner |
| Total Number of Pages in This Submission  17 | Attorney Docket Number | 20002.0263 |

## ENCLOSURES (check all that apply)

☒ Fee Transmittal Form (duplicate)
☐ Fee Attached
☒ Amendment / Reply
  ☐ After Final
☐ Affidavits/declaration(s)
☐ Extension of Time Request
☐ Express Abandonment Request
☐ Information Disclosure Statement
☐ Certified Copy of Priority Document(s)
☐ Response to Missing Parts/ Incomplete Application
  ☐ Response to Missing Parts under 37 CFR 1.52 or 1.53

☐ Drawing(s)
☐ Licensing-related Papers
☐ Petition
☐ Petition to Convert to a Provisional Application
☒ Change in Attorney Docket Number
☒ Terminal Disclaimer
☐ Request for Refund
☐ CD, Number of CD(s) _____
Remarks

☐ After Allowance Communication to Group
☐ Appeal Communication to Board of Appeals and Interferences
☐ Appeal Communication to Group (Appeal Notice, Brief, Reply Brief)
☐ Proprietary Information
☐ Status Letter
☒ Other Enclosure(s) (please identify below):
Certificate of Transmission

## SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT

| Firm or Individual name | John P. Mulgrew, Reg. No. 47,809 Swidler Berlin Shereff Friedman LLP |
|---|---|
| Signature | /signature/ |
| Date | May 25, 2004 |

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being facsimile transmitted to the USPTO or deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 on the date shown below.

| Typed or printed name | |
|---|---|
| Signature | Date |

This collection of information is required by 37 CFR 1.5. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# FEE TRANSMITTAL for FY 2004

Effective 10/01/2003. Patent fees are subject to annual revision.

☐ Applicant claims small entity status. See 37 CFR 1.27

**TOTAL AMOUNT OF PAYMENT** ($) 110

**Complete if Known**

| | |
|---|---|
| Application Number | 10/256,011 |
| Filing Date | September 27, 2002 |
| First Named Inventor | S. WU |
| Examiner Name | D. Bultner |
| Art Unit | 1712 |
| Attorney Docket No. | 20002.0263 |

## METHOD OF PAYMENT (check all that apply)

☐ Check  ☐ Credit card  ☐ Money Order  ☐ Other  ☐ None

☒ Deposit Account

Deposit Account Number: 19-5127

Deposit Account Name:

The Director is authorized to: (check all that apply)
☒ Charge fee(s) indicated below  ☒ Credit any overpayments
☒ Charge any additional fee(s) during the pendency of this application
☐ Charge fee(s) indicated below, except for the filing fee
to the above-identified deposit account.

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Entity | | Small Entity | | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | | |
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 160 | 2005 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($) 0

### 2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE

| | Extra Claims | Fee from below | Fee Paid |
|---|---|---|---|
| Total Claims | | - 0 x = 0 | |
| Independent Claims | | - 0 x = 0 | |
| Multiple Dependent | | x = 0 | |

| Large Entity | | Small Entity | | Fee Description |
|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($) 0

** or number previously paid, if greater; For Reissues, see above

### 3. ADDITIONAL FEES

| Large Entity | | Small Entity | | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | | |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 2053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 430 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive – unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive – unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17 (q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify) Terminal Disclaimer  110

*Reduced by Basic Filing Fee Paid  SUBTOTAL (3) ($) 110

## SUBMITTED BY

| | | | |
|---|---|---|---|
| Name (Print/Type) | John P. Moran | Registration No. (Attorney/Agent) | 47,808 |
| Signature | [signature] | Telephone | (202) 424-7755 |
| | | Date | May 25, 2004 |

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing this form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

| FEE TRANSMITTAL for FY 2004 | Complete if Known | |
|---|---|---|
| | Application Number | 10/256,011 |
| | Filing Date | September 27, 2002 |
| Effective 10/01/2003. Patent fees are subject to annual revision. | First Named Inventor | S. WU |
| | Examiner Name | D. Bothur |
| ☐ Applicant claims small entity status. See 37 CFR 1.27 | Art Unit | 1712 |
| TOTAL AMOUNT OF PAYMENT ($) 110 | Attorney Docket No. | 20002.0283 |

**METHOD OF PAYMENT** (check all that apply)

☐ Check ☐ Credit card ☐ Money Order ☐ Other ☐ None
☒ Deposit Account

Deposit Account Number: 19-5127

The Director is authorized to: (check all that apply)
☒ Charge fee(s) indicated below ☒ Credit any overpayments
☒ Charge any additional fee(s) during the pendency of this application
☐ Charge fee(s) indicated below, except for the filing fee to the above-identified deposit account.

**FEE CALCULATION**

**1. BASIC FILING FEE**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 1001 | 770 | 2001 | 385 | Utility filing fee | |
| 1002 | 340 | 2002 | 170 | Design filing fee | |
| 1003 | 530 | 2003 | 265 | Plant filing fee | |
| 1004 | 770 | 2004 | 385 | Reissue filing fee | |
| 1005 | 150 | 2005 | 80 | Provisional filing fee | |

SUBTOTAL (1) ($) 0

**2. EXTRA CLAIM FEES FOR UTILITY AND REISSUE**

Total Claims  [ ] - 0 = 0  x [ ] = [ 0 ]
Independent Claims  [ ] - 0 = 0  x [ ] = [ 0 ]
Multiple Dependent  x [ ] = [ 0 ]

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | |
| 1202 | 18 | 2202 | 9 | Claims in excess of 20 | |
| 1201 | 86 | 2201 | 43 | Independent claims in excess of 3 | |
| 1203 | 290 | 2203 | 145 | Multiple dependent claim, if not paid | |
| 1204 | 86 | 2204 | 43 | ** Reissue independent claims over original patent | |
| 1205 | 18 | 2205 | 9 | ** Reissue claims in excess of 20 and over original patent | |

SUBTOTAL (2) ($) 0

** or number previously paid, if greater; For Reissues, see above

**3. ADDITIONAL FEES**

| Large Entity | | Small Entity | | | |
|---|---|---|---|---|---|
| Fee Code | Fee ($) | Fee Code | Fee ($) | Fee Description | Fee Paid |
| 1051 | 130 | 2051 | 65 | Surcharge - late filing fee or oath | |
| 1052 | 50 | 2052 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 1053 | 130 | 2053 | 130 | Non-English specification | |
| 1812 | 2,520 | 1812 | 2,520 | For filing a request for reexamination | |
| 1804 | 920* | 1804 | 920* | Requesting publication of SIR prior to Examiner action | |
| 1805 | 1,840* | 1805 | 1,840* | Requesting publication of SIR after Examiner action | |
| 1251 | 110 | 2251 | 55 | Extension for reply within first month | |
| 1252 | 420 | 2252 | 210 | Extension for reply within second month | |
| 1253 | 950 | 2253 | 475 | Extension for reply within third month | |
| 1254 | 1,480 | 2254 | 740 | Extension for reply within fourth month | |
| 1255 | 2,010 | 2255 | 1,005 | Extension for reply within fifth month | |
| 1401 | 330 | 2401 | 165 | Notice of Appeal | |
| 1402 | 330 | 2402 | 165 | Filing a brief in support of an appeal | |
| 1403 | 290 | 2403 | 145 | Request for oral hearing | |
| 1451 | 1,510 | 1451 | 1,510 | Petition to institute a public use proceeding | |
| 1452 | 110 | 2452 | 55 | Petition to revive — unavoidable | |
| 1453 | 1,330 | 2453 | 665 | Petition to revive — unintentional | |
| 1501 | 1,330 | 2501 | 665 | Utility issue fee (or reissue) | |
| 1502 | 480 | 2502 | 240 | Design issue fee | |
| 1503 | 640 | 2503 | 320 | Plant issue fee | |
| 1460 | 130 | 1460 | 130 | Petitions to the Commissioner | |
| 1807 | 50 | 1807 | 50 | Processing fee under 37 CFR 1.17 (q) | |
| 1806 | 180 | 1806 | 180 | Submission of Information Disclosure Stmt | |
| 8021 | 40 | 8021 | 40 | Recording each patent assignment per property (times number of properties) | |
| 1809 | 770 | 2809 | 385 | Filing a submission after final rejection (37 CFR § 1.129(a)) | |
| 1810 | 770 | 2810 | 385 | For each additional invention to be examined (37 CFR § 1.129(b)) | |
| 1801 | 770 | 2801 | 385 | Request for Continued Examination (RCE) | |
| 1802 | 900 | 1802 | 900 | Request for expedited examination of a design application | |

Other fee (specify) Terminal Disclaimer — 110

*Reduced by Basic Filing Fee Paid    SUBTOTAL (3) ($) 110

**SUBMITTED BY**

Name (Print/Type): John P. Mulgrew    Registration No. (Attorney/Agent): 47,500
Signature: /signature/    Telephone: (202) 424-7758
Date: May 25, 2004

WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

This collection of information is required by 37 CFR 1.17 and 1.27. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing this form, call 1-800-PTO-9199 (1-800-786-9199) and select option 2.

MAY 2 5 2004

**OFFICIAL**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of: S. WU et al.                Attorney Docket No: 20002.0263

Application No.: 10/256,011                 Group Art Unit: 1712

Filed: September 27, 2002                   Examiner: D. Buttner

For: THIN LAYER-COVERED GOLF BALL WITH
     IMPROVED VELOCITY

## RESPONSE TO OFFICE ACTION

Commissioner for Patents
PO Box 1450
Alexandria, Virginia 22313-1450

Sir:

In response to the office action mailed February 25, 2004, Applicants submit the following amendments and remarks for entry and consideration during the examination of the above-identified application.

## IN THE CLAIMS

Please amend the claims as follows:

1. (Currently Amended) A golf ball comprising:
    a center comprising a material formed from the conversion reaction of at least a cis-to-trans catalyst and a polybutadiene, wherein the material has a molecular weight of greater than about 200,000 and a resilience index of at least about 40;
    an inner cover layer; and
    an outer cover layer disposed about the inner cover layer comprising a polyurethane composition.

2. (Original) The golf ball of claim 1, wherein the inner cover layer comprises at least one of an ionomer resin, a polyurethane, a polyetherester, a polyetheramide, a polyester, a dynamically vulcanized elastomer, a functionalized styrenebutadiene elastomer, a metallocene polymer nylon, acrylonitrile butadiene-styrene copolymer, or blends thereof.

3. (Currently Amended) The golf ball of claim 1, wherein the resilience index of the material is at least about [[40]] 50.

4. (Original) The golf ball of claim 1, wherein the cis-to-trans catalyst comprises at least one of an organosulfur compound, an inorganic sulfur compound, an aromatic organometallic compound, a metal-organosulfur compound, tellurium, selenium, elemental sulfur, a polymeric sulfur, or an aromatic organic compound.

5. (Original) The golf ball of claim 1, wherein the polyurethane composition comprises at least one isocyanate, at least one polyol, and at least one curing agent.

6. (Original) The golf ball of claim 1, wherein the outer cover layer has a thickness of about 0.02 inches to about 0.04 inches.

7. (Original) The golf ball of claim 1, wherein the inner cover layer has an outer diameter of

2

about 1.55 inches or greater.

8. – 20.    (Canceled)

21.    (Currently Amended) A golf ball comprising:
a center formed of a reaction product comprising polybutadiene and a cis-to-trans catalyst, wherein the reaction product has a molecular weight of greater than about 200,000, and wherein the reaction product comprises greater than about 32 percent trans-isomer;
an inner cover layer;
an outer cover layer disposed around the inner cover layer, wherein the outer cover layer comprises a castable reactive liquid material.

22.    (Original) The golf ball of claim 21, wherein the inner cover layer comprises an ionomer resin, a polyurethane, a polyetherester, a polyetheramide, a polyester, a dynamically vulcanized elastomer, a functionalized styrenebutadiene elastomer, a metallocene polymer nylon, acrylonitrile butadiene-styrene copolymer, or blends thereof.

23.    (Original) The golf ball of claim 21, wherein the inner cover layer comprises a copolymer of ethylene and an unsaturated monocarboxylic acid, wherein the monocarboxylic acid is at least partially neutralized.

24.    (Original) The golf ball of claim 23, wherein the monocarboxylic acid is fully neutralized.

25.    (Original) The golf ball of claim 21, wherein the outer cover layer has a thickness of about 0.02 inches to about 0.04 inches and the inner cover layer has an outer diameter of about 1.55 inches or greater.

26.    (Original) The golf ball of claim 21, wherein the castable reactive material comprises a prepolymer having less than about 14 percent unreacted isocyanate groups, and wherein the

3

prepolymer is cured with a polyol, polyamine, or a mixture thereof.

27. (Original) The golf ball of claim 21, wherein the cis-to-trans catalyst comprises at least one of an organosulfur compound, an inorganic sulfur compound, an aromatic organometallic compound, a metal-organosulfur compound, tellurium, selenium, elemental sulfur, a polymeric sulfur, or an aromatic organic compound.

28. (Original) The golf ball of claim 21, wherein the reaction product has a molecular weight of about 300,000 or greater.

Please add the following new claims:

29. (New) A golf ball comprising:
    a center comprising a material formed from the conversion reaction of at least a cis-to-trans catalyst and a polybutadiene, wherein the material has a molecular weight of greater than about 200,000 and a resilience index of at least about 40;
    an inner cover layer; and
    an outer cover layer disposed about the inner cover layer comprising a castable reactive liquid material.

30. (New) The golf ball of claim 29, wherein the cis-to-trans catalyst comprises an organosulfur compound.

31. (New) The golf ball of claim 30, wherein the cis-to-trans catalyst is present in an amount sufficient to result in the material comprising greater than 32 percent trans-polybutadiene isomer.

32. (New) The golf ball of claim 31, wherein the cis-to-trans catalyst is present in an amount from about 0.1 to 5 parts per hundred based on the total material.

33. (New) The golf ball of claim 29, wherein the resilience index is at least about 50.

34. (New) The golf ball of claim 29, wherein the inner cover layer has a hardness of about 50

4

to about 75 Shore D.

35. (New) The golf ball of claim 29, wherein the castable reactive liquid material has a material hardness of about 30 Shore D to about 60 Shore D.

PAGE 9/17 * RCVD AT 5/25/2004 4:45:03 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID:2024247647 * DURATION (mm-ss):04-56

## REMARKS

Claims 1-28, as amended, and new claims 29-35 are pending in this application. In this Response, Applicants have amended certain claims. In light of the Office Action, Applicants believe these amendments serve a useful clarification purpose, and are desirable for clarification purposes, independent of patentability. Accordingly, Applicants respectfully submit that the claim amendments do not limit the range of any permissible equivalents.

In particular, independent claim 1 has been rewritten to include the features previously recited in dependent claim 3. Claim 3 has been amended to further define the resilience index. Independent claim 21 has been rewritten to recite that the reaction product has a trans-polybutadiene isomer content of greater than about 32 percent, which is supported by the Specification at Page 17, lines 32-35.

New claims 29-35 have been added to recite additional embodiments of the present invention and are supported by the present Specification as follows:

| Claim(s) | Support in Specification |
|---|---|
| 29 | Original claims 1-3, and 28 Page 25, line 33 to Page 26, line 2 |
| 30 | Original claim 4 |
| 31 | Page 17, lines 32-35 |
| 32 | Page 19, lines 2-4 |
| 33 | Page 32, lines 29-30 |
| 34 | Page 34, lines 3-4 |
| 35 | Page 33, line 27 to Page 34, line 3 |

As no new matter has been added, Applicants respectfully request entry of these amendments at this time.

## RESTRICTION REQUIREMENT

In response to the Restriction Requirement imposed by the Examiner, the Applicant hereby confirms election of Group I (claims 1-7 and 21-28) for prosecution in this application. As a result of the present claim cancellations and additions, however, Group I now includes claims 1-7 and 21-35. In light of the cancellation of claims 8-20, Applicant respectfully submits that the Restriction Requirement is moot.

6

## THE REJECTIONS UNDER 35 U.S.C. §§ 102 & 103

*Moriyama '396 Does Not Anticipate or Render Obvious the Present Invention*

Claims 1-2, 4, and 6-7 were rejected under 35 U.S.C. § 102(e) as anticipated by or, in the alternative, under §103(a) as obvious over U.S. Patent No. 5,980,396 to Moriyama *et al.* for the reasons set forth on page 3 of the Office Action. In addition, claims 1-2 and 4-7 were rejected under § 103(a) as obvious over Moriyama '396 in view of U.S. Patent No. 6,117,024 to Dewanjee as provided on page 3 of the Office Action. Moriyama '396 alone, or in combination with Dewanjee, does not disclose or suggest the present invention for the reasons that follow.

The objective of Moriyama '396 is to provide long flight distance and good shot feel. Col. 1, lines 35-37. To achieve this objective, Moriyama '396 proposes a four-piece golf ball with a vulcanized rubber center, a thermoplastic or vulcanized outer core layer, a vulcanized rubber or thermoplastic intermediate layer, and a thermoplastic outer cover layer. *See, e.g.*, Col. 2, lines 10-19 and 30-54, of Abstract. This selection of materials is arranged to provide a soft-hard-soft-hard from the center to the cover. Col. 2, lines 15-19.

Moriyama '396 is silent, however, as to the resilience index of the center material, as presently recited in independent claim 1 and new independent claim 29. One of ordinary skill in the art would not have been motivated to form the center presently recited from the teachings of Moriyama '396 without the improper use of hindsight. As such, Applicants respectfully submit that Moriyama '396 does not anticipate or render obvious the invention presently recited in claims 1-2, 4, and 6-7.[1]

*The Combination of Moriyama '396 and Dewanjee*
*Does Not Render Obvious the Present Invention*

Because Moriyama '396 does not disclose specific teaching regarding a polyurethane outer cover layer, the Examiner relies on Dewanjee for its disclosure of polyisocyanates, polyols, and curing agents. Dewanjee, however, does not cure the deficiencies of Moriyama '396 with respect to the resilience index now recited in independent claim 1. In fact, Dewanjee, like Moriyama '396, is completely silent as to a resilience index of the core material. Thus, Applicants respectfully submit

---

[1] It appears that the Examiner also recognizes the deficiencies of the cited references with respect to the resilience index of the center material in light of the absence of §§ 102 and 103 rejections of claim 3, as previously recited.

7

that the combination of Moriyama '396 and Dewanjee does not result in the present invention, nor does it render obvious the present invention.

For the reasons discussed above, Moriyama '396 alone, or in combination with Dewanjee, does not disclose or suggest the invention presently recited in independent claim 1, and those claims depending therefrom. Thus, Applicants respectfully request reconsideration and withdrawal of the §§ 102 and 103 rejections based on the cited references.

### Sullivan and Moriyama '856 Do Not Render Obvious the Present Invention

The Examiner also rejected claims 1-2, 4, 6-7 and 21-28 under § 103(a) as obvious over U.S. Patent No. 6,210,293 to Sullivan in view of U.S. Patent No. 5,697,856 to Moriyama *et al.* for the reasons stated on pages 3-4 of the Office Action.

Similar to Moriyama '396, Sullivan does not disclose or suggest a center material with a resilience index as presently recited in independent claim 1. As above, it appears that the Examiner agrees with this assessment in light of the lack of substantive rejections of this subject matter (previously recited in dependent claim 3). Moriyama '856 does not remedy this deficiency because the reference also lacks any mention of the resilience index of the center material. In fact, the Examiner appears to rely on Moriyama '856 solely for its disclosure of catalyst. Office Action at Page 4).

Moreover, Sullivan does not disclose or suggest the invention recited in independent claim 21. Independent claim 21 now recites a reaction product having a trans-polybutadiene isomer content of greater than about 32 percent. Because Sullivan is completely silent as to a cis-to-trans catalyst, the Examiner has relied upon Moriyama '856 for its disclosure of catalyst. However, Moriyama '856 teaches that the trans structure after vulcanization *must* be within the range of 10 percent to 30 percent. Col. 3, lines 27-29 (emphasis added). In fact, the reference *teaches away* from the claimed amount of trans-polybutadiene isomer in stating that "when the amount of trans structure exceeds 30%, the core is too soft and the resilience performances are deteriorated." Col. 3, lines 31-33. Thus, one of ordinary skill in the art would have lacked any motivation to stray outside of the range disclosed in Moriyama '856 without the present invention to use as a template. As such, the combination of Sullivan and Moriyama '856 does not render obvious the invention presently recited in claim 21.

8

PAGE 12/17 * RCVD AT 5/25/2004 4:45:03 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/2 * DNIS:8729306 * CSID:2024247647 * DURATION (mm-ss):04-56

With regard to the Examiner's rejections of the claims depending from independent claims 1 and 21, Applicants respectfully submit that these claims are patentable at least by virtue of their dependency from allowable subject matter.

For the reasons set forth above, Applicants respectfully submit that no combination of Sullivan and Moriyama '856 discloses or suggests the present invention. Consequently, Applicants respectfully request reconsideration and withdrawal of the rejections based thereon.

## THE DOUBLE PATENTING REJECTION

The Examiner rejected claims 1-7 and 21-28 under the judicially created doctrine of obviousness-type double patenting as obvious over claims 1-50 of the U.S. Patent No. 6,486,261 to Wu et al. Applicants submit herewith a Terminal Disclaimer in compliance with 37 C.F.R. § 1.321(c) in order to overcome the double patenting rejections based on the Wu '261 patent. As such, Applicants respectfully request that the double patenting rejection be withdrawn.

## NEW CLAIMS ADDED WITH THIS RESPONSE

Applicants respectfully submit that independent claim 29, and those depending therefrom, are allowable for similar reasons as discussed above. Like rewritten independent claim 1, independent claim 29 also recites a resilience index for the center material, which is lacking from the cited references.

Furthermore, the dependent claims are independently patentable. For example, dependent claim 31 recites a trans-polybutadiene isomer content of the reaction product of greater than about 32 percent. Neither Moriyama '396 nor Sullivan disclose or even suggest a trans-polybutadiene isomer content, as presently recited. Furthermore, as discussed above, Moriyama '856 teaches away from the claimed amount of trans-polybutadiene isomer content.

Therefore, Applicants respectfully submit that new claims 29-35 are in condition for allowance.

## CHANGE IN ATTORNEY DOCKET NUMBER

A Request for Change in Attorney Docket Number is submitted herewith to change the docket number from 20002.0025A to 20002.0263.

## CONCLUSION

All claims are believed to be in condition for allowance. If the Examiner believes that the present amendments still do not resolve all of the issues regarding patentability of the pending claims, Applicants invite the Examiner to contact the undersigned attorneys to discuss any remaining issues.

A Fee Sheet Transmittal is submitted to pay for the Terminal Disclaimer. No other fees are believed to be due at this time. Should any fee be required, however, please charge such fee to Swidler Berlin Shereff Friedman, LLP Deposit Account No. 195127, Order No. 20002.0263.

Respectfully submitted,
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

Dated: May 25, 2004        By: _____
John P. Mulgrew, Registration No. 47,809
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, NW, Suite 300
Washington, D.C. 20007
(202) 424-7756 Telephone
(202) 295-8429 Facsimile