## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD.,　)
and BRIDGESTONE GOLF, INC.,　　)
　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)　　C. A. No. 05-132 (JJF)
　　　　　　　　　　　　　　　　)
ACUSHNET COMPANY,　　　　　　)　　**DEMAND FOR JURY TRIAL**
　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)
_____)
ACUSHNET COMPANY,　　　　　　)　　**PUBIC VERSION**
　　　　　　　　　　　　　　　　)
　　　　　Counterclaim Plaintiff,　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
BRIDGESTONE SPORTS CO., LTD.　)
and BRIDGESTONE GOLD, INC.　　)
　　　　　　　　　　　　　　　　)
　　　　　Counterclaim Defendant.　)

## APPENDIX IN SUPPORT OF ACUSHNET COMPANY'S OPENING BRIEF
## IN SUPPORT OF ITS PROPOSED CLAIM CONSTRUCTIONS

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: November 2, 2006
Public Version Dated: November 7, 2006

*Attorneys for Defendant*
*Acushnet Company*

# TABLE OF CONTENTS

TAB

Excerpts from the Hearing Transcript, Aug. 1, 2006 .............................................................A

U.S. Patent No. 6,486,261..................................................................................................B

U.S. Patent No. 5,252,652..................................................................................................C

████████████████████████████ ..................................................................D

████████████████████████████ ...........................................................E

Excerpts from Bridgestone's Response to Acushnet's Interrogatory No. 2 ........................ F

████████████████████████████ ................................G

U.S. Patent No. 6,634,961 ..................................................................................................H

U.S. Patent No. 5,743,817 .................................................................................................. I

U.K. Patent Application GB 2 276 628 ...............................................................................J

Response to Office Action, Mar. 4, 1997 ............................................................................K

U.S. Patent No. 6,679,791..................................................................................................L

JIS K 6253 Standard ...........................................................................................................M

Excerpt from the Oxford English Dictionary ......................................................................N

Excerpts from an amendment made during the prosecution of the '791
patent, dated June 15, 2001 ................................................................................................O

Excerpts from a summary of an interview with the patent examiner during the
prosecution of the '791 patent............................................................................................. P

U.S. Patent No. 6,336,872..................................................................................................Q

U.S. Patent No. 5,803,833 ..................................................................................................R

U.S. Patent No. 5,184,828.................................................................................................. S

TAB

U.S. Patent No. 5,553,852 ........................................................................... T

Excerpts from Bridgestone's Supplemental Response to Acushnet's Requests for
Admission Nos. 21 and 22 ........................................................................... U

U.S. Patent No. 6,818,705 ........................................................................... V

█████████████████████████████████ ............................... W

█████████████████████████ ............................... X

U.S. Patent No. 4,729,861 ........................................................................... Y

U.S. Patent No. 4,936,587 ........................................................................... Z

U.S. Patent No. 5,080,367 ........................................................................... AA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 7, 2006, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on November 7, 2006, I have Electronically Mailed the documents to

the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012