# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

November 14, 2006

BY E-FILING (cover letter only) AND BY HAND (cover letter and enclosures)
The Honorable Joseph J. Farnan
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    *Bridgestone v. Acushnet*, C.A. No. 05-132 (JJF)

Dear Judge Farnan:

For the Court's *in camera* inspection, enclosed please find:

- an original and a copy of Bridgestone's Submission Regarding Acushnet's Challenge to Documents on Plaintiffs' Privilege Log;

- one copy of the documents (including translations) identified in Acushnet's letter to the Court of September 6, 2006 (D.I. 188) and discussed in Bridgestone's submission; and

- the Affidavit of Jun Ichinose in support of Bridgestone's Submission.

Respectfully,

Leslie A. Polizoti (#4299)

Enclosures (for *in camera* inspection)

cc:    Peter T. Dalleo, Clerk (By Hand, **without enclosures**)
       Richard L. Horwitz, Esquire (By Hand, **without enclosures**)
       Alan M. Grimaldi, Esquire (By Federal Express, **without enclosures**)

545469