

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 14, 2006

**VIA ELECTRONIC FILING (cover letter only) AND**
**VIA HAND DELIVERY (cover letter and enclosures)**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, Delaware 19801

      Re:    ***Bridgestone Sports Co. v. Acushnet Co.*, C.A. No. 05-132 (JJF)**

Dear Judge Farnan:

      Acushnet hereby submits for *in camera* inspection an original and one copy of each document whose identification on Acushnet's privilege log is challenged by Acushnet. By written correspondence on September 29, 2006 and October 17, 2006 and telephone correspondence on November 15, 2006, the parties have narrowed the number of documents previously challenged by both parties in their submissions to the Court.

      Respectfully,

      */s/ David E. Moore*

      David E. Moore

762104 / Enclosures

cc:    Clerk of the Court (by hand delivery) (w/o enc.)
       Jack B. Blumenfeld, Esquire (by hand delivery) (w/o enc.)
       Robert M. Masters, Esquire (by electronic mail) (w/o enc.)