IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO. LTD., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-132-JJF |
| | : | |
| ACUSHNET COMPANY, | : | |
| | : | |
| Defendant. | : | |

### ORDER

WHEREAS, Plaintiff Bridgestone Sports Co. Ltd ("Bridgestone") filed a Motion To Compel Acushnet To Comply With The Court's August 3, 2006 Order (D.I. 222), seeking documents listed on Defendant Acushnet Company's Privilege Log;

WHEREAS, the Court conducted an ex-parte discovery hearing with Defendant on November 20, 2006 to discuss Defendant's Privilege Log and the related documents;

WHEREAS, the Court finds that Defendant's representations support its assertions of privilege;

WHEREAS, the transcript from that hearing has been sealed;

NOW THEREFORE, IT IS HEREBY ORDERED that Bridgestone's Motion To Compel Acushnet To Comply With The Court's August 3, 2006 Order (D.I. 222) is **DENIED**.

November 20, 2006
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE