IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD.,  :
et al.,                        :
                               :
        Plaintiffs,            :
                               :
   v.                          :   Civil Action No. 05-132-JJF
                               :
ACUSHNET COMPANY,              :
                               :
        Defendant.             :

**O R D E R**

WHEREAS, Plaintiffs have submitted documents for an *In Camera* inspection (D.I. 238);

IT IS HEREBY ORDERED that the Court will conduct an *ex parte* conference with counsel for Plaintiffs on Monday, November 20, 2006 at 10:15 a.m., in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

November 20, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE