# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

November 22, 2006

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 King Street
Wilmington, DE  19801

    Re:    Request For Permission To Have Laptop Computer In Courtroom 4B

Dear Ms. Krett:

    We are scheduled to appear for a Markman hearing in *Bridgestone v. Acushnet*, C.A. No. 05-132 on November 29, 2006, and request permission to bring one laptop to Courtroom 4B to assist in the presentation during the hearing.  We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.  A proposed Order is attached hereto.

    Sincerely,

    */s/ Leslie A. Polizoti*

    Leslie A. Polizoti (#4299)

LAP/dal
Attachment
546737

cc:    David Thomas, United States Marshal
        Keith Ash, Chief Court Security Officer
        Peter T. Dalleo, Clerk (By Hand)
        Richard L. Horwitz, Esquire (By Hand and By Email)
        Alan M. Grimaldi, Esquire (By Email)