

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

November 22, 2006

**VIA ELECTRONIC FILING**

Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, Delaware 19801

Re: **Request for Permission to Have Laptop Computer in Courtroom 4B**
*Bridgestone Sports Co. v. Acushnet Co.*, **C.A. No. 05-132 (JJF)**

Dear Ms. Krett:

We are scheduled to appear at a hearing in Courtroom 4B on , November 29, 2006 at 9:30 a.m. and request permission to bring two (2) laptop computers, a projector, a screen, a laser pointer, and assorted computer cables to Courtroom 4B to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Very truly yours,

/s/ *David E. Moore*

David E. Moore

DEM:nmt/763599/28946
Enclosure
cc:   Clerk of Court (with enclosure)
      David Thomas, United States Marshal (without enclosure)
      Keith Ash, Chief Court Security Officer (without enclosure)
      Counsel of Record (with enclosure)