IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 05-132 (JJF) |
| ACUSHNET COMPANY, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC., <br><br> Counterclaim Defendant. | ) ) ) ) **DEMAND FOR JURY TRIAL** ) ) ) ) ) ) ) ) |

## ORDER

The attorneys and staff listed below representing Acushnet Company are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B two (2) laptop computers, a projector, a screen, a laser pointer, and assorted computer cables for a hearing commencing on, November 29, 2006 at 9:30 a.m. Counsel shall comply with the inspection provisions of the United States Marshal.

Joseph P. Lavelle
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Ken Donnelly
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

Robin D. Adelstein
Attorney at Law
193 Ivy Street
Oyster Bay, NY 11771

Alex Rennick
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

_____
DATED

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge