IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | ) )<br>) )<br>) )  C.A. No. 05-132-JJF<br>) )<br>) )<br>) )<br>) ) |

## ORDER

The attorney listed below is permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, one laptop for proceedings on November 29, 2006.

Counsel shall comply with the inspection provisions of the United States Marshal.

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

11/27/06
DATE

JOSEPH J. FARNAN, JR.
United States District Court Judge