# Exhibit 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

Exhibit 3

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 4

-1-



MAIL ROOM  MAY 10 1990  PAT & TRADEMARK

## TITLE OF THE INVENTION
Solid Golf Ball

This invention relates to solid golf balls having improved flying performance.

### BACKGROUND OF THE INVENTION

In general, solid golf balls include a one-piece golf ball which is integrally molded in its entirety, a two-piece golf ball having a core enclosed in a cover, and a multi-layered golf ball having a core enclosed in a cover through one or more intermediate layers.

These solid golf balls have an elastic portion in the form of a molded and vulcanized rubber compound as a portion, that is, a core in the case of multi-layered golf balls or as their entirety in the case of one-piece golf balls. For the purpose of improving the repulsion coefficient and impact resistance of the prior art rubber compositions from which the elastic portion was formed, attempts were made to blend a monomer having an unsaturated bond, typically an $\alpha,\beta$-ethylenically unsaturated carboxylic acid metal salt as a co-crosslinking agent in polybutadiene or a similar base rubber. The co-crosslinking agent will graft or crosslink to the backbone of polybutadiene rubber under the action of a peroxide or similar co-crosslinking initiator, resulting in a three-dimensional crosslinked polymer, which can provide an adequate degree of hardness and durability for one-piece golf balls or multi-layered golf ball cores. Therefore, one-piece golf balls formed from rubber compositions having such a co-crosslinking agent blended and multi-layered golf balls having cores formed from rubber compositions having such a co-crosslinking agent

-2-

blended are known to exhibit satisfactory flying performance and durability.

Golf players have a continuous demand for better flying performance and it is thus desired to develop golf balls having further improved flying performance.

## SUMMARY OF THE INVENTION

Therefore, an object of the invention is to provide a golf ball having further improved flying performance.

Searching for an optimum additive for a rubber composition containing a base rubber, typically polybutadiene and an unsaturated carboxylic acid metal salt as a co-crosslinking agent, the inventors have found that when an organic sulfur compound and/or a metal-containing organic sulfur compound is added to the rubber composition, there is obtained a rubber composition which can be vulcanized into a rubbery elastomer having improved rebound resilience. If a one-piece golf ball or a multi-layered golf ball core is formed from this rubber composition, the resulting solid golf ball exhibits an increased initial velocity upon hitting and improved flying performance. The present invention is predicated on this finding.

According to the present invention, there is provided a solid golf ball comprising a rubber composition containing a base rubber, an unsaturated carboxylic acid metal salt, and a sulfur compound selected from the group consisting of an organic sulfur compound and a metal-containing organic sulfur compound.

In one form, the ball is a one-piece golf ball which is entirely formed of the present rubber composition.

In another form, the ball is a multi-layered golf ball comprising a core and a cover enclosing the core, wherein the core is formed of the present rubber composition. The core may be enclosed in the cover directly or through an intermediate layer.

-3-

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross section of a one-piece golf ball.

FIG. 2 is a cross section of a two-piece golf ball.

DETAILED DESCRIPTION OF THE INVENTION

5    FIG. 1 shows in cross section a one-piece golf ball 11.
FIG. 2 shows a two-piece golf ball 21 comprising a core 23
coated with a cover 25. A plurality of, usually 200 to 600,
dimples are formed on the surface of the golf balls,
10   although they are not shown in FIGS. 1 and 2.

The solid golf ball of the present invention is a one-
piece golf ball or a multi-layered golf ball in which the
one-piece golf ball or the core of the multi-layered golf
ball is formed from a rubber composition comprising a base
15   rubber, an unsaturated carboxylic acid metal salt, and an
organic sulfur compound and/or a metal-containing organic
sulfur compound.

The base rubber used herein may be any desired rubber
which is commonly used in conventional one-piece golf balls
20   and cores of multi-layered golf balls. Polybutadiene
rubbers, especially poly(1,4-butadiene) rubbers containing
at least 40 mol%, preferably 80 to 100 mol% of cis-1,4 bond
are preferred because of high rebound resilience, extrusion
moldability, and high strength after vulcanization. If
25   desired, the poly(1,4-butadiene) rubbers may be blended with
natural rubber, polyisoprene rubber, styrene-butadiene
rubber or the like. It is desired that at least 80% by
weight of poly(1,4-butadiene) rubber be present in the base
rubber because base rubbers containing less amounts of
30   poly(1,4-butadiene) rubber often fail to take advantage of
the rebound resilience of polybutadiene rubber.

The metal salt of unsaturated carboxylic acid is
blended as a co-crosslinking agent. Examples include zinc
and magnesium salts of unsaturated fatty acids having 3 to 8
35   carbon atoms, such as acrylic acid, methacrylic acid, maleic
acid, and fumaric acid, with the zinc salts of acrylic and

-4-

methacrylic acid being most preferred. The unsaturated
carboxylic acid metal salt may be blended in a rubber either
as a preformed metal salt or by introducing an $\alpha,\beta$-
unsaturated carboxylic acid and a metal oxide or hydroxide
5    into the rubber composition and allowing them to react in
the rubber composition to form a metal salt. The
unsaturated carboxylic acid metal salt may be blended in any
desired amount, but preferably in amounts of about 25 to
about 40 parts by weight per 100 parts by weight of the base
10   rubber.

The rubber composition used in the manufacture of the
solid golf ball of the invention contains an organic sulfur
compound and/or a metal-containing organic sulfur compound
in addition to the base rubber and the unsaturated
15   carboxylic acid metal salt. Examples of the organic sulfur
compound include thiophenols such as pentachlorothiophenol,
4-t-butyl-o-thiocresol, 4-t-butyl-p-thiocresol, and 2-
benzamidothiophenol, thiocarboxylic acids such as thio-
benzoic acid, and sulfides such as dixylyl disulfide, di(o-
20   benzamidophenyl) disulfide and alkylated phenol sulfides.
Examples of the metal-containing organic sulfur compound
include zinc salts of the above-mentioned thiophenols and
thiocarboxylic acids. The sulfur compounds may be used
alone or in admixture of two or more of them. The sulfur
25   compound is preferably blended in amounts of from about 0.05
to about 2 parts by weight, more preferably from about 0.1
to about 0.5 parts by weight per 100 parts by weight of the
base rubber.

The rubber composition of the invention may further
30   contain a co-crosslinking initiator. Preferred examples of
the co-crosslinking initiator include organic peroxides,
such as dicumyl peroxide, t-butylperoxybenzoate, di-t-
butylperoxide, 1,1-bis(t-butylperoxy)-3,3,5-trimethyl-
cyclohexane, n-butyl-4,4-bis(t-butylperoxy)valerate, 2,2'-
35   bis(t-butylperoxy-isopropyl)benzene, and 2,5-dimethyl-2,5-
di(t-butylperoxy)hexene, with the dicumyl peroxide being

-5-

most preferred. The initiator may be blended in amounts of about 0.5 to about 3 parts by weight, preferably about 1 to about 2.5 parts by weight per 100 parts by weight of the base rubber.

5     Also employable is a filler. Preferred examples of the filler include metal oxides such as zinc oxide and magnesium oxide. It may be blended in amounts of about 10 to about 80 parts by weight per 100 parts by weight of the base rubber. If desired, the rubber composition can additionally contain

10    a plasticizer, an antioxidant, and any other additives which are generally employed in the preparation of one-piece balls or cores of multi-layered balls. Their amounts may be determined without undue experimentation.

    The solid golf ball of the invention may be prepared by

15    molding the above-formulated rubber composition as formulated above into a desired spherical shape, that is, a ball in the case of a one-piece ball or into a core in the case of a multi-layered ball and vulcanizing the rubber by heating. The manufacture may be in accord with conventional

20    method and conditions.

    When multi-layered golf balls such as two-piece balls are manufactured, the core is coated with a cover. The cover material used herein may be selected from commonly used cover materials, for example, ionomers such as Surlyn®,

25    polyesters, and nylons. The cover usually has a thickness of 0.5 to 2.5 mm.

    The core may be enclosed in the cover directly or through an intermediate layer.

    The present invention may be applied to any type of

30    golf ball including small balls having a diameter of at least 41.15 mm and a weight of up to 45.92 g, and large balls having a diameter of at least 42.67 mm and a weight of up to 45.92 g.

    The distribution and total number of dimples are not

35    critical although 300 to 550 dimples, preferably 350 to 540 dimples are generally formed on a ball. Preferred dimple

# Exhibit 5

IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD.,
AND BRIDGESTONE GOLF, INC.,

   *Plaintiffs,*

  v.

ACUSHNET COMPANY,

   *Defendant.*

C.A. No. 05-132(JJF)

## PLAINTIFFS' EIGHTH SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

  Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs Bridgestone Sports Co., Ltd., and Bridgestone Golf, Inc., (individually or collectively "Bridgestone") hereby supplements its responses to Defendant's First Set of Interrogatories to Plaintiff.

## GENERAL OBJECTIONS

  The General and Specific Objections set forth in Plaintiff's First Responses to Defendant's First Set of Interrogatories; Plaintiff's First Supplemental Responses to Defendant's First Set of Interrogatories; Plaintiff's Second Supplemental Responses to Defendant's First Set of Interrogatories; Plaintiff's Third Supplemental Responses to Defendant's First Set of Interrogatories; and Plaintiff's Fourth Supplemental Responses to Defendant's First Set of Interrogatories; Plaintiff's Fifth Supplemental Responses to Defendant's First Set of Interrogatories; and Plaintiff's Sixth Supplemental Responses to Defendant's First Set of Interrogatories, are incorporated herein by reference.

  Bridgestone reserves the right to later amend or supplement its contentions after further investigation and discovery and after the Court construes the claims.

Subject to, and without waiving, any of the General and Specific Objections, Bridgestone hereby supplements its responses to Interrogatory Nos. 6 and 21.

## OBJECTIONS AND RESPONSES

### INTERROGATORY NO. 6

Identify on a claim-by-claim basis, for each claim of the Bridgestone Patents identified in your responses to interrogatory No. 1 above, any alleged dates of conception; any alleged subsequent diligence until reduction to practice; any alleged dates of actual reduction to practice of the claimed invention; any written descriptions or drawings of the claimed invention prepared prior to the filing date; the date of the first constructive reduction to practice of the subject matter defined by the claim; the names, titles, and place of work (at the time of their involvement and current) of all persons who were involved in connection with such conception, diligence, or reduction to practice; and the earliest effective filing date Bridgestone will assert for each such claim. State in detail all factual bases supporting Bridgestone's identification of each such date, and identify all persons, documents, and tangible things corroborating each such date.

### RESPONSE TO INTERROGATORY NO. 6

In addition to the General Objections, Bridgestone objects to the interrogatory as being a multiple and compound request constituting more than one interrogatory. Bridgestone also objects to the interrogatory as being overly broad, unduly burdensome, oppressive, not being limited in subject matter and/or scope to issues in the case, and seeking information that is neither relevant to this case nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the general and specific objections, Bridgestone will produce, pursuant to Fed. R. Civ. P. 33(d), non-privileged documents responsive to the interrogatory sufficient to permit Acushnet to determine an answer as readily as Bridgestone.

In addition, Bridgestone further supplements its previous responses as follows:

**U.S. Patent No. 5,252,652**

For any claim of the '652 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is May 10, 1990, which is the filing date on the face of the '652 patent.

For any claim of the '652 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is May 11, 1989, based on JP 1-118460.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 202885-202916.

**U.S. Patent No. 5,553,852**

For any claim of the '852 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is Jul. 8, 1994, which is the filing date on the face of the '852 patent.

For any claim of the '852 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is July 8, 1993, based on JP 5-193065.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203021-203070.

**U.S. Patent No. 5,695,413**

For any claim of the '413 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is Apr. 19, 1996, which is the filing date on the face of the '413 patent.

For any claim of the '413 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is April 26, 1995, based on JP 7-125966.

3.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203128-203164.

**U.S. Patent No. 5,743,817**

For the claims of the '817 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is Sep. 29, 1995, which is the filing date on the face of the '817 patent.

For the claims of the '817 patent, the earliest dates of invention Bridgestone will assert for purposes of the instant action is October 14, 1994, based on JP 6-276109.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203200-203250.

**U.S. Patent No. 5,782,707**

For any claim of the '707 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is Mar. 10, 1997, which is the filing date on the face of the '707 patent.

For any claim of the '707 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is March 11, 1996, based on JP 8-082121.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203287-203342.

**U.S. Patent No. 5,803,834**

For any claim of the '834 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is Feb. 27, 1997, which is the filing date on the face of the '834 patent.

LEGAL_US_E # 71363337.2

For any claim of the '834 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is March 1, 1996, based on JP 8-071135.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203371-203415.

## U.S. Patent No. 5,813,924

For any claim of the '924 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is the Sept. 29, 1995 filing date of the '817 patent, which is indicated to be the parent of the '924 patent on its face.

For any claim of the '924 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is October 14, 1994, based on JP 6-276109.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203200-203250 and 203436-203458.

## U.S. Patent No. 6,634,961

For any claim of the '961 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is May 30, 2002, which is the filing date on the face of the '961 patent.

For any claim of the '961 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is May 30, 2001, based on JP 2001-163238.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203488-203520 and 203578-203606.

**U.S. Patent No. 6,679,791**

For any claim of the '791 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is June 15, 2001, which is the filing date on the face of the '791 patent.

For any claim of the '791 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is June 26, 2000, based on JP 2000-190640.

Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203656-203698.

**U.S. Patent No. 6,780,125**

For any claim of the '125 patent, the earliest effective U.S. filing date Bridgestone will assert for purposes of the instant action is September 11, 1997, which is the filing date of Provisional Application 60/058,563, from which the '125 patent claim priority on its face.

For any claim of the '125 patent, the earliest date of invention Bridgestone will assert for purposes of the instant action is August 11, 1997, based on JP 9-228902.

. Pursuant to Fed. R. Civ. Pro. 33(d), Bridgestone further responds in view of BSP 203787-203870.

Bridgestone's indications of earliest effective filing date, earliest effective US filing date, and earliest date of invention for each patent are based on the current invalidity assertions of Acushnet, and therefore may not accurately reflect the earliest possible date to which Bridgestone is entitled to rely in this or other actions.

Further, Bridgestone's investigation is ongoing. Therefore, Bridgestone reserves the right to amend or supplement its response after further investigation, and based on positions taken by, or contentions of, Acushnet.

6.

# Exhibit 6

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 7

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 8



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.



Copyright © 2000 by Merriam-Webster, Incorporated

Philippines Copyright 2000 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
    Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe indexed : alk. paper). — ISBN 0-87779-707-2 (laminated cover, unindexed).
    1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1998
423—dc21                    97-41846
                                      CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

28293031RT:WC00

**1102  slip • sloth**

piece of paper 3 : a young and slender person ⟨a ~ of a girl⟩ 4 : a long seat or narrow pew
**slip** vt slipped; slip-ping (1530) 1 : to take cuttings from (a plant) : divide into slips ⟨~ a geranium⟩
**slip** n [ME slyp slime, fr. OE slipa slime, paste; akin to OE slipan to slip — more at SLIEVE] (1540) : a mixture of finely divided clay and water used by potters (as for casting or decorating wares or in cementing separately formed parts)
**slip-case** \ˈslip-ˌkās\ n (ca. 1925) : a protective container for books or magazines that has one open end — slip-cased \-ˌkāst\ adj
**slip-cov-er** \ˈslip-ˌkə-vər\ n (1886) : a cover that may be slipped off and on; specif : a removable covering for an article of furniture
**slip-form** \ˈslip-ˌfȯrm\ vt (1962) : to construct with the use of a slip form
**slip form** n (1919) 1 : form that is moved slowly as concrete is placed during construction (as of a building or pavement)
**slip-knot** \ˈslip-ˌnät\ n (1659) : a knot that slips along the rope or line around which it is made; esp : one made by tying an overhand knot around the standing part of a rope — see KNOT illustration
**slip noose** n (1847) : a noose with a slipknot
**slip-on** \ˈslip-ˌȯn, -ˌän\ n (1815) : an article of clothing that is easily slipped on or off as a ~: a glove or shoe without fastenings b : a garment (as a girdle) that one steps into and pulls up c : PULLOVER
**slip-over** \-ˌō-vər\ n (1917) : a garment or cover that slips on and off easily; specif : a pullover sweater
**slip-page** \ˈsli-pij\ n (1850) 1 : an act, instance, or process of slipping 2 : a loss in transmission of power; also : the difference between theoretical and actual output (as of power)
**slipped disk** n (1942) : a protrusion of one of the cartilage disks between vertebrae with pressure on spinal nerves resulting in low back pain or sciatic pain
**slip-per** \ˈsli-pər\ adj [ME, fr. OE slipor; akin to MLG slipper slippery, slipan to slip] (bef. 12c) chiefly dial : SLIPPERY
**slip-per** n [ME, fr. slippen to slip] (15c) : a light low-cut shoe that is easily slipped on the foot — slip-pered \-pərd\ adj
**slip-pery** \ˈsli-p(ə-)rē\ adj [alter. of ME slipper (ca. 1500)] 1 a : causing or tending to cause something to slide or fall ⟨~ roads⟩ b : tending to slip from the grasp 2 : not firmly fixed : UNSTABLE 3 : not to be trusted : TRICKY — slip-per-i-ness n
**slippery elm** n (1748) : a large-leaved elm (Ulmus rubra syn. U. fulva) of eastern No. America that has hard wood and fragrant mucilaginous inner bark; also : the bark
**slip-py** \ˈsli-pē\ adj \ˈslip-pi-er\; -est (1548) : SLIPPERY
**slip ring** n \ˈslip\ (1896) : one of two or more continuous conducting rings from which the brushes take or to which they deliver current in a generator or motor
**slip sheet** n \ˈslip-ˌshēt\ vt (ca. 1909) : to insert slip sheets between (newly printed sheets)
**slip sheet** n [ˈslip] (1903) : a sheet of paper placed between newly printed sheets to prevent offsetting
**slip-shod** \ˈslip-ˌshäd, adj [ˈslip] (1580) 1 a : wearing loose shoes or slippers b : down at the heel : SHABBY 2 : CARELESS, SLOVENLY
**slip-slop** \ˈslip-ˌsläp\ n [redupl. of ˈslop] (1675) 1 archaic : watery food : SLOP 2 archaic : shallow talk or writing — slip-slop adj
**slip-sole** \-ˌsōl\ n (ca. 1908) 1 : a thin insole 2 : a half sole inserted between the insole or welt and the outside of a shoe to give additional height — called also slip top
**slip stitch** n (ca. 1882) 1 : a concealed stitch for sewing folded edges (as hems) made by alternately running the needle inside the fold and picking up a thread or two from the body of the article 2 : an unworked stitch; esp : a knitting stitch that is shifted from one needle to another without knitting it
**slip-stream** \ˈslip-ˌstrēm\ n (1913) 1 : a stream of fluid (as air or water) driven aft by a propeller 2 : an area of reduced air pressure and forward suction immediately behind a rapidly moving vehicle
**slip-stream** \ˈslip-ˌstrēm\ vi (1957) : to drive in the slipstream of a vehicle
**slip-up** \ˈslip-ˌəp\ n (1854) 1 : MISTAKE 2 : NEGLIGENCE
**slip up** vi (1909) : to make a mistake : BLUNDER
**slip-ware** \ˈslip-ˌwar, -ˌwer\ n (1885) : pottery coated with slip to improve or decorate the surface
**slip-way** \-ˌwā\ n (1840) : an inclined usu. concrete surface for a ship being built or repaired
**slit** \ˈslit\ n [ME, fr. slitten] (12c) : a long narrow cut or opening — slit adj — slit-less \-ləs\ adj
**slit** vt slit; slit-ting [ME slitten; akin to MHG slitzen to slit, OHG slīzan to tear apart, OE zslīd slid — more at SHELL] (14c) 1 a : to make a slit in b : to cut off or away : SEVER c : to form into a slit 2 : to cut into long narrow strips — slit-ter n
**slith-er** \ˈsli-thər\ vb [ME slidderen, fr. OE slidrian, freq. of slīdan to slide] vi (bef. 12c) 1 : to slide on or as if on a loose gravelly surface 2 : to slip or slide like a snake ~ vt : to cause to slide
**slithery** \ˈsli-thə-rē\ adj (ca. 1825) : having a slippery surface, texture, or quality
**slit trench** n (1942) : a narrow trench esp. for shelter in battle from bombs and shell fragments
**sliv-er** \ˈsli-vər, 2 is usu ˈslī-\ n [ME slivere, fr. sliven to slice off, fr. OE slīfan; akin to OE slīfan to cut] (14c) 1 a : a long slender piece cut or torn off : SPLINTER b : a small and narrow portion (a ~ of land) c : PARTICLE, SCRAP (not a ~ of evidence) 2 : an unbroken strand or rope of textile fiber produced by a carding or combing machine and ready for drawing, roving, or spinning
**sliv-er** \ˈsli-vər\ vb slivered; sliv-er-ing \-v(ə-)riŋ\ vt (1605) : to cut into slivers : SPLINTER ~ vi : to become split into slivers
**slivo-vitz** \ˈsli-və-ˌvits, ˈslē-, ˈsliv-ə-, -ˌwits\ n [Serbo-Croatian šljivovica, fr. šljiva, sliva plum; akin to Russ sliva plum — more at LIVID] (1885) : a dry usu. colorless plum brandy made esp. in the Balkan countries
**slob** \ˈsläb\ n [Ir slab mud, ooze, slovenly person] (1861) : a slovenly or boorish person — slob-bish \ˈslä-bish\ adj — slob-by \ˈslä-bē\ adj
**slob-ber** \ˈslä-bər\ vb slob-bered; slob-ber-ing \-b(ə-)riŋ\ [ME slobren to spit in a slovenly manner; akin to LG slubbern to sip] vi (1753) 1 : to let saliva dribble from the mouth : DROOL 2 : to indulge in feelings effusively and without restraint ~ vt : to smear with or as if with dribbling saliva or food — slob-ber-er \-bər-ər\ n
**slobber** n (ca. 1755) 1 : saliva drooled from the mouth 2 : driveling, sloppy, or incoherent utterance — slob-bery \ˈslä-b(ə-)rē\ adj

**sloe** \ˈslō\ n [ME slo, fr. OE slāh; akin to OHG slēha sloe and perh L līvēre to be livid, Russ sliva plum — more at LIVID] (bef. 12c) : the small dark plum-like fruit of the blackthorn; also : BLACKTHORN
**sloe-eyed** \ˈslō-ˈīd\ adj (1867) 1 : having soft dark bluish or black eyes 2 : having slanted eyes
**sloe gin** n (1895) : a sweet reddish liqueur consisting of gin flavored chiefly with sloes
**slog** \ˈsläg\ vb slogged; slog-ging [origin unknown] vt (1826) 1 : to hit hard : BEAT 2 : to plod (one's way) perseveringly esp. against heavy resistance ~ vi 1 : to plod heavily : TRAMP ⟨slogged through the snow⟩ : work hard and steadily : PLUG — slog-ger n
**slog** n (1888) 1 : hard persistent work 2 : a hard dogged tramp
**slo-gan** \ˈslō-gən\ n [alter. of earlier slogorn, fr. ScGael sluagh-ghairm, fr. sluagh army, host + gairm cry] (1513) 1 a : a war cry or rallying cry of a Scottish clan b : a word or phrase used to express a characteristic position or stand or a goal to be achieved 2 : a brief attention-getting phrase used in advertising or promotion
**slo-gan-eer** \ˌslō-gə-ˈnir\ n (1922) : a maker or user of slogans — sloganeer vi
**slo-gan-ize** \ˈslō-gə-ˌnīz\ vt (1926) : to express as a slogan
**slop** \ˈsläp\ n [ME sloppe] (1629) 1 a : fore-and-aft rigged boat 1 a b : mast and a single jib
**sloop of war** (1704) : a small warship with guns on only one deck
**slop** \ˈsläp\ n [ME sloppe, prob. fr. MD slop: akin to OE oferslop, plice] (14c) 1 : a loose smock or overall 2 pl : short but wide-woven by men in the 16th century 3 pl : articles (as clothing) sold to sailors
**slop** n [ME sloppe] (15c) 1 : soft mud : SLUSH 2 : thin tasteless or liquid food — usu. used in pl. 3 : liquid spilled or splashed : food waste (as garbage) fed to animals : SWILL 2a b : excrements; waste — usu. used in pl. 5 : sentimental effusiveness : ... ing : GUSH
**slop** vb slopped; slop-ping vt (1557) 1 a : to spill from a container 2 : to splash or spill liquid on c : to cause (a liquid) to splash 2 : to feed slops to b : to eat or drink greedily or noisily 4 : to become ⟨~ the hogs⟩ ~ vi 1 : to tramp in mud or slush 2 : to become or splashed 3 : to be effusive : GUSH 4 : to pass beyond or over a boundary or limit
**slop basin** n (1731) Brit : SLOP BOWL
**slop bowl** n (1810) : a bowl for receiving the leavings of tea cups at table
**slop chest** n [ˈsläp] (1850) : a store of clothing and personal merchandise (as tobacco) carried on merchant ships for issue to the crew usu. as a charge against their wages
**slope** \ˈslōp\ adj [ˈslōp] adj, adv., obliquely] (1502) : that slants : INCLINED — often used in combination ⟨slope-sided⟩
**slope** vb sloped; slop-ping vi (1591) 1 : to take an oblique course : to lie or fall in a slant : INCLINE 3 : GO, TRAVEL ⟨~ off for a night — Wolcott Gibbs⟩ ~ vt : to cause to incline or slant — **slope** n (ca. 1611) 1 : upward or downward slant or inclination 2 : ground that forms a natural or artificial incline : the part of a continent draining to a particular ocean ⟨Alaska's Slope⟩ 4 : the tangent of the angle made by a straight line x-axis b : the slope of the line tangent to a plane curve at a point slope-intercept form n (ca. 1942) : the equation of a straight line form y = mx + b where m is the slope of the line and b is the y-intercept in which the line passes
**slo-pitch** \ˈslō-ˌpich, -ˌpläch\ n [alter. of slow pitch] (1967) : SLOW PITCH
**slop jar** n (1855) : a large pail used as a chamber pot or to receive waste from a washbowl or the contents of chamber pots
**slop pail** n (1864) : a pail for slops or household slops
**slop-py** \ˈslä-pē\ adj sloppi-er; -est (1707) 1 a : wet so as to be muddy : SLUSHY ⟨a ~ racetrack⟩ b : wet or smeared with or as if something slopped over 2 : SLOVENLY, CARELESS ⟨a ~ dresser — work⟩ 3 : disagreeably effusive ⟨~ sentimentalism⟩ — slop-pi-ly \-pə-lē\ adv — slop-pi-ness n
**sloppy Joe** \-ˈjō\ n [prob. fr. the name Joe, nickname for Joseph] : ground beef cooked in a thick spicy sauce and usu. served on a bun 2 : a loose-fitting garment
**slosh** \ˈsläsh\ n [prob. alter. or blend of slop and slush] (1814) 1 : slush 2 : the slap or splash of liquid
**slosh** vb (1844) vi (1844) 1 : to plunder or splash through water, mud, etc. 2 : to move with a splashing motion (the water ~ed around in the car) ~ vt 1 : to splash about in liquid 2 : to splash with liquid
**slotched** \ˈsläsht, ˈslosht\ adj (ca. 1946) slang : DRUNK, INTOXICATED
**slot** \ˈslät\ n [ME, the hollow running down the middle of the breast, fr. MF esclot] (1523) 1 a : a narrow opening or groove : slit, notch b : a narrow passage or enclosure c : a position ... through the wing of an airplane or of a missile that is located near the leading edge and formed between a main and an auxiliary airfoil for improving flow conditions over the wing so as to increase lift and delay stalling of the wing 2 : a place or position in an orderly sequence : NICHE 3 : SLOT MACHINE 4 : a gap between an end and tackle in an offensive football line
**slot** vt slot-ted; slot-ting (1747) 1 : to cut a slot in 2 : to place in or assign to a slot
**slot** n, pl slot [MF esclot track] (1575) : the track of an animal (as a deer)
**slot-back** \ˈslät-ˌbak\ n (1959) : an offensive football halfback who lines up just behind the slot between an offensive end and tackle
**slot car** n (1966) : an electric toy racing car with a pin underneath that fits into a groove on a track for guidance
**sloth** \ˈsläth, ˈslōth, ˈslȯth\ n [ME, fr. OE slǣwth, fr. slāw slow] (12c) 1 : disinclination to action or labor : INDOLENCE 2 : spiritual apathy and inactivity (the deadly sin of ~)

of the slow-moving arboreal edentate mammals (Bradypus and Choloepus), inhabit tropical America, hang from the branches back downward, leaves, shoots, and fruits — compare THREE-TOED SLOTH
**slothful** \ˈslȯth-fəl, ˈsläth-, ˈslōth-\ adj (13c) : inclined to sloth : INDOLENT, LAZY — sloth-ful-ly \-fə-lē\ adv — sloth-ful-ness n
**sloth bear** n (1891) 1 : a machine whose operation is based on slot 2 : a coin-operated gambling machine according to the matching of symbols on wheels — called also one-armed bandit
**slouch** n (1605) : the racing of slot cars — **slot** \ˈsläch\ n [origin unknown] (1515) 1 a : a lazy or incompetent person b : one that is unimpressive; esp : a lazy or negative connotations ⟨was no ~ at cookery⟩ 2 : an awkward, heavy, drooping gait or posture 3 : something that may be shoved or pushed down (as of a hat) — slouch-i-ly adv — slouch-ness n — slouch n (1724)
**slouch** vb (1837) vi : to sit or stand with a drooping gait or posture ~ vt : cause to droop
**slouch hat** n (1837) : a soft hat with a wide flexible brim
**slough** \ˈslü, esp for 2 ˈslau\ n [ME, fr. OE slōh] (bef. 12c) 1 : a place of deep mud or mire 2 : SWAMP 3 : a state of moral degradation or spiritual dejection — sloughy adj
**slough** \ˈsləf\ n [ME slughe; akin to MHG slūche peel, husk] (14c) 1 : the cast-off skin of a snake 2 : a mass of dead tissue ... 3 : something that may be shed ⟨shed a ~ — John Bunyan⟩ — slough \ˈsləf\ vb (1720) 1 a : to become shed ⟨a snake ~s its skin⟩ 2 : to separate in the form of dead tissue ~ vt 1 : to cast off (one's skin) 2 : to get rid of or discard as irksome, objectionable, or useless — **slough** n : to dispose of
**Slovak** \ˈslō-ˌvak, -ˌväk\ n [Slovak] (1829) 1 : a member of a Slavic people living largely in Slovakia — Slovak adj — Slo-vak-ian \slō-ˈva-kē-ən, -ˈvä-\ adj
**sloven** \ˈslə-vən\ n (1508) : one habitually negligent of neatness or cleanliness esp. in personal appearance
**Slovene** \ˈslō-ˌvēn, slō-ˈ\ n [G Slovene fr. Slovene Slov] (1815) : SLOVENIAN — Slovene adj
**Slovenian** \slō-ˈvē-nē-ən\ n [G] Slovene fr. Slovene Slov of a Slavic people living largely in Slovenia — Slovene — Slovene adj — Slo-ven-nian \-nē-ən\ n adj
**slov-en-ly** \ˈslə-vən-lē\ adj (ca. 1568) 1 a : marked by personal uncleanliness b : lazily slipshod ⟨~ in thought⟩ 2 : untidy esp. in dress — slov-en-li-ness n — slovenly adv
**slow** \ˈslō\ adj [ME, fr. OE slāw; akin to OHG slēo dull] 1 a : mentally dull : STUPID ⟨a ~ student⟩ b : naturally inert or sluggish 2 a (1) : lacking in readiness, promptness, or willingness ⟨was ~ to anger⟩ 3 a : moving, flowing, or proceeding without speed or at less than usual speed ⟨traffic was ~⟩ b : exhibiting or marked by low speed or at less than usual speed ⟨traffic was ~⟩ b : exhibiting or marked by low speed 4 (1) : requiring a long time ⟨a ~ recovery⟩ 5 : having quality of detracting from interest : DULL, BORING — **slow** adv (ca. 1500) 1 : in a slow manner : SLOWLY ⟨the clock is running slow⟩ ⟨go slow⟩ — **slow** vb (1599) vi : to make slow or slower or delay the speed or progress of ~ vt : to go or move slowly — slow-ly adv — slow-ness n
**slow-down** \ˈslō-ˌdaun\ n (1890) : a slowing down; esp : a deliberate slowing down of production by workers
**slow match** n (1645) : a match or fuse made so as to burn slowly and used for firing (as of blasting charges)
**slow-mo-tion** \ˈslō-ˈmō-shən\ adj (1916) : moving or occurring slower than normal — slow-mo n
**slow motion** n : motion-picture photography in which the action is made to appear to occur slower than normal (a replay) — also : slow-moving action photographed in this way ⟨a ~ of⟩
**slow-mo-tion** n (1924) : slow-motion photography



sloth 2

# Exhibit 9

NASA - Press Release #J03-109                                           Page 1 of 2



National Aeronautics
and Space Administration

+ Text Only Site
+ Contact Johnson

FIND IT @ NASA

| ABOUT NASA | LATEST NEWS | MULTIMEDIA | MISSIONS | MY NASA | WORK |

+ NASA Home
+ Center Home

NASA NEWS

Oct. 24, 2003

**Johnson Space Center**

CENTER HOME

ABOUT JOHNSON

JOHNSON NEWS

MULTIMEDIA

MISSIONS

JOHNSON EVENTS

EDUCATION

DOING BUSINESS WITH US

SPACE STATION

SPACE SHUTTLE

EXPLORATION

ASTRONAUTS

SEARCH JOHNSON

[_____] + GO

John Ira Petty
Johnson Space Center
(281) 483-2530

Release: #J03-109

NASA SCIENTIST MAKES SCIENCE AND MATH ACCESSIBLE

NASA math whiz and computer software designer Robert O  Shelton considers himself lucky, e
though he lost his sight when he was 11-years-old. He felt lucky to have parents and teachers
spotted his talent in mathematics and science, encouraged him, and provided tools that helped
pursue his interest.

Shelton was born with congenital glaucoma, a disease that is usually treatable with today's lase
technology but was hard to cure in the 1950s, when Shelton was a child. After suffering through
operations, he said, "It was almost a relief to lose my sight and have it over with."

"Before I lost my sight, I was a smart kid, but rather sloppy," Shelton said. "My mother told me,
going to have to use different muscles now -- the ones between your ears.' She was tough on n
said I could do whatever I wanted, but I would have to work even harder because I was blind," l
added.

As a child in Houston, Shelton enjoyed working with his father, an electrical engineer, tinkering
family garage, building things and tearing them apart to see how they worked. After losing his s
continued that trend in a new way – learning mathematical equations and scientific laws that e
things work. His teachers helped him study advanced mathematics and science and taught him
visualize concepts in his mind.

Shelton earned bachelor's, master's and doctorate degrees in mathematics from Rice Universit
Houston in 1971, 1973 and 1975, respectively. While at Rice, he was a graduate intern at the J
Space Center (JSC), Houston. He worked with computer scientists and engineers designing the
navigation system for the Space Shuttle.

"NASA has always been committed to hiring individuals with disabilities," Shelton said. "They p
me with the help and technology I needed to do the job, and made it seem simple."

When NASA offered him a job working on artificial intelligence systems in 1987, Shelton, his wi
four children returned to Texas. He joined the JSC Software Technology Branch, designing cor
technology used to analyze data sent from the Space Shuttle to the Mission Control Center in F

Shelton uses his math and computer expertise to head up JSC's contributions to NASA's Learr
Technologies Project. He works on technology tools for teachers and students in kindergarten l
12th grade  The tools are available through Web sites, and Shelton's leadership has ensured s
accessible to students with disabilities.

"I want blind and sighted students who use the site to find out what they can do," Shelton said.
teachers to have easy-to-use, cutting-edge technology tools that make math and science acces
students. Most importantly, I want employers to emulate NASA by hiring blind people and using
talents, " he added.

Shelton believes using NASA technology and know-how to reach people with disabilities is a na
match  Improved technology, such as synthetic speech software that reads content, has helped

more independent as he works.

The Web site is filled with appealing activities: students can build, test and run a remotely contr in simulated environments and compete in skill-based games against other students around the The site also offers software tools that make it easier for teachers to manage information relate science and math curricula. Shelton's creative team is working on a new product that will be av soon: a graphing tool to make NASA science and math activities accessible to people who can' uses tones to help blind people visualize graphs and mathematic concepts.

According to Shelton the unemployment rate for blind people is high and many who are employ working at jobs that fully use their education or potential. He hopes the NASA Web site will hel learn valuable skills to improve employment prospects.

Media organizations interested in interviewing Shelton should contact John Ira Petty, JSC Publi at: (281)483-5111.

To access the NASA Learning Technologies Project on the Internet, visit:

http://prime.jsc.nasa.gov



+ Inspector General Hotline
+ Equal Employment Opportunity Data Posted
Pursuant to the No Fear Act
+ FY 2005 Budget Request
+ 2003 Strategic Plan
+ Freedom of Information Act
+ The President's Management Agenda
+ FY 2004 Agency Performance and Accountability
Report
+ NASA Privacy Statement, Disclaimer,
and Accessibility Certification



Editor: John Ira Petty
NASA Official: Brian Dunbar
Last Updated: November 25
+ Contact Johnson

# Exhibit 10

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

Exhibit 11

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

Exhibit 12

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 13

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY