IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD, and<br>BRIDGESTONE GOLF, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| ACUSHNET COMPANY, | )<br>) | C. A. No. 05-132 (JJF) |
| Defendant. | )<br>) | |
| ACUSHNET COMPANY, | )<br>) | |
| Counterclaim Plaintiff, | )<br>) | |
| v. | )<br>) | |
| BRIDGESTONE SPORTS CO., LTD, and<br>BRIDGESTONE GOLF, INC., | )<br>)<br>) | |
| Counterclaim Defendant. | ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Joseph P. Lavelle and Kenneth W. Donnelly of Howrey LLP, 1299 Pennsylvania Ave., N.W., Washington, D.C. 20004, to represent defendant/counterclaim plaintiff Acushnet Company in this matter.

2

                       POTTER ANDERSON & CORROON LLP

                       By: */s/ David E. Moore*
                           Richard L. Horwitz (#2246)
                           David E. Moore (#3983)
                           Hercules Plaza 6th Floor
                           1313 N. Market Street
                           P.O. Box 951
                           Wilmington, DE  19899
                           Tel:  (302) 984-6000
                           rhorwitz@potteranderson.com
                           dmoore@potteranderson.com

Dated:  November 29, 2006           *Attorneys for Defendant/Counterclaim*
764434                                              *Plaintiff Acushnet Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____         _____
                                                   United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 29, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

I hereby certify that on November 29, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C.  20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012