IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO. LTD., : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, : | |
| Defendant. : | |

ORDER

WHEREAS, the Court conducted an ex-parte conference with counsel for Defendant Acushnet Company ("Acushnet") on November 20, 2006, to discuss Acushnet's Privilege Log and the related documents (D.I. 239);

WHEREAS, the Court finds that Acushnet's representations support its assertions of privilege;

WHEREAS, the transcript from that hearing has been sealed;

NOW THEREFORE, IT IS HEREBY ORDERED that Acushnet is not required to disclose to Bridgestone Sports Co. Ltd. those documents identified as privileged (D.I. 239) on Acushnet's privilege log.

December 8, 2006
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE