IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO. LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, | : |
| Defendant. | : |

ORDER

WHEREAS, the Court issued an Order dated November 20, 2006 (D.I. 244), denying Bridgestone Sports Co. Ltd.'s Motion To Compel Acushnet To Comply With The Court's August 3, 2006 Order (D.I. 222);

WHEREAS, counsel for Bridgestone has advised the Court that the Order contains errors that require correction by separate Order;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's Order of November 20, 2006 (D.I. 244) is **VACATED**.

December 8, 2006
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE