**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACUSHNET COMPANY, | ) ) | C. A. No. 05-132 (JJF) |
| Defendant. | ) ) | |
| ACUSHNET COMPANY, | ) ) | **DEMAND FOR JURY TRIAL** |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| BRIDGESTONE SPORTS CO., LTD. and BRIDGESTONE GOLD, INC. | ) ) ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel for defendant/counterclaim plaintiff Acushnet Company

hereby certifies that true and correct copies of the following documents were caused to be

served on December 18, 2006, on the attorneys of record at the following addresses as

indicated:

Acushnet's Sixth Supplemental Responses to Bridgestone's First Set of
Interrogatories Directed to Acushnet (Nos. 1-24);

Acushnet's Third Supplement to Objections and Responses to Bridgestone's
Second Set of Interrogatories Directed to Acushnet (Nos. 25-39);

Acushnet's Supplemental Objections and Responses to Bridgestone's Third Set
of Interrogatories Directed to Acushnet (Nos. 40-42);

Acushnet's Supplemental Objections and Responses to Bridgestone's Fourth
Set of Interrogatories Directed to Acushnet (Nos. 43-51);

Acushnet's Supplemental Objections and Responses to Bridgestone's Fifth Set
of Interrogatories Directed to Acushnet (Nos. 52-53);

Acushnet's Objections and Responses to Bridgestone's Sixth Set of
Interrogatories (Nos. 54-69); and

Acushnet's Objections and Responses to Bridgestone's Requests For
Admission Directed to Acushnet.

## VIA HAND DELIVERY

Jack B. Blumenfeld
Maryellen Noreika
Leslie Polizoti
Morris, Nichols, Arsht, & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899-1347

## VIA ELECTRONIC MAIL

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C.  20005
RobMasters@paulhastings.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone (202) 783-0800

Dated:  December 18, 2006

768124 / 28946

By:   /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant/Counterclaim
Plaintiff Acushnet Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 18, 2006, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on December 18, 2006, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012