IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-132 (JJF) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **1) Plaintiffs' Ninth Supplemental Responses to Defendant's First Set of Interrogatories (1-28); 2) Plaintiffs' Supplemental Objections and Responses to Defendant's Fourth Set of Interrogatories Directed to Plaintiffs (Nos. 46-53); 3) Plaintiffs' Objections and Responses to Acushnet's Second Set of Requests for Admissions (Nos. 23-53); 4) Plaintiffs' Supplemental Responses to Defendant's Second Set of Interrogatories (25-38); and 5) Plaintiffs' Objections and Responses to Defendant's Fifth Set of Interrogatories Directed to Plaintiffs (Nos. 54-60) and to Defendant's Sixth Set of Interrogatories Directed to Plaintiffs (Nos. 61-66)** were caused to be served on December 18, 2006 upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY FEDERAL EXPRESS (on 12/19/06)

Joseph P. Lavelle
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Leslie A. Polizoti (#4299)*

                        Jack B. Blumenfeld (#1014)
                        Maryellen Noreika (#3208)
                        Leslie A. Polizoti (#4299)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19801
                        (302) 658-9200
                        lpolizoti@mnat.com
                          *Attorneys for Bridgestone Sports Co., Ltd. and*
                          *Bridgestone Golf, Inc.*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
   JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC  20005
(202) 551-1700

December 18, 2006
526779

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on December 18, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th floor
> 1313 N. Market Street
> Wilmington, DE  19899

and that on December 18, 2006, I caused copies to be served upon the following in the manner indicated:

### BY HAND

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

### BY FEDERAL EXPRESS (on 12/19/06)

Joseph P. Lavelle
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

 */s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
lpolizoti@mnat.com
(302) 658-9200