IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD.,<br>and BRIDGESTONE GOLF, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 05-132 (JJF) |
| v. | )<br>) | |
| ACUSHNET COMPANY, | )<br>) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc.'s Motion To Preclude Acushnet's Use Of Untimely Disclosed Prior Art References will be heard on February 2, 2007 at 10:00 a.m.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Bridgestone Sports Co., Ltd.*
*and Bridgestone Golf, Inc.*

OF COUNSEL:
Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
(202) 551-7100

January 3, 2007

**CERTIFICATE OF SERVICE**

I, Leslie A. Polizoti, hereby certify that on January 3, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horowitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th floor
>1313 N. Market Street
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

**BY FEDERAL EXPRESS**

>Joseph P. Lavelle, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Leslie A. Polizoti*
>Leslie A. Polizoti (#4299)
>lpolizoti@mnat.com