IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-132 (JJF) |
| v. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) | |
| Defendant. | ) | |

## BRIDGESTONE'S MOTION TO COMPEL

Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. ("Bridgestone") move for an Order that: (1) the Requests for Admission that Acushnet Company ("Acushnet") has refused to answer be deemed admitted, or, in the alternative, that Acushnet should be compelled to answer them; and (2) Acushnet be ordered to produce 30(b)(6) designees in response to Bridgestone's 6-9th and 10th Notices of Rule 30(b)(6) Deposition.  The grounds for this motion are set forth in Bridgestone's opening brief, submitted herewith.

Pursuant to D. Del. LR 7.1.1, the undersigned certifies that the subject of this motion has been discussed with counsel for Acushnet, and that the parties have not been able to reach agreement thereon.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Leslie A. Polizoti*
        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        Leslie A. Polizoti (#4299)
        1201 N. Market St.
        P.O. Box 1347
        Wilmington, DE 19801
        (302) 658-9200
        *Attorneys for Bridgestone Sports Co., Ltd.*
        *and Bridgestone Golf, Inc.*

OF COUNSEL:
Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
(202) 551-7100

January 8, 2007

## CERTIFICATE OF SERVICE

I, Leslie A. Polizoti, hereby certify that on January 8, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th floor
>1313 N. Market Street
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon LLP
>1313 N. Market Street
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Joseph P. Lavelle, Esquire
>Howrey LLP
>1299 Pennsylvania Avenue, NW
>Washington, DC  20004

>*/s/ Leslie A. Polizoti*
>Leslie A. Polizoti (#4299)
>lpolizoti@mnat.com