EXHIBIT 1

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"acushnet" AND REF/"5779563"): 17 patents.**
*Hits 1 through 17 out of 17*

| Jump To | |

| Refine Search | an/("acushnet") and REF/("5779563") |

| | PAT. NO. | Title |
|---|---|---|
| 1 | 7,071,253 | Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 2 | 7,066,837 | Low spin, soft compression, performance golf ball |
| 3 | 7,041,769 | Polyurethane compositions for golf balls |
| 4 | 7,030,192 | Golf ball cores comprising a halogenated organosulfur compound |
| 5 | 7,014,575 | Golf ball with multi-layered core |
| 6 | 6,991,563 | Perimeter weighted golf ball |
| 7 | 6,964,621 | Water resistant polyurea elastomers for golf equipment |
| 8 | 6,953,403 | Golf ball and a method for controlling the spin rate of same |
| 9 | 6,908,402 | Perimeter weighted golf ball |
| 10 | 6,902,498 | Perimeter weighted golf ball |
| 11 | 6,881,794 | Golf ball cores comprising a halogenated organosulfur compound |
| 12 | 6,835,779 | Golf balls containing a halogenated organosulfur compound and resilient regrind |
| 13 | 6,786,838 | Golf ball with multi-layered core |
| 14 | 6,762,247 | Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 15 | 6,635,716 | Golf ball cores comprising a halogenated organosulfur compound |
| 16 | 6,547,677 | Multi-layered core golf ball |
| 17 | 6,494,795 | Golf ball and a method for controlling the spin rate of same |

| Top | View Cart |

| **Home** | **Quick** | **Advanced** | **Pat Num** | **Help** |

Case 1:03-cv-00132-JJF    Document 271-2    Filed 01/18/2007    Page 4 of 7

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"acushnet" AND REF/"5872185"): 10 patents.**
*Hits 1 through 10 out of 10*



| Refine Search | an/("acushnet") and REF/("5872185") |

| PAT. NO. | Title |
|---|---|
| 1 | 7,071,253 Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 2 | 7,041,769 Polyurethane compositions for golf balls |
| 3 | 7,030,192 Golf ball cores comprising a halogenated organosulfur compound |
| 4 | 6,964,621 Water resistant polyurea elastomers for golf equipment |
| 5 | 6,960,630 Thin, thermoset, polyurethane-covered golf ball with a dual core |
| 6 | 6,881,794 Golf ball cores comprising a halogenated organosulfur compound |
| 7 | 6,849,006 Thin, thermoset, polyurethane-covered golf ball with a dual core |
| 8 | 6,835,779 Golf balls containing a halogenated organosulfur compound and resilient regrind |
| 9 | 6,762,247 Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 10 | 6,635,716 Golf ball cores comprising a halogenated organosulfur compound |



| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# USPTO Patent Full-Text and Image Database

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"acushnet" AND REF/"5967908"): 8 patents.**
*Hits 1 through 8 out of 8*

Jump To 

Refine Search | an/("acushnet") and REF/("5967908")

PAT. NO.    Title
1 7,131,915 🔲 Three-layer-cover golf ball
2 7,033,287 🔲 Golf ball with improved flight performance
3 7,005,479 🔲 Golf ball with rigid intermediate layer
4 6,945,880 🔲 Golf ball with improved flight performance
5 6,923,736 🔲 Golf ball with improved flight performance
6 6,916,255 🔲 Golf ball with improved flight performance
7 6,685,580 🔲 Three-layer cover for a golf ball including a thin dense layer
8 6,685,579 🔲 Multi-layer cover polyurethane golf ball

| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

Case 1:05-cv-00132-JJF     Document 274-2     Filed 01/18/2007     Page 6 of 7

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"acushnet" AND REF/"6174247"): 15 patents.**
*Hits 1 through 15 out of 15*

Jump To

Refine Search  an/("acushnet") and REF/("6174247")

| PAT. NO. | Title |
|---|---|
| 1 | 7,134,973  Golf ball with large inner core |
| 2 | 7,071,253 Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 3 | 7,041,769 Polyurethane compositions for golf balls |
| 4 | 7,030,192 Golf ball cores comprising a halogenated organosulfur compound |
| 5 | 7,004,857 Golf ball with large inner core |
| 6 | 6,964,621 Water resistant polyurea elastomers for golf equipment |
| 7 | 6,960,630 Thin, thermoset, polyurethane-covered golf ball with a dual core |
| 8 | 6,913,547 Thin-layer-covered multilayer golf ball |
| 9 | 6,890,271 Golf ball with large inner core |
| 10 | 6,881,794 Golf ball cores comprising a halogenated organosulfur compound |
| 11 | 6,849,006 Thin, thermoset, polyurethane-covered golf ball with a dual core |
| 12 | 6,835,779 Golf balls containing a halogenated organosulfur compound and resilient regrind |
| 13 | 6,780,126 Golf ball with large inner core |
| 14 | 6,762,247 Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 15 | 6,635,716 Golf ball cores comprising a halogenated organosulfur compound |



| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |

# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(AN/"acushnet" AND REF/"6267694"): 14 patents.**
*Hits 1 through 14 out of 14*

Jump To



| Refine Search | an/("acushnet") and REF/("6267694") |

| PAT. NO. | | Title |
|---|---|---|
| 1 | 7,071,253 | Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 2 | 7,066,837 | Low spin, soft compression, performance golf ball |
| 3 | 7,041,769 | Polyurethane compositions for golf balls |
| 4 | 7,037,965 | Golf balls comprising glass ionomers, ormocers, or other hybrid organic/inorganic compositions |
| 5 | 7,030,192 | Golf ball cores comprising a halogenated organosulfur compound |
| 6 | 7,015,300 | Multilayered golf ball and composition |
| 7 | 6,964,621 | Water resistant polyurea elastomers for golf equipment |
| 8 | 6,939,249 | Golf ball having a high moment of inertia |
| 9 | 6,809,152 | Golf ball cover with segmented polyurethane |
| 10 | 6,762,247 | Golf ball core compositions comprising unsaturated long chain organic acids and their salts |
| 11 | 6,743,123 | Golf ball having a high moment of inertia and low driver spin rate |
| 12 | 6,685,580 | Three-layer cover for a golf ball including a thin dense layer |
| 13 | 6,645,091 | Thermoplastic polyurethane golf ball with improved resiliency |
| 14 | 6,635,716 | Golf ball cores comprising a halogenated organosulfur compound |

| Top | View Cart |

| Home | Quick | Advanced | Pat Num | Help |