IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-132 (JJF) ) ) ) ) ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of **1) Expert Report of Kim B. Blair; 2) Expert Report on Larry C. Cadorniga; 3) Expert Report of John Calabria; 4) Expert Report of Edward M. Caulfield, Ph.D., P.E.; 5) Expert Report of Dr. E. Bryan Coughlin; 6) Expert Report of Avraam Isayev, Ph.D.; 7) Expert Report of John C. Jarosz; and 8) Expert Report of Nick Price** were caused to be served on the dates listed upon the following in the manner indicated:

**BY HAND (on January 19, 2007):**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY HAND (on January 16, 2007):**

Kenneth W. Donnelly
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    /s/ *Jack B. Blumenfeld*
                    Jack B. Blumenfeld (#1014)
                    Maryellen Noreika (#3208)
                    Leslie A. Polizoti (#4299)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19801
                    (302) 658-9200
                        *Attorneys for Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc.*

*Of Counsel:*

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS,
   JANOFSKY & WALKER LLP
825 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

January 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to Richard L. Horwitz.

I further certify that copies of the foregoing document were served on January 19, 2007 upon counsel of record in the manner indicated:

### BY HAND:

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS:

Kenneth W. Donnelly
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld
jblumenfeld@mnat.com