# EXHIBIT A

# REDACTED

# EXHIBIT B

Case 1:05-cv-00132-JJF    Document 276-2    Filed 01/25/2007    Page 3 of 13

# HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

November 29, 2005

*VIA Hand Delivery*

Raja Saliba, Esq.
Sughrue Mion, PLLC
2100 Pennsylvania Avenue, N.W.
Washington, D.C. 20037

Re:  *Bridgestone Sports Co. v. Acushnet Co.*,
     Civil Action No. 05-132 (JJF) (D. Del.)

Dear Mr. Saliba:

Enclosed please find Acushnet production documents bearing bates numbers AB 0061363 - AB 0080140.

Sincerely,

Geneva J. Eaddy
Case Manager

Enclosures

US005779563A

## United States Patent [19]
### Yamagishi et al.

[11] Patent Number: 5,779,563
[45] Date of Patent: Jul. 14, 1998

[54] MULTI-PIECE SOLID GOLF BALL

[75] Inventors: Hisashi Yamagishi; Yasushi Ichikawa; Atsushi Nakamura, all of Chichibu, Japan

[73] Assignee: Bridgestone Sports Co., Ltd., Tokyo, Japan

[21] Appl. No.: 796,454

[22] Filed: Feb. 10, 1997

### Related U.S. Application Data

[60] Provisional application No. 60/017,271 May 13, 1996.

[30] Foreign Application Priority Data

Feb. 9, 1996 [JP] Japan .................. 8-048137

[51] Int. Cl.$^6$ .................. A63B 37/06; A63B 37/12
[52] U.S. Cl. .................. 473/371; 473/373; 473/384
[58] Field of Search .................. 473/374, 373, 473/384, 372, 377, 378

[56] References Cited

U.S. PATENT DOCUMENTS

4,714,253  12/1987  Nakahara et al. .................. 473/374 X
5,002,281  3/1991  Nakahara et al. .................. 473/374 X
5,497,996  3/1996  Cadorniga .................. 473/378 X
5,553,852  9/1996  Higuchi et al. .................. 473/378 X
5,601,503  2/1997  Yamagishi et al. .................. 473/384

Primary Examiner—George J. Marlo
Attorney, Agent, or Firm—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

[57] ABSTRACT

A multi-piece solid golf ball comprises a solid core and a cover of at least two layers enclosing the core and having a number of dimples in cover outer layer surface. The solid core is formed of a rubber base and has a specific gravity of at least 1.00. The cover is formed of a thermoplastic resin and the cover outer layer has a greater specific gravity than the core or a cover inner layer. The golf ball has an inertia moment (M) within the range given by the following expression: $M_{DL} \leq M \leq M_{UL}$ wherein $M_{UL}=0.08D+84.8$ and $M_{DL}=0.08D+77.8$ wherein D is a Shore D hardness of the cover, the dimples occupy at least 60% of the ball surface, and $V_0$ is in the range of 0.4 to 0.65. The ball is improved in flight distance, controllability, roll and straight travel upon putting.

5 Claims, 2 Drawing Sheets



AB 0062705

US005779563A

# United States Patent [19]
Yamagishi et al.

[11] Patent Number: 5,779,563
[45] Date of Patent: Jul. 14, 1998

[54] MULTI-PIECE SOLID GOLF BALL

[75] Inventors: **Hisashi Yamagishi**; **Yasushi Ichikawa**; **Atsushi Nakamura**, all of Chichibu, Japan

[73] Assignee: **Bridgestone Sports Co., Ltd.**, Tokyo, Japan

[21] Appl. No.: 796,454

[22] Filed: **Feb. 10, 1997**

**Related U.S. Application Data**

[60] Provisional application No. 60/017,271 May 13, 1996.

[30] **Foreign Application Priority Data**

Feb. 9, 1996  [JP]  Japan ................................. 8-048137

[51] Int. Cl.$^6$ ....................... A63B 37/06; A63B 37/12
[52] U.S. Cl. ........................... 473/371; 473/373; 473/384
[58] Field of Search ............................. 473/374, 373, 473/384, 372, 377, 378

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,714,253 | 12/1987 | Nakahara et al. | 473/374 X |
| 5,002,281 | 3/1991 | Nakahara et al. | 473/374 X |
| 5,497,996 | 3/1996 | Cadorniga | 473/378 X |
| 5,553,852 | 9/1996 | Higuchi et al. | 473/378 X |
| 5,601,503 | 2/1997 | Yamagishi et al. | 473/384 |

*Primary Examiner*—George J. Marlo
*Attorney, Agent, or Firm*—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

[57] **ABSTRACT**

A multi-piece solid golf ball comprises a solid core and a cover of at least two layers enclosing the core and having a number of dimples in cover outer layer surface. The solid core is formed of a rubber base and has a specific gravity of at least 1.00. The cover is formed of a thermoplastic resin and the cover outer layer has a greater specific gravity than the core or a cover inner layer. The golf ball has an inertia moment (M) within the range given by the following expression: $M_{DL} \leq M \leq M_{UL}$ wherein $M_{UL}=0.08D+84.8$ and $M_{DL}=0.08D+77.8$ wherein D is a Shore D hardness of the cover, the dimples occupy at least 60% of the ball surface, and $V_0$ is in the range of 0.4 to 0.65. The ball is improved in flight distance, controllability, roll and straight travel upon putting.

5 Claims, 2 Drawing Sheets



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                AB 0018106

US005779563A

## United States Patent [19]
### Yamagishi et al.

[11] Patent Number: 5,779,563
[45] Date of Patent: Jul. 14, 1998

[54] MULTI-PIECE SOLID GOLF BALL

[75] Inventors: Hisashi Yamagishi; Yasushi Ichikawa; Atsushi Nakamura, all of Chichibu, Japan

[73] Assignee: Bridgestone Sports Co., Ltd., Tokyo, Japan

[21] Appl. No.: 796,454

[22] Filed: Feb. 10, 1997

### Related U.S. Application Data

[60] Provisional application No. 60/017,271 May 13, 1996.

[30] Foreign Application Priority Data

Feb. 9, 1996 [JP] Japan ................... 3-048137

[51] Int. Cl.⁶ .................. A63B 37/06; A63B 37/12
[52] U.S. Cl. .................. 473/371; 473/373; 473/384
[58] Field of Search .................. 473/384, 374, 373, 473/372, 377, 378

[56] References Cited

U.S. PATENT DOCUMENTS

4,714,253  12/1987  Nakahara et al. .......... 473/374 X
5,002,281  3/1991  Nakahara et al. .......... 473/374 X
5,497,996  3/1996  Cadorniga ................ 473/378 X
5,553,852  9/1996  Higuchi et al. ........... 473/378 X
5,601,503  2/1997  Yamagishi et al. ........ 473/384

Primary Examiner—George J. Marlo
Attorney, Agent, or Firm—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

[57] ABSTRACT

A multi-piece solid golf ball comprises a solid core and a cover of at least two layers enclosing the core and having a number of dimples in cover outer layer surface. The solid core is formed of a rubber base and has a specific gravity of at least 1.00. The cover is formed of a thermoplastic resin and the cover outer layer has a greater specific gravity than the core or a cover inner layer. The golf ball has an inertia moment (M) within the range given by the following expression: $M_{DL} \leq M \leq M_{UL}$ wherein $M_{UL} = 0.08D + 84.8$ and $M_{DL} = 0.08D + 77.8$ wherein D is a Shore D hardness of the cover, the dimples occupy at least 60% of the ball surface, and $V_0$ is in the range of 0.4 to 0.65. The ball is improved in flight distance, controllability, roll and straight travel upon putting.

5 Claims, 2 Drawing Sheets



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    AB 0019342

US005779563A

# United States Patent [19]
## Yamagishi et al.

[11] Patent Number: 5,779,563
[45] Date of Patent: Jul. 14, 1998

[54] MULTI-PIECE SOLID GOLF BALL

[75] Inventors: Hisashi Yamagishi; Yasushi Ichikawa; Atsushi Nakamura, all of Chichibu, Japan

[73] Assignee: Bridgestone Sports Co., Ltd., Tokyo, Japan

[21] Appl. No.: 796,454

[22] Filed: Feb. 10, 1997

Related U.S. Application Data

[60] Provisional application No. 60/017,271 May 13, 1996.

[30] Foreign Application Priority Data

Feb. 9, 1996 [JP] Japan .................. 8-048137

[51] Int. Cl.[6] .................. A63B 37/06; A63B 37/12
[52] U.S. Cl. .................. 473/371; 473/373; 473/384
[58] Field of Search .................. 473/374, 373, 473/384, 372, 377, 378

[56] References Cited

U.S. PATENT DOCUMENTS

4,714,253  12/1987  Nakahara et al. .................. 473/374 X
5,002,281  3/1991  Nakahara et al. .................. 473/374 X
5,497,996  3/1996  Calorniga .................. 473/378 X
5,553,852  9/1996  Higuchi et al. .................. 473/378 X
5,601,503  2/1997  Yamagishi et al. .................. 473/384

Primary Examiner—George J. Marlo
Attorney, Agent, or Firm—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

[57] ABSTRACT

A multi-piece solid golf ball comprises a solid core and a cover of at least two layers enclosing the core and having a number of dimples in cover outer layer surface. The solid core is formed of a rubber base and has a specific gravity of at least 1.00. The cover is formed of a thermoplastic resin and the cover outer layer has a greater specific gravity than the core or a cover inner layer. The golf ball has an inertia moment (M) within the range given by the following expression: $M_{DL} \leq M \leq M_{UL}$, wherein $M_{UL} = 0.08D + 84.8$ and $M_{DL} = 0.08D + 77.8$ wherein D is a Shore D hardness of the cover, the dimples occupy at least 60% of the ball surface, and $V_0$ is in the range of 0.4 to 0.65. The ball is improved in flight distance, controllability, roll and straight travel upon putting.

5 Claims, 2 Drawing Sheets



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

AB 0020131

US005779563A

# United States Patent [19]

## Yamagishi et al.

[11] Patent Number: 5,779,563
[45] Date of Patent: Jul. 14, 1998

[54] MULTI-PIECE SOLID GOLF BALL

[75] Inventors: Hisashi Yamagishi; Yasushi Ichikawa; Atsushi Nakamura, all of Chichibu, Japan

[73] Assignee: Bridgestone Sports Co., Ltd., Tokyo, Japan

[21] Appl. No.: 796,454

[22] Filed: Feb. 10, 1997

### Related U.S. Application Data

[60] Provisional application No. 60/017,271 May 13, 1996.

[30] Foreign Application Priority Data

Feb. 9, 1996 [JP] Japan .................. 8-048137

[51] Int. Cl.⁶ .................. A63B 37/06; A63B 37/12
[52] U.S. Cl. .................. 473/371; 473/373; 473/384
[58] Field of Search .................. 473/374, 373, 473/384, 372, 377, 378

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,714,253 | 12/1987 | Nakahara et al. | 473/374 X |
| 5,002,281 | 3/1991 | Nakahara et al. | 473/374 X |
| 5,497,996 | 3/1996 | Cadorniga | 473/378 X |
| 5,553,852 | 9/1996 | Higuchi et al. | 473/378 X |
| 5,601,503 | 2/1997 | Yamagishi et al. | 473/384 |

Primary Examiner—George J. Marlo
Attorney, Agent, or Firm—Sughrue, Mion, Zinn, Macpeak & Seas, PLLC

[57] ABSTRACT

A multi-piece solid golf ball comprises a solid core and a cover of at least two layers enclosing the core and having a number of dimples in cover outer layer surface. The solid core is formed of a rubber base and has a specific gravity of at least 1.00. The cover is formed of a thermoplastic resin and the cover outer layer has a greater specific gravity than the core or a cover inner layer. The golf ball has an inertia moment (M) within the range given by the following expression: $M_{DL} \leq M \leq M_{UL}$ wherein $M_{UL}=0.08D+84.8$ and $M_{DL}=0.08D+77.8$ wherein D is a Shore D hardness of the cover, the dimples occupy at least 60% of the ball surface, and $V_o$ is in the range of 0.4 to 0.65. The ball is improved in flight distance, controllability, roll and straight travel upon putting.

5 Claims, 2 Drawing Sheets



S.G.(1)>1
S.G.(2)
S.G.(3)>S.G.(1)+(2)
SHORE D 40-68

AB 0040295

# EXHIBIT C

# REDACTED

# EXHIBIT D

# REDACTED