IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO. LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-132-JJF |
| ACUSHNET COMPANY, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, Acushnet Company ("Acushnet") filed a Motion For Leave To Supplement Its Invalidity Contentions And Memorandum Of Points And Authorities In Support Of The Motion (D.I. 262);

WHEREAS, the Court has granted Bridgestone Sports Co., Ltd. and Bridgestone Golf Inc.'s Motion To Preclude Acushnet from relying on the same patents Acushnet seeks to add to its invalidity contentions by the instant Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Acushnet's Motion For Leave To Supplement Its Invalidity Contentions And Memorandum Of Points And Authorities In Support Of The Motion (D.I. 262) is **DENIED**.

February 15, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE