IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACUSHNET COMPANY, )<br>)<br>Defendant. )<br>) | C. A. No. 05-132 (JJF)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

IT IS HEREBY ORDERED, that Acushnet's Motion to Preclude is GRANTED.

This _____ day of _____, 2007.

_____
United States District Court Judge

784066 / 28946