# SEALED DOCUMENT

Case 1:05-cv-00132-JJF    Document 296    Filed 03/20/2007    Page 1 of 1