IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 05-132 (JJF) |
| v. ) ) | |
| ACUSHNET COMPANY, ) ) | |
| Defendant. ) | |

**BRIDGESTONE'S MOTION FOR SANCTIONS**

Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. ("Bridgestone") move for sanctions against Acushnet Company ("Acushnet") for, among other things: (1) destroying unfavorable test results and other evidence during expert discovery; (2) submitting supplemental expert reports after the Court said Acushnet could not do so; (3) asserting privilege on certain matters during fact discovery and then producing the withheld information during expert discovery; (4) producing for the first time highly relevant documents during expert discovery, even though Bridgestone had requested them repeatedly during fact discovery (including documents that demonstrate infringement by additional Acushnet golf balls); and (5) having its expert rely on those newly-produced documents.  Bridgestone further moves the Court to appoint (at Acushnet's expense) a third-party to inspect the premises of Acushnet to determine what other responsive documents exist but not have not been produced.

Pursuant to D. Del. LR 7.1.1, the undersigned certifies that the subject of this motion has been discussed with counsel for Acushnet, and that the parties have not been able to reach agreement thereon.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Leslie A. Polizoti (#4299)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Bridgestone Sports Co., Ltd.*
*and Bridgestone Golf, Inc.*

OF COUNSEL:
Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St., N.W.
Washington, DC 20005
(202) 551-1700

March 20, 2007

**CERTIFICATE OF SERVICE**

I, Leslie A. Polizoti, hereby certify that on March 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th floor
> 1313 N. Market Street
> Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

**BY EMAIL & HAND**

Richard L. Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE  19801

**BY EMAIL (on 3/20/07) &**
**FEDERAL EXPRESS (on 3/21/07)**

Joseph P. Lavelle, Esquire
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

> */s/ Leslie A. Polizoti*
> Leslie A. Polizoti (#4299)
> lpolizoti@mnat.com