IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ACUSHNET COMPANY, <br><br>　　　　Defendant. | ) <br> ) <br> ) <br> ) C. A. No. 05-132 (JJF) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Acushnet Company requests the Court to hear its Motion To Withdraw Its Admissions To Bridgestone's Requests For Admission Nos. 7-8 on April 13, 2007 at 10:00 a.m.

　　　　　　　　　　　　　　　　　　　　POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: March 21, 2007

784775 / 28946

　　　　　　　　　　By:  /s/ David E. Moore
　　　　　　　　　　　　Richard L. Horwitz (#2246)
　　　　　　　　　　　　David E. Moore (#3983)
　　　　　　　　　　　　Hercules Plaza, 6th Floor
　　　　　　　　　　　　1313 North Market Street
　　　　　　　　　　　　P. O. Box 951
　　　　　　　　　　　　Wilmington, DE 19899-0951
　　　　　　　　　　　　Tel: (302) 984-6000
　　　　　　　　　　　　rhorwitz@potteranderson.com
　　　　　　　　　　　　dmoore@potteranderson.com

　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　*Acushnet Company*