IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) |
| Plaintiffs, | ) C. A. No. 05-132 (JJF) ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| ACUSHNET COMPANY, | ) ) |
| Defendant. | ) ) |

## ORDER

IT IS HEREBY ORDERED, that Acushnet's Motion To Withdraw Its Admissions To Bridgestone's Requests For Admission Nos. 7-8 is GRANTED.

This _____ day of _____, 2007.

_____
United States District Court Judge

784775 / 28946