**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BRIDGESTONE SPORTS CO., LTD.,                )
and BRIDGESTONE GOLF, INC.,                      )
                                                                       )
                                                                       )    C. A. No. 05-132 (JJF)
                    Plaintiffs,                                   )
                                                                       )    **JURY TRIAL DEMANDED**
          v.                                                          )
                                                                       )    **PUBLIC VERSION**
ACUSHNET COMPANY,                                   )
                                                                       )
                    Defendant.                                 )
                                                                       )

**APPENDIX OF EXHIBITS TO ACUSHNET'S BRIEF IN SUPPORT OF ITS**
**MOTION TO PRECLUDE BRIDGESTONE FROM RELYING ON CERTAIN**
**EVIDENCE REGARDING INFRINGEMENT, INVALIDITY AND DAMAGES**

**VOLUME 1 OF 7**

**EXHIBITS A to F (part 1)**

                                                            Richard L. Horwitz (#2246)
                                                            David E. Moore (#3983)
                                                            POTTER ANDERSON & CORROON LLP
                                                            Hercules Plaza, 6th Floor
OF COUNSEL:                                          1313 North Market Street
                                                            P. O. Box 951
Alan M. Grimaldi                                      Wilmington, DE  19899-0951
Joseph P. Lavelle                                     Tel:  (302) 984-6000
Kenneth W. Donnelly                               rhorwitz@potteranderson.com
Brian S. Seal                                            dmoore@potteranderson.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.              *Attorneys for Defendant Acushnet Company*
Washington, DC  20004
Tel:  (202) 783-0800

Dated:  March 20, 2007
Public Version Dated:  March 27, 2007

**INDEX**

**TAB**

Def.'s Interrog. No. 2, 10, 14, 15, and 19 to Pls. ...................................................A

'852 Patent .................................................................................................................B

███████████████████████████ ................................................................C

Oct. 5, 2005 Hearing Tr. at 25-26 ...........................................................................D

1/13/06 Hearing Tr. at 16, 35 ..................................................................................E

████████████████████████ .....................................................................F

██████████████████████████████ ..............................................G

████████████████████ ...............................................................................H

█████████████████████████ ......................................................................I

█████████████ .........................................................................................J

███████████████████████████ ...........................................................K

Seal Ltr. to White, 7/28/06 at 1 ................................................................................L

White Ltr. to Seal, Aug. 31, 2006, at 1 ....................................................................M

██████████████████████ ...........................................................................N

████████████████████ ...............................................................................O

████████████████████████████ ...........................................................P

██████ ...................................................................................................Q

████████████████████ ...............................................................................R

████████████████ .......................................................................................S

██████████████████ ...................................................................................T

███████████████ .........................................................................................U

███████████ ...............................................................................................V

██████████████████ ..................................................................................... W

Seal Ltr. to White, 1/23/07, at 1 ........................................................... X

'817 Patent ............................................................................................ Y

████████████████ ........................................................................... Z

██████████████████████████ ........................ AA

██████████████████████████ ........................ BB

█████████████████ ............................................................... CC

██████████████████████ .............................................. DD

████████████████ ............................................................... EE

████████████████████████ .................................... FF

Def.'s Interrog. No. 52 to Pls. .......................................................... GG

█████████████████ ............................................................... HH

███████████ .............................................................................. II

████████████████████████ ................................... JJ

██████████ ................................................................................ KK

May 19, 2006 Letter Producing Documents AB0087859-0087865 .................................. LL

8/19/05 Letter from Mr. Saliba to Acushnet's Counsel, disclosing Mr.
Jarosz as retained by Bridgestone ............................................... MM

█████████████████ ............................................................... NN

██████████████ ................................................................... OO

██████████████████ ........................................................... PP

█████████ ................................................................................. QQ

███████ .................................................................................... RR

█████████████████ ............................................................... SS

Felkner Report 2/20/07 at 108-112 ................................................ TT

785923 / 28946

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 27, 2007, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on March 27, 2007, I have Electronically Mailed the documents to

the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

                          /s/ David E. Moore
                          Richard L. Horwitz
                          David E. Moore
                          Potter Anderson & Corroon LLP
                          Hercules Plaza – Sixth Floor
                          1313 North Market Street
                          P.O. Box 951
                          Wilmington, DE 19899-0951
                          (302) 984-6000
                          rhorwitz@potteranderson.com
                          dmoore@potteranderson.com

680012 / 28946