# EXHIBIT F
## (part 2)

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT G

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**