# EXHIBIT EE

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**