IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br>    Plaintiffs, <br><br>   v. <br><br> ACUSHNET COMPANY, <br><br>    Defendant. | ) <br> ) <br> ) C. A. No. 05-132 (JJF) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) <br> ) <br> ) |

**APPENDIX OF EXHIBITS TO ACUSHNET'S BRIEF IN SUPPORT OF ITS MOTION TO PRECLUDE BRIDGESTONE FROM RELYING ON CERTAIN EVIDENCE REGARDING INFRINGEMENT, INVALIDITY AND DAMAGES**

VOLUME 7 OF 7

EXHIBITS GG to TT

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: March 20, 2007
Public Version Dated: March 27, 2007

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Acushnet Company*

# **INDEX**

|  | **TAB** |
|---|---|
| Def.'s Interrog. No. 2, 10, 14, 15, and 19 to Pls. | A |
| '852 Patent | B |
| ███████████████████████████ | C |
| Oct. 5, 2005 Hearing Tr. at 25-26 | D |
| 1/13/06 Hearing Tr. at 16, 35 | E |
| ███████████████████████████ | F |
| ███████████████████████████████████ | G |
| ████████████████████ | H |
| █████████████████████████ | I |
| ██████████████ | J |
| ███████████████████████████████ | K |
| Seal Ltr. to White, 7/28/06 at 1 | L |
| White Ltr. to Seal, Aug. 31, 2006, at 1 | M |
| ██████████████████████ | N |
| ████████████████████ | O |
| ███████████████████████████ | P |
| ████ | Q |
| ██████████████████ | R |
| ████████████ | S |
| ██████████████████ | T |
| ████████████ | U |
| █████████ | V |

███████████████████████ ...................................................................................... W

Seal Ltr. to White, 1/23/07, at 1 ..................................................................................X

'817 Patent ....................................................................................................................Y

███████████████████████ ...................................................................................... Z

█████████████████████████████████████████ ..................... AA

█████████████████████████████████████████ ..................... BB

███████████████████████ ...................................................................... CC

█████████████████████████████████ ........................................... DD

███████████████████████ ....................................................................... EE

█████████████████████████████████ ............................................ FF

Def.'s Interrog. No. 52 to Pls. ................................................................................... GG

███████████████████████ ...................................................................... HH

████████████████ ................................................................................................ II

█████████████████████████████████ ........................................... JJ

██████████ ................................................................................................................ KK

May 19, 2006 Letter Producing Documents AB0087859-0087865 ................................ LL

8/19/05 Letter from Mr. Saliba to Acushnet's Counsel, disclosing Mr.
Jarosz as retained by Bridgestone ........................................................................... MM

███████████████████████ ...................................................................... NN

████████████████ ..................................................................................... OO

█████████████████████████ ............................................................. PP

██████████ .............................................................................................................. QQ

████████ .................................................................................................................. RR

████████████████ ................................................................................................. SS

Felkner Report 2/20/07 at 108-112 ............................................................................. TT

785923 / 28946

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 27, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on March 27, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946