IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) <br> ) C. A. No. 05-132 (JJF) <br> ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) **PUBLIC VERSION** <br> ) <br> ) <br> ) |

**APPENDIX IN SUPPORT OF ACUSHNET'S BRIEF IN OPPOSITION TO BRIDGESTONE'S MOTION FOR SANCTIONS**

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: April 3, 2007
Public Version Dated: April 10, 2007
788469/28946

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

# TABLE OF CONTENTS

Ex. A – Correspondence from Bridgestone to Acushnet re document production

Ex. B – White Ltr. to Stasio, 3/28/07

Ex. C – Seal Ltr. to White, 3/29/07

Ex. D – White Ltr. to Seal, 4/3/07

Ex. E – ███████████████████████

Ex. F – ███████████████████████

Ex. G – ██████████████

Ex. H – ████████████

Ex. I – ████████████

Ex. J – █████████████████████

Ex. K – ████████

Ex. L – ████████████████████████████████████

Ex. M – ████████████████████████████████████████

Ex. N – ██████████████

Ex. O – ████████████████████████

Ex. P – ████████████████████

Ex. Q – ████████████████

Ex. R – ██████████

Ex. S – ████████████████

Ex. T – ████████████████

Ex. U – ██████████████████████

Ex. V – ████████████████

Ex. W – ███████████

Ex. X – ███████

Ex. Y – ███████████

Ex. Z – █████████

Ex. AA – ███████████

Ex. BB – ████████

Ex. CC – ████

Ex. DD – ██████████

Ex. EE – ████████

Ex. FF – ██████

Ex. GG – ████

Ex. HH – ████

Ex. II – 2/2/07 Hearing Tr. (excerpts)

Ex. JJ – Gruskin Ltr. to Moore, 12/22/05

Ex. KK – Moore Ltr. to Gruskin, 1/3/06

Ex. LL – 1/13/06 Hearing Tr. (excerpts)

Ex. MM – ████████

Ex. NN – ████████

Ex. OO – █████

Ex. PP – ███

Ex. QQ – ████████

Ex. RR – ████████

Ex. SS – Masters Ltr. to Seal, 1/30/06

Ex. TT – ███████████████████

Ex. UU – ███████████████

Ex. VV – ███████████████████

Ex. WW – ████████████████

Ex. XX – █████████████████

Ex. YY – *Inline Connection Corp. v. AOL Time Warner, Inc.*,
    C. A. No. 02-477-MPT, 2007 WL 61883 (D. Del., Jan. 8, 2007)

Ex. ZZ – *Braun v. Agri-Systems*,
    CV-F-6482, 2006 U.S. Dist. LEXIS 25185 (E.D. Cal., Feb. 1, 2006)

Ex. AAA  - *In re DaimlerChrysler AG*,
    C. A. No. 00-993-JJF, Slip op. (D.Del. Nov. 25, 2003)

Ex. BBB - *Positran Mfg., Inc. v. Diebold, Inc.*,
    C. A. No. 02-466-GMS, 2003 WL 21104954 (D. Del. May 15, 2003)


                                                                 POTTER ANDERSON & CORROON LLP

| OF COUNSEL: | By: /s/ David E. Moore |
|---|---|
|  | Richard L. Horwitz (#2246) |
| Alan M. Grimaldi | David E. Moore (#3983) |
| Joseph P. Lavelle | Hercules Plaza, 6th Floor |
| Kenneth W. Donnelly | 1313 North Market Street |
| Brian S. Seal | P. O. Box 951 |
| HOWREY LLP | Wilmington, DE  19899-0951 |
| 1299 Pennsylvania Avenue, N.W. | Tel:  (302) 984-6000 |
| Washington, DC  20004 | rhorwitz@potteranderson.com |
| Tel:  (202) 783-0800 | dmoore@potteranderson.com |
|  |  |
| Dated:  April 3, 2007 | *Attorneys for Defendant* |
| Public Version Dated:  April 10, 2007 | *Acushnet Company* |
| 788469/28946 |  |

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 10, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on April 10, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946