IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-132 (JJF) |

**BRIDGESTONE'S MOTION FOR
SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NO. 6,634,961**

Pursuant to Federal Rule of Civil Procedure 56, plaintiffs Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc. ("Bridgestone") move for summary judgment of infringement of U.S. Patent No. 6,634,961. The grounds for this motion are set forth in Bridgestone's opening brief, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Leslie A. Polizoti*

_____
Jack B. Blumenfeld (No. 1014)
Leslie A. Polizoti (No. 4299)
1201 N. Market Street
Wilmington, Delaware 19899
(302) 658-9200

*Attorneys for Plaintiffs*

OF COUNSEL:

Robert M. Masters
Scott M. Flicker
Terrance J. Wikberg
Brandon M. White
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
875 15th St., N.W.
Washington, DC 20005
(202) 551-1700

April 13, 2007

799048v.1

## CERTIFICATE OF SERVICE

I certify that on April 13, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, DE 19801

I further certify that I caused copies to be served upon the following on April 13, 2007 in the manner indicated:

### BY HAND & E-MAIL

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Wilmington, DE 19801

### BY E-MAIL and FEDERAL EXPRESS

> Joseph P. Lavelle, Esquire
> HOWREY LLP
> 1299 Pennsylvania Avenue, NW
> Washington, DC 20004

>> /s/ Leslie A. Polizoti
>> Leslie A. Polizoti (#4299)
>> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>> Wilmington, DE 19801
>> (302) 658-9200
>> **lpolizoti@mnat.com**