# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) C. A. No. 05-132 (JJF) ) ) ) ) ) |

## ACUSHNET'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF U.S. PATENTS NOS. 4,729,861; 4,936,587; AND 5,080,367

Defendant Acushnet Company ("Acushnet") hereby moves for summary judgment of validity of U.S. Patents Nos. 4,729,861; 4,936,587; and 5,080,367. The grounds for this motion are fully set forth in Acushnet's Memorandum in Support of its Motion for Summary Judgment of Validity of U.S. Patents Nos. 4,729,861; 4,936,587; and 5,080,367, and related papers filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:  (202) 783-0800

Dated: April 13, 2007
789324/28946

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) C. A. No. 05-132 (JJF) ) ) ) ) ) |

**CERTIFICATION REGARDING MOTION FOR SUMMARY JUDGMENT OF VALIDITY OF U.S. PATENTS NOS. 4,729,861; 4,936,587; AND 5,080,367**

Defendant Acushnet Company certifies that no genuine issues of material fact exist with regard to the facts argued in support of its Motion For Summary Judgment of Validity of U.S. Patents Nos. 4,729,861; 4,936,587; and 5,282,367.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: April 13, 2007

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Acushnet Company*

789324 / 28946

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

    I, David E. Moore, hereby certify that on April 13, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

    I hereby certify that on April 13, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

                                                              /s/ *David E. Moore*
                                                            Richard L. Horwitz
                                                            David E. Moore
                                                           Potter Anderson & Corroon LLP
                                                           Hercules Plaza – Sixth Floor
                                                           1313 North Market Street
                                                           P.O. Box 951
                                                           Wilmington, DE 19899-0951
                                                           (302) 984-6000
                                                           rhorwitz@potteranderson.com
                                                           dmoore@potteranderson.com

680012 / 28946