IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C. A. No. 05-132 (JJF)<br>) |
| ACUSHNET COMPANY, | )<br>) |
| Defendant. | ) |

**ACUSHNET'S MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF U.S. PATENT NO. 5,553,852**

Defendant Acushnet Company ("Acushnet") hereby moves for summary judgment of non-infringement of U.S. Patent No. 5,553,852. The grounds for this motion are fully set forth in Acushnet's Memorandum in Support of its Motion for Summary Judgment of Non-Infringement on U.S. Patent No. 5,553,852, and related papers filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: April 13, 2007
789314 / 28946

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD., )
and BRIDGESTONE GOLF, INC., )
                                                    )
      Plaintiffs, )
                                                    ) C. A. No. 05-132 (JJF)
  v. )
                                                    )
ACUSHNET COMPANY, )
      Defendant. )

**CERTIFICATION REGARDING MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,553,852**

Defendant Acushnet Company certifies that no genuine issues of material fact exist with regard to the facts argued in support of its Motion For Summary Judgment of Non-Infringement of U.S. Patent No. 5,553,852.

                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:                      By:  /s/ David E. Moore
                                                  Richard L. Horwitz (#2246)
Alan M. Grimaldi                   David E. Moore (#3983)
Joseph P. Lavelle                  Hercules Plaza, 6th Floor
Kenneth W. Donnelly            1313 North Market Street
Brian S. Seal                        P. O. Box 951
HOWREY LLP                    Wilmington, DE 19899-0951
1299 Pennsylvania Avenue, N.W.   Tel: (302) 984-6000
Washington, DC 20004            rhorwitz@potteranderson.com
Tel: (202) 783-0800               dmoore@potteranderson.com

Dated: April 13, 2007             *Attorneys for Defendant*
789314/ 28946                           *Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 13, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on April 13, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946