## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 05-132 (JJF) |
| v. | ) ) | **PUBLIC VERSION** |
| ACUSHNET COMPANY, | ) ) ) | |
| Defendant. | ) | |

## APPENDIX OF EXHIBITS IN SUPPORT OF ACUSHNET'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,782,707

### VOLUME 1 OF 2
### EXHIBITS 1 - 13

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

*Attorneys for Defendant*
*Acushnet Company*

Dated: April 13, 2007
Public Version Dated: April 20, 2007

# TABLE OF CONTENTS

| | TAB |
|---|---|
| | 1 |
| '707 Patent | 2 |
| Felker 2/20/07 Report | 3 |
| Cadorniga 2/20/07 Report | 4 |
| Calabria Transcript 3/15/07 | 5 |
| Calabria Report 2/20/07 | 6 |
| Cadorniga Transcript 3/12/07 | 7 |
| Cavallero Transcript 9/26/06 | 8 |
| Dalton Transcript 8/23/06 | 9 |
| Cadorniga Report 1/16/07 | 10 |
| Jones Transcript 3/30/07 | 11 |
| Caulfield Report 1/16/07 | 12 |
| AB 0038214 – AB 0038232 | 13 |
| AB 0038279 – AB 0038299 | 14 |
| Caulfield Transcript 3/30/07 | 15 |
| Sutton Report 2/20/07 | 16 |
| Sutton Transcript 3/05/07 | 17 |
| Unpublished Op:  Player v. Motiva | 18 |
| Adv. Medical Optics v. Alcon Inc. | 19 |
| US v. Fisher | 20 |
| Southern Clay v. United Catalysts | 21 |
| Ortiz v. Yale Materials | 22 |
| Dalton Transcript 7/21/06 | 23 |
| Pharmastem Therapeutics Inc. v. ViaCell | |

789423 / 28946

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 20, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on April 20, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946