IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) C. A. No. 05-132 (JJF) ) ) **PUBLIC VERSION** ) ) ) ) ) |

### APPENDIX OF EXHIBITS OF ACUSHNET'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND NON-INFRINGEMENT OF U.S. PATENT NO. 5,803,834

### VOLUME 2 OF 2
### EXHIBITS 10 - 23

OF COUNSEL:

Alan M. Grimaldi
Joseph P. Lavelle
Kenneth W. Donnelly
Brian S. Seal
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 783-0800

Dated: April 13, 2007
Public Version Dated: April 20, 2007

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Acushnet Company*

# TABLE OF CONTENTS

|  | TAB |
|---|---|
| '834 Patent | 1 |
| Felker Invalidity Report | 2 |
| Joint Claim Construction Statement | 3 |
| Cadorniga Infringement Report 01/16/07 | 4 |
| Cadorniga Transcript 3/12/07 | 5 |
| Caulfield Report 01/16/07 | 6 |
| Caulfield Data Provided to Acushnet | 7 |
| Jones 3/30/07 | 8 |
| Caulfield Transcript 3/29/07 | 9 |
| Summary of Bridgestone Testing | 10 |
| Felker Infringement Report 2/20/07 | 11 |
| '707 Patent | 12 |
| Felker Infringement Report 2/20/07 | 13 |
| Shindo Transcript 9/28/06 – 9/29/06 | 14 |
| Calabria Validity Report 2/20/07 | 15 |
| '833 Patent | 16 |
| Cadorniga Validity Report 2/20/07 | 17 |
| Prism Tech v. Verisign | 18 |
| Olyphant v. PPL | 19 |
| BSP116398 | 20 |
| Caulfield Deposition | 21 |
| Caulfield Deposition | 22 |
| Higuchi 9/01/06 | 23 |

789484 / 28946

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 20, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on April 20, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946