IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-132 (JJF) |
| v. | ) ) ) | |
| ACUSHNET COMPANY, | ) ) | |
| Defendant. | ) | |

### NOTICE OF EMERGENCY MOTION

TO:  Jack B. Blumenfeld                           Robert M. Masters
     Maryellen Noreika                            Paul, Hastings, Janofsky & Walker LLP
     Leslie Polizoti                              875 15th Street, N.W.
     Morris, Nichols, Arsht, & Tunnell LLP        Washington, D.C.  20005
     1201 North Market Street
     P. O. Box 1347
     Wilmington, DE  19899-1347

PLEASE TAKE NOTICE that the attached Emergency Motion To Amend Invalidity Expert Reports And To Reset Pretrial and Trial Dates In Light Of The Supreme Court's Decision In *KSR Int'l Co. v. Teleflex Inc.* will be presented at the earliest convenience of the Court and counsel.

                                                  POTTER ANDERSON & CORROON LLP

OF COUNSEL:                                       By:  /s/ David E. Moore
                                                       Richard L. Horwitz (#2246)
Alan M. Grimaldi                                       David E. Moore (#3983)
Joseph P. Lavelle                                      Hercules Plaza, 6th Floor
Kenneth W. Donnelly                                    1313 North Market Street
Brian S. Seal                                          P. O. Box 951
HOWREY LLP                                             Wilmington, DE  19899-0951
1299 Pennsylvania Avenue, N.W.                         Tel: (302) 984-6000
Washington, DC  20004                                  rhorwitz@potteranderson.com
Tel: (202) 783-0800                                    dmoore@potteranderson.com

Dated: May 7, 2007                                *Attorneys for Defendant*
793523 / 28946                                    *Acushnet Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 7, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on May 7, 2007, I have Electronically Mailed the documents to the following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946