IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) C. A. No. 05-132 (JJF) ) ) ) ) ) ) |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the deadline for the parties' replies on their pending motions for summary judgment shall be extended from Thursday, May 10, 2007 to Friday, May 11, 2007.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: /s/ Jack B. Blumenfeld
  Jack B. Blumenfeld (#1014)
  Maryellen Noreika (#3208)
  Leslie A. Polizoti (#4299)
  1201 N. Market Street
  Wilmington, DE 19801
  Telephone (302) 658-9200
  jblumenfeld@mnat.com
  mnoreika@mnat.com
  lpolizoti@mnat.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE 19801
  Telephone (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

793842 / 28946