# EXHIBIT A

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT B

Ball Manufacturer: Titleist
Model: PRO V1X

Tester: PRO
Date: 8/11/2006

Room Temperature: 71
Room Humidity: 55

Time Start: 8:46 AM
Time Finish: 10:00 AM

Calibration Start: 91, 91, 91
Calibration Finish: 91, 91, 91

## Core Surface Hardness (JIS - C)

| Ball ID | 1 | 2 | 3 | 4 | 5 | Average | Group Average | Group Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| PX2PP.01 | 89 | 89 | 90 | 89 | 89 | 89.2 | 89.0 | 0.6 |
| PX2PP.05 | 89 | 89 | 89 | 88 | 90 | 89.2 | | |
| PX2PP.06 | 89 | 89 | 89 | 88 | 88 | 88.4 | | |
| PX2PP.20 | 88 | 89 | 89 | 88 | 88 | 88.4 | | |
| PX2PP.12 | 89 | 90 | 89 | 89 | 89 | 89.2 | | |
| PX2PP.18 | 90 | 90 | 90 | 89 | 90 | 89.8 | | |
| PX2PP.17 | 89 | 90 | 89 | 88 | 89 | 89.0 | | |
| PX2PP.18 | 89 | 88 | 89 | 89 | 89 | 88.8 | | |
| PX2SF.02 | 94 | 94 | 93 | 93 | 94 | 93.6 | 93.8 | 0.7 |
| PX2SF.07 | 93 | 94 | 94 | 94 | 94 | 93.8 | | |
| PX2SF.16 | 94 | 93 | 94 | 93 | 93 | 93.4 | | |
| PX2SF.24 | 94 | 94 | 94 | 94 | 94 | 94.0 | | |
| PX2SF.28 | 94 | 94 | 94 | 93 | 92 | 93.4 | | |
| PX2SF.35 | 94 | 94 | 94 | 94 | 93 | 93.8 | | |
| PX2SF.45 | 95 | 94 | 95 | 95 | 94 | 94.4 | | |
| PX2SF.48 | 94 | 94 | 93 | 94 | 94 | 93.8 | | |
| PX2GG.0A | 90 | 90 | 90 | 89 | 90 | 89.8 | 91.7 | 2.3 |
| PX2GG.13 | 94 | 94 | 94 | 94 | 94 | 94.0 | | |
| PX2GG.21 | 94 | 94 | 94 | 93 | 94 | 93.8 | | |
| PX2GG.30 | 94 | 94 | 94 | 94 | 94 | 94.0 | | |
| PX2GG.3A | 89 | 89 | 89 | 88 | 89 | 88.8 | | |
| PX2GG.4A | 89 | 89 | 90 | 90 | 89 | 89.4 | | |
| PX2HH.28 | 88 | 88 | 88 | 88 | 89 | 88.2 | 88.8 | 0.7 |
| PX2HH.37 | 88 | 89 | 89 | 89 | 88 | 88.6 | | |
| PX2HH.41 | 89 | 90 | 88 | 88 | 90 | 89.0 | | |
| PX2HH.48 | 89 | 89 | 89 | 89 | 88 | 88.8 | | |
| PX2HH.18 | 90 | 89 | 90 | 89 | 89 | 89.4 | | |
| PX2HH.14 | 88 | 88 | 88 | 89 | 88 | 88.2 | | |
| PX2HH.09 | 89 | 88 | 89 | 88 | 89 | 88.6 | | |
| PX2OO.09 | 93 | 93 | 93 | 93 | 93 | 93.0 | 93.2 | 0.5 |
| PX2OO.11 | 93 | 92 | 94 | 93 | 93 | 93.0 | | |
| PX2OO.13 | 94 | 94 | 94 | 93 | 93 | 93.6 | | |
| PX2OO.17 | 93 | 92 | 92 | 93 | 93 | 92.6 | | |
| PX2OO.20 | 93 | 93 | 93 | 93 | 93 | 93.0 | | |
| PX2OO.22 | 93 | 93 | 93 | 93 | 93 | 93.0 | | |

Ball Manufacturer: TIMBER
Model: PRO V1X

Tester: PBO
Date: 6/11/2008
Time Start: 3:40 PM

Calibration Start: 61, 61, 61
Calibration Finish: 61, 61, 61

Room Temperature: _____
Room Humidity: _____
Time Finish: 6:39 PM

| Ball ID | Core Center Hardness (JIS-C) | | | | | Average | Group Average | Group Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | | | |
| PX2-PP-01 | 61 | 61 | | | 60 | 60.4 | 60.4 | 1.5 |
| PX2-PP-05 | 60 | 61 | | 61 | 60 | 60.4 | | |
| PX2-PP-08 | 62 | 60 | 61 | 61 | 60 | 60.8 | | |
| PX2-PP-12 | 61 | 60 | 60 | 61 | 60 | 60.4 | | |
| PX2-PP-15 | 60 | 60 | 60 | 60 | 59 | 59.8 | | |
| PX2-PP-17 | 61 | 61 | 60 | 60 | 59 | 60.2 | | |
| PX2-PP-19 | 61 | 61 | 61 | 60 | 60 | 60.6 | | |
| PX2-FF-02 | 60 | 60 | 60 | 60 | 60 | 60 | 60.0 | 1.5 |
| PX2-FF-07 | 61 | 60 | 60 | 60 | 60 | 60.2 | | |
| PX2-FF-16 | 60 | 60 | 60 | 59 | 59 | 59.6 | | |
| PX2-FF-24 | 60 | 60 | 60 | 59 | 60 | 59.8 | | |
| PX2-FF-28 | 60 | 60 | 60 | 60 | 60 | 60 | | |
| PX2-FF-25 | 61 | 61 | 60 | 60 | 60 | 60.4 | | |
| PX2-FF-48 | 60 | 60 | 60 | 59 | 59 | 59.6 | | |
| PX2-GG-04 | 61 | 61 | 60 | 60 | 60 | 60.4 | 60.9 | 1.4 |
| PX2-GG-13 | 61 | 60 | 60 | 61 | 60 | 60.4 | | |
| PX2-GG-23 | 60 | 61 | 61 | 61 | 61 | 60.8 | | |
| PX2-GG-28 | 60 | 60 | 60 | 60 | 60 | 60 | | |
| PX2-GG-34 | 61 | 61 | 61 | 61 | 61 | 61 | | |
| PX2-GG-40 | 62 | 61 | 61 | 61 | 61 | 61.2 | | |
| PX2-HH-08 | 62 | 63 | 62 | 61 | 61 | 61.8 | 60.7 | 1.1 |
| PX2-HH-10 | 62 | 60 | 60 | 60 | 61 | 60.6 | | |
| PX2-HH-14 | 60 | 61 | 61 | 60 | 60 | 60.4 | | |
| PX2-HH-39 | 61 | 61 | 60 | 60 | 61 | 60.6 | | |
| PX2-HH-37 | 60 | 61 | 61 | 61 | 61 | 60.8 | | |
| PX2-HH-41 | 61 | 60 | 60 | 60 | 60 | 60.2 | | |
| PX2-OO-03 | 64 | 64 | 60 | 60 | 63 | 62.2 | 61.3 | 1.8 |
| PX2-OO-09 | 62 | 62 | 61 | 61 | 63 | 61.8 | | |
| PX2-OO-11 | 64 | 63 | 61 | 61 | 63 | 62.4 | | |
| PX2-OO-13 | 61 | 61 | 61 | 61 | 61 | 61 | | |
| PX2-OO-17 | 61 | 62 | 62 | 61 | 60 | 61.2 | | |
| PX2-OO-30 | 62 | 62 | 61 | 60 | 60 | 61 | | |
| PX2-OO-22 | 59 | 59 | 58 | 57 | 57 | 58 | | |

Ball Manufacturer: **Titleist**
Model: **PRO V1X**

Tester: PBO
Date: 10/11/2008

Room Temperature: 70
Room Humidity: 56

Time Start: 8:40 AM
Time Finish: 9:30 AM

Calibration Start: 91, 91, 91
Calibration Finish: 91, 91, 91

### Core Surface Hardness (JIS - C)

| Ball ID | 1 | 2 | 3 | 4 | 5 | Average | Group Average | Group Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| PX2.CC.07 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.CC.21 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.CC.15 | 94 | 93 | 94 | 94 | 93 | 93.6 | 94.00 | 0.37 |
| PX2.CC.01 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.CC.18 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.CC.04 | 94 | 95 | 94 | 94 | 95 | 94.4 | | |
| PX2.II.12 | 94 | 94 | 95 | 94 | 95 | 94.4 | | |
| PX2.II.25 | 93 | 94 | 94 | 94 | 94 | 93.8 | | |
| PX2.II.31 | 93 | 93 | 93 | 93 | 93 | 93 | 93.77 | 0.69 |
| PX2.II.04 | 95 | 95 | 94 | 94 | 94 | 94.4 | | |
| PX2.II.36 | 93 | 93 | 93 | 93 | 93 | 93 | | |
| PX2.II.08 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.JJ.02 | 93 | 93 | 93 | 94 | 94 | 93.4 | | |
| PX2.JJ.08 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.JJ.20 | 94 | 94 | 94 | 94 | 95 | 94.2 | 93.87 | 0.43 |
| PX2.JJ.23 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.JJ.13 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.JJ.05 | 94 | 93 | 94 | 94 | 93 | 93.6 | | |
| PX2.DD.11 | 94 | 94 | 94 | 94 | 94 | 94 | | |
| PX2.DD.24 | 93 | 94 | 94 | 94 | 93 | 93.6 | | |
| PX2.DD.06 | 94 | 93 | 93 | 93 | 94 | 93.4 | 93.73 | 0.52 |
| PX2.DD.03 | 94 | 95 | 94 | 94 | 94 | 94.2 | | |
| PX2.DD.14 | 93 | 93 | 94 | 94 | 94 | 93.6 | | |
| PX2.DD.17 | 94 | 93 | 94 | 94 | 93 | 93.6 | | |

Ball Manufacturer: **Titleist**
Model: **PRO V1X**

Tester: PBO
Date: 10/11/2006
Time Start: 4:16 PM

Calibration Start: 51, 51, 51
Calibration Finish: 51, 51, 51

Room Temperature: 70
Room Humidity: 59
Time Finish: 5:00 PM

### Core Center Hardness (JIS - C)

| Ball ID | 1 | 2 | 3 | 4 | 5 | Average | Group Average | Group Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| PX2.CC.07 | 64 | 63 | 63 | 63 | 63 | 63.2 | | |
| PX2.CC.21 | 60 | 60 | 60 | 59 | 59 | 59.6 | | |
| PX2.CC.21 | 60 | 63 | 63 | 63 | 63 | 63 | | |
| PX2.CC.16 | 63 | 63 | 63 | 63 | 63 | 63 | 60.9 | 1.698 |
| PX2.CC.01 | 61 | 60 | 60 | 60 | 60 | 60.2 | | |
| PX2.CC.18 | 61 | 60 | 60 | 60 | 60 | 60 | | |
| PX2.CC.04 | 60 | 60 | 59 | 59 | 59 | 59.4 | | |
| PX2.II.12 | 60 | 60 | 60 | 59 | 59 | 59.6 | | |
| PX2.II.26 | 60 | 60 | 60 | 60 | 60 | 59.8 | | |
| PX2.II.31 | 59 | 59 | 59 | 59 | 59 | 58.6 | 59.6 | 1.003 |
| PX2.II.04 | 61 | 61 | 60 | 60 | 60 | 60.4 | | |
| PX2.II.36 | 59 | 59 | 58 | 58 | 58 | 58.4 | | |
| PX2.II.08 | 61 | 61 | 61 | 61 | 60 | 60.8 | | |
| PX2.JJ.02 | 62 | 61 | 61 | 61 | 61 | 61.2 | | |
| PX2.JJ.08 | 61 | 60 | 60 | 60 | 60 | 60.2 | | |
| PX2.JJ.20 | 61 | 61 | 60 | 60 | 60 | 60.4 | 61.0 | 1.129 |
| PX2.JJ.23 | 60 | 60 | 60 | 59 | 59 | 59.6 | | |
| PX2.JJ.13 | 63 | 63 | 63 | 62 | 62 | 62.6 | | |
| PX2.JJ.05 | 62 | 62 | 62 | 62 | 61 | 61.8 | | |
| PX2.DD.11 | 62 | 62 | 61 | 61 | 61 | 61.4 | | |
| PX2.DD.24 | 61 | 61 | 60 | 60 | 60 | 60.4 | | |
| PX2.DD.06 | 61 | 60 | 60 | 60 | 60 | 60.2 | | |
| PX2.DD.03 | 61 | 60 | 60 | 60 | 60 | 60.2 | 60.3 | 0.794 |
| PX2.DD.14 | 61 | 61 | 60 | 60 | 60 | 60.4 | | |
| PX2.DD.01 | 60 | 60 | 60 | 60 | 60 | 60.2 | | |
| PX2.DD.17 | 60 | 59 | 59 | 59 | 59 | 59.2 | | |

# EXHIBIT C

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT D

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT E

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY