# EXHIBIT A

REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

REDACTED

EXHIBIT D

REDACTED

# EXHIBIT E

REDACTED

# EXHIBIT F

**From:**  Stasio, Renee [StasioR@howrey.com]
**Sent:**  Thursday, February 22, 2007 5:01 PM
**To:**  White, Brandon M.
**Subject:**  Re: Damages Report

Brandon:  I made a mistake and misread an email.  Sutton is available on the weekend March 3, 4.

Dalton is available March 1 and 2

We agree on Coughlin (6). Felker (7 and and 8). Cadorniga (9 and 12). Isayev (9) Mehta in Palo Alto (9). Jarosz (13) Kaplan (14). Koenig in DC (15). Lynch (16)

We would like Calabria for 2 days.  We would like Jones and Caulfield to be pushed to the week of the 19th because the schedule is full.  We also want to preserve our right to take Higuchi depending on what Calabria knows about his testing.  We are still waiting to hear from Bellis and Morgan.

We agree not to take Love

Are you available at 5:30?


-----Original Message-----
From: White, Brandon M. <brandonwhite@paulhastings.com>
To: Stasio, Renee
Sent: Thu Feb 22 15:42:18 2007
Subject: RE: Damages Report

We can move Coughlin to the 6th.

---

From: Stasio, Renee [mailto:StasioR@howrey.com]
Sent: Thursday, February 22, 2007 2:06 PM
To: White, Brandon M.
Subject: Re: Damages Report


I'm In a meeing right now...may be out by 4:00.  I'll be in touch

Sutton is avaiable the 7, 8, 13 and 14

I'm still trying to get Bellis Morgan and Dalton

We also need dates for Jones

I don't think Felker on the same day as Coughlin can work -- can Coughlin go the 5th or 6th
Koenig is going to have to be in Cleveland

I'll have more answers for you this afternoon.

-----Original Message-----
From: White, Brandon M. <brandonwhite@paulhastings.com>
To: Stasio, Renee
Sent: Thu Feb 22 13:43:38 2007
Subject: RE: Damages Report

Renee --

Please see my comments below on the experts.  Are you available late this afternoon (anytime after 4:00) to discuss?

We will agree not to depose Davis Love if you agree not to depose Nick Price. I don't want to change this, but please confirm.

March 7 works for Coughlin and March 14 words for Kaplan.

For Calabria, he is available on March 15, and Mehta is available on March 9. Mehta will need to be in CA, near Palo Alto. Please let me know if these dates work?

Does March 16 work for Lynch and March 15 for Koenig?

I am still trying to get dates for Dr. Caulfield. As a heads up, this will be in Illinois. I still needs dates for Sutton, Morgan, Bellis and Dalton. I also needs dates for the 30(b)(6) depositions.

For Felker and Cadorniga, we will agree to 2 days for each provided that one day is on infringement reports and the other is on invalidity reports.

Can we move Felker to March 7-8? If we cam agree on the two days, we would like to have Cadorniga on Friday, March 9 and Monday March 12.

Regarding payment for the expert's time, can we agree that each side will pay the other side's expert for each day of deposition only.

Brandon

---

From: Stasio, Renee [mailto:StasioR@howrey.com]
Sent: Wednesday, February 21, 2007 6:05 PM
To: White, Brandon M.
Subject: RE: Damages Report

Thanks, Brandon

Kaplan is available on March 14th. Please let me know if that works.

Felker"s availability has changed -- he is still available the week of March 5th, but the week of March 12, he now has a conflict

Here is what we propose as a tentative schedule for the week of March 5

March 5 and 6 : Felker:

March 7: Coughlin

March 8 and 9: Cadorniga

I still have not heard back from you on Caulfield or Calabria.

Also, do you intend to depose Davis Love or does it make sense to agree not to depose each others' golfers? Let me know about that as well.

---

Renée L. Stasio
Of Counsel
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004
T: 202.383.7176
F: 202.383.6610
stasior@howrey.com

Sent: Wednesday, February 21, 2007 4:59 PM
To: Stasio, Renee
Subject: RE: Damages Report

Thanks.  I got the follow-up email too.

I'm not available until 4:00 p.m. tomorrow.  Are you available then?  Anytime Friday works for me too.  I'm still trying to get dates for a few of the experts.

Dr. Isayev would like to have his depo on March 9, which is a Saturday.  Please let me know if that works.

Brandon

From: Stasio, Renee [mailto:StasioR@howrey.com]
Sent: Wednesday, February 21, 2007 4:47 PM
To: White, Brandon M.
Subject: Damages Report

Brandon:

Attached is a corrected version of Mr. Kaplan's damages report, which simply fixed a handful of exhibit citations.  Thanks.

Do you want to talk tomorrow morning about deposition scheduling?

Renée L. Stasio
Of Counsel
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, DC 20004
T: 202.383.7176
F: 202.383.6610
stasior@howrey.com <mailto:stasior@howrey.com>

<<LECG 2.20.07 corrections to Kaplan Rebuttal Report.pdf>>

-------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged.

The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited.

If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

*************************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
*************************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission

in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.


***********************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
***********************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.



***********************************************************
IRS Circular 230 Disclosure:    As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may  be imposed under the U.S. Internal Revenue Code.
***********************************************************

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

# EXHIBIT G

REDACTED

# EXHIBIT H

REDACTED

# EXHIBIT I

REDACTED

# EXHIBIT J

REDACTED

# EXHIBIT K

REDACTED

# EXHIBIT L

REDACTED

# EXHIBIT M

REDACTED