# CONFIDENTIAL EXHIBIT