## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO., LTD.,  )
and BRIDGESTONE GOLF, INC.,    )
                               )
      Plaintiffs,         )
                               )
    v.                       )   C. A. No. 05-132 (JJF)
                               )
ACUSHNET COMPANY,              )
                               )
      Defendant.          )

### ACUSHNET COMPANY'S PROPOSED FORM OF JURY VERDICT

We, the jury, find as follows:

## I.    INFRINGEMENT OR NON-INFRINGEMENT OF BRIDGESTONE'S PATENTS

### A.    The '791 Patent

**QUESTION 1**:  Has Bridgestone proven by a preponderance of the evidence that any or all of the following Pro V1 and Pro V1x golf ball models infringe any or all of the claims 11, 13, 16 and 26 of the '791 patent?

| Ball Model | Claim 11 | | Claim 13 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Pro V1 2003-04 (◄•Pro V1 392•►) | | | | |
| Pro V1 2005-06 (◄Pro V1-392►) | | | | |
| Pro V1x 2003-04 (◄•Pro V1x 332•►) | | | | |
| Pro V1x 2005-06 (◄Pro V1x-332►) | | | | |

| Ball Model | Claim 16 | | Claim 26 | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| Pro V1 2003-04 (◄•Pro V1 392•►) | | | | |
| Pro V1 2005-06 (◄Pro V1-392►) | | | | |
| Pro V1x 2003-04 (◄•Pro V1x 332•►) | | | | |
| Pro V1x 2005-06 (◄Pro V1x-332►) | | | | |

Please answer "YES" or "NO" for each claim and for each golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

**B.    The '707 Patent**

**QUESTION 2**: Has Bridgestone proven by a preponderance of the evidence that any or all of the following Pro V1 golf ball models infringe claim 1 of the '707 patent?

| Ball Model | Claim 1 | |
|---|---|---|
| | **YES** | **NO** |
| Pro V1 2000-01 (Pro V1 392) | | |
| Pro V1 2001 (Pro V1 392 stretched) | | |
| Pro V1 2002 (◀Pro V1•392▶) | | |

Please answer "YES" or "NO" for each golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

### C.    The '834 Patent

**QUESTION 3**:  Has Bridgestone proven by a preponderance of the evidence that any or all of the following NXT, DT So/Lo, PTS So/Lo and Pinnacle Exception golf ball models infringe claim 1 of the '834 patent?

| Ball Model | Claim 1 | |
|---|---|---|
| | **YES** | **NO** |
| NXT 2003-04 <br><br> (◄NXT►) | | |
| NXT 2005-06 <br><br> (◄-NXT -►) | | |
| DT & PTS So/Lo 2003-04 <br><br> (DT So/Lo/PTS So/Lo) | | |
| DT & PTS So/Lo 2005-06 <br><br> (◄DT So/Lo►/◄PTS So/Lo►) | | |
| Exception 2003-05 <br><br> (airfoil logo) | | |
| Exception 2005-06 <br><br> (EXCEPTION) | | |

Please answer "YES" or "NO" for each golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

4

### D.    *The '817 Patent*

**QUESTION 4**:  Has Bridgestone proven by a preponderance of the evidence that any or all of the following NXT Tour, DT So/Lo, PTS So/Lo and Pinnacle Exception golf ball models infringe claim 1 of the '817 patent?

| Ball Model | *Claim 1* | |
|---|---|---|
| | **YES** | **NO** |
| NXT Tour 2002 <br><br> (◄NXT•Tour►) | | |
| NXT Tour 2003-04 <br><br> (◄NXT Tour►) | | |
| NXT Tour 2005-06 <br><br> (◄NXT-Tour►) | | |
| DT & PTS So/Lo 2003-04 <br><br> (DT So/Lo/PTS So/Lo) | | |
| DT & PTS So/Lo 2005-06 <br><br> (◄DT So/Lo►/◄PTS So/Lo►) | | |
| Exception 2003-05 <br><br> (airfoil logo) | | |
| Exception 2005-06 <br><br> (EXCEPTION) | | |

Please answer "YES" or "NO" for each golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

E.    *The '852 Patent*

**QUESTION 5**: Has Bridgestone proven by a preponderance of the evidence that any or all of the following Pro V1, Pro V1x and Pro V1* (star) golf ball models infringe any or all of the claims 1, 6 and 7 of the '852 patent?

| | *Claim 1* | | *Claim 6* | | *Claim 7* | |
|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO |
| Pro V1 2000-01 (Pro V1 392) | | | | | | |
| Pro V1 2001 (Pro V1 392 stretched) | | | | | | |
| Pro V1 2002 (◀Pro V1•392▶) | | | | | | |
| Pro V1 2003-04 (◀•Pro V1 392•▶) | | | | | | |
| Pro V1 2005-06 (◀Pro V1-392▶) | | | | | | |
| Pro V1x 2003-04 (◀•Pro V1x 332•▶) | | | | | | |
| Pro V1x 2005-06 (◀Pro V1x-332▶) | | | | | | |
| Pro V1* 2002 (◀Pro V1* 392▶) | | | | | | |

Please answer "YES" or "NO" for each claim and for each golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

*F.*    *The '652 Patent*

**QUESTION 6**:  Has Bridgestone proven by a preponderance of the evidence that any or all of the following Pro V1, Pro V1x, Pro V1* (star), NXT, NXT Tour, DT So/Lo, PTS So/Lo and Pinnacle Exception golf ball models infringe any or all of the claims 1, 5 and 9 of the '652 patent?  Note: You are not required to address whether certain balls infringe claim 5, where that section is blacked out.

| Ball Model | Claim 1 | | Claim 5 | | Claim 9 | |
|---|---|---|---|---|---|---|
| | YES | NO | YES | NO | YES | NO |
| Pro V1 2003-04 (◄•Pro V1 392•►) | | | | | | |
| Pro V1 2005-06 (◄Pro V1-392►) | | | | | | |
| Pro V1x 2003-04 (◄•Pro V1x 332•►) | | | | | | |
| Pro V1x 2005-06 (◄Pro V1x-332►) | | | | | | |
| Pro V1* 2002 (◄Pro V1* 392►) | | | | | | |
| NXT 2003-04 (◄NXT►) | | | | | | |
| NXT 2005-06 (◄-NXT -►) | | | | | | |
| NXT Tour 2003-04 (◄NXT Tour►) | | | | | | |
| NXT Tour 2005-06 (◄NXT-Tour►) | | | | | | |
| DT & PTS So/Lo 2003-04 (DT So/Lo/PTS So/Lo) | | | | | | |
| DT & PTS So/Lo 2005-06 (◄DT So/Lo►/◄PTS So/Lo►) | | | | | | |
| Exception 2003-05 (airfoil logo) | | | | | | |
| Exception 2005-06 (EXCEPTION) | | | | | | |

Please answer "YES" or "NO" for each claim and for each golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

7

### G.    The '961 Patent

**QUESTION 7**:  Has Bridgestone proven by a preponderance of the evidence that the following Pro V1 golf ball model infringes claim 2 of the '961 patent?

| Ball Model | Claim 2 | |
|---|---|---|
| | YES | NO |
| Pro V1 2005-06 (◄Pro V1-392►) | | |

Please answer "YES" or "NO" for the golf ball model by placing a check mark in the appropriate box.

A "YES" answer is an answer for Bridgestone.

A "NO" answer is an answer for Acushnet.

## II.  INVALIDITY OR VALIDITY OF BRIDGESTONE'S PATENTS

### A.  The '707 Patent

**QUESTION 8**:  Has Acushnet proven by clear and convincing evidence that claim 1 of Bridgestone's '707 patent is invalid as obvious?

|         | YES | NO |
|---------|-----|-----|
| **Claim 1** |     |     |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

**B.**    *The '834 Patent*

**QUESTION 9(a)**:  Has Acushnet proven by clear and convincing evidence that claim 1 of Bridgestone's '834 patent is invalid as anticipated or obvious?

|         | YES | NO |
|---------|-----|-----|
| **Claim 1** |     |     |

**QUESTION 9(b)**:  Has Acushnet proven by clear and convincing evidence that claim 1 of the '834 is indefinite, or not enabled by the specifications?

|         | YES | NO |
|---------|-----|-----|
| **Claim 1** |     |     |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

### C.     The '817 Patent

**QUESTION 10**:  Has Acushnet proven by clear and convincing evidence that claim 1 of Bridgestone's '817 patent is invalid as anticipated or obvious?

|         | YES | NO |
|---------|-----|-----|
| **Claim 1** |     |     |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

**D.**    *The '852 Patent*

**QUESTION 11**:  Has Acushnet proven by clear and convincing evidence that any or all of the claims of Bridgestone's '852 patent are invalid as anticipated or obvious?

|         | YES | NO |
|---------|-----|-----|
| **Claim 1** |     |     |
| **Claim 6** |     |     |
| **Claim 7** |     |     |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

### E.    The '652 Patent

**QUESTION 12**:  Has Acushnet proven by clear and convincing evidence that any or all of the claims of the Bridgestone's '652 patent are invalid as anticipated or obvious?

|         | YES | NO |
|---------|-----|----|
| Claim 1 |     |    |
| Claim 5 |     |    |
| Claim 9 |     |    |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

### F.    The '961 Patent

**QUESTION 13**:  Has Acushnet proven by clear and convincing evidence that claim 2 of Bridgestone's '961 patent is invalid as anticipated or obvious?

|  | YES | NO |
|---|---|---|
| **Claim 2** |  |  |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

### G.    The '791 Patent

**QUESTION 14(a):**  Has Acushnet proven by clear and convincing evidence that any or all of the claims of the Bridgestone's '791 patent is invalid as obvious?

|          | YES | NO |
|----------|-----|----|
| **Claim 11** |     |    |
| **Claim 13** |     |    |
| **Claim 16** |     |    |
| **Claim 26** |     |    |

**QUESTION 14(b):**  Has Acushnet proven by clear and convincing evidence that any or all of the claims of the '791 patent are indefinite, non-enabled or fail the written description requirement?

|          | YES | NO |
|----------|-----|----|
| **Claim 11** |     |    |
| **Claim 13** |     |    |
| **Claim 16** |     |    |
| **Claim 26** |     |    |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

## III.    INFRINGEMENT OR NON-INFRINGEMENT OF ACUSHNET'S PATENTS

### A.    The '861 Patent

**QUESTION 15**:  Has Acushnet proven by a preponderance of the evidence that Bridgestone infringed the following claim of U.S. Patent No. 4,729,861:

|  | YES | NO |
|---|---|---|
| **Claim 1** | | |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

**B.    The '587 Patent**

**QUESTION 16**:  Has Acushnet proven by a preponderance of the evidence that Bridgestone infringed any or all of the following claims of U.S. Patent No. 4,936,587:

|          | YES | NO |
|----------|-----|----|
| Claim 1  |     |    |
| Claim 26 |     |    |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

## C.    The '367 Patent

**QUESTION 17:.**  Has Acushnet proven by a preponderance of the evidence that Bridgestone infringed the following claim of U.S. Patent No. 5,080,367:

|  | YES | NO |
|---|---|---|
| **Claim 1** |  |  |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

### D.    The '705 Patent

**QUESTION 18**:  Has Acushnet proven by a preponderance of the evidence that Bridgestone infringed the following claim of U.S. Patent Nos. 6,818,705:

|  | YES | NO |
|---|---|---|
| **Claim 4** |  |  |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

19

# IV.     INVALIDITY OR VALIDITY OF ACUSHNET'S '705 PATENT

## A.     The '705 Patent

**QUESTION 19**:  Has Bridgestone proven by clear and convincing evidence that the following claim from U.S. Patent Nos. 6,818,705 is invalid:

|          | YES | NO |
|----------|-----|-----|
| Claim 4  |     |     |

A "YES" answer is a finding for Bridgestone.

A "NO" answer is a finding for Acushnet.

## V.    LACHES

**QUESTION 20**:: Has Acushnet proven by the preponderance of the evidence that Bridgestone delayed unreasonably in bringing this lawsuit and that Acushnet was harmed by the delay?

| YES | NO |
|-----|-----|
|     |     |

A "YES" answer is a finding for Acushnet.

A "NO" answer is a finding for Bridgestone.

## VI.   DAMAGES

If you found that a party has infringed at least one valid claim of the other party's patents, please answer the following questions regarding your damages award:

**QUESTION 21**:  What amount of damages, if any, has Bridgestone proven by a preponderance of the evidence?  $\underline{\hspace{6cm}}$ .

**QUESTION 22**:  What amount of damages, if any, has Acushnet proven by a preponderance of the evidence?  $\underline{\hspace{6cm}}$ .

Dated:  June __, 2007

Signature of Foreperson:

_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 22, 2007, the attached document was hand

delivered to the following persons and was electronically filed with the Clerk of the Court using

CM/ECF which will send notification to the registered attorney(s) of record that the document

has been filed and is available for viewing and downloading:

Jack B. Blumenfeld
Maryellen Noreika
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

I hereby certify that on May 22, 2007, I have Electronically Mailed the documents to the

following:

Robert M. Masters
Paul, Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Washington, D.C. 20005
RobMasters@paulhastings.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

680012 / 28946