

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

May 22, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan
United States District Court
   for the District of Delaware
844 King Street
Wilmington, DE  19801

   Re:   *Bridgestone Sports Co. v. Acushnet Co.*, C.A. No. 05-132 (JJF)

Dear Judge Farnan:

   Enclosed are the submissions listed below, in triplicate with Diskette (WordPerfect and Word format), which were filed with the Court today:

   Acushnet Company's Proposed Jury Instructions, and Verdict Form (D.I. 541); and

   Acushnet Company's Proposed Voir Dire (D.I. 542).

                              Respectfully,

                              /s/ David E. Moore

                              David E. Moore

DEM:nmt/797058/28946

Enclosures
cc:   Clerk of the Court (Via Hand Delivery)
      Counsel of Record (Via Electronic Mail)