# EXHIBIT 11

**Bridgestone's Counter-Designations to Deposition Designations Made by Acushnet**

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 11/2/2006 | Jonathon Doyle | 6:24-7:9 | Acushnet | | 12:2-25 | | |
| | | 9:2-14 | Acushnet | | 13:2-25 | | |
| | | 11:8-12:1 | Acushnet | | | | |
| | | 14:1-7 | Acushnet | | | | |
| | | 20:13-19 | Acushnet | | | | |
| 8/29/2006 | Yoshinori Egashira | 6:14-16 | Acushnet | | 25:16-26:6 | | |
| | | 8:16-9:6 | Acushnet | | 26:16-28:7 | | 58:20-60:4 |
| | | 26:7-15 | Acushnet | | 28:18-30:9 | | 61:17-64:4 |
| | | 28:8-17 | Acushnet | | 31:12-16 | | |
| | | 30:10-31:11 | Acushnet | | 37:5-40:5 | | |
| | | 31:17-32:21 | Acushnet | | 40:9-15 | | |
| | | 40:6-8 | Acushnet | | 41:14-42:7 | | |
| | | 40:16-41:13 | Acushnet | | 52:10-20 | | |
| | | 42:8-43:15 | Acushnet | | 53:4-54:6 | | |
| | | 52:5-9 | Acushnet | | 54:12-56:14 | | |
| | | 52:21-53:3 | Acushnet | | 57:14-58:19 | | |
| | | 54:7-11 | Acushnet | | 74:4-15 | | |
| | | 56:15-57:13 | Acushnet | | 75:10-76:9 | | |
| | | 73:12-74:3 | Acushnet | | 76:12-77:6 | | |
| | | 74:16-75:9 | Acushnet | | 86:16-20 | | |
| | | 76:10-11 | Acushnet | | 87:9-88:2 | | |
| | | 77:7-78:6 | Acushnet | | 88:5-8 | | |
| | | 86:1-15 | Acushnet | | 94:9-20 | | |
| | | 86:21-87:8 | Acushnet | | 95:11-98:7 | | |
| | | 88:3-4 | Acushnet | | 99:4-7 | | |
| | | 89:2-10 | Acushnet | | 99:19-24 | | |
| | | 93:16-94:8 | Acushnet | | 101:3-16 | | |
| | | 94:21-95:10 | Acushnet | | 102:4-6 | | |
| | | 98:8-99:3 | Acushnet | | 112:12-114:4 | | |
| | | 99:8-18 | Acushnet | | 115:2-7 | | |
| | | 100:1-101:2 | Acushnet | | 118:9-24 | | |

Page 1

| Date of Deposition | Deponent | Party Making Original Designation | | Counter-Designation by Bridgestone | | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|
| | | Original Designation | Objection | | Objection | |
| | | 101:17-102:3 | Acushnet | 119:3-4 | | |
| | | 102:7-13 | Acushnet | 119:17-120:8 | | |
| | | 114:5-115:1 | Acushnet | 121:3-8 | | |
| | | 117:17-118:8 | Acushnet | | | |
| | | 119:1-2 | Acushnet | | | |
| | | 119:5-16 | Acushnet | | | |
| | | 120:9-121:2 | Acushnet | | | |
| | | 121:9-122:11 | Acushnet | | | |
| 8/30/2006 | Yoshinori Egashira | 21:11-17 | Acushnet | 19:12-21:10 | | 27:21-28:3 |
| | | 21:21-22:2 | Acushnet | 21:18-20 | | 78:18-79:15 |
| | | 22:21-23:5 | Acushnet | 24:18-20 | | |
| | | 24:21-25:10 | Acushnet | 25:11-27:1 | | |
| | | 27:2-10 | Acushnet | 27:11-20 | | |
| | | 31:4-11 | Acushnet | 38:4-39:18 | | |
| | | 39:19-22 | Acushnet | 40:1-3 | | |
| | | 40:04-00 | Acushnet | 40:5-13 | | |
| | | 43:6-44:3 | Acushnet | 44:4-8 | | |
| | | 44:9-45:12 | Acushnet | 45:13-19 | | |
| | | 45:20-47:4 | Acushnet | 47:5-7 | | |
| | | 47:8-48:12 | Acushnet | 48:12-49:3 | | |
| | | 49:4-12 | Acushnet | 49:13-18 | | |
| | | 49:19-20 | Acushnet | 51:20-22 | | |
| | | 50:10-51:19 | Acushnet | 52:3-14 | | |
| | | 52:1-3 | Acushnet | 53:5-53:4 | | |
| | | 52:15-53:4 | Acushnet | 54:9-55:19 | | |
| | | 54:5-8 | Acushnet | 56:4-13 | | |
| | | 55:20-56:3 | Acushnet | 57:1-7 | | |
| | | 56:14-22 | Acushnet | 68:6-10 | | |
| | | 68:11-20 | Acushnet | 68:21-22 | | |
| | | 69:01:00 | Acushnet | 69:2-14 | | |
| | | 70:5-16 | Acushnet | 73:6-15 | | |
| | | 72:7-73:5 | Acushnet | 73:21-75:15 | | |
| | | 73:16-21 | Acushnet | 75:18-19 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 75:16-17 | Acushnet | | 76:3-10 | | |
| | | 75:20-76:2 | Acushnet | | 76:15-21 | | |
| | | 76:11-14 | Acushnet | | 77:4-6 | | |
| | | 76:22-77:3 | Acushnet | | 77:9-78:17 | | |
| | | 77:7-8 | Acushnet | | 85:5-6 | | |
| | | 84:17-85:4 | Acushnet | | 85:12-22 | | |
| | | 85:7-11 | Acushnet | | 86:5-8 | | |
| | | 86:1-4 | Acushnet | | | | |
| 8/30/2006 | Yoshinori Egashira Vol. 2 | **11:11-12** | Acushnet | | | | |
| | | 11:18-12:7 | Acushnet | | | | |
| | | 16:21-17:22 | Acushnet | | | | |
| | | 26:15-18 | Acushnet | | | | |
| | | 26:22-27:4 | Acushnet | | | | |
| | | 28:14-16 | Acushnet | | | | |
| | | 29:4-5 | Acushnet | | | | |
| | | 29:11-16 | Acushnet | | | | |
| | | 30:4-6 | Acushnet | | | | |
| | | 31:14-32:12 | Acushnet | | | | |
| | | 33:6-10 | Acushnet | | | | |
| 9/28/2006 | | 6:21-7:1 | Acushnet | | 7:2-3 | | |
| | | 7:4-6 | Acushnet | | 7:7 | | |
| | | 7:8-13 | Acushnet | | 7:14-8:5 | | |
| | | 8:6-9 | Acushnet | | 8:10-11 | | |
| | | 8:12-15 | Acushnet | | 8:16-9:15 | | |
| | | 9:16-11:11 | Acushnet | | 16:15-17:9 | | |
| | | 17:10-12 | Acushnet | | 20:9 | | |
| | | 20:6-8 | Acushnet | | 21:16-17 | | |
| | | 20:10-12 | Acushnet | | 22:8-10 | | |
| | | 21:14-15 | Acushnet | | 25:15-26:19 | | |
| | | 21:18-22:2 | Acushnet | | 27:16-28:6 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 9/29/2006 | Yoshinori Egashira | 22:11-18 | Acushnet | | 36:7-16 | | 86:6-16 |
| | | 26:20-27:15 | Acushnet | | 36:18-37:9 | | 109:5-110:4 |
| | | 28:7-30:1 | Acushnet | | 37:20-39:1 | | 139:17-18 |
| | | 34:1-36:6 | Acushnet | | 40:1-5 | | 141:10-13 |
| | | 36:17:00 | Acushnet | | 40:17-43:4 | | 143:18-145:2 |
| | | 37:10-19 | Acushnet | | 42:17-43:4 | | 145:17-22 |
| | | 39:2-18 | Acushnet | | 46:2-22 | | |
| | | 40:6-42:16 | Acushnet | | 47:17-49:4 | | |
| | | 43:5-45:12 | Acushnet | | 49:19-50:5 | | |
| | | 46:1-47:16 | Acushnet | | 50:10-51:13 | | |
| | | 49:5-18 | Acushnet | | 52:13-18 | | |
| | | 50:6-9 | Acushnet | | 53:1-9 | | |
| | | 51:14-52:12 | Acushnet | | 53:12-14 | | |
| | | 52:19-22 | Acushnet | | | | |
| | | 53:10-11 | Acushnet | | | | |
| | | 53:15-54:7 | Acushnet | | | | |
| | | 90:5-19 | Acushnet | | 87:11-90:4 | | |
| | | 91:19-92:1 | Acushnet | | 90:20-91:18 | | |
| | | 92:12-20 | Acushnet | | 92:2-11 | | |
| | | 93:8-97:5 | Acushnet | | 92:21-93:7 | | |
| | | 97:15-99:12 | Acushnet | | 97:6-14 | | |
| | | 102:16-103:6 | Acushnet | | 101:10-102:15 | | |
| | | 103:15-106:13 | Acushnet | | 103:7-14 | | |
| | | 108:9-17 | Acushnet | | 106:14-108:8 | | |
| | | 122:12-123:3 | Acushnet | | 108:18-109:4 | | |
| | | 123:20-124:7 | Acushnet | | 123:4-19 | | |
| | | 124:21-125:6 | Acushnet | | 124:8-20 | | |
| | | 126:21-127:9 | Acushnet | | 125:7-126:20 | | |
| | | 128:1-5 | Acushnet | | 127:10-22 | | |
| | | 128:20-22 | Acushnet | | 128:6-19 | | |
| | | 134:1-135:2 | Acushnet | | 132:5-133:22 | | |
| | | 135:21-137:21 | Acushnet | | 135:3-10 | | |
| | | 146:1-19 | Acushnet | | 139:7-16 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | | | | 139:21-141:9 | | |
| | | | | | 141:14-16 | | |
| | | | | | 141:20-21 | | |
| | | | | | 142:1-143:11 | | |
| | | | | | 143:15-17 | | |
| 10/2/2006 | Yoshinori Egashira | 28:1-22 | Acushnet | | 27:16-22 | | |
| | | 36:15-22 | Acushnet | | 38:5-22 | | |
| | | 37:1-13 | Acushnet | | 39:5 | | |
| | | 38:1-22 | Acushnet | | | | |
| | | 39:1-4 | Acushnet | | 39:15 | | |
| | | 39:6-14 | Acushnet | | 40:14-17 | | |
| | | 39:16-40:2 | Acushnet | | 41:1-21 | | |
| | | 40:8-13 | Acushnet | | 42:2-3 | | |
| | | 40:18-22 | Acushnet | | 42:11-12 | | |
| | | 41:22-42:1 | Acushnet | | 42:16-18 | | |
| | | 42:3-10 | Acushnet | | 42:21-43:15 | | |
| | | 42:13-16 | Acushnet | | 49:16-50:5 | | |
| | | 42:19-20 | Acushnet | | | | |
| | | 45:4-14 | Acushnet | | | | |
| | | 46:19-49:15 | Acushnet | | | | |
| | | 56:7-22 | Acushnet | | | | |
| | | 57:1-22 | Acushnet | | | | |
| | | 58:12-22 | Acushnet | | | | |
| | | 59:1-22 | Acushnet | | | | |
| | | 60:1-22 | Acushnet | | | | |
| | | 61:1-7 | Acushnet | | | | |
| | | 61:15-22 | Acushnet | | | | |
| | | 62:1-8 | Acushnet | | | | |
| | | 70:15-22 | Acushnet | | | | |
| | | 71:1-3 | Acushnet | | | | |
| | | 72:13-22 | Acushnet | | | | |
| | | 73:1-22 | Acushnet | | | | |
| | | 74:1-2 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 10/2/2006 | Yoshinori Egashira 30(b)(6) - Vol. 2 | 76:7-22 | Acushnet | | | | |
| | | 77:1-22 | Acushnet | | | | |
| | | 78:1-17 | Acushnet | | | | |
| | | 39:6-14 | Acushnet | | | | |
| | | 39:16-40:2 | Acushnet | | 25:22-29:10 | | |
| | | 40:8-13 | Acushnet | | 35:18-45:17 | | |
| | | 40:18-22 | Acushnet | | 46:18-48:22 | | |
| | | 41:22-42:1 | Acushnet | | 49:18-50:18 | | |
| | | 42:3-10 | Acushnet | | 51:14-53:15 | | |
| | | 42:13-16 | Acushnet | | | | |
| | | 42:19-20 | Acushnet | | | | |
| | | 48:20-49.2 | Acushnet | | | | |
| | | 49:5-7 | Acushnet | | | | |
| 10/3/2006 | Yoshinori Egashira | 5:21-6:10 | Acushnet | | | | |
| | | 17:17-25:21 | Acushnet | | | | |
| | | 29:11-35:17 | Acushnet | | | | |
| | | 45:18-46:17 | Acushnet | | | | |
| | | 49:1-17 | Acushnet | | | | |
| | | 50:19-51:13 | Acushnet | | | | |
| | | 54:8-14 | Acushnet | | 62:7-14 | | |
| | | 62:15-22 | Acushnet | | 63:15-64:8 | | |
| | | 63:1-14 | Acushnet | | 64:18-65:3 | | |
| | | 64:9-17 | Acushnet | | 78:2-9 | | |
| | | 77:16-78:1 | Acushnet | | 79:8-80:11 | | |
| | | 78:10-22 | Acushnet | | | | |
| | | 79:2-7 | Acushnet | | | | |
| | | 80:12-84:8 | Acushnet | | | | |
| 8/31/2006 | Hiroshi Higuchi | 53:7-21 | Acushnet | | 11:16-21 | | |
| | | 56:6-16 | Acushnet | | 50:10-53:6 | | |
| | | 58:20-59:2 | Acushnet | | 58:13-19 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 66:19-67:9 | Acushnet | | 76:22-77:1 | | |
| | | 77:2-10 | Acushnet | | 77:11-12 | | |
| | | 77:13-14 | Acushnet | | 77:15-78:11 | | |
| | | 78:12-18 | Acushnet | | 78:18-79:18 | | |
| | | 84:12-20 | Acushnet | | 84:8-11 | | |
| | | 85:1-6 | Acushnet | | 84:21-22 | | |
| | | 98:13-99:14 | Acushnet | | 85:7-86:11 | | |
| | | 108:22-109:11 | Acushnet | | 109:12-18 | | |
| | | 109:19-110:3 | Acushnet | | 110:4-12 | | |
| | | 110:13-22 | Acushnet | | 113:12-15 | | |
| | | 113:9-11 | Acushnet | | 114:22-115:15 | | |
| | | 113:16-17 | Acushnet | | 115:22-116:5 | | |
| | | 114:20-21 | Acushnet | | 118:13-120:17 | | |
| | | 115:16-21 | Acushnet | | 121:5-8 | | |
| | | 116:6-11 | Acushnet | | 122:9-127:2 | | |
| | | 117:13-118:12 | Acushnet | | 136:10-138:13 | | |
| | | 120:18-121:4 | Acushnet | | 139:14-142:16 | | |
| | | 121:9-122:8 | Acushnet | | 143:13-144:6 | | |
| | | 127:3-129:13 | Acushnet | | 144:21-146:8 | | |
| | | 136:2-9 | Acushnet | | 146:12-147:13 | | |
| | | 138:14-139:13 | Acushnet | | 147:21-148:5 | | |
| | | 142:17-143:12 | Acushnet | | 149:22-150:3 | | |
| | | 144:7-20 | Acushnet | | 150:8-151:15 | | |
| | | 146:9-11 | Acushnet | | 160:10-12 | | |
| | | 147:14-20 | Acushnet | | 160:15-162:2 | | |
| | | 148:6-149:21 | Acushnet | | | | |
| | | 150:4-7 | Acushnet | | | | |
| | | 160:7-9 | Acushnet | | | | |
| | | 160:13-14 | Acushnet | | | | |
| | | 162:3-163:12 | Acushnet | | | | |
| | | 167:5-10 | Acushnet | | | | |
| 9/1/2006 | Hiroshi Higuchi - Vol. 2 | 186:15-17 | Acushnet | | 186:18-187:17 | | |

Page 7

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 187:18-188:3 | Acushnet | | 188:4-10 | | |
| | | 188:11-18 | Acushnet | | 188:19-21 | | |
| | | 188:22-189:4 | Acushnet | | 189:5-191:2 | | |
| | | 191:3-6 | Acushnet | | 215:17-216:1 | | |
| | | 224:11-14 | Acushnet | | 217:16-224:10 | | |
| | | 227:22-228:11 | Acushnet | | 224:15-226:3 | | |
| | | 229:7-15 | Acushnet | | 228:2-229:6 | | |
| | | 230:4-8 | Acushnet | | 229:16-230:3 | | |
| | | 230:15-17 | Acushnet | | 230:9-14 | | |
| | | 234:15-21 | Acushnet | | 230:18-234:14 | | |
| | | 252:4-16 | Acushnet | | 261:14-263:4 | | |
| | | 261:11-13 | Acushnet | | 266:16-269:1 | | |
| | | 263:5-266:15 | Acushnet | | 271:9-19 | | |
| | | 269:2-271:8 | Acushnet | | 272:1-4 | | |
| | | 271:20-22 | Acushnet | | 272:20-276:3 | | |
| | | 272:5-18 | Acushnet | | 276:8-18 | | |
| | | 276:4-7 | Acushnet | | 277:5-19 | | |
| | | 276:19-277:4 | Acushnet | | 280:6-12 | | |
| | | 277:20-278:21 | Acushnet | | 281:9-21 | | |
| | | 279:11-280:5 | Acushnet | | 284:7-12 | | |
| | | 280:13-281:8 | Acushnet | | 284:14-9 | | |
| | | 281:22-284:6 | Acushnet | | 286:2-288:16 | | |
| | | 284:13-00 | Acushnet | | | | |
| | | 285:10-286:1 | Acushnet | | | | |
| | | 288:17-289:12 | Acushnet | | | | |
| 10/5/2006 | Hiroshi Higuchi | 13:14-14:7 | Acushnet | | 13:10-13 | | 41:21-44:17 |
| | | 14:12-20 | Acushnet | | 14:8-11 | | 60:13-65:2 |
| | | 34:20-35:10 | Acushnet | | 34:16-19 | | 66:1-72:19 |
| | | 129:12-16 | Acushnet | | 129:1:00 | | 75:16-76:2 |
| | | 130:2-132:14 | Acushnet | | 129:17-130:1 | | 80:6-92:8 |
| | | | | | 132:15-135:16 | | |
| 10/6/2006 | Hiroshi Higuchi | 15:18-21 | Acushnet | | 15:12-17 | | 25:12-16 |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 16:18-17:8 | Acushnet | | 15:22-16:17 | | 29:10-16 |
| | | 18:20-19:8 | Acushnet | | 26:13-29:3 | | 80:19-22 |
| | | 29:4-9 | Acushnet | | 40:3-13 | | |
| | | 37:22-40:2 | Acushnet | | 52:4-53:4 | | |
| | | 40:14-21 | Acushnet | | 53:12-54:16 | | |
| | | 53:5-11 | Acushnet | | 68:9-69:8 | | |
| | | 54:17-55:22 | Acushnet | | 75:10-78:18 | | |
| | | 69:9-14 | Acushnet | | 79:7-80:6 | | |
| | | 74:18-75:9 | Acushnet | | 81:1-83:13 | | |
| | | 78:19-79:6 | Acushnet | | 88:7-19 | | |
| | | 88:3-6 | Acushnet | | 89:1-90:19 | | |
| | | 88:20-22 | Acushnet | | 107:13-110:18 | | |
| | | 93:10-15 | Acushnet | | 111:4-15 | | |
| | | 96:22-100:5 | Acushnet | | 112:8-13 | | |
| | | 105:20-107:12 | Acushnet | | | | |
| | | 110:19-111:3 | Acushnet | | | | |
| | | 111:16-112:7 | Acushnet | | | | |
| 10/9/2006 | Hiroshi Higuchi | 12:21-22 | Acushnet | | 65:3-66:10 | | 95:19-96:8 |
| | | 13:1-21 | Acushnet | | 79:8-11 | | |
| | | 63:18-65:2 | Acushnet | | 93:8-94:11 | | |
| | | 66:11-19 | Acushnet | | 94:18-95:18 | | |
| | | 78:20-79:8 | Acushnet | | | | |
| | | 91:17-92:10 | Acushnet | | | | |
| | | 93:12-17 | Acushnet | | | | |
| | | 94:12-17 | Acushnet | | | | |
| 3/30/2007 | Kevin L. Jones | 11:9-19 | Acushnet | | 13:4-16:20 | | 41:20-44:15 |
| | | 16:21-17:3 | Acushnet | | 17:4-17 | | 45:4-46:18 |
| | | 19:1-30:4 | Acushnet | | 30:5-31:17 | | 47:3-48:2 |
| | | 31:18-35:8 | Acushnet | | 35:9-41:19 | | |
| | | 76:18-79:24 | Acushnet | | 44:16-45:3 | | |
| | | 80:6-87:19 | Acushnet | | 77:1-78:24 | | |
| | | 91:3-93:21 | Acushnet | | 87:20-91:2 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 94:4-7 | Acushnet | | 93:22-94:3 | | |
| | | 95:8-96:10 | Acushnet | | 94:8-95:7 | | |
| | | 97:1-100:2 | Acushnet | | 100:3-102:2 | | |
| | | 102:3-103:9 | Acushnet | | 103:10-21 | | |
| | | 103:22-104:11 | Acushnet | | 104:11-24 | | |
| | | 104:22-106:7 | Acushnet | | 106:8-107:7 | | |
| | | 107:8-109:2 | Acushnet | | 109:3-110:17 | | |
| | | 110:18-118:15 | Acushnet | | 135:11-136:17 | | |
| | | 120:8-131:11 | Acushnet | | 141:24-143:2 | | |
| | | 132:10-135:10 | Acushnet | | 153:8 | | |
| | | 136:18-141:23 | Acushnet | | 158:13-160:9 | | |
| | | 143:11-144:8 | Acushnet | | 165:13-166:10 | | |
| | | 144:14-149:4 | Acushnet | | 174:9-15 | | |
| | | 151:7-153:7 | Acushnet | | 176:12 | | |
| | | 153:23-158:12 | Acushnet | | 178:8-9 | | |
| | | 160:10-162:3 | Acushnet | | 180:10 | | |
| | | 162:13-165:3 | Acushnet | | 182:4 | | |
| | | 166:11-174:8 | Acushnet | | 184:19-186:3 | | |
| | | 174:16-176:11 | Acushnet | | 186:17 | | |
| | | 176:13-178:7 | Acushnet | | 187:19-21 | | |
| | | 178:10-180:9 | Acushnet | | 189:5-12 | | |
| | | 180:11-182:3 | Acushnet | | 189:21-5 | | |
| | | 182:5-184:18 | Acushnet | | 192:2 | | |
| | | 186:4-16 | Acushnet | | 193:5 | | |
| | | 186:18-187:18 | Acushnet | | | | |
| | | 187:22-189:4 | Acushnet | | 195:21-196:1 | | |
| | | 189:13-189:20 | Acushnet | | | | |
| | | 190:6-192:1 | Acushnet | | | | |
| | | 192:3-193:4 | Acushnet | | | | |
| | | 193:17-195:23 | Acushnet | | | | |
| | | 196:2-18 | Acushnet | | | | |
| 7/11/200 | Michael David Jordan | 30:16-18 | Acushnet | | No counter-designations | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 36:6-37:9 | Acushnet | | | | |
| | | 37:19-39:4 | Acushnet | | | | |
| | | 41:2-42:1 | Acushnet | | | | |
| | | 44:11-44:15 | Acushnet | | | | |
| | | 83:18-85:14 | Acushnet | | | | |
| | | 171:5-12 | Acushnet | | | | |
| | | 192:18-193:10 | Acushnet | | | | |
| | | 196:2-4 | Acushnet | | | | |
| | | 197:7-15 | Acushnet | | | | |
| | | 197:22-198:13 | Acushnet | | | | |
| | | 210:2-9 | Acushnet | | | | |
| | | 221:13-222:12 | Acushnet | | | | |
| | | 223:11-20 | Acushnet | | | | |
| | | 264:21-265:10 | Acushnet | | | | |
| | | 285:22-288:18 | Acushnet | | | | |
| 1/11/2006 | Jun Ichinose | 10:3-11:7 | Acushnet | | 11:8-12:7 | | |
| | | 13:17-21 | Acushnet | | | | |
| 6/1/2006 | Jun Ichinose | 59:1-62:6 | Acushnet | | 57:5-18 | | 58:19-22 |
| | | 66:15-18 | Acushnet | | 57:5-6 | | |
| | | 67:3-68:5 | Acushnet | | 58:9-18 | | |
| | | 69:11-74:5 | Acushnet | | 66:7-14 | | |
| | | | | | 66:19-67:2 | | |
| | | | | | 68:6-12 | | |
| | | | | | 74:22-75:5 | | |
| 9/1/2006 | Atsuki Kasashima | 7:18-8:6 | Acushnet | | 50:19-52:11 | | 67:14-69:5 |
| | | 44:2-22 | Acushnet | | 53:10-56:20 | | |
| | | 45:1-22 | Acushnet | | 58:1-20 | | |
| | | 46:1-5 | Acushnet | | 63:12-65:12 | | |
| | | 52:12-53:9 | Acushnet | | 66:20-67:13 | | |
| | | 65:13-66:19 | Acushnet | | 77:13-78:6 | | |
| | | 78:7-84:12 | Acushnet | | 84:13-86:14 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 86:15-88:21 | Acushnet | | 88:22 | | |
| | | 102:7-22 | Acushnet | | 101:17-102:6 | | |
| | | 117:6-22 | Acushnet | | 118:8-119:21 | | |
| | | 118:1-8 | Acushnet | | 120:9-121:22 | | |
| 10/5/2006 | Atsuki Kasashima | 11:19-12:3 | Acushnet | | 12:4 | | |
| | | 28:6-7 | Acushnet | | 28:3-5 | | |
| | | 28:14-37:2 | Acushnet | | 28:8-13 | | |
| | | 39:9-15 | Acushnet | | 37:3-38:3 | | |
| | | 41:1-50:12 | Acushnet | | 38:14-39:8 | | |
| | | 64:18-65:3 | Acushnet | | 39:14-17 | | |
| | | 71:7-72:7 | Acushnet | | 50:13-51:13 | | |
| | | 87:16-18 | Acushnet | | 62:14-64:17 | | |
| | | 89:1-93:5 | Acushnet | | 65:4-15 | | |
| | | 90:1-92:22 | Acushnet | | 72:8-73:1 | | |
| | | 118:1-122:13 | Acushnet | | 87:11-15 | | |
| | | | | | 93:6-94:3 | | |
| | | | | | 122:14-126:12 | | |
| 11/9/2006 | Akihiko Morikawa | 8:8-16 | Acushnet | | 29:21-31:22 | | 92:20-94:22 |
| | | 9:21-10:3 | Acushnet | | 45:6-46:12 | | 115:1-117:7 |
| | | 11:21-26:11 | Acushnet | | 46:21-47:11 | | 119:5-7 |
| | | 29:7-20 | Acushnet | | 50:13-54:3 | | |
| | | 32:1-33:17 | Acushnet | | 72:2-7 | | |
| | | 34:13-17 | Acushnet | | 75:6-76:15 | | |
| | | 37:9-40:4 | Acushnet | | 77:2-78:9 | | |
| | | 41:5-18 | Acushnet | | 85:7-87:9 | | |
| | | 42:6-22 | Acushnet | | 90:22-92:19 | | |
| | | 43:1-19 | Acushnet | | 107:17-108:12 | | |
| | | 46:13-20 | Acushnet | | 113:18-114:8 | | |
| | | 49:6-20 | Acushnet | | 118:18-119:4 | | |
| | | 50:7-12 | Acushnet | | 121:11-122:21 | | |
| | | 56:4-16 | Acushnet | | | | |
| | | 57:11-58:18 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 71:19-22 | Acushnet | | | | |
| | | 81:15-18 | Acushnet | | | | |
| | | 82:14-17 | Acushnet | | | | |
| | | 87:20-22 | Acushnet | | | | |
| | | 107:11-16 | Acushnet | | | | |
| | | 117:21-118:17 | Acushnet | | | | |
| | | | | | | | |
| 11/10/2006 | Akihiko Morikawa | 5:22-6:10 | Acushnet | | 6:11-7:2 | | |
| | | 7:3-6 | Acushnet | | 7:7-8:4 | | |
| | | 8:5-15 | Acushnet | | 8:16-9:3 | | |
| | | 9:4-9 | Acushnet | | 9:10-21 | | |
| | | 10:1-21 | Acushnet | | 21:14-23:11 | | |
| | | 23:12-24:13 | Acushnet | | 24:14-25:5 | | |
| | | 29:22-30:1 | Acushnet | | 25:19-26:4 | | |
| | | 30:15-16 | Acushnet | | 31:16-33:3 | | |
| | | 31:1-3 | Acushnet | | 34:18-35:16 | | |
| | | | | | 38:4-41:9 | | |
| 10/19/2006 | Hiroyuki Nagasawa | 8:17-9:22 | Acushnet | | 62:14-63:8 | | |
| | | 62:1-13 | Acushnet | | 64:19-22 | | |
| | | 63:9-17 | Acushnet | | 66:8-68:3 | | |
| | | 64:6-18 | Acushnet | | 70:10-18 | | |
| | | 65:19-66:7 | Acushnet | | 71:7-15 | | |
| | | 68:4-70:9 | Acushnet | | 72:4-10 | | |
| | | 70:19-71:6 | Acushnet | | 72:19-20 | | |
| | | 71:16-72:3 | Acushnet | | | | |
| | | 72:11-18 | Acushnet | | | | |
| 10/17/2006 | Shigeru Nakayama | 8:9-17 | Acushnet | | 14:18-20 | | 17:16-18:3 |
| | | 9:2-4 | Acushnet | | 14:22-15:18 | | 48:7-49:10 |
| | | 9:13-10:13 | Acushnet | | 16:9-19 | | 61:9-12 |
| | | 12:8-13:3 | Acushnet | | 17:4-6 | | |
| | | 14:5-10 | Acushnet | | 17:9-15 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 15:19-16:1 | Acushnet | | 19:14-20:10 | | |
| | | 16:6-8 | Acushnet | | 20:17-22 | | |
| | | 16:20-17:3 | Acushnet | | 46:17-47:11 | | |
| | | 19:9-13 | Acushnet | | 47:15-17 | | |
| | | 20:11-16 | Acushnet | | 48:1-5 | | |
| | | 44:16-46:15 | Acushnet | | 50:5-16 | | |
| | | 49:11-50:4 | Acushnet | | 51:6-14 | | |
| | | 51:16-22 | Acushnet | | 54:17-21 | | |
| | | 52:5-11 | Acushnet | | 61:14-21 | | |
| | | 52:22-53:14 | Acushnet | | 64:3-5 | | |
| | | 53:20-54:16 | Acushnet | | 65:22-66:5 | | |
| | | 54:22-55:20 | Acushnet | | 73:18 | | |
| | | 56:3-8 | Acushnet | | 94:16-95:1 | | |
| | | 56:13-18 | Acushnet | | 121:4 | | |
| | | 57:12-58:3 | Acushnet | | 121:9-122:1 | | |
| | | 58:10-60:2 | Acushnet | | 122:17-123:6 | | |
| | | 60:11-61:8 | Acushnet | | 129:20-120:7 | | |
| | | 61:22-62:6 | Acushnet | | 130:9-131:2 | | |
| | | 63:1-19 | Acushnet | | | | |
| | | 64:7-8 | Acushnet | | | | |
| | | 64:12-16 | Acushnet | | | | |
| | | 65:1-3 | Acushnet | | | | |
| | | 65:9-21 | Acushnet | | | | |
| | | 67:12-68:1 | Acushnet | | | | |
| | | 72:5-12 | Acushnet | | | | |
| | | 72:20-21 | Acushnet | | | | |
| | | 73:1-5 | Acushnet | | | | |
| | | 73:9-11 | Acushnet | | | | |
| | | 73:14-17 | Acushnet | | | | |
| | | 75:18-76:19 | Acushnet | | | | |
| | | 78:3-80:6 | Acushnet | | | | |
| | | 80:14-81:9 | Acushnet | | | | |
| | | 95:5-97:1 | Acushnet | | | | |
| | | 120:1-121:2 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
|  |  | 129:2-14 | Acushnet |  |  |  |  |
|  |  | 129:11-129:14 | Acushnet |  | 158:13-14 |  | 211:19-214:22 |
| 10/18/2006 | Shigeru Nakayama | 159:8-18 | Acushnet |  | 158:16-20 |  | 256:17-257:2 |
|  |  | 161:5-161:9 | Acushnet |  | 158:22-159:2 |  |  |
|  |  | 180:4-182:16 | Acushnet |  | 159:5-6 |  |  |
|  |  | 183:17-21 | Acushnet |  | 160:3-6 |  |  |
|  |  | 184:2-19 | Acushnet |  | 160:9-12 |  |  |
|  |  | 192:9-12 | Acushnet |  | 160:14-16 |  |  |
|  |  | 192:17-193:9 | Acushnet |  | 160:19-20 |  |  |
|  |  | 193:19-197:21 | Acushnet |  | 183:5-10 |  |  |
|  |  | 223:20-225:19 | Acushnet |  | 185:10-21 |  |  |
|  |  | 227:13-232:17 | Acushnet |  | 186:2-4 |  |  |
|  |  | 252:16-253:3 | Acushnet |  | 186:6-10 |  |  |
|  |  | 253:13-253:21 | Acushnet |  | 189:9-16 |  |  |
|  |  | 255:21-256:8 | Acushnet |  | 192:13-15 |  |  |
|  |  | 259:4-11 | Acushnet |  | 193:10-18 |  |  |
|  |  | 261:6-13 | Acushnet |  | 211:4-18 |  |  |
|  |  |  |  |  | 253:5-12 |  |  |
|  |  |  |  |  | 256:10-16 |  |  |
|  |  |  |  |  | 257:12-19 |  |  |
|  |  |  |  |  | 261:14-17 |  |  |
|  |  |  |  |  | 266:17-20 |  |  |
|  |  |  |  |  | 272:10-13 |  |  |
|  |  |  |  |  | 272:15-273:13 |  |  |
| 9/21/2006 | Atsushi Namba | 9:8-21 | Acushnet |  | 18:12-19:13 |  |  |
|  |  | 19:15-20:6 | Acushnet |  | 20:8-14 |  |  |
|  |  | 34:15-35:6 | Acushnet |  | 35:8-15 |  |  |
|  |  | 36:1-8 | Acushnet |  | 39:15-40:1 |  |  |
|  |  | 36:14-00 | Acushnet |  | 41:12-17 |  |  |
|  |  | 38:20-22 | Acushnet |  | 42:12-16 |  |  |
|  |  | 39:8-10 | Acushnet |  | 44:6-11 |  |  |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 40:9-17 | Acushnet | | 45:19-22 | | |
| | | 41:18-19 | Acushnet | | 50:10-22 | | |
| | | 42:7-10 | Acushnet | | 54:14-55:22 | | |
| | | 42:17-43:21 | Acushnet | | 58:13-15 | | |
| | | 44:12-18 | Acushnet | | 59:16-19 | | |
| | | 45:1-3 | Acushnet | | 60:4-8 | | |
| | | 45:11-18 | Acushnet | | 67:3-5 | | |
| | | 46:11-49:9 | Acushnet | | 67:7-68:5 | | |
| | | 49:15-22 | Acushnet | | 69:9-12 | | |
| | | 51:1-20 | Acushnet | | 74:13-15 | | |
| | | 55:3-56:2 | Acushnet | | 80:11-13 | | |
| | | 56:22-57:10 | Acushnet | | 80:15-17 | | |
| | | 57:16-19 | Acushnet | | 81:21-82:5 | | |
| | | 58:16-59:1 | Acushnet | | 97:4-7 | | |
| | | 60:9-11 | Acushnet | | 98:12-16 | | |
| | | 61:13-21 | Acushnet | | 102:12-103:1 | | |
| | | 62:7-19 | Acushnet | | 103:22-104:2 | | |
| | | 63:4-6 | Acushnet | | 104:10 | | |
| | | 63:9-15 | Acushnet | | 104:14-17 | | |
| | | 63:21-22 | Acushnet | | 104:19 | | |
| | | 64:3-13 | Acushnet | | 109:5-6 | | |
| | | 69:13-18 | Acushnet | | 109:9-10 | | |
| | | 72:14-15 | Acushnet | | 109:17-110:1 | | |
| | | 74:4-9 | Acushnet | | 110:8 | | |
| | | 74:16-18 | Acushnet | | 110:20-111:4 | | |
| | | 74:21-75:5 | Acushnet | | 115:11 | | |
| | | 75:12-16 | Acushnet | | 115:13-15 | | |
| | | 76:5-14 | Acushnet | | 115:19-116:9 | | |
| | | 78:5-16 | Acushnet | | 132:6-13 | | |
| | | 79:6-80:3 | Acushnet | | 135:16-19 | | |
| | | 80:09-00 | Acushnet | | 135:22 | | |
| | | 80:19-21 | Acushnet | | | | |
| | | 81:2-6 | Acushnet | | | | |
| | | 81:12-20 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 96:19-97:3 | Acushnet | | | | |
| | | 97:8-98:1 | Acushnet | | | | |
| | | 98:18-100:6 | Acushnet | | | | |
| | | 101:16-102:5 | Acushnet | | | | |
| | | 103:2-6 | Acushnet | | | | |
| | | 103:14-17 | Acushnet | | | | |
| | | 111:6-9 | Acushnet | | | | |
| | | 111:15-18 | Acushnet | | | | |
| | | 112:5-114:11 | Acushnet | | | | |
| | | 115:4-9 | Acushnet | | | | |
| | | 116:15-118:5 | Acushnet | | | | |
| | | 119:12:00 | Acushnet | | | | |
| | | 120:3-8 | Acushnet | | | | |
| | | 122:4-12 | Acushnet | | | | |
| | | 123:8-9 | Acushnet | | | | |
| | | 123:17-124:12 | Acushnet | | | | |
| | | 128:8-19 | Acushnet | | | | |
| | | 129:12-17 | Acushnet | | | | |
| | | 129:21-130:10 | Acushnet | | | | |
| | | 130:16-132:5 | Acushnet | | | | |
| | | 133:22-135:1 | Acushnet | | | | |
| 9/22/2006 | Atsushi Nanba | 48:21-22 | Acushnet | | 49:20-21 | | |
| | | 49:8-18 | Acushnet | | 50:1-2 | | |
| | | 50:4-9 | Acushnet | | 52:13-14 | | |
| | | 51:13-52:11 | Acushnet | | 52:20-21 | | |
| | | 53:1-54:14 | Acushnet | | 58:5-13 | | |
| | | 55:10-56:19 | Acushnet | | 62:19-20 | | |
| | | 57:9-58:4 | Acushnet | | 63:1-3 | | |
| | | 58:22-59:3 | Acushnet | | 63:5-6 | | |
| | | 60:4-61:18 | Acushnet | | 63:8 | | |
| | | 63:19-64:5 | Acushnet | | 63:14-15 | | |
| | | 65:3-9 | Acushnet | | 63:17 | | |
| | | 65:15-67:2 | Acushnet | | 99:13-17 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 73:12-74:4 | Acushnet | | 107:13-14 | | |
| | | 77:22-83:15 | Acushnet | | 110:8-11 | | |
| | | 85:2-86:15 | Acushnet | | 110:14-16 | | |
| | | 87:3-88:3 | Acushnet | | 110:18-20 | | |
| | | 99:5-12 | Acushnet | | 111:6-9 | | |
| | | 100:5-102:6 | Acushnet | | 111:11 | | |
| | | 102:8-107 | Acushnet | | 111:13-15 | | |
| | | 107:15-109:18 | Acushnet | | 119:7-120:4 | | |
| | | | | | 120:6 | | |
| | | | | | 120:8-11 | | |
| | | | | | 120:22-121:4 | | |
| | | | | | 121:7 | | |
| | | | | | 121:9-11 | | |
| | | | | | 121:14-16 | | |
| | | | | | 121:18-122:1 | | |
| | | | | | 122:4 | | |
| | | | | | 122:6-13 | | |
| | | | | | 122:15-16 | | |
| | | | | | 122:18-21 | | |
| | | | | | 123:2-4 | | |
| 6/20/2006 | Hitoshi Otsuka | 10:8-10 | Acushnet | | 12:15-19 | | 138:22-139:5 |
| | | 12:7-9 | Acushnet | | 13:7-9 | | |
| | | 12:20-13:5 | Acushnet | | 27:10-12 | | |
| | | 25:6-9 | Acushnet | | 28:20 | | |
| | | 27:1-9 | Acushnet | | 31:22-32:10 | | |
| | | 28:14-19 | Acushnet | | 33:20-34:11 | | |
| | | 29:4-6 | Acushnet | | 34:14-19 | | |
| | | 30:21-31:1 | Acushnet | | 41:5-14 | | |
| | | 32:11-33:18 | Acushnet | | 42:14-43:9 | | |
| | | 41:15-42:6 | Acushnet | | 43:17-22 | | |
| | | 43:11-16 | Acushnet | | 65:16 | | |
| | | 65:12-14 | Acushnet | | 65:20-66:6 | | |
| | | 66:8-13 | Acushnet | | 71:9 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 66:18-67:5 | Acushnet | | 71:12-14 | | 25:14-17 |
| | | 71:3-7 | Acushnet | | 78:14-17 | | |
| | | 71:19-72:7 | Acushnet | | 80:19-81:15 | | |
| | | 73:1-11 | Acushnet | | 86:14-19 | | |
| | | 74:12-75:2 | Acushnet | | 87:4-5 | | |
| | | 77:5-78:6 | Acushnet | | 114:20-115:1 | | |
| | | 78:18-80:11 | Acushnet | | 138:2-5 | | |
| | | 110:14-111:6 | Acushnet | | 138:16-21 | | |
| | | 111:15-112:6 | Acushnet | | 148:21-149:1 | | |
| | | 113:15-114:11 | Acushnet | | 149:6-7 | | |
| | | 115:2-3 | Acushnet | | | | |
| | | 118:14-119:14 | Acushnet | | | | |
| | | 122:6-17 | Acushnet | | | | |
| | | 122:22-123:1 | Acushnet | | | | |
| | | 123:7-9 | Acushnet | | | | |
| | | 123:15-19 | Acushnet | | | | |
| | | 125:15-21 | Acushnet | | | | |
| | | 129:18-130:12 | Acushnet | | | | |
| | | 136:13-137:6 | Acushnet | | | | |
| | | 137:16-17 | Acushnet | | | | |
| | | 139:7-9 | Acushnet | | | | |
| 11/2/2006 | Timothy Rae | 6:16-17 | Acushnet | | 8:22-9:3 | | 25:14-17 |
| | | 8:10-14 | Acushnet | | 14:2-14 | | |
| | | 8:19-21 | Acushnet | | 24:16-25:13 | | 36:15-37:3 |
| | | 11:3-12:20 | Acushnet | | 34:14-36:14 | | 85:15-18 |
| | | 16:3-9 | Acushnet | | 71:20-72:7 | | |
| | | 16:15-17 | Acushnet | | 83:22-85:14 | | |
| | | 16:20-17:3 | Acushnet | | 110:3-111:17 | | |
| | | 17:9-16 | Acushnet | | 112:13-114:10 | | |
| | | 17:22-18:2 | Acushnet | | 117:17-118:10 | | |
| | | 18:8-9 | Acushnet | | 118:23-121:5 | | |
| | | 20:7-21:17 | Acushnet | | 139:18-23 | | |
| | | 23:3-24 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 30:1-20 | Acushnet | | | | |
| | | 31:1-32:11 | Acushnet | | | | |
| | | 32:19-22 | Acushnet | | | | |
| | | 34:6-13 | Acushnet | | | | |
| | | 38:1-5 | Acushnet | | | | |
| | | 38:13-16 | Acushnet | | | | |
| | | 38:21-25 | Acushnet | | | | |
| | | 40:15-21 | Acushnet | | | | |
| | | 52:17-53:25 | Acushnet | | | | |
| | | 55:17-56:12 | Acushnet | | | | |
| | | 60:12-22 | Acushnet | | | | |
| | | 61:6-8 | Acushnet | | | | |
| | | 62:17-22 | Acushnet | | | | |
| | | 64:19-25 | Acushnet | | | | |
| | | 71:17-19 | Acushnet | | | | |
| | | 72:8-12 | Acushnet | | | | |
| | | 85:23-86:7 | Acushnet | | | | |
| | | 105:24-110:2 | Acushnet | | | | |
| | | 111:24-112:12 | Acushnet | | | | |
| | | 117:7-16 | Acushnet | | | | |
| | | 118:11-22 | Acushnet | | | | |
| | | 123:10-128:8 | Acushnet | | | | |
| | | 134:11-24 | Acushnet | | | | |
| | | 135:10-23 | Acushnet | | | | |
| | | 136:13-139:3 | Acushnet | | | | |
| 9/13/2006 | Hirotaka Shimosaka | 6:2-10:22 | Acushnet | | 24:21-26:5 | | |
| | | 14:10-17:9 | Acushnet | | 28:6-7 | | 34:4-9 |
| | | 21:1-23:3 | Acushnet | | 28:22-29:1 | | |
| | | 23:9-24:20 | Acushnet | | 29:10 | | |
| | | 27:16-28:5 | Acushnet | | 29:15-30:8 | | |
| | | 28:8-28:21 | Acushnet | | 30:13-14 | | |
| | | 29:2-29:9 | Acushnet | | 31:2-4 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 29:11-29:14 | Acushnet | | 31:9-10 | | |
| | | 30:9-30:12 | Acushnet | | 32:22-33:1 | | |
| | | 30:15-31:1 | Acushnet | | 33:12-34:1 | | |
| | | 31:5-31:8 | Acushnet | | 34:11-35:4 | | |
| | | 31:11-32:21 | Acushnet | | 36:20-37:1 | | |
| | | 33:2-33:11 | Acushnet | | 39:2-9 | | |
| | | 35:5-36:19 | Acushnet | | 41:2-4 | | |
| | | 38:2-39:2 | Acushnet | | 42:4-17 | | |
| | | 39:10-40:14 | Acushnet | | 48:5-14 | | |
| | | 41:5-42:3 | Acushnet | | 48:21-49:4 | | |
| | | 43:1-44:1 | Acushnet | | 56:1-9 | | |
| | | 44:5-48:4 | Acushnet | | 56:21-57:10 | | |
| | | 48:15-48:20 | Acushnet | | 62:8-19 | | |
| | | 49:5-54:8 | Acushnet | | 68:22 | | |
| | | (Removed 52:1-17) | | | | | |
| | | 56:1-20 | Acushnet | | 89:9-11 | | |
| | | 57:11-62:7 | Acushnet | | 104:17-105:5 | | |
| | | 64:10-65:1 | Acushnet | | 111:11-18 | | |
| | | 65:19-68:21 | Acushnet | | 115:18-116:19 | | |
| | | 69:1-69:12 | Acushnet | | 117:2-15 | | |
| | | 70:2-79:2 | Acushnet | | 132:6-11 | | |
| | | 80:6-82:13 | Acushnet | | | | |
| | | 83:4-84:12 | Acushnet | | | | |
| | | 85:2-88:22 | Acushnet | | | | |
| | | 89:11-90:6 | Acushnet | | | | |
| | | 90:16-98:3 | Acushnet | | | | |
| | | 98:8-104:16 | Acushnet | | | | |
| | | 105:6-111:10 | Acushnet | | | | |
| | | 111:19-112:4 | Acushnet | | | | |
| | | 112:11-115:17 | Acushnet | | | | |
| | | 116:20-117:1 | Acushnet | | | | |
| | | 117:16-132:5 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 9/14/2006 | Hirotaka Shimosaka | 148:8-148:17 | Acushnet | | 147:22-148:7 | | 152:14-159:4 |
| | | 149:7-149:14 | Acushnet | | 148:18-149:6 | | 167:21-170:15 |
| | | 159:6-160:10 | Acushnet | | 150:2-19 | | 215:8-223:18 |
| | | 160:20-167:13 | Acushnet | | 160:11-19 | | 228:11-229:13 |
| | | 171:9-173:16 | Acushnet | | 167:14-20 | | 274:13-277:5 |
| | | 174:9-195:20 | Acushnet | | 173:17-174:8 | | |
| | | 196:9-208:17 | Acushnet | | 208:18-209:17 | | |
| | | 209:18-214:21 | Acushnet | | 214:9-20 | | |
| | | (Removed) 214:21:00) | | | 224:4-14 | | |
| | | 223:19-224:3 | Acushnet | | 224:21-22 | | |
| | | 225:1-225:6 | Acushnet | | 225:7-226:1 | | |
| | | 226:2-228:10 | Acushnet | | 229:14-18 | | |
| | | 232:2-234:2 | Acushnet | | 229:20-22 | | |
| | | 233:2-237:11 | Acushnet | | 230:1 | | |
| | | 237:16-244:11 | Acushnet | | 230:3-4 | | |
| | | 244:11-245:10 | Acushnet | | 230:6 | | |
| | | 245:20-249:1 | Acushnet | | 230:8-231:22 | | |
| | | 249:10-249:17 | Acushnet | | 234:3-12 | | |
| | | 249:22-250:4 | Acushnet | | 234:4 | | |
| | | 250:18-251:21 | Acushnet | | 245:11-17 | | |
| | | 254:2-255:9 | Acushnet | | 249:18-21 | | |
| | | 256:10-273:12 | Acushnet | | 250:5-17 | | |
| | | 274:5-274:12 | Acushnet | | 250:22-254:1 | | |
| | | 277:6-279:19 | Acushnet | | 255:10-256:1 | | |
| | | 280:8-281:16 | Acushnet | | 273:13-274:4 | | |
| | | 282:11-283:19 | Acushnet | | 279:20-280:7 | | |
| | | | | | 281:17-282:9 | | |
| 9/15/2006 | Hirotaka Shimosaka | 10:11-11:15 | Acushnet | | 8:13-10:10 | | 11:17-12:3 |
| | | 13:8-14:11 | Acushnet | | 12:4-13:7 | | |
| | | | | | 14:12-15:22 | | |

Page 22

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 9/15/2006 | Hirotaka Shimosaka | 304:15-305:11 | Acushnet | | 304:13-14 | | 319:14-320:11 |
| | | 305:19-306:22 | Acushnet | | 305:12-18 | | 393:18-394:1 |
| | | 306:7-307:5 | Acushnet | | 306:3-6 | | |
| | | 307:16-309:10 | Acushnet | | 307:6-15 | | |
| | | 310:2-317:2 | Acushnet | | 309:11-310:1 | | |
| | | 317:16-318:8 | Acushnet | | 318:19-319:13 | | |
| | | 320:12-320:15 | Acushnet | | 320:16-21 | | |
| | | 320:22-321:11 | Acushnet | | 321:12-17 | | |
| | | 321:18-323:20 | Acushnet | | 323:21-324:12 | | |
| | | 324:13-334:18 | Acushnet | | 354:11-21 | | |
| | | 335:8-342:8 | Acushnet | | 359:16-361:6 | | |
| | | 343:15-354:10 | Acushnet | | 371:11-372:14 | | |
| | | 354:22-359:2 | Acushnet | | 373:16-19 | | |
| | | 361:7-371:10 | Acushnet | | 378:11-380:19 | | |
| | | 372:15-373:15 | Acushnet | | 385:10-386:5 | | |
| | | 373:20-378:10 | Acushnet | | 391:21-393:5 | | |
| | | 380:20-385:9 | Acushnet | | 394:3-395:6 | | |
| | | 387:7-390:19 | Acushnet | | | | |
| | | 391:5-391:20 | Acushnet | | | | |
| | | 395:7-398:8 | Acushnet | | | | |
| 11/16/2006 | Hirotaka Shimosaka | 11:11-12:18 | Acushnet | | 12:19-13:2 | | |
| | | 13:3-13:10 | Acushnet | | 13:11-12 | | |
| | | 13:13-14:4 | Acushnet | | 14:5-6 | | |
| | | 14:7-14:14 | Acushnet | | 14:15-19 | | |
| | | 14:20-15:14 | Acushnet | | 15:15-16 | | |
| | | 15:17-16:1 | Acushnet | | 16:2-3 | | |
| | | 16:4-17:20 | Acushnet | | 17:21-22 | | |
| | | 18:1-18:6 | Acushnet | | 18:7-8 | | |
| | | 18:9-18:16 | Acushnet | | 18:17-18 | | |
| | | 18:19-20:16 | Acushnet | | 20:17-18 | | |
| | | 20:19-21:22 | Acushnet | | 22:1-2 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 22:3-22:10 | Acushnet | | 22:11 | | |
| | | 22:13-23:15 | Acushnet | | 23:16-18 | | |
| | | 23:19-24:13 | Acushnet | | 24:14-15 | | |
| | | 24:16-25:9 | Acushnet | | 25:10-26:16 | | |
| | | 26:17-29:20 | Acushnet | | 30:10-12 | | |
| | | 30:7-30:9 | Acushnet | | 35:8-13 | | |
| | | 30:12-35:7 | Acushnet | | 39:5-18 | | |
| | | 35:14-39:4 | Acushnet | | 40:11-12 | | |
| | | 39:19-40:10 | Acushnet | | 43:11-12 | | |
| | | 40:13-43:10 | Acushnet | | 46:15-16 | | |
| | | 43:13-46:14 | Acushnet | | 47:8-17 | | |
| | | 46:17-47:7 | Acushnet | | 48:16-17 | | |
| | | 47:18-48:15 | Acushnet | | 49:2-3 | | |
| | | 48:18-49:1 | Acushnet | | 49:12-16 | | |
| | | 49:4-49:11 | Acushnet | | 49:22 | | |
| | | 49:17-49:21 | Acushnet | | 50:14-15 | | |
| | | 50:1-50:13 | Acushnet | | 50:22-51:1 | | |
| | | 50:16-50:21 | Acushnet | | 53:17-18 | | |
| | | 51:2-53:16 | Acushnet | | 54:21-22 | | |
| | | 53:19-54:20 | Acushnet | | 56:15-16 | | |
| | | 55:1-56:14 | Acushnet | | 57:4 | | |
| | | 56:17-57:3 | Acushnet | | 57:12-13 | | |
| | | 57:5-57:11 | Acushnet | | 58:11-59:19 | | |
| | | 57:14-58:10 | Acushnet | | 60:13-14 | | |
| | | 59:20-60:12 | Acushnet | | 62:16-17 | | |
| | | 60:15-62:15 | Acushnet | | 62:22-63:1 | | |
| | | 62:18-62:21 | Acushnet | | 64:2-20 | | |
| | | 63:2-64:1 | Acushnet | | 65:19-20 | | |
| | | 64:21-65:18 | Acushnet | | 66:7-8 | | |
| | | 65:21-66:6 | Acushnet | | 67:2-3 | | |
| | | 66:9-67:1 | Acushnet | | 73:22-74:1 | | |
| | | 67:4-69:19 | Acushnet | | 74:16-17 | | |
| | | 70:6-73:21 | Acushnet | | 76:4-5 | | |
| | | 74:2-74:15 | Acushnet | | 79:9-14 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 11/17/2006 | Hirotaka Shimosaka | 74:18-76:3 | Acushnet | | | | |
| | | 76:6-79:8 | Acushnet | | | | |
| | | 79:18-82:22 | Acushnet | | | | |
| | | 83:2-83:14 | Acushnet | | | | |
| | | 84:5-86:19 | Acushnet | | 86:20-87:1 | | |
| | | 87:2-91:13 | Acushnet | | 91:14-92:9 | | |
| | | 92:10-97:6 | Acushnet | | 97:7-8 | | |
| | | 97:9-98:3 | Acushnet | | 98:04-00 | | |
| | | 98:5-99:17 | Acushnet | | 103:5-13 | | |
| | | 100:6-103:4 | Acushnet | | 104:13-105:4 | | |
| | | 103:14-104:12 | Acushnet | | | | |
| | | 6:14-8:15 | Acushnet | | 8:16 | | |
| | | 8:17-9:3 | Acushnet | | 9:4-18 | | |
| | | 9:19-13:6 | Acushnet | | 13:7-8 | | |
| | | 13:9-13:20 | Acushnet | | 13:21 | | |
| | | 13:22-15:8 | Acushnet | | 15:9-11 | | |
| | | 15:12-16:2 | Acushnet | | 16:03 | | |
| | | 16:5-18:13 | Acushnet | | 21:13-14 | | |
| | | 18:16-20:1 | Acushnet | | 22:12-14 | | |
| | | 20:11-21:12 | Acushnet | | 23:7-8 | | |
| | | 21:15-22:11 | Acushnet | | 23:20-21 | | |
| | | 22:15-23:6 | Acushnet | | 24:13-14 | | |
| | | 23:9-23:19 | Acushnet | | 24:19-20 | | |
| | | 23:22-24:12 | Acushnet | | 25:18-27:11 | | |
| | | 24:15-24:18 | Acushnet | | 28:20-22 | | |
| | | 24:21-24:22 | Acushnet | | 29:7-8 | | |
| | | 25:3-25:17 | Acushnet | | 29:16-17 | | |
| | | 27:12-28:19 | Acushnet | | 31:9-10 | | |
| | | 29:1-29:6 | Acushnet | | 33:19-22 | | |
| | | 29:9-29:15 | Acushnet | | 34:16-18 | | |
| | | 29:18-30:18 | Acushnet | | 39:1-2 | | |
| | | 31:6-31:8 | Acushnet | | 41:22 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 31:11-32:13 | Acushnet | | 42:22-43:1 | | |
| | | 32:20-33:18 | Acushnet | | 45:22-46:15 | | |
| | | 34:2-34:15 | Acushnet | | 46:22-47:1 | | |
| | | 34:20-38:22 | Acushnet | | 47:17-48:2 | | |
| | | 39:3-40:10 | Acushnet | | 48:14-49:20 | | |
| | | 40:16-41:21 | Acushnet | | 50:2-3 | | |
| | | 42:1-42:21 | Acushnet | | 51:9-18 | | |
| | | 43:2-45:21 | Acushnet | | 53:13-16 | | |
| | | 46:16-46:21 | Acushnet | | 54:8-9 | | |
| | | 47:2-47:16 | Acushnet | | 55:8-9 | | |
| | | 48:3-48:13 | Acushnet | | 56:5-12 | | |
| | | 49:21-50:1 | Acushnet | | 57:7-9 | | |
| | | 50:4-51:8 | Acushnet | | 57:19-21 | | |
| | | 51:19-52:3 | Acushnet | | 58:11-59:6 | | |
| | | 52:14-53:12 | Acushnet | | 59:12-13 | | |
| | | 53:18-54:7 | Acushnet | | 64:12-13 | | |
| | | 54:10-55:7 | Acushnet | | 64:21-22 | | |
| | | 55:10-56:4 | Acushnet | | 65:8 | | |
| | | 56:13-57:6 | Acushnet | | 80:15-81:8 | | |
| | | 57:11-57:18 | Acushnet | | 82:22-83:1 | | |
| | | 58:1-58:3 | Acushnet | | 83:14-84:14 | | |
| | | 58:6-58:10 | Acushnet | | 91:2-14 | | |
| | | 59:7-59:11 | Acushnet | | 91:19-20 | | |
| | | 59:14-64:1 | Acushnet | | 93:8-9 | | |
| | | 64:4-64:11 | Acushnet | | 100:12-13 | | |
| | | 64:14-64:20 | Acushnet | | | | |
| | | 65:1-65:7 | Acushnet | | | | |
| | | 65:9-66:1 | Acushnet | | | | |
| | | 66:17-76:11 | Acushnet | | | | |
| | | 76:17-78:8 | Acushnet | | | | |
| | | 78:14-79:18 | Acushnet | | | | |
| | | 80:1-80:14 | Acushnet | | | | |
| | | 81:9-81:13 | Acushnet | | | | |
| | | 81:19-82:21 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 83:2-83:13 | Acushnet | | | | |
| | | 84:15-85:13 | Acushnet | | | | |
| | | 86:2-88:21 | Acushnet | | | | |
| | | 89:5-90:8 | Acushnet | | | | |
| | | 90:14-91:1 | Acushnet | | | | |
| | | 91:16-91:18 | Acushnet | | | | |
| | | 91:21-93:7 | Acushnet | | | | |
| | | 93:10-93:12 | Acushnet | | | | |
| | | 93:21-98:21 | Acushnet | | | | |
| | | 99:2-100:11 | Acushnet | | | | |
| | | 100:14-101:4 | Acushnet | | | | |
| 9/28/2006 | Jun Shindo | 32:1-33:7 | Acushnet | | 23:21-24:10 | | 27:13-27:21; 28:21-30:12; 31:3-31:15 |
| | | 36:10-19 | Acushnet | | 31:16-22 | | 34:02-34:02 |
| | | 37:6-9 | Acushnet | | 33:8-34:1 | | 45:22:00 |
| | | 42:14-43:9 | Acushnet | | 35:4-36:9 | | 51:21:00 |
| | | 45:2-21 | Acushnet | | 37:10-38:9 | | 63:6-63:13 |
| | | 46:1-47:15 | Acushnet | | 47:16-49:20 | | 65:18-67:5; 71:20-72:4 |
| | | 51:3-20 | Acushnet | | 54:8-55:7 | | |
| | | 52:1-8 | Acushnet | | 60:1-62:12 | | 65:18-66:20 |
| | | 54:1-7 | Acushnet | | 63:15-64:17 | | |
| | | 55:8-59:21 | Acushnet | | 67:6-69:16 | | |
| | | 62:13-18 | Acushnet | | | | |
| | | 64:18-65:20 | Acushnet | | | | |
| | | 65:1-11 | Acushnet | | | | |
| | | 72:14-22 | Acushnet | | | | |
| | | 73:1-7 | Acushnet | | | | |
| | | 74:10-21 | Acushnet | | | | |
| 9/29/2006 | Jun Shindo | 89:21-90:1 | Acushnet | | 92:17-96:5 | | 90:2; 90:22-91:3 |
| | | 91:4-92:16 | Acushnet | | 100:7-103:1 | | 96:21-97:2; 103:14-17; 104:16-105:2 |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 96:6-20 | Acushnet | | 110:13-20 | | 123:12-125:2; 126:12-127:11 |
| | | 97:3-101:6 | Acushnet | | 111:10-115:1 | | |
| | | 105:9-109:7 | Acushnet | | 129:3-130:3 | | |
| | | 130:4-22 | Acushnet | | 131:1-22 | | |
| | | 132:1-16 | Acushnet | | 132:17-133:3 | | |
| | | 133:14-134:20 | Acushnet | | 138:15-139:11 | | |
| 8/22/2006 | Kazuyuki Takahashi | 139:13-17 | Acushnet | | | | |
| | | 9:19-10:1 | Acushnet | | 17:3-18:10 | | 16:9-21 |
| | | 16:22-17:2 | Acushnet | | 82:10-83:16 | | 18:11-13 |
| | | 74:6-9 | Acushnet | | 84:5-12 | | 84:13 - 85:18 |
| | | 75:7-10 | Acushnet | | 87:9-21 | | 89:17 - 90:7 |
| | | 82:1-9 | Acushnet | | 96:17-98:2 | | 92:16 - 93:6 |
| | | 83:17-84:4 | Acushnet | | 99:1-14 | | 94:19 - 95:2 |
| | | 84:13-85:9 | Acushnet | | 106:4-109:20 | | 98:3-18 |
| | | 90:20-92:15 | Acushnet | | 124:5-13 | | 100:9-14 |
| | | 95:3-22 | Acushnet | | 127:16-19 | | 100:21-101:3 |
| | | 96:9-16 | Acushnet | | 127:22-128:21 | | 101:17-21 |
| | | 122:22-123:4 | Acushnet | | | | 105:2-16 |
| | | 127:7-15 | Acushnet | | | | 123:15 - 124:3 |
| | | 127:20-21 | Acushnet | | | | 124:14-17 |
| 8/23/2006 | Kazuyuki Takahashi | 13:6-21 | Acushnet | | 12:9-13:5 | | 7:22 - 8:7 |
| | | 14:6-9 | Acushnet | | 13:22-14:5 | | 9:11 - 10:15 |
| | | 17:4-8 | Acushnet | | 17:9-18:11 | | 11:13 - 12:8 |
| | | 18:12-19:6 | Acushnet | | 20:5-11 | | 14:10-19 |
| | | 19:21-20:4 | Acushnet | | 25:15-26:19 | | 15:11-14 |
| | | 20:12-21:7 | Acushnet | | 28:11-15 | | 31:21-32:3 |
| | | 28:3-10 | Acushnet | | 29:19-21 | | 84:9-15 |
| | | 28:16-18 | Acushnet | | 31:11-20 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 29:11-18 | Acushnet | | 32:8-15 | | |
| | | 29:22-30:17 | Acushnet | | 34:17-20 | | |
| | | 32:4-7 | Acushnet | | 36:6-38:16 | | |
| | | 32:16-33:4 | Acushnet | | 44:8-45:16 | | |
| | | 33:17:00 | Acushnet | | 46:12-21 | | |
| | | 34:15-16 | Acushnet | | 47:2-7 | | |
| | | 35:6-36:5 | Acushnet | | 54:11-20 | | |
| | | 38:17-39:4 | Acushnet | | 61:8-17 | | |
| | | 41:18-44:7 | Acushnet | | 64:16-67:10 | | |
| | | 46:22-47:1 | Acushnet | | 68:15-19 | | |
| | | 47:8-19 | Acushnet | | 70:16-71:22 | | |
| | | 48:7-11 | Acushnet | | 74:15-75:4 | | |
| | | 53:19-54:10 | Acushnet | | 75:8-77:5 | | |
| | | 54:21-55:7 | Acushnet | | 79:22-80:12 | | |
| | | 57:3-19 | Acushnet | | 80:20-84:8 | | |
| | | 58:11-60:1 | Acushnet | | 92:13-93:15 | | |
| | | 60:15-61:7 | Acushnet | | 108:20-110:2 | | |
| | | 61:18-22 | Acushnet | | 1:3-18 | | |
| | | 62:8-21 | Acushnet | | 112:8-14 | | |
| | | 64:12-15 | Acushnet | | 113:2-22 | | |
| | | 74:3-14 | Acushnet | | 114:13-115:21 | | |
| | | 75:5-7 | Acushnet | | | | |
| | | 78:4-16 | Acushnet | | | | |
| | | 80:13-19 | Acushnet | | | | |
| | | 85:2-86:16 | Acushnet | | | | |
| | | 89:5-8 | Acushnet | | | | |
| | | 108:2-19 | Acushnet | | | | |
| | | 89:13-91:13 | Acushnet | | | | |
| | | 107:11-16 | Acushnet | | | | |
| | | 110:3-111:2 | Acushnet | | | | |
| | | 111:19-112:7 | Acushnet | | | | |
| | | 112:15-113:1 | Acushnet | | | | |
| | | 114:1-12 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 9/26/2006 | Seisuke Tomita | 9:6-11:2 | Acushnet | | 9:3-5 | | 44:10-15 |
| | | 14:1-17:12 | Acushnet | | 11:3-13 | | 60:3-8 |
| | | 45:11-52:9 | Acushnet | | 11:21-12:20 | | 60:20 - 61:15 |
| | | 68:17-69:7 | Acushnet | | 67:8-68:15 | | 89:3-11 |
| | | 73:11-18 | Acushnet | | 71:4-14 | | 103:9-104:9 |
| | | 75:2-75:17 | Acushnet | | 72:1-22 | | 114:7-12 |
| | | 76:8-76:15 | Acushnet | | 84:8-85:3 | | |
| | | 76:21-77:19 | Acushnet | | 88:15-89:2 | | |
| | | 79:10-83:14 | Acushnet | | 89:12-15 | | |
| | | 84:2-84:7 | Acushnet | | 102:11-103:8 | | |
| | | 87:22-88:14 | Acushnet | | 104:10-106:6 | | |
| | | 91:2-96:20 | Acushnet | | 114:1-6 | | |
| | | 96:21-98:1 | Acushnet | | | | |
| | | 98:2-98:19 | Acushnet | | | | |
| | | 100:10-102:10 | Acushnet | | | | |
| | | 106:8-113:22 | Acushnet | | | | |
| | | 116:7-120:8 | Acushnet | | | | |
| 9/27/2006 | Seisuke Tomita | 139:17-142:7 | Acushnet | | 138:12-139:16 | | 135:7 - 136:6 |
| | | 148:20-151:10 | Acushnet | | 142:8-145:8 | | |
| | | 153:20-155:13 | Acushnet | | 146:21-148:12 | | |
| | | 163:4-167:3 | Acushnet | | 156:1-3 | | |
| | | 171:19-179:7 | Acushnet | | 156:5-9 | | |
| | | | | | 167:5-22 | | |
| 9/15/2006 | Peter Voorheis | 12:12-15 | Acushnet | | 54:17-55:5 | | 47:13-49:10 |
| | | 47:4-12 | Acushnet | | 58:17-22 | | 55:6-58:16 |
| | | 59:7-13 | Acushnet | | 59:14-60:12 | | 59:1-6 |
| | | 69:15-70:21 | Acushnet | | 70:22-71:9 | | 60:13-61:8 |
| | | 74:5-75:22 | Acushnet | | 73:7-17 | | 71:10-73:6 |
| | | 76:10-84:22 | Acushnet | | 88:18-89:17 | | 76:1-9 |
| | | 88:10-17 | Acushnet | | 92:20-93:21 | | 85:10-88:5 |
| | | 89:18-20 | Acushnet | | 94:15-22 | | 93:22-94:14 |
| | | 90:8-9 | Acushnet | | 97:14-20 | | 95:1-97:1 |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 90:17-91:12 | Acushnet | | 102:2-15 | | 98:12-18 |
| | | 92:5-12 | Acushnet | | 105:1-11 | | 98:22-99:13 |
| | | 92:18-19 | Acushnet | | 106:12-107:5 | | 103:7-104:22 |
| | | 97:2-14 | Acushnet | | 108:17-22 | | 108:2-6 |
| | | 97:21-22 | Acushnet | | 111:5-12 | | 126:1-7 |
| | | 98:7-12 | Acushnet | | 111:20-112:13 | | 140:15-141:18 |
| | | 98:19-21 | Acushnet | | 116:19-117:17 | | 146:6-148:10 |
| | | 99:14-21 | Acushnet | | 118:2-125:22 | | 151:21-155:7 |
| | | 100:16-101:13 | Acushnet | | 126:8-137:22 | | 158:5-160:12 |
| | | 102:16-20 | Acushnet | | 139:15-140:14 | | 161:11-15 |
| | | 103:04-00 | Acushnet | | 145:12-146:5 | | 162:21-163:16 |
| | | 105:12-106:11 | Acushnet | | 148:11-14 | | 164:4-12 |
| | | 109:4-111:4 | Acushnet | | 155:8-156:18 | | 168:3-171:16 |
| | | 111:13-19 | Acushnet | | 157:8-158:3 | | 180:13-181:6 |
| | | 114:8-116:7 | Acushnet | | 160:13-161:10 | | 240:15-241:11 |
| | | 116:13-18 | Acushnet | | 161:16-162:20 | | 243:9-20 |
| | | 117:18-118:1 | Acushnet | | 167:5-182:2 | | 253:14-254:21 |
| | | 138:11-139:14 | Acushnet | | 173:10-176:19 | | 279:12-21 |
| | | 144:9-145:11 | Acushnet | | 180:3-13 | | 286:7-288:5 |
| | | 163:17-164:3 | Acushnet | | 181:7-182:7 | | 289:19-291:15 |
| | | 171:17-19 | Acushnet | | 214:11-215:10 | | 293:7-19 |
| | | 172:7-17 | Acushnet | | 241:7-243:8 | | 320:4-326:19 |
| | | 179:8-180:2 | Acushnet | | 252:14-253:13 | | |
| | | 182:8-21 | Acushnet | | 288:6-289:18 | | |
| | | 182:18-186:4 | Acushnet | | 315:17-316:2 | | |
| | | 189:19-189:20 | Acushnet | | 316:6-317:3 | | |
| | | 190:1-199:20 | Acushnet | | 319:3-320:3 | | |
| | | 211:4-214:10 | Acushnet | | 326:20-330:9 | | |
| | | 235:1-237:2 | Acushnet | | | | |
| | | 243:21-245:11 | Acushnet | | | | |
| | | 248:5-11 | Acushnet | | | | |
| | | 249:10-18 | Acushnet | | | | |
| | | 297:6-298:17 | Acushnet | | | | |
| | | 314:8-315:6 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 8/24/2006 | Hideo Watanabe | 7:11-15 | Acushnet | | 13:6-14:3 | | 16:8-1.8 |
| | | 8:3-9:10 | Acushnet | | 16:22-17:5 | | 37:6-17 |
| | | 17:6-18:5 | Acushnet | | 32:18-20 | | 67:1-11 |
| | | 26:3-32:17 | Acushnet | | 36:3-7 | | 69:10-16 |
| | | 35:22-36:2 | Acushnet | | 37:22-38:11 | | 78:11-15 |
| | | 36:18-37:5 | Acushnet | | 42:10-22 | | 82:14-15 |
| | | 40:12-17 | Acushnet | | 43:14-19 | | 86:22-82:7 |
| | | 41:2-10 | Acushnet | | 46:9-16 | | 104:20-21 |
| | | 41:22-42:9 | Acushnet | | 48:14-16 | | 105:4-12 |
| | | 43:10-13 | Acushnet | | 49:8-11 | | |
| | | 43:20-46:8 | Acushnet | | 50:1-2 | | |
| | | 46:17-19 | Acushnet | | 70:1-14 | | |
| | | 48:8-13 | Acushnet | | 71:1-3 | | |
| | | 48:18-49:7 | Acushnet | | 71:8-9 | | |
| | | 49:12-22 | Acushnet | | 71:19-72:1 | | |
| | | 50:14-20 | Acushnet | | 72:7-13 | | |
| | | 51:3-14 | Acushnet | | 73:8-10 | | |
| | | 53:14-22 | Acushnet | | 73:16-74:2 | | |
| | | 55:16-66.15 | Acushnet | | 74:4-16 | | |
| | | 69:20-70:10 | Acushnet | | 75:14-20 | | |
| | | 70:15-22 | Acushnet | | 76:4-8 | | |
| | | 71:5-7 | Acushnet | | 78:7-10 | | |
| | | 71:10-18 | Acushnet | | 78:16-79:3 | | |
| | | 72:2-6 | Acushnet | | 82:9-13 | | |
| | | 72:14-73:7 | Acushnet | | 83:1-17 | | |
| | | 73:11-15 | Acushnet | | 84:7-11 | | |
| | | 74:03-00 | Acushnet | | 86:11-15 | | |
| | | 74:17-75:13 | Acushnet | | 86:20-21 | | |
| | | 75:21-76:3 | Acushnet | | | | |
| | | 76:19-78:6 | Acushnet | | | | |
| | | 80:17-81:6 | Acushnet | | | | |
| | | 81:12-21 | Acushnet | | | | |
| | | 82:16-22 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 84:3-6 | Acushnet | | | | |
| | | 84:12-20 | Acushnet | | | | |
| | | 85:15-86:10 | Acushnet | | | | |
| | | 88:17-91:11 | Acushnet | | | | |
| | | 102:14-103:6 | Acushnet | | | | |
| | | 103:19-104:10 | Acushnet | | | | |
| | | 123:22-125:6 | Acushnet | | | | |
| | | 125:18-126:10 | Acushnet | | | | |
| 8/25/2006 | Hideo Watanabe | 149:13-14 | Acushnet | | 149:15-17 | | 167:10 - 13 |
| | | 162:16-163:4 | Acushnet | | 164:17-165:1 | | 170: 2-14 |
| | | 163:18-164:16 | Acushnet | | 167:16-18 | | 171:1-10 |
| | | 166:12-18 | Acushnet | | 168:1-9 | | 172:16 - 173:6 |
| | | 167:10-15 | Acushnet | | 169:5-170:1 | | 180:4-7 |
| | | 168:14-15 | Acushnet | | 170:4-7 | | 184:7-11 |
| | | 168:19-169:3 | Acushnet | | 171:19-172:15 | | 190:1 - 192:6 |
| | | 173:20-174:5 | Acushnet | | 174:6-19 | | 195:15-17 |
| | | 174:20-175:2 | Acushnet | | 176:4-5 | | 205:16-20 |
| | | 175:19-176:3 | Acushnet | | 176:15-177:7 | | 206:15 - 207:7 |
| | | 176:10-14 | Acushnet | | 179:10-13 | | 208:6 - 210:11 |
| | | 177:9-12 | Acushnet | | 179:17-180:3 | | 213:19 - 214:5 |
| | | 179:6-9 | Acushnet | | 184:1-6 | | |
| | | 184:12-21 | Acushnet | | 195:8-14 | | |
| | | 185:2-189:22 | Acushnet | | 211:4-11 | | |
| | | 192:7-22 | Acushnet | | 211:16-18 | | |
| | | 193:15-194:5 | Acushnet | | 212:7-8 | | |
| | | 194:20-195:7 | Acushnet | | 214:11-12 | | |
| | | 205:1-4 | Acushnet | | 214:17-20 | | |
| | | 205:8-9 | Acushnet | | 234:22-235:4 | | |
| | | 205:12-15 | Acushnet | | | | |
| | | 205:21-206:5 | Acushnet | | | | |
| | | 210:12-211:3 | Acushnet | | | | |
| | | 211:12-15 | Acushnet | | | | |
| | | 211:19-212:6 | Acushnet | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | 212:9-22 | Acushnet | | | | |
| | | 213:14-18 | Acushnet | | | | |
| | | 214:6-10 | Acushnet | | | | |
| | | 214:13-16 | Acushnet | | | | |
| | | 214:21-215:6 | Acushnet | | | | |
| | | 234:1-21 | Acushnet | | | | |
| | | 254:15-20 | Acushnet | | | | |
| 10/3/2006 | Hishashi Yamagishi | 255:19-256:13 | Acushnet | | | | |
| | | 4:12-21 | Acushnet | | 10:22 | | |
| | | 10:10-21 | Acushnet | | 13:16-14:5 | | 13:12-15 |
| | | 11:10-12:14 | Acushnet | | 20:8-17 | | 18:18 - 19:1 |
| | | 13:6-11 | Acushnet | | 21:3-15 | | 19:16 - 20:7 |
| | | 24:10-22 | Acushnet | | 22:4-12 | | 21:17 - 22:2 |
| | | 27:5-28:7 | Acushnet | | 25:1-27:4 | | 23:6-12 |
| | | 29:10-15 | Acushnet | | 28:14-29:9 | | 29:10-15 |
| | | 31:19-32:2 | Acushnet | | 29:16-31:18 | | 39:10-19 |
| | | 34:1-9 | Acushnet | | 32:3-33:22 | | 60:15-17 |
| | | 41:17-43:1 | Acushnet | | 34:10-16 | | |
| | | 46:10-48:9 | Acushnet | | 39:20-41:16 | | |
| | | 48:19-49:16 | Acushnet | | 45:17-46:9 | | |
| | | 50:19-51:12 | Acushnet | | 48:10-18 | | |
| | | 51:20-22 | Acushnet | | 50:5-18 | | |
| | | 52:8-53:17 | Acushnet | | 51:13-19 | | |
| | | 54:5-11 | Acushnet | | 52:1-7 | | |
| | | 54:20-55:16 | Acushnet | | 53:18-54:4 | | |
| | | 56:18-57:1 | Acushnet | | 54:12-19 | | |
| | | 57:15-22 | Acushnet | | 55:17-56:17 | | |
| | | 62:6-12 | Acushnet | | 57:2-14 | | |
| | | 64:2-16 | Acushnet | | 58:1-5 | | |
| | | 66:16-67:17 | Acushnet | | 61:4-62:5 | | |
| | | 68:01:00 | Acushnet | | 62:13-64:1 | | |
| | | 68:6-13 | Acushnet | | 64:17-66:15 | | |
| | | 68:21-69:9 | Acushnet | | 67:18-22 | | |

| Date of Deposition | Deponent | Party Making Original Designation | Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| | | Acushnet | 94:17-21 | | 68:2-5 | | 130:9-15 |
| | | Acushnet | 95:7-96:8 | | 68:14-20 | | 146:5-8 |
| | | Acushnet | 97:2-98:19 | | 69:10-20 | | 168:17-20 |
| | | Acushnet | 100:4-7 | | 89:20-94:16 | | |
| | | | | | 96:9-97:1 | | |
| 10/4/2006 | Hishashi Yamagishi | | | | 98:20-100:3 | | |
| | | Acushnet | 108:20-109:18 | | 109:19-110:14 | | |
| | | Acushnet | 110:15-20 | | 110:21-112:6 | | |
| | | Acushnet | 112:7-15 | | 112:16-114:15 | | |
| | | Acushnet | 114:16-20 | | 114:21-115:4 | | |
| | | Acushnet | 115:5-15 | | 115:16-116:22 | | |
| | | Acushnet | 116:3-118:15 | | 118:16-119:19 | | |
| | | Acushnet | 119:20-121:16 | | 121:17-125:17 | | |
| | | Acushnet | 125:18-128:1 | | 128:2-21 | | |
| | | Acushnet | 131:22-132:16 | | 131:16-21 | | |
| | | Acushnet | 134:19-135:13 | | 132:17-134:12 | | |
| | | Acushnet | 136:5-11 | | 135:14-136:4 | | |
| | | Acushnet | 137:21-22 | | 136:12-137:20 | | |
| | | Acushnet | 138:05:00 | | 138:1-4 | | |
| | | Acushnet | 139:4-19 | | 138:6-139:3 | | |
| | | Acushnet | 140:16-141:8 | | 139:20-140:15 | | |
| | | Acushnet | 141:18-143:12 | | 141:9-17 | | |
| | | Acushnet | 144:15-145:7 | | 143:13-144:14 | | |
| | | Acushnet | 145:15-146:8 | | 145:8-14 | | |
| | | Acushnet | 148:16-149:3 | | 146:9-148:15 | | |
| | | Acushnet | 150:4-151:6 | | 149:4-150:3 | | |
| | | Acushnet | 162:15-163:3 | | 163-4-19 | | |
| | | Acushnet | 163:20-164:11 | | 168:21-169:11 | | |
| | | Acushnet | 169:12-20 | | 169:21-171:17 | | |
| | | Acushnet | 171:18-172:6 | | 172:7-173:18 | | |
| | | Acushnet | 173:19-174:14 | | 174:15-175:9 | | |
| | | Acushnet | 175:10-177:4 | | | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 9/19/2006 | Tadatoshi Yamada | 10:3-6 | Acushnet | | 18:20-24:10 | | 17:21 |
| | | 17:22-18:19 | Acushnet | | 26:21-27:7 | | 31:9-12 |
| | | 24:11-16 | Acushnet | | 29:6-10 | | 47:7-16 |
| | | 27:8-29:5 | Acushnet | | 34:2-36:20 | | 51:21 - 52:6 |
| | | 32:12-34:1 | Acushnet | | 37:19-38:12 | | 65:3-4 |
| | | 38:13-39:3 | Acushnet | | 41:18-42:8 | | 71:16 - 72:1 |
| | | 39:21-40:6 | Acushnet | | 43:19-44:10 | | 80:2-13 |
| | | 42:9-43:18 | Acushnet | | 46:17-47:6 | | 86:7-12 |
| | | 44:11-16 | Acushnet | | 47:17-48:8 | | 101:22 - 102:6 |
| | | 46:6-16 | Acushnet | | 51:16-20 | | 114:10-13 |
| | | 57:21-58:10 | Acushnet | | 58:11-61:22 | | 116:20 - 117:2 |
| | | 83:18-84:13 | Acushnet | | 62:22-63:6 | | 133:2-4 |
| | | 89:9-20 | Acushnet | | 63:18-64:7 | | 150:2-5 |
| | | 96:15-100:1 | Acushnet | | 64:11-17 | | |
| | | 101:18-20 | Acushnet | | 66:14-68:20 | | |
| | | 108:21-109:6 | Acushnet | | 71:11-15 | | |
| | | 110:6-113:22 | Acushnet | | 72:4-15 | | |
| | | 116:14-19 | Acushnet | | 84:14-86:5 | | |
| | | 121:16-122:2 | Acushnet | | 100:3-10 | | |
| | | 123:13-19 | Acushnet | | 115:18-116:13 | | |
| | | 134:1-136:1 | Acushnet | | 122:3-16 | | |
| | | 137:10-138:6 | Acushnet | | 133:5-7 | | |
| | | 139:18-140:5 | Acushnet | | 140:6-15 | | |
| | | 150:20-152:15 | Acushnet | | 160:8-12 | | |
| | | 155:2-22 | Acushnet | | 160:19-22 | | |
| | | 157:4-158:19 | Acushnet | | 162:18-163:6 | | |
| | | 159:15-160:7 | Acushnet | | | | |
| | | 160:13-18 | Acushnet | | | | |
| 8/30/2006 | Yoshinori Egashira | 11:11-12 | Acushnet | | 9:15-11:10 | | |
| | | 11:18-12:7 | Acushnet | | 11:13-17 | | |
| | | 16:21-17:22 | Acushnet | | 13:9-16:20 | | |
| | | 26:15-18 | Acushnet | | 18:1-20:4 | | |
| | | | | | 26:9-14 | | |

| Date of Deposition | Deponent | Original Designation | Party Making Original Designation | Objection | Counter-Designation by Bridgestone | Objection | Acushnet's Reply Designations |
|---|---|---|---|---|---|---|---|
| 10/2/2006 | Yoshinori Egashira | 26:22-27:4 | Acushnet | | 26:19-21 | | |
| | | 28:14-16 | Acushnet | | 27:5-28:13 | | |
| | | 29:4-5 | Acushnet | | 28:17-29:3 | | |
| | | 29:11-16 | Acushnet | | 29:6-10 | | |
| | | 30:4-6 | Acushnet | | 29:17-30:3 | | |
| | | 31:14-32:12 | Acushnet | | 30:7-31:13 | | |
| | | 33:6-10 | Acushnet | | 32:13-33:5 | | |
| | | | | | | | |
| | | 39:6-14 | Acushnet | | 38:13-39:5 | | |
| | | 39:16-40:2 | Acushnet | | 39:15 | | |
| | | 40:8-13 | Acushnet | | 40:3-7 | | |
| | | 40:18-22 | Acushnet | | 40:14-17 | | |
| | | 41:22-42:1 | Acushnet | | 42:2 | | |
| | | 42:3-10 | Acushnet | | 42:11-12 | | |
| | | 42:13-16 | Acushnet | | 42:17-18 | | |
| | | 42:19-20 | Acushnet | | 46:19-48:19 | | |
| | | 48:20-49:2 | Acushnet | | 49:3-4 | | |
| | | 49:5-7 | Acushnet | | | | |

EXHIBIT 12

## EXHIBIT 12

## BRIEF STATEMENT OF WHAT BRIDGESTONE INTENDS TO PROVE

1.      Bridgestone intends to prove in support of its claims, in addition to the facts not in dispute, including the damages claimed, and other relief sought as follows:

        a.      Bridgestone intends to prove that Acushnet infringes the '852 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine of equivalents.

        b.      Bridgestone intends to prove that Acushnet infringes the '707 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine of equivalents.

        c.      Bridgestone intends to prove that Acushnet infringes the '791 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine of equivalents.

        d.      Bridgestone intends to prove that Acushnet infringes the '652 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine of equivalents.

        e.      Bridgestone intends to prove that Acushnet infringes the '961 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine of equivalents.

        f.      Bridgestone intends to prove that Acushnet infringes the '817 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine of equivalents.

        g.      Bridgestone intends to prove that Acushnet infringes the '834 patent by making, selling and using the accused Acushnet golf balls, literally or under the doctrine

of equivalents.

h.    Bridgestone intends to prove the amount of damages it has suffered from Acushnet's infringement of the Bridgestone patents-in-suit, including reasonable royalties in the amounts set forth in the Expert Report of John C. Jarosz dated January 16, 2007.

i.    Bridgestone intends to prove that it is entitled to enhanced damages, attorneys' fees and costs under 35 U.S.C. §§ 284 and 285.

j.    Bridgestone intends to prove that it is entitled to a permanent injunction prohibiting Acushnet from further infringement the Bridgestone patents-in-suit.

k.    Bridgestone intends to rebut, to the extent necessary, any defense offered by Acushnet in its case-in-chief.

EXHIBIT 13

## EXHIBIT 13

## ACUSHNET'S STATEMENT OF INTENDED PROOF[1]

## I.    INTRODUCTION TO ACUSHNET

Acushnet Company is the leading manufacturer of golf balls in the United States and the world.  It is an innovator in the art, not just a "wound ball" company as claimed by Bridgestone, and it protects and respects intellectual property rights and did not copy the patent-in-suits.  Acushnet created its own products and obtained its own patents on the accused balls.  Acushnet has even designed around some of Bridgestone's patents.  Bridgestone's patents-in-suit did not invent the "long and soft" solid golf ball or the idea of a double cover solid golf ball.  Professionals prefer Pro V1 on tour to competing balls, for reasons having nothing to do with any alleged technology of Bridgestone's.

## II.    BRIDGESTONE'S PATENTS

### A.    U.S. Patent No. 5,252,652

1.    The Asserted Claims are invalid because they are anticipated under 35 U.S.C. § 102, in light of at least the Fujii Japanese Kokai Publication No. 02-092378.

2.    The Asserted Claims are invalid because they are obvious under 35 U.S.C. §103, in light of at least the following prior art references:

- Fujii Japanese Kokai Publication No. 02-092378

- U.S. Patent No. 4,556,220

- H. Fries et al, Mastication of Rubber (1981)

- U.S. Patent No. 4,722,977

- Knowledge of one of ordinary skill in the art

---

[1]  Acushnet has excluded from this Statement of Intended Proof reliance on prior art that the Court has ruled Acushnet may not rely upon at trial.  (See D.I. 288, 291 (orders addressing prior art related to the '707 and '791 patents)).  But in so doing Acushnet has not intended to abandon or waive any right to appeal from an adverse judgment following trial the issues relating to the Court's exclusion rulings.

- Other art identified by Acushnet in its discovery responses.

3.    In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art and ascertain the differences between the prior art and the claims.

4.    None of Acushnet's Accused Products practice any of the Asserted Claims of the '652 patent because they lack one or more claim element(s) including, but not limited to, the following:

- "a rubber composition containing 100 parts by weight of a base rubber selected from the group consisting of polybutadiene rubber, natural rubber, polyisoprene rubber and styrene-butadiene rubber"

- "about 25 to about 40 parts by weight of a zinc or magnesium salt of an unsaturated fatty acid having 3 to 8 carbon atoms"

- "about 0.05 to about 2 parts by weight of a sulfur compound selected from the group consisting of pentachlorothiophenol, 4-t-tubyl-o-thiocresol, 4-t-butyl-p-thiocresol, 2-benzamidothiophenol, thiobenzoic acid, and zinc salts thereof"

5.    Bridgestone cannot prove that the '652 patent is entitled to rely on its Japanese foreign filing date for priority purposes.

6.    The addition of new matter during the prosecution of the '652 patent results in the '652 patent having a priority date of May 10, 1990.

7.    Bridgestone is barred from attempting to prove infringement under the doctrine of equivalents because of prosecution history estoppel.

**B.    U.S. Patent No. 5,553,852**

1.    The Asserted Claims are invalid because they are anticipated under 35 U.S.C. § 102, in light of at least the U.S. Patent No. 4,431,193 to Nesbitt issued on February 14, 1984, based on an application filed August 25, 1981.

2.     The Asserted Claims are invalid because they are obvious under 35 U.S.C. §103, in light of at least the following prior art references:

- U.S. Patent No. 4,431,193

- U.S. Patent No. 5,314,187

- The Wilson Ultra Tour Balata 90 Golf Ball manufactured and sold by Wilson Sporting Goods and obtained by Acushnet prior to July 1993 and stored under log number 93007.

- Knowledge of one of ordinary skill in the art

- Other art identified by Acushnet in its discovery responses.

3.     In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art and ascertain the differences between the prior art and the claims.

4.     None of Acushnet's Accused Products practice any of the Asserted Claims of the '852 patent because they lack one or more claim element(s) including, but not limited to, the following:

- "a three-piece solid golf ball"

- "said center core having a diameter of at least 29 mm"

- "said intermediate layer having a thickness of at least 1 mm"

- "said cover having a thickness of 1 to 3 mm"

5.     Further, the inventor expressly disavowed golf balls, such as the Accused Products, during the prosecution of the '852 patent.

6.     Allowing Bridgestone to pursue infringement under the doctrine of equivalents would result in Bridgestone improperly recapturing intentionally excluded subject matter.  For at least this reason, Bridgestone should be precluded from pursuing infringement under the doctrine of equivalents.

C.    U.S. Patent No. 6,634,961

1.      The Asserted Claim is invalid because it is anticipated under 35 U.S.C. § 102, in light of at least U.S. Patent 6,612,940 to Nesbitt issued on September 2, 2003, based on an application filed on November 9, 2000 claiming priority to a provisional application filed on January 22, 1999.

2.      The Asserted Claim is invalid because it is obvious under 35 U.S.C. §103, in light of at least the following prior art references:

- U.S. Patent No. 6,612,940
- U.S. Patent No. 6,486,261
- U.S. Patent No. 5,508,350
- U.S. Patent No. 4,955,613
- U.S. Patent No. 6,486,261
- U.S. Patent No. 4,683,257
- U.S. Patent No. 4,556,220
- U.S. Patent No. 5,252,652
- U.S. Patent No. 6,162,135
- U.S. Patent No. 6,975,131
- Knowledge of one of ordinary skill in the art
- Other art identified by Acushnet in its discovery responses.

3.      In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art and ascertain the differences between the prior art and the claims.

4.      Bridgestone has failed to meet its burden of proof that Acushnet's Accused Product practices the Asserted Claim of the '961 patent.

5.      Acushnet's current Accused Product does not practice the Asserted Claim of the '961 patent because it does not contain a rubber composition comprising 100 parts

by weight of a base rubber composed of 20 to 100 wt % of a polybutadiene synthesized using a rare earth catalyst.

6.      For substantial periods of time, Acushnet's Accused Product did not practice the Asserted Claim of the '961 patent because it did not contain a rubber composition comprising 100 parts by weight of a base rubber composed of 20 to 100 wt % of a polybutadiene synthesized using a rare earth catalyst.

### D.      U.S. Patent No. 5,743,817

1.      Bridgestone is barred from attempting to prove infringement under the doctrine of equivalents because of prosecution history estoppel.

2.      None of Acushnet's NXT Tour golf balls bearing the "◄NXT●Tour►" sidestamp infringe claim 1 of the '817 patent because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component;

- a cover thickness of 1.3 to 1.8 mm; and

- a cover with a Shore D hardness of up to 60.

3.      None of Acushnet's NXT Tour golf balls bearing the "◄NXT Tour►" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component;

- a cover thickness of 1.3 to 1.8 mm; and

- a cover with a Shore D hardness of up to 60.

4.      None of Acushnet's NXT Tour golf balls bearing the "◄NXT-Tour►" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

5

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

5.      None of Acushnet's DT So/Lo golf balls bearing the "◄DT So/Lo►" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

6.      None of Acushnet's DT So/Lo golf balls bearing the "DT So/Lo" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

7.      None of Acushnet's PTS So/Lo golf balls bearing the "◄PTS So/Lo►" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

8.      None of Acushnet's PTS So/Lo golf balls bearing the "PTS So/Lo" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

6

9.      None of Acushnet's Pinnacle Exception golf balls bearing the Exception airfoil logo sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

10.     None of Acushnet's Pinnacle Exception golf balls bearing the "Exception" sidestamp infringe claim 1 of the '817 patent, because they lack one or more claim elements, including but not limited to the following:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover with a Shore D hardness of up to 60.

11.     Bridgestone is estopped from attempting to argue infringement under the doctrine of equivalents for at least the following limitations:

- a core with a distortion of 2.9 to 4.0 mm under a load of 100 kg;

- a cover consisting of an ionomer resin as a resin component; and

- a cover thickness of 1.3 to 1.8 mm.

12.     The '817 patent is anticipated under 35 U.S.C. § 102 by JP '673.

13.     The Asserted Claim is invalid because it is obvious under 35 U.S.C. §103, in light of at least the following prior art references:

- JP '673

- The Precept EV Extra Spin golf ball

- Knowledge of one of ordinary skill in the art

- Other art identified by Acushnet in its discovery responses

14.     In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art and ascertain the differences between the prior art and the claims.

7

### E.     U.S. Patent No. 5,782,707

1.     Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "Pro V1 392" manufactured by Acushnet at some time between 2000 and 2002 infringe the following limitations of claim 1 of the '707 patent:

- "the core center hardness is up to 75 degrees"
- "the core surface hardness is up to 85 degrees"
- "the core surface hardness is higher than the core center hardness by 8 to 20 degrees"
- "the intermediate layer hardness is higher than the core surface hardness by at least 5 degrees"

2.     Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "Pro V1 392 (stretched)" manufactured by Acushnet at some time between 2000 and 2002 infringe the following limitation of claim 1 of the '707 patent:

- "the core center hardness is up to 75 degrees"
- "the core surface hardness is up to 85 degrees"
- "the core surface hardness is higher than the core center hardness by 8 to 20 degrees"
- "the intermediate layer hardness is higher than the core surface hardness by at least 5 degrees"

3.     Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "◄Pro V1●392►" manufactured by Acushnet at some time between 2000 and 2002 infringe the following limitations of claim 1 of the '707 patent:

- "the core center hardness is up to 75 degrees"
- "the core surface hardness is up to 85 degrees"

8

- "the core surface hardness is higher than the core center hardness by 8 to 20 degrees"

- "the intermediate layer hardness is higher than the core surface hardness by at least 5 degrees"

4.    Claim 1 of the '707 patent is invalid under 35 U.S.C. § 103 in light of the pertinent prior art, including:

- European Patent Application EP 0 633 043 A1

- The knowledge of one of ordinary skill in the art

- Core gradient art identified in Dr. Felker's January 2007 invalidity report that the Court has not excluded Dr. Felker from considering

- Other art identified by Acushnet in its discovery responses

5.    In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art, ascertain the differences between the prior art and the claims, and resolve the level of ordinary skill in the art.

**F.    U.S. Patent No. 5,803,834**

1.    Claim 1 of the '834 patent is invalid because it is anticipated under 35 U.S.C. § 102 in light of the following:

- Precept EV Extra Spin golf balls (96001) obtained by Acushnet prior to February 27, 1996

- Wilson Ultra Competition golf balls (93049) obtained by Acushnet prior to February 27, 1996

2.    Claim 1 of the '834 patent is invalid because it is obvious under 35 U.S.C. § 103 in light of at least the following prior art references:

- Core gradient art identified in Dr. Felker's January 2007 invalidity report that the Court has not excluded Dr. Felker from considering

- Knowledge of one of ordinary skill in the art

9

- Other art identified by Acushnet in its discovery responses.

3.    In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art, ascertain the differences between the prior art and the claims, and resolve the level of ordinary skill in the art.

4.    Claim 1 of the '834 patent is invalid under 35 U.S.C. § 112.

5.    Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "◄NXT►" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"
- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"
- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"
- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

6.    Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "◄-NXT-►" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"
- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"
- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"
- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

7.     Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "DT So/Lo" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"

- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"

- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"

- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

8.     Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "PTS So/Lo" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"

- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"

- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"

- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

9.     Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "◄DT So/Lo►" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"

- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"

11

- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"

- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

10.    Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "◄PTS So/Lo►" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"

- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"

- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"

- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

11.    Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "Exception airfoil logo" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

- "a surface hardness is up to 85 degrees"

- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"

- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"

- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

12.    Bridgestone has failed to prove by a preponderance of the evidence that the golf balls bearing the side stamp "Exception" manufactured by Acushnet infringe at least the following limitations of claim 1 of the '834 patent:

12

- "a surface hardness is up to 85 degrees"

- "a center hardness is lower than the surface hardness by not less than 8 to less than 20 degrees"

- "a hardness within 5 mm inside the core surface is up to 8 degrees lower than the surface hardness"

- "said cover has a hardness which is higher than the surface hardness of the core by 1 to 15 degrees"

13.     Bridgestone is barred from attempting to prove infringement under the doctrine of equivalents because of prosecution history estoppel.

### G.     U.S. Patent No. 6,679,791

1.     Claims 11, 13, 16, and 26 of the '791 patent are invalid because they are obvious under 35 U.S.C. § 103 in light of at least the following prior art references:

- United States Patent No. 6,390,935

- Other core gradient art identified in Dr. Felker's January 2007 invalidity report that the Court has not excluded Dr. Felker from considering

- Knowledge of one of ordinary skill in the art

- Other art identified by Acushnet in its discovery responses.

2.     In proving obviousness, Acushnet will provide evidence to determine the scope and content of the prior art and ascertain the differences between the prior art and the claims.

3.     Claims 11, 13, 16, and 26 of the '791 patent are invalid under 35 U.S.C. § 112.

4.     Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄● Pro V1 392 ●►" manufactured by Acushnet infringe at

13

least the following limitations of claim 11 of the '791 patent and claim 1, from which it
depends:

- "said intermediate layer is composed of a resin material which is
  harder than the cover and has a greater hardness than the surface of the
  elastic core when compared using the same hardness scale"

- "said elastic core has a hardness which gradually increases radially
  outward from the center to the surface thereof and a difference in JIS-
  C hardness of at least 22 between the center and the surface"

5.     Bridgestone has failed to meet its burden of proof to show that the golf
balls bearing the side stamp "◄● Pro V1 392 ●►" manufactured by Acushnet infringe at
least the following limitations of claim 13 of the '791 patent:

- "said intermediate layer is composed of a resin material which is
  harder than the cover and has a greater hardness than the surface of the
  elastic core when compared using the same JIS-C hardness scale"

- "said elastic core has a hardness at the center and a hardness at the
  surface thereof which is greater than the hardness at the center thereof,
  and a difference in JIS-C hardness of at least 22 between the center
  and the surface"

6.     Bridgestone has failed to meet its burden of proof to show that the golf
balls bearing the side stamp "◄● Pro V1 392 ●►" manufactured by Acushnet infringe at
least the following limitations of claim 16 of the '791 patent and claim 13, from which it
depends:

- "said intermediate layer is composed of a resin material which is
  harder than the cover and has a greater hardness than the surface of the
  elastic core when compared using the same JIS-C hardness scale"

- "said elastic core has a hardness at the center and a hardness at the
  surface thereof which is greater than the hardness at the center thereof,

14

and a difference in JIS-C hardness of at least 22 between the center

and the surface"

- "the intermediate layer has a Shore D hardness of 50 to 67"

7.      Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄● Pro V1 392 ●►" manufactured by Acushnet infringe at least the following limitations of claim 26 of the '791 patent, and claim 24 of the '791 patent from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover having a Shore D hardness of 45 to 58 and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"
- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

8.      Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1-392 ►" manufactured by Acushnet infringe at least the following limitations of claim 11 of the '791 patent and claim 1, from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same hardness scale"
- "said elastic core has a hardness which gradually increases radially outward from the center to the surface thereof and a difference in JIS-C hardness of at least 22 between the center and the surface"

15

9. Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1-392 ►" manufactured by Acushnet infringe at least the following limitations of claim 13 of the '791 patent:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"

- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

10. Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1-392 ►" manufactured by Acushnet infringe at least the following limitations of claim 16 of the '791 patent and claim 13, from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"

- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

- "the intermediate layer has a Shore D hardness of 50 to 67"

11. Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1-392 ►" manufactured by Acushnet infringe at least the following limitations of claim 26 of the '791 patent, and claim 24 of the '791 patent from which it depends:

16

- "said intermediate layer is composed of a resin material which is harder than the cover having a Shore D hardness of 45 to 58 and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"
- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

12.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄● Pro V1x 332 ●►" manufactured by Acushnet infringe at least the following limitations of claim 11 of the '791 patent and claim 1, from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same hardness scale"
- "said elastic core has a hardness which gradually increases radially outward from the center to the surface thereof and a difference in JIS-C hardness of at least 22 between the center and the surface"

13.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄● Pro V1x 332 ●►" manufactured by Acushnet infringe at least the following limitations of claim 13 of the '791 patent:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"
- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof,

17

and a difference in JIS-C hardness of at least 22 between the center and the surface"

14.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄● Pro V1x 332 ●►" manufactured by Acushnet infringe at least the following limitations of claim 16 of the '791 patent and claim 13, from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"
- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"
- "the intermediate layer has a Shore D hardness of 50 to 67"

15.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄● Pro V1x 332 ●►" manufactured by Acushnet infringe at least the following limitations of claim 26 of the '791 patent, and claim 24 of the '791 patent from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover having a Shore D hardness of 45 to 58 and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"
- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

18

16.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1x-332 ►" manufactured by Acushnet infringe at least the following limitations of claim 11 of the '791 patent and claim 1, from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same hardness scale"
- "said elastic core has a hardness which gradually increases radially outward from the center to the surface thereof and a difference in JIS-C hardness of at least 22 between the center and the surface"

17.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1x-332 ►" manufactured by Acushnet infringe at least the following limitations of claim 13 of the '791 patent:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"
- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

18.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1x-332 ►" manufactured by Acushnet infringe at least the following limitations of claim 16 of the '791 patent and claim 13, from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"

19

- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

- "the intermediate layer has a Shore D hardness of 50 to 67"

19.    Bridgestone has failed to meet its burden of proof to show that the golf balls bearing the side stamp "◄ Pro V1x-332 ►" manufactured by Acushnet infringe at least the following limitations of claim 26 of the '791 patent, and claim 24 of the '791 patent from which it depends:

- "said intermediate layer is composed of a resin material which is harder than the cover having a Shore D hardness of 45 to 58 and has a greater hardness than the surface of the elastic core when compared using the same JIS-C hardness scale"

- "said elastic core has a hardness at the center and a hardness at the surface thereof which is greater than the hardness at the center thereof, and a difference in JIS-C hardness of at least 22 between the center and the surface"

20.    Bridgestone is barred from attempting to prove infringement under the doctrine of equivalents.

### H.    Laches

1.    Bridgestone delayed filing suit for an unreasonable and inexcusable length of time and its delay operated to the prejudice and/or injury of Acushnet.

### I.    Damages

1.    Bridgestone's damages claim based on an alleged reasonable royalty of $146.5 million, generated by applying between 7.0 and 8.5 percent to report Acushnet

worldwide dollar sales of alleged infringing golf balls, is grossly inflated and unsupported.

2.    Bridgestone cannot prove by a preponderance of the evidence that it is entitled to this in damages.  In particular, Mr. Jarosz's opinion related to the likely outcome of the hypothetical negotiation between Bridgestone and Acushnet is unreliable, the wrong analysis for this industry, and speculative guesswork.  It is further flawed in assuming that the Bridgestone patents-in-suit are valid and infringed, which they are not.

3.    Assuming that Acushnet infringes any of the Bridgestone patents, if valid, the most likely result of a hypothetical negotiation between Bridgestone and Acushnet with respect to the Bridgestone patents would have been a non-exclusive license involving a lump-sum royalty payment by Acushnet to Bridgestone of $1,487,555 at or about the time leading up to July 2000.

4.    Although less likely, another possible outcome of this negotiation would be a lump-sum payment by Acushnet in the amount of $8,597,285.  The available evidence, in fact, suggests that the outcome of such a negotiation may well have generated lower royalty rates and resulting damage calculations.

**ACUSHNET PATENTS**

### A.    U.S. Patent No. 6,818,705

1.    The Bridgestone Tour B330 golf ball infringes claim 4 of the '705 patent.

2.    The Precept U-Tri Extra Distance golf ball infringes claim 4 of the '705 patent.

3.    The Precept U-Tri Extra Spin golf ball infringes claim 4 of the '705 patent.

4.    The Nike One Black golf ball infringes claim 4 of the '705 patent.

5.    The Nike One Platinum golf ball infringes claim 4 of the '705 patent.

6.    The Nike One Gold golf ball infringes claim 4 of the '705 patent.

7.    The Nike One TW golf ball infringes claim 4 of the '705 patent.

8.    Acushnet will rebut Bridgestone's claim that the '705 patent is invalid under 35 U.S.C. § 102.

9.    Acushnet will rebut Bridgestone's claim that the '705 patent is invalid under 35 U.S.C. § 103.

10.    Acushnet will rebut Bridgestone's claim that the '705 patent is invalid under 35 U.S.C. § 112.

## B.    U.S. Patent No. 4,729,861

1.    The Precept U-Tri Tour golf ball infringes claim 1 of the '861 patent.

2.    The Precept Laddie golf ball infringes claim 1 of the '861 patent.

3.    The Bridgestone Tour B330 golf ball infringes claim 1 of the '861 patent.

4.    Acushnet will rebut Bridgestone's claim that the '861 patent is invalid under 35 U.S.C. § 102.

5.    Acushnet will rebut Bridgestone's claim that the '861 patent is invalid under 35 U.S.C. § 103.

6.    Acushnet will rebut Bridgestone's claim that the '861 patent is invalid under 35 U.S.C. § 112.

## C.    U.S. Patent No. 4,936,587

1.    The Precept U-Tri Tour golf ball infringes claim 1 of the '587 patent

2.    The Precept Laddie golf ball infringes claim 1 of the '587 patent.

3.    The Bridgestone Tour B330 golf ball infringes claim 1 of the '587 patent.

4.    The Precept U-Tri Tour golf ball infringes claim 26 of the '587 patent.

5.    Acushnet will rebut Bridgestone's claim that the '587 patent is invalid under 35 U.S.C. § 102.

6.    Acushnet will rebut Bridgestone's claim that the '587 patent is invalid under 35 U.S.C. § 103.

7.    Acushnet will rebut Bridgestone's claim that the '587 patent is invalid under 35 U.S.C. § 112.

### D.    U.S. Patent No. 5,080,367

1.    The Precept U-Tri Tour golf ball infringes claim 1 of the '367 patent.

2.    The Precept Laddie golf ball infringes claim 1 of the '367 patent.

3.    The Bridgestone Tour B330 golf ball infringes claim 1 of the '367 patent.

4.    Acushnet will rebut Bridgestone's claim that the '367 patent is invalid under 35 U.S.C. § 102.

5.    Acushnet will rebut Bridgestone's claim that the '367 patent is invalid under 35 U.S.C. § 103.

6.    Acushnet will rebut Bridgestone's claim that the '367 patent is invalid under 35 U.S.C. § 112.

### E.    Damages

1.    Acushnet intends to prove at trial that Bridgestone's infringement of the '705 and '861, '587 and '367 patents has damaged Acushnet, and that it is entitled to a reasonably royalty in the form of a lump-sum payment, plus pre-judgment and post-judgment interest and costs as fixed by the Court, pursuant to 35 U.S.C. § 284 and 28 U.S.C. § 1961.

2.    Acushnet intends to prove at trial that Bridgestone's infringement of the '705 and '861, '587 and '367 patents has damaged Acushnet, and that it is entitled to a reasonably royalty in the form of a lump-sum payment, plus pre-judgment and post-judgment interest and costs as fixed by the Court, pursuant to 35 U.S.C. § 284 and 28 U.S.C. § 1961.

3.    Acushnet intends to prove that the most likely result of a hypothetical negotiation between Bridgestone and Acushnet with respect to '861, '587 and '367 patents would have resulted in a lump-sum payment by Bridgestone to Acushnet of

$46,520 at or about the time leading up to January 2002, and that the most likely outcome of a hypothetical negotiation concerning the '705 patent would have resulted in a lump-sum payment by Bridgestone to Acushnet of $3,334 at or about the time leading up to November 2004.

      4.     Acushnet will also demonstrate that it is entitled to a permanent injunction against Bridgestone, preventing Bridgestone from further infringing the '705 patent.

EXHIBIT 14

**EXHIBIT 14**

**BRIDGESTONE'S MISCELLANEOUS ISSUES**

1.    **The bifurcation, separation, and order of issues for trial.**

a.    The Court has previously bifurcated and stayed the issue of willful infringement for both discovery and trial. (D.I. 158, Aug. 2, 2006 Tr. at 23)

b.    For Bridgestone's claims of patent infringement against Acushnet: Bridgestone proposes staging the litigation in two phases. The first phase will include all issues concerning Bridgestone's claims of patent infringement and damages against Acushnet. The second phase to follow immediately thereafter will include all issues concerning Acushnet's claims of invalidity of the Bridgestone's patents-in-suit.

c.    For Acushnet's claims of patent infringement against Bridgestone: Bridgestone proposes bifurcating and staying all such claims until Bridgestone's claims of patent infringement are tried. Bridgestone is seeking damages of at least $146 million for the alleged infringement by Acushnet of the seven Bridgestone patents-in-suit. On the other hand, for the alleged infringement by Bridgestone of the four Acushnet patents-in-suit, Acushnet is seeking less than $50,000 in damages for a fullypaid-up license. Accordingly, to conserve the time, expense and resources of the parties and this Court and to avoid jury confusion, Bridgestone proposes that all issues and claims concerning Acushnet's four patents-in-suit be bifurcated from Bridgestone's claims. Bridgestone proposes trying the validity and infringement issues related to the Acushnet patents-in-suit at some later time, if at all.

2.    **The Trial Schedule, including the time allotted for each side.**

Bridgestone proposes the trial of the infringement, damages and validity issues for the seven Bridgestone patents-in-suit will take ten (10) days.

1

3.    **New Witnesses**

Acushnet's witness list identifies current Acushnet employees who were not identified on Acushnet's initial disclosures or interrogatory answers as fact witnesses. Bridgestone moves to preclude Acushnet from calling to trial any fact witness that was not appropriately identified.

4.    **Exhibit Identification**

Bridgestone proposes the following term for the joint pre-trial order:

> The parties shall identify the exhibits to be used on direct examination at least 48 hours before using those exhibits (except for adverse witnesses being called in the party's case-in-chief) and the other party shall assert any objections to those exhibits within 24 hours thereafter.

Acushnet removed this term from the joint pre-trial order. Bridgestone asks that the Court include this provision in the pre-trial order.

5.    **Acushnet's 35 U.S.C. § 282 Statement**

Acushnet's purported Section 282 statement does not conform to Section 282. Acushnet purports to rely "on the invalidity defenses and prior art previously identified in [its] discovery responses, expert reports and pretrial exhibit lists." This is improper because it fails to disclose the specific information required by 35 U.S.C. § 282. Moreover, because the Court has ordered Acushnet to pare down its prior art defenses and has excluded Acushnet from relying on art that Acushnet now says it will rely on, Acushnet's purported Section 282 statement is further improper.

2

# EXHIBIT 15

**EXHIBIT 15**

**ACUSHNET'S MISCELLANEOUS ISSUES**

1.    **The bifurcation, separation, and order of issues for trial.**

Acushnet does not agree to Bridgestone's proposal to stage the litigation in two phases, as described in Exhibit 14.1.b or to bifurcate Acushnet's infringement claims, as described in Exhibit 14.1.c.  The litigation should be tried all at once with the order of proof as follows:

    (1) Bridgestone's infringement case against Acushnet;

    (2) Acushnet's non-infringement response;

    (3) Acushnet's invalidity defense;

    (4) Acushnet's infringement case against Bridgestone;

    (5) Bridgestone's invalidity reply;

    (6) Bridgestone's non-infringement response; and

2.    **The Trial Schedule**

Acushnet believes trial of all issues regarding the eleven patents-in-suit could take over two weeks. However, if the court allots only two weeks for trial, Acushnet proposes that all of the issues regarding the eleven patents-in-suit should be completed in that time.

3.    **Jury Instructions**

Acushnet proposes that the parties have the opportunity to supplement the final jury instructions before the final charging conference.

4.    **Jury Notebooks**

Acushnet proposes that the jurors be provided with notebooks in which they are permitted to take handwritten notes during the presentations of the parties and that jurors be

permitted to bring these handwritten notes into the deliberation room.