IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BRIDGESTONE SPORTS CO. LTD., :
:
    Plaintiff, :
:
v. : Civil Action No. 05-132-JJF
:
ACUSHNET COMPANY, :
:
    Defendant. :

ORDER

WHEREAS, on May 16, 2007, Plaintiff filed a Motion For Leave To File The Attached Surreply Brief In Opposition To Acushnet's Emergency Motion To Amend Invalidity Expert Reports And To Reset The Pretrial And Trial Dates (D.I. 511);

WHEREAS, Plaintiff's surreply limited itself to responding only to new issues raised by Acushnet in Acushnet's Reply Brief to its Emergency Motion;

NOW THEREFORE IT IS HEREBY ORDERED that Plaintiff's request (D.I. 511) is **GRANTED** and Plaintiff's Surreply (D.I. 511, Ex. 1) will be deemed filed.

June 1, 2007
DATE

UNITED STATES DISTRICT JUDGE