IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIDGESTONE SPORTS CO., LTD., and BRIDGESTONE GOLF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACUSHNET COMPANY, <br> Defendant. | C.A. No. 05-132 (JJF) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated by the parties that this action, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
lpolizoti@mnat.com

Robert M. Masters
Terrance J. Wikberg
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, NW
Washington, D.C. 20005
(202) 551-1700

*Attorneys for Bridgestone Sports Co., Ltd. and Bridgestone Golf, Inc.*

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Alan Grimaldi
Joseph P. Lavelle
HOWREY LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 783-0800

*Attorneys for Acushnet Company*

SO ORDERED this _____ day of _____, 2007.

_____
District Judge